UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

PERO ANTIC,

                                        Plaintiff,

              -against-

THE CITY OF NEW YORK, et al.,

                                        Defendants.

------------------------------------------------------------------------ x

**NOTICE OF MOTION**

16 Civ. 2425 (JMF)

------------------------------------------------------------------------ x

THABO SEFOLOSHA,

                                        Plaintiff,

              -against-                         16 Civ. 2564 (JMF)

P.O. JOHN PAUL GIACONA, et al.,

                                        Defendants.

------------------------------------------------------------------------ x

      **PLEASE TAKE NOTICE** that upon the annexed Local Rule 56.1 Statement, dated March 31, 2017; the Declaration of Brian Francolla, dated March 31, 2017, with exhibits; the Memorandum of Law, dated March 31, 2017; and upon all prior pleadings and proceedings had herein, defendants City of New York, Police Officer Caster, Police Officer Giacona, Police Officer Dongvort and Police Officer O'Sullivan, on March 31, 2017, will move for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure on the grounds that no genuine issue of material facts exist to warrant a trial with respect to plaintiff Antic's claims, and

for such other and further relief as the Court deems just and proper, and defendants City Of New York, Police Officer Giacona, Police Officer Rossi, Police Officer Caster, Police Officer Dongvort and Police Officer O'Sullivan will move for partial summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure on the grounds that no genuine issue of material facts exist to warrant a trial with respect to several of plaintiff Sefolosha's claims, and for such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order dated February 28, 2017, plaintiffs' opposition papers, if any, should be served on the undersigned on or before April 28, 2017.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order dated February 28, 2017, defendants' reply papers, if any, shall be served on plaintiffs on or before May 8, 2017.

Dated: New York, New York
March 31, 2017

**ZACHARY W. CARTER**
CORPORATION COUNSEL OF THE CITY OF NEW YORK
*Attorney for Defendants*
100 Church Street
New York, New York 10007
(212) 356-3527/2331

By: _____/s/_____
Brian Francolla
Matt Modafferi
*Senior Counsel*
Special Federal Litigation Division

cc:   Tracey Brown, Esq. (By ECF)
Derek S. Sells, Esq.
Stephanie R. Correa, Esq.
THE COCHRAN FIRM
*Attorneys for plaintiff Antic*
55 Broadway, 23rd Floor
New York, New York 10006

Elizabeth Eilender, Esq. (By ECF)
David Jaroslawicz, Esq.
JAROSLAWICZ & JAROS, PLLC
*Attorneys for plaintiff Sefolosha*
225 Broadway, 24th Floor
New York, New York 10007

Benjamin Brafman, Esq. (By ECF)
Alex Spiro, Esq.
BRAFMAN & ASSOCIATES, P.C.
*Co-counsel for plaintiff Sefolosha*
767 Third Avenue, 26th Floor
New York, New York 10017