**ORIGINAL**

```
1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------------------------------------X
     THABO SEFOLOSHA,
3
                                        PLAINTIFF,
4
                                        Docket No.:
5              -against-               1:16-cv-02564-JMF

6    P.O. JOHN PAUL GIACONA, P.O. JORDAN ROSSI, P.O. RICHARD
     CASTER, P.O. DANIEL DONGVORT, P.O. MICHAEL O'SULLIVAN, and
7    THE CITY OF NEW YORK,

8                                       DEFENDANTS.
     ------------------------------------------------------------X
9    PERO ANTIC,

10                                      PLAINTIFF,

11             -against-               Docket No.:
                                       16-CV-2425
12
     CITY OF NEW YORK, et al,
13
                                        DEFENDANT.
14   ------------------------------------------------------------X

15

16                                  DATE:  January 11, 2017

17                                  TIME:  11:11 a.m.

18

19             DEPOSITION of the Plaintiff, THABO SEFOLOSHA,

20   taken by the respective parties, pursuant to the Federal

21   Rules of Civil Procedure, held at the offices of the

22   Atlanta Hawks Philips Arena, 1 Philips Drive, Atlanta,

23   Georgia 30303, before Cindy Gatewood, Certified Court

24   Reporter,

25
```

```
 1    A P P E A R A N C E S:

 2

      BRAFMAN & ASSOCIATES, P.C.
 3          Attorney for the Plaintiff
            THABO SEFOLOSHA
 4          767 Third Avenue, 26th Floor
            New York, New York 10017
 5          BY:  ALEX SPIRO, ESQ.
            (212) 750-7800
 6          Fax:  (212) 750-3906
            Aspiro@braflaw.com
 7

 8    JAROSLAWICZ & JAROS, PLLC
            Attorney for the Plaintiff
 9          THABO SEFOLOSHA
            225 Broadway, 24th Floor
10          New York, New York 10007
            BY:  ELIZABETH EILENDER, ESQ.
11          (212) 227-2174

12

      THE COCHRAN FIRM
13          Attorney for the Plaintiff
            PERO ANTIC
14          55 Broadway, 23rd Floor
            New York, New York 10006
15          BY:  TRACEY L. BROWN, ESQ.
            (212) 553-9165
16          Fax:  (212) 227-8763
            Tbrown@cochranfirm.com
17

18    ZACHARY W. CARTER, ESQ.
      CORPORATION COUNSEL
19    NEW YORK CITY LAW DEPARTMENT
            Attorney for the Defendants
20          100 Church Street
            New York, New York 10007
21          BY:  MATTHEW MODAFFERI, ESQ.
                   -and-
22              BRIAN FRANCOLLA, ESQ.
            (212) 356-2331
23          Mmodaffe@law.nyc.gov
            File #:  2016-011032
24          Control #:  164180

25                    *         *         *
```

1                F E D E R A L   S T I P U L A T I O N S

2

3

4            IT IS HEREBY STIPULATED AND AGREED by and between

5      the counsel for the respective parties herein that the

6      sealing, filing and certification of the within deposition

7      be waived; that the original of the deposition may be

8      signed and sworn to by the witness before anyone authorized

9      to administer an oath, with the same effect as if signed

10     before a Judge of the Court; that an unsigned copy of the

11     deposition may be used with the same force and effect as if

12     signed by the witness, 30 days after service of the

13     original & 1 copy of same upon counsel for the witness.

14

15           IT IS FURTHER STIPULATED AND AGREED that all

16     objections except as to form, are reserved to the time of

17     trial.

18

19                        *      *      *      *

20

21

22

23

24

25

T. SEFOLOSHA

1    shut down?

2        A.      They turned the lights on, cut the music off, and

3    the security inside asked everybody to leave.

4        Q.      Now, when you say there was an incident outside,

5    as you sit here now you know that that was the stabbing

6    incident.

7        A.      Correct.

8        Q.      At the time when security was asking people to

9    leave, did you know that that had, in fact, happened?

10       A.      No.

11       Q.      Now, you had mentioned yourself, Mr. Rosenberg,

12   Mr. Antic, and another friend of Mr. Rosenberg's.  Did you

13   meet anyone else while you were inside the club that night?

14       A.      Yes.

15       Q.      Who?

16       A.      I mean, we met a lot of people.  It was friends

17   of Rosenberg.  He had multiple people that he knows, so we

18   casually talked to a lot of people.

19       Q.      Okay.  Anyone that you met where they told you

20   their name, their full name, first and last name?

21       A.      A lot of people told me their first name.

22       Q.      Okay.  Well, let me ask it a different way.  When

23   you left the club, who did you leave the club with?

24       A.      Okay.  So I left with Pero Antic, and it was also

25   two ladies that were leaving at the same time that we were

T. SEFOLOSHA

1    that were kind of with us.

2        Q.    Okay.  And would those two ladies be Ms. Carolyn

3    Colon and Ms. Cherisse Porter?

4        A.    Correct.

5        Q.    Did you happen to see Mr. Copeland inside of 1

6    Oak that night?

7        A.    No, I didn't.

8        Q.    So you didn't know he was there.

9        A.    I didn't know he was there.

10       Q.    All right.  Anything happen inside the club of

11   import or was it a pretty uneventful night just hanging out

12   by the table?

13       A.    Uneventful night, uh-huh (affirmative).

14       Q.    Now, you mentioned Ms. Colon and Ms. Porter.

15   Were they hanging out with you at the table inside the

16   club?

17       A.    At some point I believe, yes, towards the end.

18       Q.    Okay.  Do you have any mutual friends?

19       A.    Yes, we do.

20       Q.    Okay.  And who were they?

21       A.    That's one of my teammates.

22       Q.    Currently?

23       A.    Yes.

24       Q.    And who is that?

25       A.    Mike Scott.

T. SEFOLOSHA

1    presently?

2        A.    Once.

3        Q.    Like once a month?

4        A.    Yeah.

5        Q.    All right.  Now I want to take you back to that

6    evening or early morning.  The moment you leave the club,

7    the moment you exit, tell me what you see.

8        A.    So I see some lights, ambulance or police lights,

9    flashing lights.  And to the left of the club a few feet

10   down I see the yellow line and --

11       Q.    When you -- you can finish.

12       A.    -- and a lot of people there.

13       Q.    So when you say you saw flashing lights, did you

14   see flashing lights from an ambulance, from a police car,

15   both?

16       A.    Both.

17       Q.    So you saw when you walked out of the club an

18   ambulance was present?

19       A.    Further to the left, yes.

20       Q.    Okay.  And how many police cars were present?

21       A.    I don't know.

22       Q.    More than one?

23       A.    I don't know.

24       Q.    Okay.  Did you see at least one police car?

25       A.    Yes.

T. SEFOLOSHA

1    Q.      And then you said there was a yellow line to your

2    left.  Are you referring to what's known as crime scene

3    tape?

4    A.      Correct.

5    Q.      And you also mentioned that there were a lot of

6    people.  Again, approximately how many people would you say

7    you saw when you left the club?

8    A.      So everybody kind of left at the same time, the

9    club, once they turned on the lights and everything, so I

10   want to say about -- in the vicinity roughly about between

11   30 to 50 people.

12   Q.      Now, you said you saw at least one police car.

13   Did you see any police officers in a blue uniform?

14   A.      Yes.

15   Q.      Okay.  Approximately how many police officers did

16   you see?

17   A.      I saw probably I want to say -- at first sight

18   probably four or five.

19   Q.      And at that particular time, the moment you first

20   stepped outside, did you hear the police officers say

21   anything or giving any direction?

22   A.      Yeah.

23   Q.      Okay.  What did you hear them say at that moment?

24   A.      To go towards the right.

25   Q.      Now, when you -- again, the moment you walk out

T. SEFOLOSHA

1    of the club, you see the flashing lights, you see police

2    officers, you see an ambulance, you see the crime scene

3    tape.  At that time, in your mind did you say, "Oh,

4    something happened"?

5        A.    Yeah.

6        Q.    Okay.  Did you say to yourself, "Okay, there was

7    a crime scene here"?

8        A.    No.

9        Q.    You never said that?

10       A.    No, I didn't say that.

11       Q.    Okay.  No, I mean to yourself.  Like were you

12   thinking that?

13       A.    A crime scene, no.  I said something happened,

14   yeah.

15       Q.    Okay.  All right.  So right after you step out of

16   the club, you see what you see, what's the first thing you

17   do?

18       A.    Well, I start moving towards -- towards the

19   street where they were pointing at.

20       Q.    Okay.  If I told you that to the right was toward

21   10th Avenue --

22       A.    So I was walking towards 10th Avenue.

23       Q.    Okay.  And approximately how far did you go from

24   the front door of 1 Oak before it is that you stopped?

25       A.    I did probably between eight to ten steps.

T. SEFOLOSHA

1      Q.     Okay.  And why is it that you stopped after eight
2  to ten steps?
3      A.     I mean, I was far away from anything that was
4  going on.  It was still a lot of people there.  I was
5  saying good-bye and figuring out with my teammate kind of
6  what was -- you know, what we were doing.
7      Q.     What do you mean figuring out what you were
8  doing?
9      A.     I mean, everything stopped so quickly in the --
10  at the club that we didn't really say, "Okay, now we're
11  going home, we're doing this, we're doing that."  So I was
12  just -- he was talking with some people, I was talking with
13  some people, so we were just finishing up the night.
14      Q.     Okay.  Is it fair to say that you were figuring
15  out maybe where to go next, whether it's the hotel, get
16  some food, go to another venue?
17      A.     Yeah, it's fair.
18      Q.     Okay.  When you stopped after the first eight to
19  ten steps, who was with you?
20      A.     Cherisse and Carolyn.
21      Q.     And once you stopped after the eight to ten
22  steps, did you have any conversation among the three of
23  you?
24      A.     Yes.
25      Q.     Okay.  And what was that?

T. SEFOLOSHA

1      A.      So they said that the street being blocked off

2   was a problem for them because they had the car on the

3   other side of the street.

4      Q.      Did you say anything in response?

5      A.      Not really.  I mean, I didn't know really what to

6   say.

7      Q.      Okay.  Now, when you're stopped, do you have any

8   interaction with any police officers at that time?

9      A.      So very quickly one of the officer -- a police

10   officer comes to me and start telling me specifically that

11   I have to keep moving, that I have to get out of here.

12      Q.      All right.  And why do you say that the officer

13   was talking to you specifically?

14      A.      Because he looked at me and he was talking to me.

15   I mean --

16      Q.      And can you describe that officer?

17      A.      It's been a while.

18      Q.      If I gave you a name, would it may possibly jog

19   your memory?

20      A.      Yeah.

21      Q.      Okay.  The officer, was his name Officer Giacona?

22      A.      Yes.

23      Q.      Okay.  When you had stopped -- you said you took

24   eight to ten steps to the right.

25      A.      Correct.

T. SEFOLOSHA

1      A.      Exactly.

2              MS. EILENDER:  Objection.

3      Q.      All right.  So what, if anything, do you say or

4  do in response to Officer Giacona coming up to you and

5  saying --

6      A.      Well, I take a few more steps towards 10th

7  Street.

8      Q.      When you say a few more steps, how many are we

9  talking about?

10     A.      Another ten steps probably, six to ten steps.

11     Q.      Okay.  And then after you take those six to ten

12  steps, is it fair to say that you stop again?

13     A.      Yes.

14     Q.      Okay.  And who are you with when you stop again?

15     A.      The same people.

16     Q.      Okay.

17     A.      Yes.

18     Q.      And are you now in the street or are you still on

19  the sidewalk?

20     A.      Sidewalk.

21     Q.      Okay.  And then after you take a few more steps,

22  six to ten steps, what happens?

23     A.      My teammate, who was close to the door, meet up

24  with me and the group.  And after that we keep walking, but

25  at this point the officer is again talking to me and now in

T. SEFOLOSHA

1    a more aggressive way telling me to get out and started

2    using profanity, telling me to get the fuck out.

3        Q.    Okay.  And that's the same officer as before?

4        A.    Same officer.

5        Q.    And when this officer, Officer Giacona, comes

6    over to you a second time, are you standing stationary?

7        A.    He didn't come the second time.  He never really

8    left.

9        Q.    Okay.

10       A.    He was just there.  My teammate caught up with us

11   right at that point, so we talk for just a second or two.

12   And we keep walking, but he's right there talking to us and

13   to me in particular telling me I've got to get out and keep

14   moving and all this.

15       Q.    Okay.  So the first time that you took eight to

16   ten steps and stopped, how long would you say that you were

17   stopped for?

18       A.    I want to say maybe 45 seconds.  Less than a

19   minute probably.

20       Q.    Okay.  And then the second time when you took a

21   few more steps, six to ten steps, how long were you

22   stationary for?

23       A.    Less than 30 seconds.

24       Q.    And you said that Officer Giacona never left, he

25   kind of stayed in your general area.  About how far was he

T. SEFOLOSHA

1    from your group?

2       A.     I want to say maybe two arm lengths.

3       Q.     Your arm lengths or mine?

4       A.     His.

5       Q.     Okay.  So mine.  Now, you said that the second

6    time he told you to move, to leave, he was more aggressive

7    and used foul language.

8       A.     Correct.

9       Q.     All right.  What leads you to believe that he was

10   more aggressive the second time?

11      A.     Like I said, he started using -- using cuss

12   words, and he's close to actually pushing us, pushing me

13   towards where he wanted me to go.

14      Q.     Okay.  What was he actually doing with his hands?

15   Well, I'll rephrase the question.  Did he actually

16   physically push you?

17      A.     No.  He put his hands in front of him and pointed

18   with one hand kind of acting like he want -- like he was

19   pushing us.

20      Q.     Okay.  So with one hand he was gesturing as if

21   like he was going to escort you in one direction, and with

22   the other hand he was pointing toward 10th Avenue.

23      A.     Correct, yes.

24      Q.     Okay.  Now, you mentioned he was using curse

25   words or cuss words.  Do you remember what he specifically

T. SEFOLOSHA

```
 1    said?

 2        A.      I believe it was, "Get the fuck out, you've got

 3    to get the fuck out."

 4        Q.      Did you respond in any way?

 5        A.      Yes.

 6        Q.      How did you respond?

 7        A.      I said that we were listening to him, that he

 8    didn't have to talk to us this way.

 9        Q.      Okay.  And did he respond to you?

10        A.      Yeah.  He kept saying the same thing.

11        Q.      Which was, "You have to get the fuck out."

12        A.      Yeah.

13        Q.      So what happens after that, the second time where

14    Officer Giacona tells you you have to get the fuck out --

15    well, the first time he says to move, and the second time

16    he says to get the fuck out.

17        A.      Well, then we keep moving, and he keeps saying

18    it.

19        Q.      How many times would you say -- again,

20    approximate.  How many times would you say that that

21    officer, Officer Giacona, told you to move or leave that

22    night?

23        A.      It's hard to tell.  I would be guessing if I gave

24    you an exact answer.

25        Q.      Yeah, you don't have to give me an exact answer.
```

T. SEFOLOSHA

1    Ballpark.  Was it more than ten times?

2         A.    It was approximately between six to ten times

3    probably.

4         Q.    Okay.  Now, after he -- you know, you said that

5    you keep moving and he keeps saying it.  What happens at

6    that point?

7         A.    Well, I point out the fact that there's a lot of

8    people in the streets, and I'm asking him why he's coming

9    at me and asking me to leave when there's so many people

10   out there in the street.

11        Q.    Did he respond to you?

12        A.    Yeah.

13        Q.    What did he say?

14        A.    He said, "Because I'm telling you to.  I'm the

15   police."

16        Q.    And where did that exchange happen?

17        A.    Even closer to 10th Street, as we were walking

18   towards 10th Street.  We were almost at the corner at that

19   point.

20        Q.    All right.  So between 1 Oak, the door, and 10th

21   Avenue, you'd say it's not in the middle but a little

22   closer to 10th Avenue?

23        A.    Correct.

24        Q.    After Officer Giacona says, "Because I'm the

25   police and because I'm telling you to," what happens after

T. SEFOLOSHA

1    A.    Not that I can recall.

2    Q.    Okay.  Have you ever used that word before?

3    A.    Have I used it before in my life?

4    Q.    Yeah.

5    A.    Yes.

6    Q.    Okay.  Did you ever say something to the effect

7    of like, "I'm sorry you're short and I'm in a better

8    financial position than you are"?

9    A.    No.

10   Q.    Okay.  Did you ever refer to your financial

11   position as opposed to his?

12   A.    I don't recall exactly what was said on both

13   sides, so I'll say no.

14   Q.    Okay.  Did you eventually get to the corner of

15   17th Street and 10th Avenue?

16   A.    Yes.

17   Q.    Okay.  How long did it take for you to get from

18   the door of 1 Oak to that corner?

19   A.    A few minutes.

20   Q.    When you say a few minutes, like two minutes or

21   four minutes?

22   A.    I believe it was less than five, so --

23   Q.    Okay.  That's fair.  And tell me in your words

24   what happened when you got to the corner.

25   A.    So, again, the same officer was telling me to

T. SEFOLOSHA

1      that would lead you to the conclusion that they were

2      calming him down or backing him up?

3          A.      Yes.

4          Q.      What did they do?

5          A.      Well, they kind of pushed him away a little bit

6      and told him to slow down with a gesture (indicating).

7          Q.      So with their hands extended and sort of out in

8      front of them and then down toward the ground.

9          A.      Correct.

10          Q.      Okay.  So now once you are on the corner and

11      you're heading up 10th Avenue, you said there were four

12      other officers.

13          A.      Yeah.

14          Q.      Approximately.

15          A.      Yeah.

16          Q.      Do you remember any of their names?

17          A.      Not just like this.  If you tell me their names,

18      I might.

19          Q.      Okay.

20          A.      I might recall.

21          Q.      Well, let's continue with what happened first.

22      So after you're heading up 10th Avenue and there are four

23      other officers, what happens at that point?

24          A.      So then the car is there, and so we -- I ask the

25      lady, I said, "Are you free?  Is it okay if we come with

T. SEFOLOSHA

```
 1    you?"  She says, "Yes."  So I'm ready to go inside the car,

 2    and this homeless guy that I had seen earlier comes to me

 3    and asked me for some money.

 4        Q.    Okay.  Let me stop you right there.  When you're

 5    referring to the car, the car is there, where specifically

 6    is the car?

 7        A.    Right at the corner of 17th and 10th Street.

 8        Q.    Okay.  On 17th or on 10th?

 9        A.    On 10th.

10        Q.    And the driver was a lady?

11        A.    Correct.

12        Q.    Can you describe her?

13        A.    A black lady.  I can't really tell you much more.

14        Q.    Okay.  Did a police officer open the door for you

15    to enter that black SUV?

16        A.    Yes.

17        Q.    Do you know who that officer was?

18        A.    If you tell me the name, I can tell you.

19        Q.    Sure.

20        A.    I don't -- yeah.

21        Q.    Sure.  Was it Officer Dongvort?

22        A.    Yes.

23        Q.    Did he say anything to you like, "Here, I'll open

24    the car, just get in it," or did he just go over and open

25    it without saying anything?
```

T. SEFOLOSHA

1           MR. SPIRO:  If you remember.

2           THE WITNESS:  Hu?

3           MR. SPIRO:  If you remember.

4    A.     I mean, I can't really remember.

5    Q.     Okay.  Which door did he open for you?

6    A.     I believe the door that was in the back and on

7    the side.

8    Q.     Okay.  So the door in the back on the sidewalk

9    side?

10   A.     Correct.

11   Q.     Did you ever say to yourself at that point

12   anything along the lines of like, "Wow, this officer wants

13   me out of here this bad that he's opening the door for me"?

14          MR. SPIRO:  Objection.

15   A.     Did I tell myself that?

16   Q.     Yeah.

17   A.     Something along those lines, yeah.

18   Q.     So after he opens the door, what do you do?

19   A.     So I was ready to get inside the car, and this --

20   like I said, the homeless guy comes very close and said,

21   "Hey, do you have anything for me?"

22   Q.     Okay.  When you say you were getting ready to go

23   in the car, did you actually cross the threshold of the

24   door or you were just approaching the door?  Tell me what

25   you mean by getting ready to go in the door.

T. SEFOLOSHA

1      A.      I'm not sure.

2      Q.      All right.  And I just want to be accurate.  When

3   you took that extra step to hand the money, how was your

4   body positioned?  Was your arm extended, one arm, two arms?

5      A.      So one arm was extended.  One arm was close to my

6   pocket or close to my body.

7      Q.      Okay.  And when that -- the one arm that was

8   extended, was your hand open or shut?

9      A.      It wasn't shut.  It was just as if you have

10  something in your hand, like holding a piece of paper, so

11  -- and the $20 bill was right at my tips --

12     Q.      Okay.  So your --

13     A.      -- tips of my fingers.

14     Q.      -- your fingers are closed, but there was

15  something between your thumb and your index finger.

16     A.      Correct.

17     Q.      Now, did any of -- well, I'll withdraw that

18  question.  Do you know if Mr. Antic got in the black SUV?

19     A.      He didn't.

20     Q.      Did Ms. Colon go inside the black SUV?

21     A.      I don't know.

22     Q.      Okay.  Did Ms. Porter go inside the black SUV?

23     A.      I don't know.

24     Q.      When you took that step to hand the homeless

25  person the money, how would you describe your pace?  Was it

T. SEFOLOSHA

1    French.  I just want to say that because you're asking me

2    about people speaking French and me speaking French.  It

3    was a total coincidence.  I don't know these people.

4        Q.    Okay.  If there's anything that you want to say

5    at any point, just let me know, and I'll let you go on the

6    record.  Okay?

7        A.    Uh-huh (affirmative).

8        Q.    Up until now, is there anything that you want to

9    go back and clarify or you're okay?

10       A.    Uh-huh (affirmative).

11       Q.    All right.  Now, going back to when you had an

12   officer on either side of you, what happened -- up until

13   the point where we were discussing, what happened after

14   that?

15       A.    So more officers started pulling both arms, and

16   one grabbed my left -- left leg, I believe.  And another

17   officer kicked me in the right leg, lower right leg.

18       Q.    Okay.  You said one officer kicked you in the

19   right leg, and the other one grabbed your left leg?

20       A.    Yes.

21       Q.    Could you see that happening or could you just

22   feel it?

23       A.    I felt it.

24       Q.    All right.  Did you see the officers actually

25   doing either of those things?

T. SEFOLOSHA

```
1      A.      I believe I saw the one doing it to my right leg.

2      Q.      Okay.  So you actually saw a police officer kick

3   you in the right leg?

4      A.      After he kicked me, I saw the officer standing on

5   my right leg.

6      Q.      Okay.  Did you see the kick itself?

7      A.      From the corner of my eyes, but not -- no.  It's

8   tough to say.  I don't -- I mean, everything happened so

9   fast.  I'm not -- I'm not sure.

10      Q.      Okay.  So just so we're clear, I'll ask it again.

11   Did the officer -- did you see an officer kick you in the

12   right leg?

13      A.      I'm not sure.

14      Q.      But what you're saying is after you felt what

15   you're calling a kick, you turned and you saw an officer

16   right there.

17      A.      Yes.

18      Q.      Do you know which officer that was?

19      A.      The tall Caucasian.  I don't remember his name or

20   -- I'm not for sure.

21      Q.      Did you see this officer at your criminal trial?

22      A.      Yes.

23      Q.      All right.  But you just don't recall his name.

24      A.      Correct.

25      Q.      Now, would you say that you were kicked once or
```

T. SEFOLOSHA

1    more than once?

2        A.      Once.

3        Q.      And when you say that it was -- I'll withdraw

4    that question.  Were you standing when you felt yourself

5    get kicked or were you on the ground?

6        A.      I was standing.

7        Q.      At some point did you go to the ground?

8        A.      Yes.

9        Q.      When was that in relation to you feeling someone

10   kick you?

11       A.      It was right after the kick.

12       Q.      Did you go down because of the kick, as far as

13   you know?

14       A.      Not exactly.  I was -- I believe the officer

15   after the kick kind of pulled me to the ground.

16       Q.      Okay.  That same officer pulled you to the ground

17   or the officers pulled you to the ground?

18       A.      The officers.

19       Q.      Did you experience pain?

20       A.      Yes.

21       Q.      At that point?

22       A.      Yes.

23       Q.      Immediately after you felt yourself get kicked?

24       A.      Yes.  At the moment I was kicked, yes.

25       Q.      Where on your body do you say you felt being

53

T. SEFOLOSHA

1    kicked?

2        A.    So my ankle and also right in the middle between

3    my knee and my ankle.

4        Q.    So just so I'm clear, the kick hit where, the

5    ankle or the middle of the leg?

6        A.    Middle of the leg.

7        Q.    Okay.

8        A.    Middle of the lower leg.

9        Q.    All right.  And then what happened with respect

10   to your ankle?

11       A.    Can you rephrase the question?

12       Q.    Sure.  Did anyone kick your ankle?

13       A.    Directly the ankle?

14       Q.    Yes.

15       A.    No.

16       Q.    Okay.

17       A.    No.  I believe the officer was standing on it

18   once I was on the ground, but --

19       Q.    Do you know which officer?

20       A.    I'm not sure, but I believe the same one who

21   kicked, that kicked.

22       Q.    And after -- withdrawn.  When you were on the

23   ground, where, if anywhere, were you feeling pain?

24       A.    My ankle and my -- the middle of my lower leg.

25       Q.    After you were kicked, did you say anything?

T. SEFOLOSHA

1   A.      After, you mean right after, in the next 10

2   minutes, 5 minutes, 20 minutes?

3   Q.      Right after.  Did you say, "Why did you kick me?"

4   A.      Yes.  When I was in the custody of the police,

5   yes.

6   Q.      Okay.  On the street though, did you say anything

7   after you were kicked?

8   A.      I believe so, yes.

9   Q.      Do you remember what you said?

10  A.      So once they -- they put the handcuffs on me when

11  I was on the ground, pulled me back up, and I turned and I

12  said, "Why did you kick me?"  I believe so, yes.

13  Q.      Okay.  Did you say anything else, still on the

14  street?

15  A.      I was asking why they were arresting me.

16  Q.      Did they say -- did anyone respond to you?

17  A.      No.

18  Q.      Did anyone respond when you asked why you were

19  kicked?

20  A.      No.

21  Q.      So once you're on the ground, how long after were

22  you handcuffed?

23  A.      Right away.

24  Q.      Do you know who placed you in handcuffs?

25  A.      No.

T. SEFOLOSHA

1    Q.    After you were handcuffed, were you immediately

2    picked up?

3    A.    Yeah.  I don't recall.

4    Q.    Okay.  Approximately how long would you say you

5    were on the ground for?

6    A.    About 10 seconds.

7    Q.    You mentioned the officer kicked you and then was

8    standing on your ankle.  Did anyone punch you that night?

9    A.    I don't think so.

10   Q.    Okay.  Did anyone strike you with a baton or an

11   asp?

12   A.    I don't think so.

13   Q.    Did anyone strike you in any way aside from what

14   you have mentioned?

15   A.    I don't think so.

16   Q.    Looking back on what happened that night, is

17   there anything you wish you would have done differently?

18           MR. SPIRO:  Objection.  You can answer that

19           question.

20   A.    It's a tough question.  I didn't do anything

21   wrong, so it's hard to go back and say I would have done

22   something differently.  I wish the outcome would have been

23   different and the way things were handled would have been

24   different.

25   Q.    Do you think that you or your behavior

T. SEFOLOSHA

1              C E R T I F I C A T E

2

3              I hereby certify that the foregoing transcript

4      was reported, as stated in the caption; that the witness

5      was duly sworn and elected to reserve signature in this

6      matter; that the colloquies, questions and answers were

7      reduced to writing under my direction; and that the

8      foregoing pages 1 through 91 represent a true, correct, and

9      complete record of the evidence given.

10             I further certify that I am not disqualified

11     for a relationship of interest under O.C.G.A. 9-11-28(c);

12     that I am a Georgia Certified Court Reporter here as a

13     representative of D'Amico Gershwin, Inc.; that D'Amico

14     Gershwin was contacted by Diamond Reporting to provide

15     court reporting services for this deposition; that I will

16     not be taking this deposition under any contract that is

17     prohibited by O.C.G.A. 15-14-37(a) and (b) or Article 7C of

18     the Rules and Regulations of the Board; and by the attached

19     disclosure forms I confirm that I/D'Amico Gershwin is not a

20     party to a contract prohibited by O.C.G.A. 15-14-37 or

21     Article 7C of the Rules and Regulations of the Board.

22             This, the 27th day of January, 2017.

23             *Cynthia B. Gatewood*

24     _____

25             CINDY GATEWOOD, CCR-B-1400

T. SEFOLOSHA

| $ | | | |
|---|---|---|---|

**$20** [3] - 37:9, 40:11, 42:25

## 1

**1** [18] - 1:22, 3:13, 7:16, 7:17, 8:3, 8:8, 8:11, 8:23, 9:7, 10:18, 12:19, 14:5, 19:24, 27:20, 30:18, 36:10, 87:1, 91:8
**10** [3] - 54:1, 55:6, 83:2
**100** [1] - 2:20
**10006** [1] - 2:14
**10007** [2] - 2:10, 2:20
**10017** [1] - 2:4
**10th** [21] - 19:21, 19:22, 23:6, 25:22, 27:17, 27:18, 27:20, 27:22, 28:9, 30:15, 31:4, 31:10, 31:14, 31:16, 33:11, 33:22, 34:7, 34:8, 34:9, 87:2
**11** [1] - 1:16
**11:00** [1] - 6:7
**11:11** [1] - 1:17
**15** [4] - 71:7, 71:8, 71:10
**15-14-37** [1] - 91:20
**15-14-37(a** [1] - 91:17
**16-CV-2425** [1] - 1:11
**164180** [1] - 2:24
**17th** [6] - 22:4, 30:15, 31:4, 31:15, 34:7, 34:8
**1:00** [1] - 6:13
**1:16-cv-02564-JMF** [1] - 1:5
**1:17** [1] - 88:15
**1:30** [2] - 6:13, 7:3

## 2

**2** [1] - 29:20
**20** [3] - 54:2, 71:7, 71:10
**2014-2015** [1] - 11:3
**2015** [18] - 5:17, 5:20, 5:23, 15:8, 16:10, 66:19, 67:2, 67:12, 67:16, 68:7, 69:7, 69:14, 74:22, 75:19, 76:2, 77:6, 78:2, 86:15
**2016-011032** [1] - 2:23
**2017** [2] - 1:16, 91:22
**20___** [1] - 89:16
**210** [1] - 5:21
**212** [6] - 2:5, 2:6, 2:11, 2:15, 2:16, 2:22
**215** [1] - 5:21
**220** [1] - 5:15
**225** [1] - 2:9
**227-2174** [1] - 2:11

**227-8763** [1] - 2:16
**23rd** [1] - 2:14
**24th** [1] - 2:9
**26th** [1] - 2:4
**27th** [1] - 91:22
**2:00** [8] - 7:3, 7:14, 8:4, 8:6, 8:7
**2:15** [1] - 8:24
**2:30** [1] - 8:24
**2:45** [2] - 10:15, 10:16

## 3

**30** [3] - 3:12, 18:11, 24:23
**30303** [1] - 1:23
**32** [1] - 78:5
**356-2331** [1] - 2:22
**38** [1] - 78:21
**3:00** [2] - 10:15, 10:16

## 4

**4** [1] - 90:11
**45** [1] - 24:18
**4:00** [4] - 12:20, 15:13, 79:15
**4:30** [1] - 12:21

## 5

**5** [2] - 29:19, 54:2
**50** [1] - 18:11
**55** [1] - 2:14
**553-9165** [1] - 2:15

## 6

**6'6** [1] - 5:15
**66** [1] - 90:12

## 7

**750-3906** [1] - 2:6
**750-7800** [1] - 2:5
**767** [1] - 2:4
**7C** [2] - 91:17, 91:21
**7th** [5] - 5:22, 5:24, 6:4, 6:6, 66:19

## 8

**86** [1] - 90:13
**8th** [17] - 5:23, 5:24, 6:2, 6:14, 16:10, 67:2, 67:12, 67:16, 68:7, 69:7, 69:14, 74:21, 75:19, 76:2, 77:6, 78:2, 86:15

## 9

**9-11-28(c** [1] - 91:11

**91** [1] - 91:8

## A

**a.m** [10] - 1:17, 6:1, 6:13, 7:3, 7:4, 7:14, 8:4, 8:6, 8:7, 15:13
**abilities** [1] - 66:17
**ability** [3] - 4:10, 4:19, 85:17
**able** [8] - 15:13, 43:9, 44:18, 45:5, 61:8, 67:21, 68:24, 73:25
**accurate** [1] - 40:2
**ACE** [2] - 60:12, 60:13
**act** [1] - 29:18
**acting** [1] - 25:18
**administer** [1] - 3:9
**affect** [1] - 11:11
**affected** [2] - 12:5, 81:1
**affirmative**) [5] - 5:10, 14:13, 50:7, 50:10, 57:7
**African** [1] - 57:11
**afternoon** [1] - 66:16
**agency** [2] - 73:2, 77:20
**agent** [5] - 72:23, 73:24, 77:14, 77:16, 77:17
**Aggravated** [1] - 22:12
**aggravated** [1] - 22:16
**aggressive** [5] - 22:12, 22:16, 24:1, 25:6, 25:10
**agile** [1] - 68:3
**agility** [1] - 67:24
**agree** [1] - 11:21
**AGREED** [2] - 3:4, 3:15
**ahead** [3] - 49:9, 65:1, 86:5
**airport** [2] - 6:16, 6:23
**al** [1] - 1:12
**alcohol** [5] - 6:8, 9:16, 10:14, 11:4, 11:10
**alcoholic** [2] - 8:10, 12:7
**alerted** [1] - 12:25
**ALEX** [1] - 2:5
**Alex** [1] - 64:23
**alleging** [1] - 80:18
**allow** [1] - 69:1
**always** [2] - 78:15, 85:17
**ambulance** [5] - 17:8, 17:14, 17:18, 19:2, 60:4
**American** [2] - 57:12, 83:12
**amount** [6] - 11:10, 37:12, 37:13, 37:19, 43:20, 74:9
**AND** [2] - 3:4, 3:15
**AND/OR** [2] - 90:16, 90:17

**angle** [1] - 41:9
**ankle** [22] - 53:2, 53:3, 53:5, 53:10, 53:12, 53:13, 53:24, 55:8, 60:11, 61:2, 61:4, 61:10, 61:16, 62:4, 67:24, 68:1, 69:4, 69:18, 69:19, 69:24, 70:18, 71:3
**answer** [26] - 12:1, 12:10, 12:11, 16:1, 26:24, 26:25, 43:22, 46:10, 46:18, 46:19, 48:15, 48:17, 55:18, 56:17, 56:25, 59:3, 59:16, 61:23, 66:2, 66:3, 68:12, 78:17, 80:10, 84:23, 85:3
**answered** [1] - 82:24
**answering** [1] - 76:16
**answers** [1] - 91:6
**Antic** [27] - 7:10, 7:13, 8:14, 9:6, 9:13, 10:3, 13:12, 13:24, 16:11, 40:18, 47:10, 47:12, 57:8, 58:1, 58:4, 58:8, 63:6, 63:25, 86:15, 86:23, 87:1, 87:3, 87:16, 87:20, 87:22, 88:4, 88:6
**ANTIC** [2] - 1:9, 2:13
**anybody** [1] - 79:12
**anymore** [1] - 16:21
**anywhere** [2] - 31:2, 53:23
**apart** [1] - 70:4
**apologize** [1] - 15:4
**appear** [3] - 65:2, 65:25, 71:20
**appearance** [1] - 65:13
**approached** [1] - 39:9
**approaches** [1] - 22:6
**approaching** [1] - 35:24
**approximate** [1] - 26:20
**Approximately** [7] - 5:19, 7:12, 10:16, 18:15, 33:14, 43:17, 55:4
**approximately** [11] - 6:12, 7:1, 8:2, 8:22, 10:9, 10:13, 12:18, 18:6, 19:23, 27:2
**April** [23] - 5:17, 5:20, 5:22, 5:23, 5:24, 6:2, 6:14, 15:8, 16:10, 66:18, 67:1, 67:12, 67:16, 68:7, 69:7, 69:14, 74:21, 75:19, 76:2, 77:6, 78:2, 86:15
**Are there** [1] - 15:19
**area** [6] - 24:25, 59:19, 59:23, 59:25, 61:15, 62:6
**Arena** [1] - 1:22

T. SEFOLOSHA

**argument** [1] - 56:22
**arm** [29] - 25:2, 25:3, 38:13, 40:4, 40:5, 40:7, 42:10, 42:14, 42:15, 42:18, 42:19, 42:20, 42:21, 42:24, 43:1, 43:11, 44:1, 44:10, 44:12, 44:15, 44:17, 44:18, 44:19, 45:3, 45:5, 45:11, 45:25
**arms** [3] - 40:4, 45:9, 50:15
**Arraignment** [1] - 65:17
**arraignment** [3] - 65:18, 65:24, 66:5
**arrangements** [1] - 8:25
**arrest** [3] - 46:8, 57:20, 65:3
**arrested** [7] - 58:24, 64:11, 79:15, 79:21, 84:23, 85:4, 87:20
**arresting** [1] - 54:15
**arrive** [5] - 6:11, 8:23, 10:11, 58:12, 60:5
**arriving** [1] - 9:1
**Article** [2] - 91:17, 91:21
**Aside** [1] - 5:2
**aside** [7] - 22:19, 31:7, 32:12, 55:13, 67:15, 69:22, 74:12
**asking** [10] - 11:7, 13:8, 27:8, 27:9, 36:22, 46:3, 50:1, 54:15, 57:19, 76:18
**asks** [1] - 37:21
**asp** [1] - 55:11
**aspiro@braflaw.com** [1] - 2:6
**ASSOCIATES** [1] - 2:2
**association** [1] - 15:24
**assume** [1] - 10:3
**assumes** [1] - 47:20
**athlete** [5] - 60:19, 61:6, 67:4, 67:5, 80:7
**athletes** [3] - 71:23, 79:13, 81:25
**athletic** [1] - 44:6
**athletically** [1] - 67:20
**athleticism** [3] - 67:7, 67:9, 67:24
**Atlanta** [4] - 1:22, 72:13, 72:14
**attached** [1] - 91:18
**attempted** [1] - 81:23
**attempts** [1] - 46:15
**attention** [2] - 38:3, 38:7
**attorney** [8] - 2:3, 2:8, 2:13, 4:6, 64:20, 81:16, 81:20, 82:12
**Attorney** [1] - 2:19

**attorney-client** [1] - 82:12
**attorneys** [3] - 4:7, 61:23, 61:25
**attribute** [1] - 69:6
**attributing** [1] - 67:11
**authorized** [1] - 3:8
**Avenue** [12] - 2:4, 19:21, 19:22, 25:22, 27:21, 27:22, 30:15, 31:4, 31:16, 33:11, 33:22, 87:2
**average** [1] - 11:4
**avoid** [1] - 85:17

## B

**backing** [1] - 33:2
**badge** [4] - 28:4, 28:6, 29:16, 29:18
**bag** [1] - 7:7
**Ballpark** [1] - 27:1
**bandage** [2] - 60:12, 60:13
**bars** [1] - 60:3
**based** [1] - 75:8
**Basically** [1] - 4:25
**basically** [6] - 8:17, 31:1, 32:19, 60:1, 68:23, 69:2
**basis** [1] - 70:17
**basketball** [12] - 11:8, 15:3, 66:18, 68:5, 68:10, 68:15, 78:24, 79:6, 80:16, 85:13, 85:15, 85:16
**bath** [2] - 71:8, 71:24
**bathtubs** [1] - 71:24
**baton** [1] - 55:10
**Battery** [1] - 6:20
**behavior** [2] - 46:8, 55:25
**behind** [9] - 41:17, 43:2, 43:3, 43:5, 45:5, 45:9, 46:15, 47:6, 47:11
**Behind** [1] - 47:11
**believe** [47] - 6:19, 9:22, 14:17, 15:6, 25:9, 26:2, 30:22, 32:6, 32:23, 35:6, 36:1, 36:2, 38:19, 39:8, 39:23, 44:9, 45:16, 45:24, 48:23, 49:1, 50:16, 51:1, 52:14, 53:17, 53:20, 54:8, 54:12, 56:5, 56:14, 56:15, 56:25, 57:2, 58:7, 63:18, 65:6, 68:13, 72:6, 74:1, 75:17, 76:1, 77:4, 77:21, 79:5, 81:20, 83:15, 84:3, 88:2

**believed** [1] - 62:10
**bell** [1] - 44:4
**beverages** [1] - 8:10
**biceps** [1] - 42:16
**bill** [2] - 40:11, 42:25
**bit** [8] - 5:18, 7:20, 22:24, 31:16, 33:5, 41:7, 76:3, 87:4
**bite** [1] - 31:23
**black** [5] - 34:13, 34:15, 40:18, 40:20, 40:22
**Black** [1] - 44:7
**block** [1] - 31:11
**blocked** [1] - 21:1
**blue** [1] - 18:13
**Board** [2] - 91:18, 91:21
**body** [7] - 40:4, 40:6, 45:4, 52:25, 61:1, 68:25, 69:1
**book** [2] - 16:5, 58:17
**book-in** [1] - 58:17
**bothering** [1] - 72:1
**bottle** [1] - 9:22
**bottles** [2] - 9:24, 10:10
**BRAFMAN** [1] - 2:2
**brand** [1] - 79:6
**break** [4] - 61:19, 65:11, 70:10, 75:23
**breaking** [1] - 15:15
**BRIAN** [1] - 2:22
**briefly** [3] - 4:23, 5:1, 9:11
**bringing** [2] - 59:7, 64:3
**Broadway** [2] - 2:9, 2:14
**broken** [1] - 69:16
**BROWN** [5] - 2:15, 86:8, 86:13, 88:12, 90:13
**bus** [1] - 6:25
**busy** [1] - 85:15
**Buzzed** [2] - 11:16, 11:17
**buzzed** [1] - 11:21
**BY** [8] - 2:5, 2:10, 2:15, 2:21, 4:3, 66:14, 86:12, 90:10
**bye** [1] - 20:5

## C

**cab** [5] - 7:8, 8:9, 32:3, 37:11, 87:14
**calf** [1] - 71:3
**call** [9] - 9:1, 29:9, 29:12, 29:14, 29:25, 32:3, 39:10, 57:23, 59:13
**calling** [1] - 51:15
**calls** [2] - 12:9, 46:9
**calm** [2] - 32:17, 32:21
**calming** [1] - 33:2

**calves** [1] - 70:18
**can you** [16] - 21:16, 34:12, 37:25, 41:20, 47:18, 47:20, 47:23, 53:11, 62:18, 63:15, 66:3, 68:21, 70:15, 70:24, 71:4, 80:22
**caption** [1] - 91:4
**captured** [2] - 45:22, 46:3
**car** [25] - 17:14, 17:24, 18:12, 21:2, 32:7, 33:24, 34:1, 34:5, 34:6, 34:24, 35:19, 35:23, 36:2, 37:23, 39:2, 45:16, 57:15, 58:1, 58:4, 84:13, 87:18, 87:23, 87:24, 88:1
**care** [1] - 76:16
**career** [2] - 78:24, 78:25
**Carlton** [2] - 6:19, 6:24
**Carolyn** [2] - 14:2, 20:20
**carrying** [1] - 16:4
**cars** [1] - 17:20
**CARTER** [1] - 2:18
**case** [1] - 82:6
**Caster** [1] - 44:3
**CASTER** [1] - 1:6
**casual** [2] - 41:1, 41:2
**casually** [1] - 13:18
**catch** [5] - 7:8, 32:1, 32:2, 38:7, 87:14
**Caucasian** [2] - 51:19, 57:13
**caught** [4] - 24:10, 28:15, 28:19, 28:20
**caused** [2] - 68:18, 80:19
**CCR-B-1400** [1] - 91:24
**cell** [6] - 59:5, 59:6, 59:9, 59:18, 60:1, 60:2
**cellphone** [1] - 45:18
**certification** [1] - 3:6
**Certified** [2] - 1:23, 91:12
**certify** [3] - 89:3, 91:3, 91:10
**CERTIFY** [1] - 89:6
**cetera** [1] - 80:4
**Change** [1] - 7:19
**change** [1] - 61:23
**characterize** [1] - 46:8
**charges** [3] - 82:20, 83:22, 83:24
**Cherisse** [3] - 14:3, 15:6, 20:20
**Chicago** [3] - 8:17, 8:18, 8:19
**Chris** [2] - 59:8, 87:7
**Church** [1] - 2:20

Cindy [1] - 1:23
CINDY [1] - 91:24
City [2] - 4:6, 72:12
CITY [3] - 1:7, 1:12,
2:19
city [2] - 4:8, 74:14
Civil [1] - 1:21
civil [1] - 4:8
claim [2] - 82:3, 82:20
claiming [1] - 80:18
clarify [1] - 50:9
clear [5] - 37:18, 51:10,
53:4, 59:20, 83:11
client [1] - 82:12
closed [1] - 40:14
closer [3] - 27:17,
27:22, 28:16
club [26] - 9:5, 9:12,
9:17, 11:1, 12:22, 12:23,
12:25, 13:13, 13:23,
14:10, 14:16, 17:6, 17:9,
17:17, 18:7, 18:9, 19:1,
19:16, 20:10, 36:13,
36:21, 37:15, 37:18, 87:9
clubs [1] - 82:1
coaches [1] - 74:14
COCHRAN [1] - 2:12
coincidence [1] - 50:3
cold [1] - 71:23
collabo [1] - 48:20
colleagues [2] - 28:7,
29:21
colloquies [1] - 91:6
Colon [3] - 14:3, 14:14,
40:20
comfortable [1] - 74:15
coming [4] - 23:4, 27:8,
68:25, 81:10
comments [2] - 88:3,
88:6
communicated [4] -
77:8, 77:10, 77:25, 82:10
communicating [1] -
77:15
communication [1] -
75:9
communications [1] -
83:5
compare [1] - 66:17
compared [1] - 70:21
complaining [1] - 61:2
complete [1] - 91:9
completely [3] - 46:18,
48:17, 49:3
complex [1] - 83:12
complicated [1] - 56:25
complications [1] -
68:17
compound [2] - 15:25,
70:7

concern [4] - 75:10,
75:12, 78:2, 82:19
concerned [3] - 61:3,
61:4, 74:22
concluded [1] - 88:16
conclusion [3] - 22:17,
33:1, 46:10
condition [1] - 4:9
conduct [1] - 15:23
confer [1] - 85:20
confirm [1] - 91:19
confusing [3] - 48:1,
57:3, 65:10
consider [3] - 74:9,
74:12, 80:7
consume [1] - 11:4
contacted [1] - 91:14
continue [1] - 33:21
contract [5] - 73:9,
74:7, 74:17, 91:16, 91:20
contracts [2] - 74:8,
77:15
contributed [2] - 56:1,
56:4
Control [1] - 2:24
conversation [4] -
20:22, 57:17, 58:8, 87:2
conversations [6] -
57:18, 63:19, 63:24,
73:22, 77:23, 82:17
Copeland [6] - 14:5,
28:11, 28:18, 58:25,
59:8, 87:8
copy [2] - 3:10, 3:13
corner [13] - 27:18,
30:14, 30:18, 30:24,
31:4, 31:12, 31:14, 32:7,
32:14, 33:10, 34:7, 51:7,
59:4
CORPORATION [1] -
2:18
correctly [1] - 16:3
counsel [2] - 3:5, 3:13
COUNSEL [1] - 2:18
counseling [1] - 85:6
course [4] - 4:14, 68:13,
81:7, 86:5
COURT [1] - 1:1
court [6] - 4:15, 28:25,
65:2, 65:18, 65:25, 91:15
Court [3] - 1:23, 3:10,
91:12
crime [4] - 18:2, 19:2,
19:7, 19:13
criminal [3] - 4:25, 5:3,
51:21
cross [2] - 31:20, 35:23
curfew [2] - 15:9, 15:17
curious [1] - 82:11
Currently [1] - 14:22

curse [1] - 25:24
cuss [2] - 25:11, 25:25
custody [1] - 54:4
cut [1] - 13:2

**D**

D'Amico [2] - 91:13
dad [2] - 84:20, 84:22
daily [3] - 70:17, 71:14,
85:15
damaged [1] - 80:8
damages [3] - 80:20,
80:23, 82:21
DANIEL [1] - 1:6
date [3] - 76:24, 77:19,
85:12
DATE [1] - 1:16
day [8] - 70:23, 71:1,
71:4, 81:1, 83:2, 84:12,
89:16, 91:22
days [4] - 3:12, 65:22,
70:24, 71:2
deal [5] - 73:18, 75:25,
76:21, 81:11, 85:7
deals [2] - 76:11, 76:12
decided [1] - 83:22
decision [2] - 12:5,
74:20
decision-making [2] -
12:5, 74:20
DEFENDANT [1] - 1:13
Defendants [1] - 2:19
DEFENDANTS [1] - 1:8
definitely [6] - 69:19,
80:17, 80:21, 82:1,
86:20, 86:22
deliver [1] - 73:25
demeanor [1] - 22:11
depart [1] - 6:3
DEPARTMENT [1] -
2:19
Depends [1] - 12:12
depends [1] - 86:7
DEPOSITION [1] - 1:19
deposition [6] - 3:6,
3:7, 3:11, 4:22, 91:15,
91:16
derogatory [2] - 29:10,
49:13
describe [8] - 16:11,
21:16, 34:12, 40:25,
41:20, 59:25, 63:15, 67:5
described [2] - 75:8,
85:8
DESCRIPTION [1] -
90:4
details [1] - 83:25
determined [1] - 31:24
Diamond [1] - 91:14

dictates [1] - 74:2
did he [15] - 16:14,
22:13, 25:15, 26:9,
27:11, 34:23, 34:24,
35:5, 41:5, 41:24, 42:7,
42:12, 42:15, 42:18,
44:15
did it [1] - 30:17
did they [6] - 32:21,
32:25, 54:16, 57:19,
60:7, 60:9
did you [108] - 4:24, 5:3,
5:5, 5:6, 5:11, 5:19, 6:8,
6:11, 6:16, 7:1, 7:15, 8:3,
8:10, 8:22, 9:1, 9:16,
10:18, 10:25, 12:18,
12:22, 13:9, 13:12,
13:23, 14:5, 16:14,
17:13, 17:24, 18:13,
18:15, 18:20, 19:3, 19:6,
19:23, 20:22, 21:4, 26:4,
28:10, 28:13, 29:9,
29:12, 29:14, 29:25,
30:6, 30:10, 30:14,
31:21, 32:2, 35:11,
35:23, 36:13, 36:21,
37:10, 38:14, 38:16,
39:10, 39:17, 41:24,
43:13, 43:17, 45:18,
46:21, 47:4, 47:6, 47:9,
47:12, 47:15, 50:24,
51:6, 51:11, 51:21, 52:7,
52:12, 52:19, 53:25,
54:3, 54:6, 54:12, 54:13,
58:8, 58:12, 58:24,
59:13, 60:15, 62:3, 62:9,
62:13, 62:16, 62:24,
63:19, 63:24, 64:2, 64:3,
64:5, 64:8, 65:2, 65:24,
83:9, 85:6, 86:18, 86:23,
87:2, 87:15, 87:18,
87:20, 87:22, 88:3, 88:6
difference [4] - 67:4,
70:15, 70:25, 71:21
different [9] - 13:22,
46:13, 55:23, 55:24,
59:23, 66:25, 70:4, 70:9,
70:21
Different [1] - 79:9
differently [2] - 55:17,
55:22
direct [1] - 75:18
direction [5] - 18:21,
25:21, 39:17, 45:10, 91:7
directions [1] - 29:7
Directly [1] - 53:13
disciplinary [1] - 75:5
disciplined [1] - 74:22
disclosure [1] - 91:19
discussed [1] - 73:8

discussing [2] - 29:3, 50:13
discussion [4] - 66:12, 73:4, 85:23, 86:10
discussions [4] - 73:1, 73:15, 74:3, 77:19
disqualified [1] - 91:10
distractions [1] - 85:18
district [2] - 81:15, 81:20
DISTRICT [2] - 1:1, 1:1
Do you [55] - 6:5, 14:18, 15:21, 20:7, 21:7, 21:12, 23:3, 25:25, 29:11, 31:8, 33:16, 34:17, 35:18, 35:21, 36:9, 37:8, 37:25, 38:21, 39:21, 40:18, 43:25, 44:11, 47:9, 48:8, 48:11, 48:14, 51:18, 52:25, 53:19, 54:9, 54:24, 55:25, 56:10, 56:15, 57:1, 63:13, 66:3, 66:4, 68:2, 68:5, 68:9, 70:11, 72:5, 74:9, 74:12, 75:17, 76:11, 77:4, 77:22, 78:11, 78:23, 79:5, 80:7, 86:14
Docket [2] - 1:4, 1:11
doctor [2] - 57:22, 60:20
doctors [1] - 60:19
DOCUMENTS [2] - 90:16, 90:17
documents [2] - 4:21, 4:24
does he [2] - 22:6, 48:2
does it [1] - 46:14
does that [2] - 44:3, 48:22
doesn't [1] - 48:3
Dongvort [5] - 34:21, 38:23, 39:2, 39:5, 39:24
DONGVORT [1] - 1:6
door [21] - 9:14, 19:24, 23:23, 27:20, 28:17, 30:18, 34:14, 35:5, 35:6, 35:8, 35:13, 35:18, 35:24, 35:25, 36:3, 38:24, 39:2, 60:2, 60:3
downtown [1] - 6:19
drink [3] - 6:8, 12:13
drinking [2] - 10:21, 12:16
drinks [3] - 10:18, 10:23, 12:7
drive [1] - 57:18
Drive [1] - 1:22
driver [1] - 34:10
dropped [1] - 42:25
duly [3] - 4:1, 89:3, 91:5

## E

earlier [4] - 34:2, 37:6, 84:3, 87:15
early [3] - 17:6, 75:1, 84:25
earning [1] - 77:4
effect [5] - 3:9, 3:11, 30:6, 64:10, 77:10
effort [2] - 69:4, 71:8
eight [6] - 19:25, 20:1, 20:18, 20:21, 21:24, 24:15
EILENDER [7] - 2:10, 23:2, 61:19, 82:14, 85:21, 86:2, 86:7
elected [1] - 91:5
ELIZABETH [1] - 2:10
else's [1] - 5:12
emergency [1] - 60:4
emotion [1] - 64:16
emotional [2] - 80:20, 85:8
EMTs [3] - 61:1, 61:9, 62:9
encounter [1] - 66:19
end [4] - 14:17, 31:2, 37:2, 37:11
endorsement [2] - 75:25, 76:11
endorsements [1] - 75:18
engaging [1] - 38:7
enter [3] - 9:12, 34:15, 37:23
entered [1] - 37:18
entire [1] - 5:6
entrance [1] - 31:12
equation [1] - 74:18
escort [1] - 25:21
escorted [1] - 39:16
escorting [2] - 39:6, 41:4
ESQ [6] - 2:5, 2:10, 2:15, 2:18, 2:21, 2:22
estimate [2] - 7:13, 71:5
et [2] - 1:12, 80:4
ethical [2] - 15:19, 15:21
Europe [1] - 79:2
evaluate [1] - 74:5
evaluating [2] - 74:7, 77:14
evening [1] - 17:6
eventually [2] - 30:14, 32:5
everybody [3] - 13:3, 18:8, 84:21
Everybody [1] - 16:3
evidence [1] - 91:9

exact [3] - 10:10, 26:24, 26:25
Exactly [1] - 23:1
exactly [21] - 8:5, 12:1, 30:12, 31:25, 32:24, 36:5, 36:19, 37:13, 38:7, 39:8, 43:20, 47:11, 52:14, 57:12, 58:22, 66:24, 67:5, 67:7, 78:15, 83:14, 86:20
Examination [1] - 88:15
EXAMINATION [4] - 4:3, 66:14, 86:12, 90:10
examined [1] - 4:2
example [2] - 67:19, 68:3
except [1] - 3:16
exchange [4] - 27:16, 28:2, 29:22, 56:11
exclusively [1] - 82:17
Excuse [1] - 73:1
excuse [1] - 80:18
EXHIBIT [2] - 90:3
exit [1] - 17:7
expectations [1] - 73:9
experience [4] - 52:19, 62:3, 66:22, 66:23
explain [7] - 9:11, 38:11, 68:21, 70:15, 71:21, 80:22, 84:10
expressing [1] - 78:1
extend [1] - 38:13
extended [4] - 33:7, 40:4, 40:5, 40:8
extent [9] - 67:9, 68:1, 69:9, 74:7, 75:7, 80:2, 82:9, 83:14, 85:1
extra [1] - 40:3
eye [1] - 59:4
eyes [1] - 51:7

## F

face [1] - 41:11
facing [6] - 41:5, 82:5, 82:23, 82:25, 83:2, 83:9
fact [7] - 13:9, 27:7, 47:20, 56:22, 79:14, 79:19, 84:6
factor [2] - 67:15, 67:17, 78:6
factors [1] - 74:17
fair [13] - 16:22, 20:14, 20:17, 23:12, 28:20, 30:23, 46:5, 61:15, 64:15, 72:17, 74:16, 78:16, 81:21
fall [1] - 45:2
family [8] - 16:14, 16:16, 16:17, 74:15,

81:5, 84:4, 84:20, 84:21
fast [2] - 51:9, 85:14
Fax [2] - 2:6, 2:16
fear [2] - 83:10, 84:10
Federal [1] - 1:20
feel [12] - 12:4, 12:8, 42:2, 50:22, 61:5, 67:6, 67:24, 68:1, 69:19, 77:1, 80:23, 81:18
feeling [3] - 28:8, 52:9, 53:23
feet [1] - 17:9
felt [7] - 12:4, 50:23, 51:14, 52:4, 52:23, 52:25, 75:5
females [1] - 57:9
fibula [1] - 69:16
fight [1] - 83:22
figure [1] - 32:8
figuring [3] - 20:5, 20:7, 20:14
File [1] - 2:23
filing [1] - 3:6
financial [2] - 30:8, 30:10
find [2] - 32:5, 81:9, 81:21
fine [3] - 43:23, 49:8, 63:4
finger [2] - 40:15, 56:4
fingers [2] - 40:13, 40:14
finish [1] - 17:11
finishing [1] - 20:13
FIRM [1] - 2:12
first [31] - 4:1, 9:12, 10:14, 13:20, 13:21, 18:17, 18:19, 19:16, 20:18, 24:15, 26:15, 28:13, 33:21, 36:12, 38:2, 39:12, 43:10, 44:19, 45:25, 47:20, 58:15, 59:5, 59:18, 63:8, 65:12, 72:13, 72:14, 79:9, 80:24, 87:7, 89:3
five [5] - 10:2, 10:4, 12:14, 18:18, 30:22, 69:2, 78:14
Five [1] - 12:15
flag [1] - 80:17
flashing [4] - 17:9, 17:13, 17:14, 19:1
flight [2] - 5:23, 6:2
Floor [2] - 2:4, 2:9, 2:14
floor [1] - 45:2
foam [1] - 71:8
focused [1] - 85:14
follow [2] - 15:20, 39:17
following [1] - 61:6
follows [1] - 4:2

T. SEFOLOSHA

food [1] - 20:16
foot [4] - 29:20, 36:1, 36:2, 36:3
FOR [1] - 90:21
force [1] - 3:11
forearm [1] - 42:17
foregoing [3] - 89:6, 91:3, 91:8
form [2] - 3:16, 83:21
forms [1] - 91:19
forward [1] - 72:9
foul [2] - 22:13, 25:7
found [1] - 82:7
Four [1] - 10:2
four [7] - 10:4, 18:18, 30:21, 32:18, 33:11, 33:22, 73:17
four-year [1] - 73:17
frame [2] - 78:12, 83:18
France [1] - 48:25
FRANCOLLA [10] - 2:22, 66:15, 82:15, 82:19, 83:1, 83:7, 85:19, 85:25, 86:5, 90:12
free [4] - 33:25, 73:2, 77:14, 77:19
French [13] - 47:16, 47:19, 47:21, 47:25, 48:5, 48:12, 48:13, 48:23, 48:24, 49:6, 50:1, 50:2
friend [8] - 7:20, 7:23, 8:16, 8:20, 13:12, 15:5, 16:12
friendly [1] - 36:18
friends [4] - 13:16, 14:18, 16:23, 16:24
front [4] - 19:24, 25:17, 33:8, 45:16
fuck [8] - 24:2, 26:2, 26:3, 26:11, 26:14, 26:16, 28:6, 29:17
full [4] - 13:20, 72:6, 72:18, 85:1
FURTHER [2] - 3:15, 89:6
future [2] - 76:25, 77:4

**G**

gained [1] - 66:23
game [3] - 68:25, 72:10
games [7] - 68:19, 69:2, 69:3, 70:20, 71:17, 79:14
gap [1] - 64:12
Gatewood [1] - 1:23
GATEWOOD [1] - 91:24
gave [4] - 21:18, 26:23, 60:10, 89:4
gentleman [5] - 39:9,

41:4, 41:15, 41:19, 46:2
Georgia [2] - 1:23, 91:12
Gershwin [3] - 91:13, 91:14, 91:19
gesture [1] - 33:6
gestures [2] - 22:7, 32:25
gesturing [1] - 25:20
GIACONA [1] - 1:6
Giacona [16] - 21:21, 22:6, 23:4, 24:5, 24:24, 26:14, 26:21, 27:24, 29:4, 29:5, 29:9, 32:13, 32:15, 32:17, 32:21, 56:11
give [11] - 7:13, 26:25, 36:13, 36:19, 36:24, 37:9, 38:9, 38:10, 39:10, 39:20, 69:3
given [3] - 81:14, 89:7, 91:9
giving [6] - 18:21, 29:7, 39:19, 41:19, 42:6, 48:25
glasses [4] - 10:20, 11:14, 12:3, 12:15
goes [1] - 83:19
good-bye [1] - 20:5
goods [1] - 80:8
gotten [2] - 76:13, 76:21
grab [3] - 38:13, 42:15, 42:18
grabbed [14] - 38:2, 42:10, 42:14, 43:11, 44:1, 44:9, 44:12, 44:14, 44:15, 44:20, 45:24, 45:25, 50:16, 50:19
grabbing [1] - 31:23
Great [1] - 86:2
ground [14] - 33:8, 52:5, 52:7, 52:15, 52:16, 52:17, 53:18, 53:23, 54:11, 54:21, 55:5, 86:17, 86:21, 86:24
group [2] - 23:24, 25:1
guaranteed [1] - 74:10
guess [7] - 4:7, 46:10, 58:17, 67:17, 81:14, 82:15, 82:19
guessing [1] - 26:23
guideline [2] - 15:22, 16:5
guidelines [1] - 15:19
guilty [1] - 82:7
Guy [1] - 72:23
guy [9] - 15:3, 34:2, 35:20, 42:6, 58:24, 59:7, 59:10, 59:13, 79:24

**H**

hail [1] - 32:2
half [2] - 43:2, 73:7
hand [20] - 25:18, 25:20, 25:22, 38:16, 40:3, 40:8, 40:10, 40:24, 42:16, 42:25, 43:1, 43:3, 43:10, 43:11, 43:15, 43:16, 43:18, 44:21, 47:12
handcuffed [2] - 54:22, 55:1
handcuffs [3] - 54:10, 54:24, 79:11
handled [1] - 55:23
handles [1] - 77:16
hands [13] - 22:23, 25:14, 25:17, 33:7, 41:21, 42:21, 42:24, 43:5, 43:13, 43:14, 46:15, 47:6, 86:21
hanging [3] - 14:11, 14:15, 82:20
happening [1] - 50:21
happens [9] - 23:22, 26:13, 27:5, 27:25, 31:7, 33:23, 37:22, 41:15, 42:2
hard [8] - 12:12, 26:23, 55:21, 67:3, 67:5, 72:8, 73:19, 85:3
hater [1] - 59:13
Have you [11] - 4:21, 7:24, 30:2, 68:17, 69:5, 69:21, 69:23, 72:23, 73:1, 75:17, 77:8
haven't [1] - 85:9
Hawks [1] - 1:22, 15:23
he'll [2] - 28:6, 29:17
he's [12] - 10:7, 24:12, 25:12, 27:8, 35:13, 39:16, 44:8, 48:7, 77:21, 77:22, 77:23, 77:25
He's [8] - 8:16, 16:20, 44:6, 73:19, 73:24
head [5] - 31:15, 42:4, 42:5, 81:2, 82:21
headed [1] - 87:2
heading [2] - 33:11, 33:22
healed [3] - 69:14, 69:17, 69:20
hear [11] - 18:20, 18:23, 29:6, 32:24, 41:24, 47:15, 48:5, 49:4, 86:23, 88:3, 88:6
heard [3] - 49:2, 49:10, 75:4
heels [1] - 87:13
height [2] - 5:14, 5:16
held [5] - 1:21, 38:24,

66:13, 85:24, 86:11
hereby [2] - 89:3, 91:3
HEREBY [1] - 3:4
herein [1] - 3:5
hereinbefore [1] - 89:8
Hey [4] - 9:1, 35:21, 36:16, 38:5
Hi [2] - 36:16, 86:14
highly [1] - 11:20
historically [1] - 56:22
history [1] - 49:6
hit [1] - 53:4
hold [1] - 10:9
holding [3] - 36:3, 39:2, 40:10
home [1] - 20:11
homeless [7] - 34:2, 35:20, 36:8, 37:21, 39:1, 39:6, 40:24
honestly [2] - 64:1, 83:16
Honestly [3] - 59:21, 63:16, 72:8
hoping [3] - 61:6, 61:7, 73:23
hospital [1] - 60:22
hotel [10] - 6:17, 6:18, 6:24, 7:2, 7:6, 7:15, 8:3, 8:8, 20:15, 31:23
hours [1] - 70:23
how are [1] - 66:25
how did [7] - 6:23, 8:8, 15:4, 26:6, 38:4, 81:18
how do [1] - 79:8
how is [1] - 8:15
how many [11] - 10:1, 10:18, 11:4, 12:7, 17:20, 18:6, 18:15, 23:8, 26:19, 26:20, 65:1
how often [1] - 16:25
Hu [1] - 35:2
huh [5] - 5:10, 14:13, 50:7, 50:10, 57:7
hundred [1] - 65:6
hurting [1] - 62:8

**I**

I'd [2] - 12:14, 84:10
I've [4] - 24:13, 62:15, 66:23, 72:19
I/D'Amico [1] - 91:19
ice [4] - 60:10, 60:13, 60:14, 71:8
idea [1] - 59:21
ideal [1] - 78:11
Ideally [1] - 78:14
image [6] - 75:13, 79:6, 79:12, 79:16, 79:23, 79:24

Immediately [1] - 52:23
immediately [1] - 55:1
impact [1] - 84:4
impacted [4] - 68:6, 77:5, 81:5, 81:6
impair [2] - 4:10, 4:19
import [1] - 14:11
Inc [1] - 91:13
incident [17] - 5:25, 6:1, 12:23, 13:4, 13:6, 67:21, 68:3, 68:11, 68:13, 70:16, 72:15, 76:14, 76:22, 77:2, 79:5, 80:19, 81:25
incidents [1] - 80:2
income [3] - 76:24, 76:25, 77:1
increased [1] - 71:15
index [1] - 40:15
indicating] [1] - 33:6
individual [1] - 72:6
INFORMATION [2] - 90:16, 90:17
information [2] - 57:1, 78:1
initially [1] - 75:7
injuries [11] - 67:1, 67:11, 67:15, 67:22, 68:7, 68:18, 69:10, 69:13, 77:5, 78:2
injury [15] - 62:11, 62:14, 62:22, 62:25, 68:16, 69:7, 70:13, 70:23, 71:12, 71:16, 71:22, 71:25, 78:4, 81:9, 81:10
inside [14] - 9:9, 9:16, 10:25, 13:3, 13:13, 14:5, 14:10, 14:15, 34:1, 35:19, 37:14, 40:20, 40:22, 87:9
interaction [2] - 21:8, 46:2
interest [1] - 91:11
internet [1] - 79:10
intoxicated [2] - 11:20, 12:8
introduced [1] - 15:6
involving [1] - 80:3
irrelevant [4] - 46:17, 48:17, 49:4, 72:7
IS [2] - 3:4, 3:15
is it your [1] - 11:13
is that [9] - 5:16, 9:11, 19:24, 46:5, 65:18, 72:24, 77:16, 79:18, 81:16
is there [18] - 4:9, 15:17, 15:22, 33:24, 34:5, 50:8, 55:16, 61:23,

61:24, 67:19, 71:20, 73:21, 75:25, 76:12, 76:20, 76:24, 84:5, 85:11
issue [1] - 81:15
issues [1] - 85:8
IT [2] - 3:4, 3:15

## J

jail [6] - 42:11, 82:8, 82:9, 82:25, 83:14, 83:20
January [2] - 1:16, 91:22
JAROS [1] - 2:8
JAROSLAWICZ [1] - 2:8
Jews [2] - 48:25, 49:1
Joakim [1] - 8:21
job [2] - 75:13, 81:20
jog [1] - 21:18
JOHN [1] - 1:6
JORDAN [1] - 1:6
Judge [1] - 3:10
jump [1] - 32:8

## K

keep [15] - 4:13, 8:4, 21:11, 23:24, 24:12, 24:13, 26:17, 27:5, 31:1, 32:15, 42:5, 59:20, 70:19, 71:9
keeps [2] - 26:17, 27:5
kept [2] - 26:10, 31:19
kick [12] - 51:2, 51:6, 51:11, 51:15, 52:10, 52:11, 52:12, 52:15, 53:4, 53:12, 54:3, 54:12
kicked [14] - 50:17, 50:18, 51:4, 51:25, 52:5, 52:23, 52:24, 53:1, 53:21, 53:25, 54:7, 54:19, 55:7
kids [2] - 84:8, 84:19
knee [2] - 53:3, 61:10
knowing [2] - 75:10, 81:24
knowledge [6] - 69:11, 69:13, 75:18, 76:18, 76:19, 77:18

## L

lack [1] - 32:6
ladies [3] - 13:25, 14:2, 15:5
lady [3] - 33:25, 34:10, 34:13
language [2] - 22:13, 25:7
last [3] - 13:20, 38:5,

68:23
late [1] - 79:20
LAW [1] - 2:19
lawsuit [3] - 4:9, 5:1, 64:3
lawyer [1] - 83:15
lead [2] - 33:1, 57:2
leads [1] - 25:9
league [1] - 7:25
lean [1] - 44:6
learn [3] - 15:4, 28:10, 28:13
learned [1] - 28:17
least [2] - 17:24, 18:12
leave [11] - 8:3, 12:18, 12:22, 13:3, 13:9, 13:23, 17:6, 25:6, 26:21, 27:9, 29:3
leaving [2] - 10:18, 13:25
Left [1] - 45:12
left [27] - 13:23, 13:24, 17:9, 17:19, 18:2, 18:7, 18:8, 24:8, 24:24, 37:18, 42:18, 43:11, 43:12, 43:16, 43:18, 44:1, 44:12, 44:15, 44:17, 44:18, 45:11, 45:14, 46:23, 50:16, 50:19
leg [21] - 50:16, 50:17, 50:19, 51:1, 51:3, 51:5, 51:12, 53:5, 53:6, 53:8, 53:24, 61:10, 62:4, 62:13, 62:22, 62:25, 70:18, 71:3, 72:3
legal [1] - 46:9
lengths [1] - 25:2, 25:3
less [4] - 30:22, 68:2, 74:17, 83:16
Less [2] - 24:18, 24:23
Let's [1] - 87:14
let's [2] - 32:8, 33:21
letting [4] - 44:25, 45:1, 45:2, 45:3
level [2] - 67:4, 72:17
levels [1] - 80:24
life [3] - 30:3, 62:23, 81:4
light [1] - 39:23
lights [9] - 13:2, 17:8, 17:9, 17:13, 17:14, 18:9, 19:1, 84:13
likes [1] - 56:3
liking [1] - 64:9
limitations [1] - 69:6
LINE [1] - 90:22
line [3] - 17:10, 18:1, 28:17
lines [3] - 35:12, 35:17
listening [2] - 26:7,

46:25
lived [1] - 16:16
lives [1] - 7:21
looks [2] - 44:5, 46:17
loose [3] - 45:4, 70:19, 71:10
lost [3] - 75:18, 76:8, 76:24
lot [21] - 8:17, 13:16, 13:18, 13:21, 17:12, 18:5, 20:4, 27:7, 32:4, 56:23, 57:20, 64:16, 69:19, 71:23, 75:2, 79:13, 80:16, 84:2, 84:25
lower [9] - 50:17, 53:8, 53:24, 61:10, 62:4, 62:13, 62:22, 62:25, 67:5
lumped [1] - 80:4

## M

main [1] - 60:23
major [4] - 68:13, 80:15, 81:9, 81:11
Manhattan [1] - 6:21
manner [1] - 81:15
manual [1] - 69:17
Mark [1] - 15:1
MARKED [1] - 90:21
market [1] - 74:2
Matt [6] - 4:5, 7:20, 7:22, 8:15, 10:7, 61:19
matter [2] - 81:21, 91:6
MATTHEW [1] - 2:21
mean [38] - 10:15, 11:7, 12:1, 13:16, 15:21, 19:11, 20:3, 20:7, 20:9, 21:5, 21:15, 28:3, 29:11, 31:8, 35:4, 35:25, 42:4, 48:22, 51:8, 54:1, 59:4, 61:17, 62:17, 64:1, 66:1, 67:23, 69:16, 74:19, 75:22, 78:14, 79:1, 80:13, 80:24, 81:1, 81:7, 82:10, 82:11, 84:11
Meaning [1] - 57:5
meaning [4] - 31:22, 45:1, 47:1, 56:10
means [1] - 80:12
media [1] - 81:14
medical [5] - 4:10, 60:4, 69:22, 69:24, 70:4
medication [4] - 4:18
meet [2] - 13:13, 23:23
meeting [3] - 7:21, 61:22, 61:24
memory [1] - 21:19
mental [1] - 4:10
mention [6] - 62:13, 62:16, 62:25, 64:3, 64:5,

T. SEFOLOSHA

64:8
**mentioned** [18] - 13:11, 14:14, 18:5, 25:24, 29:17, 55:7, 55:14, 57:8, 57:20, 57:22, 61:11, 62:15, 63:1, 70:8, 78:3, 78:8, 78:9, 84:3
**mentioning** [1] - 83:5
**MICHAEL** [1] - 1:6
**middle** [5] - 11:20, 27:21, 53:2, 53:5, 53:24
**Middle** [2] - 53:6, 53:8
**midget** [4] - 29:12, 29:15, 29:20, 29:23
**Mike** [3] - 14:25, 15:2, 15:3
**mind** [7] - 7:19, 19:3, 60:20, 64:17, 78:21, 83:19, 84:11
**mine** [4] - 16:12, 16:17, 25:3, 25:5
**minute** [1] - 24:19
**minutes** [12] - 30:19, 30:20, 30:21, 54:2, 69:6, 71:7, 71:8, 71:10
**mirror** [1] - 56:3
**miss** [2] - 68:18, 69:2
**missed** [1] - 68:23
**Mixed** [1] - 44:9
**mixed** [2] - 10:24, 44:8
**mmodaffe@law.nyc.gov** [1] - 2:23
**Modafferi** [1] - 4:6
**MODAFFERI** [10] - 2:21, 4:4, 49:7, 61:20, 65:11, 65:14, 65:17, 66:7, 66:9, 90:11
**mom** [2] - 84:20, 84:24
**moment** [8] - 17:6, 17:7, 18:19, 18:23, 18:25, 43:4, 52:24, 85:20
**money** [28] - 34:3, 36:22, 37:10, 37:14, 37:19, 37:22, 38:8, 38:13, 38:16, 39:1, 39:10, 39:19, 39:20, 40:3, 40:25, 41:19, 42:6, 43:16, 43:17, 44:21, 44:23, 45:3, 46:3, 73:10, 73:12, 73:22, 74:9, 74:17
**month** [2] - 16:25, 17:3
**morning** [3] - 4:5, 17:6, 65:16
**Mostly** [1] - 22:9, 67:13
**mostly** [1] - 61:2, 67:14
**mouth** [1] - 11:19
**move** [10] - 22:8, 25:6, 26:15, 26:21, 29:3, 31:5, 31:12, 31:19, 31:20, 59:5
**moved** [1] - 31:10

**moving** [11] - 19:18, 21:11, 22:21, 24:14, 26:17, 27:5, 31:1, 32:15, 32:16, 59:19, 65:1
**MR** [59] - 4:4, 11:22, 12:9, 15:25, 35:1, 35:3, 35:14, 46:9, 46:16, 48:1, 48:15, 49:3, 49:7, 49:9, 55:18, 56:2, 56:7, 56:12, 56:17, 56:20, 57:3, 59:2, 59:12, 59:15, 61:20, 65:9, 65:11, 65:12, 65:14, 65:15, 65:17, 66:2, 66:4, 66:7, 66:9, 66:11, 66:15, 66:20, 68:12, 69:15, 70:6, 72:7, 73:6, 73:11, 80:10, 82:13, 82:15, 82:16, 82:19, 82:24, 83:1, 83:4, 83:7, 85:19, 85:22, 85:25, 86:5, 90:11, 90:12
**Mr** [32] - 4:5, 7:10, 7:13, 9:7, 10:3, 13:11, 13:12, 14:5, 16:11, 28:10, 40:18, 47:9, 47:12, 57:8, 58:1, 58:4, 58:8, 58:25, 61:22, 63:24, 66:16, 73:2, 86:14, 86:23, 87:1, 87:3, 87:16, 87:20, 87:22, 88:3, 88:6
**Ms** [7] - 14:2, 14:3, 14:14, 15:6, 40:20, 40:22
**MS** [10] - 23:2, 61:19, 82:14, 85:21, 86:2, 86:7, 86:8, 86:13, 88:12, 90:13
**multiple** [3] - 13:17, 60:18, 74:19
**music** [1] - 13:2
**mutual** [3] - 8:20, 14:18, 15:5
**myself** [11] - 35:15, 56:13, 59:6, 63:9, 69:3, 71:9, 72:13, 73:17, 79:23, 82:3, 86:20

## N

**name** [18] - 4:5, 8:21, 13:20, 13:21, 21:18, 21:21, 29:10, 34:18, 38:5, 44:4, 51:19, 51:23, 58:18, 63:13, 74:25, 79:10
**names** [4] - 33:16, 33:17, 58:3, 78:3
**nature** [3] - 58:21, 69:23, 70:5
**NBA** [17] - 74:23, 74:24, 75:4, 75:9, 75:10, 75:15, 77:5, 77:9, 77:11, 78:1, 78:13, 78:16, 78:25,

79:13, 79:17, 79:25
**needs** [1] - 69:18
**negative** [1] - 84:4
**negatively** [1] - 68:6
**nervous** [4] - 75:3, 75:7, 75:14, 84:13
**NEW** [4] - 1:1, 1:7, 1:12, 2:19
**newspaper** [1] - 74:25
**night** [37] - 6:4, 6:5, 9:7, 10:14, 11:10, 13:13, 14:6, 14:11, 14:13, 20:13, 26:22, 28:10, 36:12, 37:2, 37:6, 37:11, 45:19, 48:2, 48:4, 48:5, 48:9, 48:16, 49:5, 55:8, 55:16, 56:1, 56:16, 56:23, 61:6, 62:21, 64:24, 65:4, 80:25, 81:2, 82:1, 84:15, 86:15
**nights** [1] - 11:4
**Noah** [1] - 8:21
**normal** [1] - 41:1
**Normal** [1] - 41:2
**NOTARY** [1] - 89:19
**note** [1] - 43:21
**nowadays** [1] - 79:10
**NUMBER** [1] - 90:4
**numbers** [1] - 73:25

## O

**o'clock** [3] - 10:15, 10:16, 12:20
**O'SULLIVAN** [1] - 1:6
**O.C.G.A** [3] - 91:11, 91:17, 91:20
**Oak** [15] - 7:16, 7:18, 8:3, 8:8, 8:11, 8:23, 9:7, 10:18, 12:19, 14:6, 19:24, 27:20, 30:18, 36:10, 87:1
**oath** [1] - 3:9
**object** [2] - 65:9, 82:16
**objection** [3] - 48:15, 49:4, 49:8
**Objection** [25] - 12:9, 15:25, 23:2, 35:14, 46:9, 46:16, 48:1, 55:18, 56:2, 56:7, 56:12, 56:17, 56:20, 57:3, 59:2, 59:12, 59:15, 66:20, 68:12, 69:15, 70:6, 72:7, 73:6, 73:11, 80:10
**objections** [1] - 3:16
**objective** [1] - 57:1
**occurred** [1] - 72:15
**OF** [3] - 1:1, 1:7, 1:12
**off-the-record** [3] - 66:12, 85:23, 86:10

**offered** [1] - 74:8
**officer** [55] - 21:9, 21:10, 21:12, 21:16, 21:21, 23:25, 24:3, 24:4, 24:5, 26:21, 28:16, 29:3, 30:25, 31:5, 34:14, 34:17, 35:12, 38:23, 39:21, 41:3, 41:4, 41:5, 41:18, 43:4, 43:10, 44:1, 44:12, 44:14, 45:13, 45:14, 45:25, 46:22, 47:13, 49:19, 50:12, 50:17, 50:18, 51:2, 51:4, 51:11, 51:15, 51:18, 51:21, 52:14, 52:16, 53:17, 53:19, 55:7, 63:10, 63:15, 63:20, 88:3
**Officer** [21] - 21:21, 22:6, 23:4, 24:5, 24:24, 26:14, 26:21, 27:24, 29:4, 29:5, 29:9, 32:12, 32:14, 32:17, 32:21, 34:21, 38:23, 39:2, 39:5, 44:3, 56:11
**officer's** [2] - 46:15, 63:13
**officers** [31] - 4:8, 18:13, 18:15, 18:20, 19:2, 21:8, 29:6, 32:10, 32:11, 32:12, 32:17, 32:18, 32:20, 33:12, 33:23, 38:19, 38:21, 39:6, 39:18, 46:21, 47:2, 50:15, 50:24, 52:17, 52:18, 57:24, 58:3, 59:19, 63:18, 64:6, 88:7
**offices** [1] - 1:21
**Oh** [2] - 19:3, 87:7
**Okay** [205] - 4:24, 5:2, 5:11, 5:14, 5:19, 6:5, 6:18, 7:12, 8:19, 9:16, 9:19, 9:24, 10:3, 10:9, 11:13, 11:18, 12:7, 12:15, 12:18, 13:19, 13:22, 13:24, 14:2, 14:18, 14:20, 15:8, 16:8, 16:10, 17:20, 17:24, 18:15, 18:23, 19:6, 19:11, 19:15, 19:20, 19:23, 20:1, 20:10, 20:14, 20:18, 20:25, 21:7, 21:21, 21:23, 22:19, 23:11, 23:14, 23:16, 23:21, 24:3, 24:9, 24:15, 24:20, 25:5, 25:14, 25:20, 25:24, 26:9, 27:4, 28:13, 28:20, 28:24, 28:25, 29:14, 29:22, 30:2, 30:6, 30:10, 30:14, 30:17, 30:23,

T. SEFOLOSHA

31:14, 31:18, 32:2, 32:8, 32:12, 32:14, 32:25, 33:10, 33:19, 34:4, 34:8, 34:14, 35:5, 35:8, 35:22, 36:6, 36:8, 36:12, 36:21, 37:8, 37:10, 37:14, 37:17, 37:25, 38:10, 38:14, 38:18, 38:23, 39:9, 39:14, 39:25, 40:7, 40:12, 40:22, 41:11, 42:2, 42:18, 43:4, 43:9, 43:13, 43:24, 44:6, 44:9, 44:11, 44:21, 45:1, 45:21, 46:2, 47:23, 48:11, 48:14, 48:19, 49:2, 49:9, 49:13, 50:4, 50:6, 50:18, 51:2, 51:6, 51:10, 52:16, 53:7, 53:16, 54:6, 54:13, 55:4, 55:10, 56:6, 56:10, 56:19, 57:1, 58:20, 59:9, 59:22, 60:4, 60:15, 60:24, 61:9, 61:15, 62:2, 62:9, 62:24, 63:2, 63:7, 63:17, 63:19, 63:22, 63:24, 64:2, 64:20, 64:22, 65:8, 65:21, 66:7, 66:25, 67:14, 68:9, 68:21, 68:23, 69:9, 69:21, 70:10, 71:11, 72:23, 73:4, 73:8, 73:13, 74:21, 76:5, 76:11, 77:8, 77:14, 77:18, 77:22, 77:25, 78:7, 78:11, 78:16, 78:20, 78:23, 79:3, 80:1, 80:7, 82:9, 83:1, 83:7, 86:2, 86:18, 87:13, 87:20, 88:12
**okay** [4] - 33:25, 49:24, 50:9, 86:6
**Oklahoma** [1] - 72:12
**old** [2] - 62:11, 78:5
**open** [5] - 34:14, 34:23, 34:24, 35:5, 40:8
**opening** [1] - 35:13
**opens** [1] - 35:18
**opinion** [3] - 67:15, 72:5, 81:19
**opportunity** [1] - 78:18
**opposed** [4] - 30:11, 62:7, 70:16, 71:21
**order** [2] - 9:16, 9:21
**ordered** [1] - 9:24
**original** [2] - 3:7, 3:13
**outcome** [1] - 55:22
**outside** [9] - 7:8, 7:19, 12:24, 13:4, 18:20, 63:11, 63:12, 63:20, 78:24
**overall** [2] - 74:14,

74:18

# P

**P.C** [1] - 2:2
**P.M** [1] - 88:15
**P.O** [5] - 1:6, 1:6
**pace** [2] - 40:25, 85:14
**PAGE** [4] - 90:3, 90:10, 90:17, 90:22
**pages** [1] - 91:8
**pain** [5] - 52:19, 53:23, 57:20, 62:3, 62:6
**paint** [1] - 82:2
**paper** [1] - 40:10
**Park** [1] - 6:20
**part** [6] - 61:1, 61:13, 64:17, 75:12, 79:18, 82:21
**Part** [2] - 64:18
**parties** [2] - 1:20, 3:5
**party** [1] - 91:20
**PAUL** [1] - 1:6
**people** [34] - 9:13, 10:1, 10:4, 10:6, 10:8, 13:8, 13:16, 13:17, 13:18, 13:21, 17:12, 18:6, 18:11, 20:4, 20:12, 20:13, 23:15, 27:8, 27:9, 28:5, 32:4, 48:13, 48:24, 48:25, 49:23, 50:2, 50:3, 56:23, 56:24, 64:9, 64:12, 75:3, 84:25
**percent** [1] - 65:6
**PERO** [2] - 1:9, 2:13
**Pero** [9] - 8:14, 9:6, 9:13, 9:18, 13:24, 16:11, 59:6, 63:6, 63:9
**person** [9] - 36:9, 37:3, 37:21, 39:1, 39:6, 40:25, 76:15, 81:23, 81:24
**personal** [1] - 72:17
**personally** [4] - 72:12, 72:21, 77:15, 84:16
**Philips** [2] - 1:22
**phone** [1] - 57:23
**physical** [2] - 4:10, 68:17
**physically** [3] - 25:16, 66:24, 67:1
**picked** [1] - 55:2
**picture** [1] - 82:3
**pictures** [1] - 79:11
**piece** [1] - 40:10
**pizza** [2] - 31:11, 31:13
**place** [5] - 15:9, 43:3, 57:18, 57:23, 89:8
**placed** [3] - 42:23, 54:24, 59:22
**places** [1] - 48:25

**PLAINTIFF** [2] - 1:3, 1:10
**Plaintiff** [4] - 1:19, 2:3, 2:8, 2:13
**plan** [2] - 31:23, 31:25
**plane** [1] - 6:8
**plans** [1] - 78:23
**play** [8] - 61:6, 61:8, 67:3, 70:12, 74:15, 78:12, 78:17, 79:2
**played** [6] - 8:16, 8:18, 56:15, 56:25, 57:2, 72:19
**player** [10] - 66:18, 66:24, 66:25, 68:6, 68:10, 68:15, 72:21, 77:5, 79:6, 79:23
**players** [4] - 15:19, 15:24, 79:14, 80:3
**playing** [1] - 68:17
**please** [2] - 4:13, 46:19
**PLLC** [1] - 2:8
**pocket** [5] - 37:9, 38:9, 38:13, 40:6, 44:23
**point** [39] - 14:17, 22:7, 22:10, 23:25, 24:11, 27:6, 27:7, 27:19, 28:9, 28:10, 28:13, 29:2, 29:9, 29:14, 31:24, 31:25, 32:1, 32:7, 33:23, 35:11, 37:8, 45:13, 45:17, 45:21, 49:22, 50:5, 50:13, 52:7, 52:21, 57:14, 58:12, 59:22, 74:5, 76:6, 76:13, 76:20, 85:6, 85:10, 86:16
**pointed** [1] - 25:17
**pointing** [3] - 19:19, 25:22, 56:4
**police** [31] - 4:8, 17:8, 17:14, 17:20, 17:24, 18:12, 18:13, 18:15, 18:20, 19:1, 21:8, 21:9, 27:15, 27:25, 32:10, 34:14, 47:13, 51:2, 54:4, 57:14, 58:12, 63:10, 64:9, 64:13, 66:19, 79:11, 81:6, 84:13, 87:12, 88:7
**Police** [1] - 32:11
**Porter** [4] - 14:3, 14:14, 15:6, 40:22
**portrayed** [2] - 81:16, 81:18
**position** [3] - 30:8, 30:11, 42:5
**positioned** [1] - 40:4
**potential** [4] - 76:11, 76:20, 76:25, 78:1
**Potentially** [1] - 75:22
**pounds** [2] - 5:15, 5:21

**pouring** [1] - 12:13
**power** [1] - 77:4
**practice** [1] - 68:24
**precinct** [14] - 57:18, 58:10, 58:13, 59:14, 60:5, 62:3, 62:17, 62:24, 64:2, 64:14, 64:20, 65:1, 87:22, 87:25
**preparation** [4] - 4:21, 70:20, 71:15, 71:17
**prepare** [1] - 70:12
**present** [4] - 17:18, 17:20, 65:18, 65:21
**presently** [1] - 17:1
**pressure** [1] - 84:2
**pretty** [8] - 14:11, 29:17, 36:18, 60:21, 66:21, 71:18, 83:12, 84:21
**previously** [3] - 74:8, 76:1, 81:14
**prior** [10] - 8:25, 10:18, 62:13, 62:25, 64:24, 68:3, 70:12, 70:16, 71:21, 71:23
**Prior** [2] - 43:4, 62:21
**prison** [2] - 83:6, 83:10
**pro** [1] - 80:16
**problem** [1] - 21:2
**Procedure** [1] - 1:21
**procedure** [2] - 58:22, 70:4
**procedures** [2] - 69:22, 69:24
**process** [5] - 12:5, 58:17, 74:4, 74:20, 84:4
**profanity** [1] - 24:2
**profession** [1] - 58:18
**professional** [7] - 60:19, 61:5, 66:18, 78:24, 79:6, 80:7, 85:7
**professionally** [1] - 78:13
**prohibited** [2] - 91:17, 91:20
**provide** [2] - 67:20, 91:14
**psychological** [2] - 80:20, 85:7
**public** [2] - 16:4, 79:19
**PUBLIC** [1] - 89:19
**pulled** [4] - 52:15, 52:16, 52:17, 54:11
**pulling** [6] - 43:11, 44:20, 44:24, 45:8, 45:11, 50:15
**punch** [1] - 55:8
**purpose** [1] - 7:17
**pursuant** [1] - 1:20
**pursue** [1] - 78:24
**push** [2] - 25:16, 42:2

T. SEFOLOSHA

**Pushed** [1] - 41:21
**pushed** [6] - 33:5, 38:19, 41:17, 41:20, 86:16, 86:18
**pushes** [3] - 41:18, 41:19, 41:22
**pushing** [4] - 25:12, 25:19, 87:13
**pussy** [1] - 29:25
**putting** [2] - 84:10, 86:19
**Putting** [1] - 69:22

## Q

**qualified** [1] - 76:19
**quantifiable** [1] - 77:1
**quantify** [1] - 70:25
**quarters** [1] - 68:25
**question** [24] - 6:2, 11:23, 11:24, 11:25, 16:2, 25:15, 31:3, 40:18, 43:19, 43:21, 46:11, 47:20, 47:23, 52:4, 53:11, 55:19, 55:20, 56:21, 57:4, 62:18, 66:21, 70:11, 75:24, 83:8
**QUESTION** [1] - 90:22
**questions** [6] - 58:18, 58:22, 84:23, 85:4, 86:9, 91:6
**QUESTIONS** [1] - 90:21
**quick** [3] - 41:1, 61:7, 86:9
**quickly** [3] - 20:9, 21:9, 60:21
**quickness** [2] - 67:23, 68:5

## R

**race** [4] - 56:15, 57:2, 57:10, 57:13
**racially** [1] - 57:5
**radiography** [1] - 61:12
**rays** [1] - 61:12
**reach** [1] - 37:9
**reason** [5] - 7:17, 60:23, 72:19, 73:21, 85:11
**reasons** [1] - 60:8
**recall** [10] - 6:5, 30:1, 30:12, 33:20, 48:11, 51:23, 55:3, 58:11, 73:5, 87:19
**receive** [2] - 70:11, 73:23
**received** [1] - 78:1
**recent** [1] - 73:4
**recess** [1] - 61:21
**record** [9] - 37:18, 50:6,

66:12, 72:23, 77:16, 85:23, 86:4, 86:10, 91:9
**recover** [2] - 69:1, 69:4
**red** [1] - 80:17
**reduced** [1] - 91:7
**refer** [3] - 5:22, 30:10, 78:8
**reference** [1] - 88:10
**referring** [5] - 7:10, 18:2, 32:10, 34:5, 84:5
**Regarding** [1] - 76:11
**regarding** [1] - 82:18
**Regardless** [1] - 79:21
**regardless** [1] - 80:3
**regret** [2] - 56:10, 56:13
**Regulations** [2] - 91:18, 91:21
**relation** [1] - 52:9
**relationship** [3] - 16:11, 16:18, 91:11
**relax** [2] - 46:24, 47:2
**relayed** [1] - 77:23
**relevance** [7] - 12:9, 46:16, 59:2, 59:12, 59:15, 73:6, 73:11
**relived** [1] - 81:2
**remained** [1] - 16:18
**remember** [42] - 5:24, 25:25, 33:16, 35:1, 35:3, 35:4, 36:9, 36:18, 37:12, 38:7, 38:21, 39:3, 39:8, 39:21, 41:13, 43:19, 43:22, 46:1, 47:18, 47:24, 48:2, 48:3, 48:8, 48:13, 48:14, 48:16, 48:18, 48:21, 51:19, 54:9, 58:21, 59:17, 66:4, 66:6, 86:14, 86:16, 86:20, 86:22, 88:5, 88:8
**rephrase** [4] - 15:22, 25:15, 53:11, 62:18
**reply** [1] - 28:6
**reported** [1] - 91:4
**Reporter** [2] - 1:24, 91:12
**reporter** [2] - 4:15, 28:25
**Reporting** [1] - 91:14
**reporting** [1] - 91:15
**represent** [1] - 91:8
**representative** [1] - 91:13
**representatives** [1] - 75:9
**represents** [1] - 4:8
**REQUESTED** [1] - 90:16
**reserve** [1] - 91:5
**reserved** [1] - 3:16
**resisting** [2] - 46:8,

46:14
**resolved** [1] - 60:20
**respect** [5] - 53:9, 61:10, 71:4, 78:16, 81:13
**respective** [2] - 1:20, 3:5
**respond** [9] - 26:4, 26:6, 26:9, 27:11, 28:24, 42:7, 54:16, 54:18, 57:24
**response** [3] - 21:4, 23:4, 69:10
**rest** [4] - 69:1, 69:3, 69:6, 81:4
**restrictions** [1] - 69:5
**result** [5] - 68:6, 71:15, 74:21, 75:19, 76:1
**resume** [1] - 68:16
**reveal** [1] - 81:22
**review** [5] - 4:24, 5:3, 5:6, 5:11
**reviewed** [1] - 4:21
**RICHARD** [1] - 1:6
**ride** [3] - 6:9, 58:9
**right** [74] - 5:5, 6:16, 14:10, 17:5, 18:24, 19:15, 19:20, 21:12, 21:24, 23:3, 24:11, 24:12, 25:9, 27:20, 31:12, 31:15, 32:7, 32:16, 32:20, 34:4, 37:21, 39:5, 39:21, 40:2, 40:11, 41:14, 42:7, 42:14, 42:18, 42:21, 42:23, 42:24, 43:3, 43:15, 43:25, 44:3, 44:10, 45:14, 45:16, 46:22, 47:1, 49:7, 49:18, 50:11, 50:17, 50:19, 50:24, 51:1, 51:3, 51:5, 51:12, 51:16, 51:23, 52:11, 53:2, 53:9, 54:1, 56:14, 61:5, 61:16, 62:22, 63:11, 63:12, 63:20, 65:17, 65:19, 66:9, 76:15, 80:4, 87:12, 87:16, 88:14
**Right** [6] - 6:1, 34:7, 42:20, 54:3, 54:23, 65:23
**ring** [1] - 44:4
**Ritz** [2] - 6:19, 6:24
**Ritz-Carlton** [2] - 6:19, 6:24
**role** [3] - 56:15, 56:25, 57:2
**rolling** [1] - 71:9
**room** [12] - 7:7, 62:3, 62:10, 63:4, 63:8, 63:9, 63:11, 63:12, 63:20, 63:25, 64:3, 64:14
**Rosenberg** [7] - 7:20,

7:22, 8:15, 9:7, 10:7, 13:11, 13:17
**Rosenberg's** [1] - 13:12
**ROSSI** [1] - 1:6
**rotation** [1] - 43:2
**rough** [1] - 7:13
**roughly** [1] - 18:10
**Roughly** [1] - 7:3
**routine** [3] - 71:14, 71:18, 85:15
**routinely** [1] - 72:4
**rule** [1] - 15:14
**Rules** [3] - 1:21, 91:18, 91:21
**RULINGS** [1] - 90:21
**rushing** [3] - 32:6, 32:9, 32:13

## S

**saying** [16] - 4:16, 11:5, 20:5, 23:5, 26:10, 26:17, 27:5, 28:6, 29:6, 34:25, 51:14, 77:1, 77:9, 77:11, 78:3, 88:8
**scale** [1] - 12:2
**scared** [1] - 64:19
**scenario** [1] - 82:7
**scene** [4] - 18:2, 19:2, 19:7, 19:13
**school** [1] - 49:12
**Scott** [3] - 14:25, 15:1, 15:3
**sealing** [1] - 3:6
**season** [15] - 11:3, 11:8, 68:23, 69:1, 69:5, 72:6, 72:10, 72:11, 72:12, 72:13, 72:15, 72:18
**second** [13] - 7:25, 24:6, 24:7, 24:11, 24:20, 25:5, 25:10, 26:13, 26:15, 28:21, 45:25, 63:9, 79:18
**Second** [1] - 48:24
**seconds** [3] - 24:18, 24:23, 55:6
**security** [2] - 13:3, 13:8
**seek** [1] - 85:6
**sees** [1] - 84:13
**SEFOLOSHA** [5] - 1:2, 1:19, 2:3, 2:9, 89:12
**Sefolosha** [3] - 4:5, 61:22, 66:16
**sense** [1] - 74:16
**serious** [2] - 83:24, 83:25
**serve** [1] - 83:6
**service** [1] - 3:12
**services** [1] - 91:15
**seven** [1] - 84:8
**she's** [3] - 57:11, 57:13,

T. SEFOLOSHA

84:13

shop [2] - 31:11, 31:13
shots [1] - 10:25
shoulder [1] - 41:22
show [1] - 64:20
shut [4] - 12:23, 13:1, 40:8, 40:9
sides [1] - 30:13
sidewalk [4] - 22:1, 23:19, 35:8, 45:15
Sidewalk [2] - 22:3, 23:20
sight [1] - 18:17
sign [1] - 73:17
signature [1] - 91:5
signed [3] - 3:8, 3:9, 3:12
significant [2] - 62:6, 71:25
similar [1] - 69:5
sip [1] - 10:14
sit [8] - 13:5, 66:16, 68:9, 70:11, 76:5, 78:11, 78:23, 80:8
sitting [2] - 63:10, 86:21
situation [2] - 78:20, 84:15
six [8] - 12:14, 12:15, 23:10, 23:11, 23:22, 24:21, 27:2, 84:8
skin [1] - 39:23
slash [1] - 60:1
slightly [1] - 41:9
slow [1] - 33:6
sober [2] - 11:14, 11:19
sobriety [1] - 11:11
solely [2] - 67:11, 76:8
somebody [7] - 8:16, 28:17, 41:17, 57:22, 63:8, 64:10, 76:16
someone [3] - 32:3, 52:9, 56:3
somewhere [3] - 11:20, 47:11, 59:6
son [2] - 84:23, 85:4
sorry [2] - 15:1, 30:7
Sorry [1] - 15:3
sort [8] - 8:20, 15:22, 33:7, 39:16, 57:6, 74:18, 80:1, 83:3
SOUTHERN [1] - 1:1
speak [4] - 16:20, 16:25, 47:21, 60:7
speaking [6] - 39:22, 47:16, 48:13, 49:25, 50:2
specific [13] - 67:19, 71:3, 72:2, 73:22, 75:9, 75:25, 76:12, 78:4, 78:8, 83:18, 84:5
specifically [4] - 21:10,

21:13, 25:25, 34:5
specifics [1] - 77:22
specified [1] - 89:8
speculation [1] - 12:10
spend [3] - 37:14, 71:1, 83:10
Spiro [1] - 64:23
SPIRO [42] - 2:5, 11:22, 12:9, 15:25, 35:1, 35:3, 35:14, 46:9, 46:16, 48:1, 48:15, 49:3, 49:9, 55:18, 56:2, 56:7, 56:12, 56:17, 56:20, 57:3, 59:2, 59:12, 59:15, 65:9, 65:12, 65:15, 66:2, 66:4, 66:11, 66:20, 68:12, 69:15, 70:6, 72:7, 73:6, 73:11, 80:10, 82:13, 82:16, 82:24, 83:4, 85:22
spoke [3] - 36:19, 63:21, 75:3
sport [1] - 67:23
sports [2] - 67:3, 80:8
spot [2] - 61:14, 81:9
Sprite [2] - 10:24, 12:16
stabbed [4] - 28:11, 28:18, 59:7, 87:8
stabbing [2] - 13:5, 58:25
stack [1] - 43:16
standing [7] - 24:6, 51:4, 52:4, 52:6, 53:17, 55:8, 56:13
start [5] - 19:18, 21:10, 32:16, 75:23, 75:25
started [8] - 24:1, 25:11, 31:15, 43:11, 44:20, 44:24, 45:24, 50:15
stated [1] - 91:4
statement [1] - 81:16
statements [1] - 81:14
STATES [1] - 1:1
States [1] - 78:25
stationary [2] - 24:6, 24:22
stay [3] - 15:13, 60:14, 85:14
stayed [1] - 24:25
staying [1] - 6:21
step [12] - 19:15, 36:4, 36:5, 39:11, 39:13, 39:20, 40:3, 40:24, 41:1, 41:2, 41:14
stepped [1] - 18:20
steps [17] - 19:25, 20:2, 20:19, 20:22, 21:24, 23:6, 23:8, 23:10, 23:12, 23:21, 23:22, 24:16, 24:21, 39:11
stigma [1] - 82:2

STIPULATED [2] - 3:4, 3:15
stop [3] - 23:12, 23:14, 34:4
stopped [11] - 19:24, 20:1, 20:9, 20:18, 20:21, 21:7, 21:23, 22:1, 24:16, 24:17, 28:21
straight [1] - 41:22
Street [11] - 2:20, 22:4, 23:7, 27:17, 27:18, 28:9, 30:15, 31:4, 31:5, 31:10, 34:7
street [14] - 19:19, 21:1, 21:3, 22:2, 23:18, 27:10, 31:2, 31:20, 41:23, 45:15, 45:17, 54:6, 54:14
streets [1] - 27:8
strength [2] - 67:7, 67:10
strict [1] - 74:24
strike [3] - 55:10, 55:13, 75:17
strong [1] - 12:14
stuff [2] - 60:3, 71:9
Subscribed [1] - 89:15
subsequent [2] - 69:21, 69:24
substantially [1] - 5:16
successful [2] - 69:11, 72:11
suffer [1] - 80:19
suffered [13] - 67:1, 67:12, 67:16, 67:22, 68:7, 68:18, 69:7, 71:12, 71:16, 77:6, 78:2, 78:5, 84:21
suffering [3] - 70:13, 71:22, 82:21
summer [3] - 68:24, 85:9, 85:16
supposed [1] - 15:20
surgery [9] - 68:14, 69:9, 69:11, 69:25, 70:1, 70:3, 70:21, 80:15
surprising [1] - 49:25
surrounding [2] - 32:19
sustained [1] - 69:14
SUV [8] - 32:7, 34:15, 36:2, 37:2, 40:18, 40:20, 40:22, 87:16
swear [1] - 22:13
swing [2] - 42:4, 42:5
Switch [1] - 66:11
switched [1] - 63:18
sworn [5] - 3:8, 4:2, 89:4, 89:15, 91:5
system [1] - 83:12

T

table [5] - 9:2, 9:14, 9:15, 14:12, 14:15
talk [6] - 24:11, 26:8, 28:4, 36:15, 75:2, 84:17
talked [1] - 13:18
talking [19] - 20:12, 21:13, 21:14, 22:9, 22:23, 23:9, 23:25, 24:12, 28:16, 39:12, 45:22, 49:5, 70:2, 70:3, 70:23, 76:25, 77:21, 87:5
talks [1] - 9:13
Tall [1] - 39:23
tall [1] - 51:19
taller [1] - 44:6
tape [2] - 18:3, 19:3
tarnished [2] - 79:5, 79:16
taxi [5] - 8:9, 8:13, 32:1, 32:2, 32:5
tbrown@cochranfirm. com - 2:16
team [6] - 6:25, 15:9, 15:17, 16:20, 60:20, 74:14, 75:14, 75:15, 77:9, 77:11, 78:3, 79:23, 80:16, 81:9
teammate [12] - 7:8, 7:9, 8:14, 8:19, 15:7, 16:13, 20:5, 23:23, 23:10, 56:24, 57:8, 57:11
teammates [2] - 14:21, 28:15
teams [6] - 77:15, 77:19, 77:21, 77:23, 78:1, 78:9
technicians [1] - 60:5
telling [3] - 21:10, 24:1, 24:2, 24:13, 27:14, 27:25, 30:25, 31:5, 31:19, 32:15, 46:24, 47:1, 48:25
tells [1] - 26:14
ten [16] - 7:25, 12:2, 19:25, 20:2, 20:19, 20:21, 21:24, 23:10, 23:11, 23:22, 24:16, 24:21, 27:1, 27:2, 78:14
term [4] - 11:17, 11:22, 49:13, 74:1
terms [7] - 65:10, 69:6, 71:14, 71:19, 73:9, 74:3, 77:14
testified [2] - 4:2, 87:15
testify [3] - 4:11, 4:19, 89:4
testimony [6] - 5:6, 5:8, 5:12, 11:13, 89:4, 89:7

**texted** [3] - 7:7, 7:9, 7:20
**texting** [1] - 7:12
**THABO** [5] - 1:2, 1:19, 2:3, 2:9, 89:12
**Thanks** [1] - 88:13
**THE** [9] - 1:7, 2:12, 11:24, 35:2, 66:6, 66:8, 86:3, 86:6, 88:14
**themself** [1] - 16:4
**there's** [15] - 16:5, 27:7, 27:9, 31:11, 50:4, 64:12, 69:17, 71:25, 72:18, 74:19, 76:5, 76:6, 80:2, 82:20, 83:13
**There's** [2] - 16:5, 16:8
**they're** [2] - 16:4, 80:24
**thin** [1] - 67:5
**thinking** [1] - 19:12
**Third** [1] - 2:4
**three** [9] - 10:20, 10:23, 11:14, 12:3, 20:22, 39:11, 68:25, 73:20
**threshold** [1] - 35:23
**throw** [1] - 82:2
**thumb** [1] - 40:15
**tibia** [1] - 69:16
**tight** [3] - 67:25, 68:2, 70:19
**TIME** [1] - 1:17
**times** [6] - 26:19, 26:20, 27:1, 27:2, 65:2, 81:2
**timing** [1] - 76:3
**tips** [2] - 40:11, 40:13
**today** [14] - 4:11, 4:19, 4:22, 16:19, 66:17, 66:22, 68:10, 68:11, 68:14, 70:11, 76:6, 78:11, 78:23, 80:9
**tone** [3] - 22:10, 22:18, 22:19
**total** [1] - 50:3
**totally** [3] - 11:25, 69:20, 74:6
**Totally** [2] - 12:6, 74:11
**tough** [11] - 10:15, 51:8, 55:20, 81:8, 81:12, 84:16, 84:18, 84:19, 84:20, 85:5
**towards** [14] - 14:17, 18:24, 19:18, 19:22, 23:6, 25:13, 27:18, 31:10, 31:12, 39:20, 45:12, 87:2
**TRACEY** [1] - 2:15
**train** [1] - 68:24
**trainer** [4] - 71:7, 72:1, 72:3
**training** [3] - 69:22, 70:4, 70:8

**Training** [1] - 70:8
**transcript** [7] - 4:25, 5:2, 5:5, 5:7, 89:6, 89:7, 91:3
**translate** [2] - 47:18, 47:24
**translating** [1] - 48:4
**translation** [1] - 49:6
**translator** [1] - 48:7
**transported** [1] - 87:25
**treat** [5] - 60:9, 61:1, 61:9, 69:10, 72:1
**treated** [2] - 61:16, 64:11
**treatment** [11] - 60:15, 61:7, 70:8, 70:12, 70:15, 70:18, 71:2, 71:3, 71:15, 71:20, 85:7
**trial** [15] - 3:17, 5:3, 51:21, 65:12, 65:22, 65:24, 66:5, 75:6, 81:3, 81:7, 81:13, 82:5, 83:9, 83:25
**trouble** [1] - 64:6
**true** [3] - 28:7, 89:7, 91:8
**truth** [3] - 81:21, 81:22, 89:4
**truthfully** [2] - 4:11, 4:19
**turn** [4] - 38:8, 38:12, 42:4, 43:1
**turned** [4] - 13:2, 18:9, 51:15, 54:11
**Twice** [1] - 65:6
**type** [3] - 36:2, 73:22, 79:10
**types** [1] - 74:12

**U**

**uh** [1] - 14:13
**Uh** [4] - 5:10, 50:7, 50:10, 57:7
**uh-huh** [1] - 14:13
**Uh-huh** [4] - 5:10, 50:7, 50:10, 57:7
**under** [3] - 91:7, 91:11, 91:16
**understand** [9] - 11:22, 11:23, 11:24, 11:25, 16:2, 47:21, 57:4, 76:18, 78:7
**understanding** [4] - 82:6, 82:8, 82:22, 83:11
**understood** [2] - 75:4, 84:14
**uneventful** [1] - 14:11
**Uneventful** [1] - 14:13
**unfairly** [1] - 80:4

**uniform** [1] - 18:13
**United** [1] - 78:25
**UNITED** [1] - 1:1
**unsigned** [1] - 3:10
**upcoming** [2] - 73:2, 77:19
**upset** [2] - 64:15, 64:18

**V**

**vague** [3] - 15:25, 66:21, 70:6
**vary** [1] - 83:2
**venue** [2] - 20:16, 31:22
**verbalizing** [1] - 22:7
**verbally** [1] - 28:25
**veteran** [1] - 79:24
**vicinity** [1] - 18:10
**video** [7] - 46:7, 46:14, 46:17, 47:15, 47:25, 48:3, 48:11
**videos** [2] - 45:18, 45:23
**vision** [1] - 39:19
**visit** [1] - 16:17
**vodka** [2] - 9:22, 10:21
**voice** [3] - 4:13, 22:18, 22:20
**voluntarily** [1] - 43:7

**W**

**Wait** [1] - 65:9
**waived** [1] - 3:7
**walk** [2] - 9:15, 18:25
**walked** [2] - 9:4, 17:17
**walking** [7] - 19:22, 23:24, 24:12, 27:17, 36:21, 87:1, 87:12
**wanted** [5] - 25:13, 32:1, 45:9, 57:21, 57:22
**wants** [1] - 35:12
**War** [1] - 48:24
**Was he** [4] - 22:23, 24:25, 45:10
**was it** [7] - 14:11, 27:1, 29:4, 34:21, 40:25, 58:6, 82:10
**was that** [6] - 39:21, 41:5, 44:1, 52:9, 75:8, 88:10
**was there** [5] - 14:8, 14:9, 15:8, 63:10, 87:24
**watched** [4] - 46:7, 46:13, 47:15, 48:11
**ways** [2] - 79:9, 83:13
**we'll** [2] - 39:9, 69:23
**We're** [1] - 16:24
**we're** [8] - 4:16, 6:14, 20:10, 20:11, 49:5,

51:10, 66:9
**we've** [2] - 29:2, 45:22
**week** [6] - 11:5, 11:6, 11:9, 71:2, 71:19, 73:7
**weeks** [1] - 11:9
**weigh** [1] - 5:19
**weight** [3] - 5:14, 5:17, 5:18
**were you** [20] - 7:12, 10:21, 12:25, 19:11, 24:21, 31:22, 43:9, 44:17, 44:23, 45:5, 52:4, 52:5, 53:23, 54:21, 55:1, 58:1, 59:9, 59:18, 61:4, 74:22
**what are** [1] - 73:15
**What did** [10] - 9:21, 18:23, 27:13, 33:4, 42:9, 75:2, 87:6, 88:8
**what was** [12] - 20:6, 20:25, 22:10, 25:14, 30:12, 57:9, 82:5, 82:6, 84:17, 85:4, 87:5
**What were** [4] - 44:17, 44:18, 48:19, 87:5
**what's** [5] - 5:14, 18:2, 19:16
**What's** [1] - 58:15
**when did** [2] - 5:25, 6:3
**when you** [58] - 5:5, 5:11, 7:5, 7:9, 9:4, 9:11, 13:4, 13:22, 17:11, 17:13, 17:17, 18:7, 18:25, 20:18, 21:23, 22:16, 23:8, 23:14, 24:20, 30:20, 30:24, 31:3, 31:14, 32:2, 32:9, 32:20, 35:22, 36:12, 36:17, 36:21, 37:11, 38:10, 39:9, 40:2, 40:24, 41:3, 41:11, 42:14, 45:1, 45:13, 46:7, 46:13, 46:22, 47:15, 48:11, 49:18, 50:11, 52:3, 52:4, 53:22, 54:18, 58:15, 62:2, 67:14, 70:22, 79:9, 86:23
**where are** [1] - 45:14
**Whereupon** [5] - 61:21, 66:12, 85:23, 86:10, 88:15
**whiskey** [4] - 9:23, 10:21, 10:23, 12:16
**Whiskey** [1] - 10:22
**White** [1] - 44:7
**white** [2] - 56:24, 57:9
**who are** [1] - 23:14
**who is** [2] - 7:22, 14:24
**who was** [10] - 8:13, 8:19, 20:19, 23:23, 39:6,

T. SEFOLOSHA

41:3, 46:2, 58:24, 63:20,
64:22
  **who were** [3] - 9:4,
10:6, 14:20
  **wife** [1] - 84:18
  **wish** [2] - 55:17, 55:22
  **withdraw** [3] - 40:17,
47:20, 52:3
  **withdrawn** [2] - 47:9,
53:22
  **witness** [5] - 3:8, 3:12,
3:13, 88:16, 91:4
  **WITNESS** [7] - 11:24,
35:2, 66:6, 66:8, 86:3,
86:6, 88:14
  **won't** [1] - 10:9
  **word** [6] - 30:2, 32:6,
48:20, 48:23, 49:2, 49:10
  **words** [10] - 11:18,
25:12, 25:25, 30:23,
48:14, 48:18, 48:19,
79:8, 80:22
  **work** [3] - 68:24, 69:17,
69:18
  **works** [1] - 75:10
  **world** [2] - 80:8, 85:13
  **World** [1] - 48:24
  **worried** [4] - 64:18,
74:25, 75:13
  **worse** [1] - 68:10
  **worst** [1] - 82:6
  **wouldn't** [1] - 69:19
  **Wow** [2] - 35:12, 87:8
  **wrap** [1] - 60:10
  **writing** [1] - 91:7
  **written** [1] - 16:8
  **wrong** [4] - 55:21, 75:2,
80:2, 80:4

---

## X

  **x-rays** [1] - 61:12

---

## Y

  **yeah** [19] - 11:17, 19:14,
22:9, 34:20, 35:17,
36:23, 48:18, 49:12,
58:7, 61:18, 62:15,
63:12, 67:18, 70:3,
71:18, 72:22, 79:24,
80:12, 84:21
  **Yeah** [43] - 10:17, 11:6,
11:15, 16:2, 17:4, 18:22,
19:5, 20:17, 21:20,
26:10, 26:12, 26:25,
27:12, 30:4, 33:13,
33:15, 35:16, 36:23,
41:10, 45:24, 47:17,
49:11, 49:12, 49:15,
55:3, 58:14, 60:25,

61:20, 62:15, 62:20,
63:1, 63:12, 72:21, 74:6,
74:19, 78:19, 79:21,
80:21, 81:17, 82:13,
85:22, 86:8, 87:23
  **year** [6] - 7:25, 11:7,
72:13, 72:14, 73:17,
73:20
  **Years** [1] - 73:12
  **years** [8] - 8:1, 66:23,
73:9, 73:16, 78:5, 78:14,
79:2, 83:2
  **yellow** [3] - 17:10, 18:1,
28:17
  **YORK** [4] - 1:1, 1:7,
1:12, 2:19
  **York** [19] - 2:4, 2:10,
2:14, 2:20, 4:6, 5:23, 6:3,
6:9, 6:11, 7:21, 10:7,
60:22, 65:25, 81:11, 85:5
  **Yorker** [1] - 22:25
  **you'd** [2] - 27:21, 78:17
  **you'll** [1] - 74:4
  **you've** [6] - 26:2, 73:15,
74:8, 76:24, 81:14, 85:8
  **young** [1] - 84:12
  **yours** [1] - 16:15
  **yourself** [10] - 13:11,
15:23, 19:6, 19:11,
35:11, 52:4, 52:23, 66:3,
70:12, 80:8
  **yourselves** [1] - 58:9

---

## Z

  **ZACHARY** [1] - 2:18
  **zero** [1] - 12:2
  **Zucker** [4] - 72:24,
72:25, 73:1, 73:2

---

## °

  **°** [4] - 88:18