```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------------------------------X
     PERO ANTIC,
 3
                                     PLAINTIFF,
 4
                     -against-          Index No.:
 5                                      16-cv-2425 (JMF)

 6   THE CITY OF NEW YORK, POLICE OFFICER RICHARD CASTER,
     individually and in his capacity as a member of the New
 7   York City Police Department, POLICE OFFICER PAUL GIACONA,
     individually and in his capacity as a member of the New
 8   York City Police Department, POLICE OFFICER DANIEL
     DONGVORT, individually and in his capacity as a member of
 9   the New York City Police Department, POLICE OFFICER MICHAEL
     SULLIVAN, individually and in his capacity as a member of
10   the New York City Police Department, and JOHN and JANE
     DOES, said names being fictitious and intended to represent
11   individual officers, members, agents, servants and/or
     employees of the New York City Police Department in their
12   individual and official capacity,

13                                   DEFENDANTS.
     ------------------------------------------------------X
14   THABO SEFOLOSHA,

15                                     PLAINTIFF,

16                     -against-          Index No.:
                                          16-cv-2564
17
     P.O. JOHN PAUL GIACONA, P.O. JORDAN ROSSI, P.O. RICHARD
18   CASTER, P.O. DANIEL DONGVORT, P.O. MICHAEL O'SULLIVAN, and
     THE CITY OF NEW YORK,
19
                                     DEFENDANTS.
20   ------------------------------------------------------X

21

22                          DATE:  February 22, 2017

23                          TIME:  3:50 P.M.

24

25                  (DEPOSITION of PERO ANTIC)
```

1                    DATE:   February 22, 2017

2                    TIME:   3:50 P.M.

3

4

5              EXAMINATION BEFORE TRIAL of the Plaintiff,

6     PERO ANTIC, taken by the respective parties, pursuant to

7     Order and the Federal Rules of Civil Procedure, held at the

8     offices of the New York City Law Department, 100 Church

9     Street, New York, New York 10007, before May Jean Wu, a

10    Court Reporter and Notary Public of the State of New York.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1   A P P E A R A N C E S:

2

3        THE COCHRAN FIRM
              Attorneys for the Plaintiff
4             PERO ANTIC
              55 Broadway  23rd Floor
5             New York, New York 10006
              BY: TRACEY L. BROWN, ESQ.
6

7

         JAROSLAWICZ & JAROS, LLC
8             Attorneys for the Plaintiff
              THABO SEFOLOSHA
9             225 Broadway  24th Floor
              New York, New York 10007
10            BY: ELIZABETH EILENDER, ESQ.

11

12       ZACHARY W. CARTER, ESQ.
         CORPORATION COUNSEL
13       NEW YORK CITY LAW DEPARTMENT
              Attorneys for the Defendant
14            100 Church Street  4th Floor
              New York, New York 10007
15            BY: BRIAN FRANCOLLA, ESQ.
              File No.:  2016-014252
16            Control No.:  164749

17

18            *         *         *

19

20

21

22

23

24

25
```

1              F E D E R A L   S T I P U L A T I O N S

2

3              IT IS HEREBY STIPULATED AND AGREED by and

4     between the counsel for the respective parties hereto that

5     the filing, sealing and certification of the within

6     deposition shall be and the same are hereby waived;

7

8              IT IS FURTHER STIPULATED AND AGREED that all

9     objections, except as to the form of the question, shall be

10    reserved to the times of the trial.

11

12             IT IS FURTHER STIPULATED AND AGREED that the

13    within deposition may be signed before any Notary Public

14    with the same force and effect as if signed and sworn to

15    before this court.

16

17

18                   *      *      *      *      *

19

20

21

22

23

24

25

1    A.     Nothing, straight to the hotel because we had

2  morning shoot-around.

3    Q.     What time was shoot-around scheduled in the

4  morning, if you recall?

5    A.     I don't remember, sir.

6    Q.     Was there a usual time it would be?

7    A.     No, you have to ask the coach about that.

8    Q.     Okay, so when you get to the car, do you remember

9  what type of vehicle it was that was supposed to drive you

10  guys away from the area?

11    A.     It was SUV, I remember, a black SUV I get in.

12    Q.     You said you actually got into the SUV?

13    A.     Yes.

14    Q.     Do you remember whether it was the driver's side

15  or the passenger's side?

16    A.     Straight first, first door from the street, from

17  the passenger's side back.

18    Q.     Okay, so you went to the door closest to 1 Oak?

19    A.     Yes.

20    Q.     I'm assuming it was the back door of the SUV and

21  not the front?

22    A.     The back door, the back door, not the front door.

23    Q.     You said, I think, you said that Mr. Sefolosha

24  went around to the other side to enter that door?

25    A.     Yes, from the front, from the front part he went

```
 1              C E R T I F I C A T E

 2

 3     STATE OF NEW YORK        )
                                :  SS.:
 4     COUNTY OF NEW YORK       )

 5

 6              I, MAY JEAN WU, a Notary Public for and within

 7     the State of New York, do hereby certify:

 8              That the witness whose examination is

 9     hereinbefore set forth was duly sworn and that such

10     examination is a true record of the testimony given by that

11     witness.

12              I further certify that I am not related to any

13     of the parties to this action by blood or by marriage and

14     that I am in no way interested in the outcome of this

15     matter.

16              IN WITNESS WHEREOF, I have hereunto set my hand

17     this 24th day of February 2017.

18
                   _____
19
                          MAY JEAN WU
20

21

22

23

24

25
```

## $

**$126,000.00** [1] - 45:22
**$15** [1] - 44:20
**$20,000.00** [1] - 44:20

## 1

**1** [11] - 9:9, 9:10, 9:21, 9:24, 10:20, 11:17, 12:8, 12:23, 14:20, 16:20, 24:18
**100** [2] - 2:8, 3:14
**1000** [1] - 5:10
**10006** [1] - 3:5
**10007** [3] - 2:9, 3:9, 3:14
**11:54** [1] - 7:2
**16-cv-2425** [1] - 1:5
**16-cv-2564** [1] - 1:16
**164749** [1] - 3:16
**17th** [1] - 46:16

## 2

**20-something** [1] - 41:10
**2015** [1] - 7:7
**2016-014252** [1] - 3:15
**2017** [3] - 1:22, 2:1, 51:17
**20___** [1] - 49:16
**22** [2] - 1:22, 2:1
**225** [1] - 3:9
**23rd** [1] - 3:4
**24th** [2] - 3:9, 51:17

## 3

**30A** [1] - 5:9
**3:50** [2] - 1:23, 2:2

## 4

**46** [1] - 50:12
**47** [1] - 50:13
**4:50** [1] - 48:7
**4th** [1] - 3:14

## 5

**5** [1] - 50:11
**55** [1] - 3:4

## 7

**7** [1] - 7:8

## 8

**8** [2] - 7:7, 7:8

## A

**able** [1] - 34:10
**above** [1] - 49:4
**achieved** [1] - 44:11
**acting** [1] - 22:1
**action** [1] - 51:13
**actions** [2] - 21:7, 21:11
**addition** [1] - 39:8
**address** [1] - 39:23
**advice** [1] - 40:2
**affect** [2] - 12:12, 21:23
**after** [19] - 9:7, 10:12, 16:6, 19:10, 21:2, 23:21, 27:14, 30:16, 30:24, 31:3, 33:7, 36:25, 37:4, 38:1, 38:2, 38:4, 39:4, 43:7, 47:12
**again** [1] - 39:5
**against** [3] - 1:4, 1:16, 47:8
**agent** [5] - 41:12, 44:10, 45:2, 45:5
**agents** [3] - 1:11, 40:2, 45:12
**aggressive** [1] - 28:16
**ago** [1] - 17:7
**AGREED** [3] - 4:3, 4:8, 4:12
**agreeing** [1] - 36:19
**ahead** [2] - 21:17, 21:18
**airport** [1] - 47:23
**alcohol** [4] - 7:24, 8:4, 8:5, 8:6
**alcoholic** [2] - 11:18, 12:9
**allow** [2] - 13:4, 41:19
**allowed** [1] - 40:18
**almost** [2] - 45:24, 46:1
**along** [2] - 11:8, 22:7
**Alright** [1] - 14:10
**always** [6] - 17:7, 18:20, 18:21, 33:22, 39:25, 42:15
**amount** [2] - 44:8, 45:24
**amounts** [1] - 45:7
**AND** [3] - 4:3, 4:8, 4:12
**AND/OR** [2] - 50:16, 50:17
**and/or** [1] - 1:11
**ankle** [3] - 34:13, 34:15, 34:16
**another** [7] - 27:19, 28:22, 33:18, 47:15, 47:16, 48:2, 48:4
**answer** [13] - 6:20, 18:20, 18:21, 19:4, 19:19, 21:18, 23:23, 23:24, 31:12, 32:22,
43:12, 43:13
**answered** [1] - 19:18
**ANTIC** [5] - 1:2, 1:25, 2:6, 3:4, 49:12
**Antic** [4] - 5:7, 5:11, 35:24, 36:11
**anybody** [5] - 12:24, 13:4, 25:8, 37:3, 45:2
**anymore** [1] - 44:19
**anyone** [2] - 14:11, 33:20
**anything** [22] - 9:15, 9:22, 10:4, 12:16, 13:6, 17:9, 17:13, 17:17, 22:2, 22:5, 22:6, 22:11, 23:18, 23:21, 29:19, 32:21, 33:17, 34:23, 35:1, 43:21, 45:15, 46:10
**anywhere** [2] - 9:22, 43:15
**apologize** [2] - 5:16, 5:22
**appreciate** [2] - 5:23, 36:8
**approximately** [2] - 8:7, 9:24
**April** [3] - 7:6, 7:8
**are there** [1] - 39:6
**area** [2] - 24:10, 33:20
**argue** [1] - 17:9
**arguing** [2] - 17:6, 17:8
**argument** [1] - 17:15
**arm** [1] - 27:17
**arms** [1] - 16:15
**around** [16] - 22:10, 22:13, 24:2, 24:3, 24:24, 25:1, 27:3, 27:24, 28:5, 31:6, 32:5, 32:20, 34:16, 35:12, 37:10
**arranged** [1] - 42:22
**arrangements** [2] - 10:2, 10:3
**arrest** [5] - 11:14, 36:12, 38:3, 40:20, 45:4
**arrested** [12] - 7:10, 9:9, 22:20, 26:8, 30:8, 35:10, 37:6, 37:8, 42:6, 46:16, 47:20, 48:3
**arresting** [1] - 30:4
**arrived** [5] - 7:12, 9:21, 10:5, 21:4, 21:5
**arriving** [1] - 7:7
**aside** [2] - 34:22, 34:25
**ask** [10] - 6:13, 16:9, 24:7, 36:2, 38:24, 43:3, 44:25, 45:5, 47:19, 48:4
**asked** [3] - 10:7, 23:8, 34:4
**asking** [6] - 31:10,
31:13, 31:15, 31:19, 32:5, 43:8
**Association** [2] - 45:22, 45:24
**assuming** [1] - 24:20
**ATL** [2] - 7:11, 7:13
**Atlanta** [7] - 7:14, 7:16, 7:25, 38:14, 38:15, 38:19, 40:10, 42:23, 42:25, 43:1, 43:4
**Atlantic** [1] - 40:15
**attack** [1] - 19:7
**attacking** [1] - 17:10
**attention** [1] - 7:5
**attorneys** [1] - 6:7
**Attorneys** [3] - 3:3, 3:8, 3:13
**available** [1] - 8:3
**Avenue** [1] - 46:17
**avenues** [1] - 46:19
**aware** [3] - 13:15, 45:3, 45:8
**away** [7] - 19:1, 20:19, 24:10, 35:20, 35:21, 43:18

## B

**back** [11] - 12:6, 17:18, 24:17, 24:20, 24:22, 25:2, 27:13, 28:13, 47:6
**bad** [3] - 17:8, 21:23, 29:9
**badge** [2] - 18:24, 19:21
**Balkan** [3] - 18:15, 23:12, 37:6
**bar** [6] - 33:11, 33:14, 33:19, 34:18, 35:2
**bars** [1] - 33:17
**basically** [4] - 19:24, 44:4, 45:6, 45:25
**basketball** [6] - 13:23, 16:7, 18:1, 34:15, 37:3, 37:5
**Basketball** [1] - 18:2
**baton** [2] - 30:14, 30:15
**beat** [2] - 33:23, 35:4
**BEFORE** [1] - 2:5
**before** [20] - 2:9, 4:13, 4:15, 5:15, 5:25, 6:20, 7:10, 9:13, 9:21, 12:10, 14:1, 14:10, 31:5, 38:22, 41:15, 42:12, 47:13, 49:15
**begin** [1] - 5:15
**begins** [1] - 6:20
**behaving** [1] - 18:13
**behind** [2] - 15:20, 15:21
**beings** [1] - 19:3

**best** [6] - 26:3, 37:5, 39:14, 40:9, 40:10, 40:12
**better** [2] - 26:22, 32:2
**between** [5] - 4:4, 20:13, 20:23, 27:18, 31:7
**beverages** [2] - 11:18, 12:9
**big** [7] - 7:21, 12:14, 16:10, 42:3, 42:7, 42:8, 43:25
**bigger** [1] - 42:7
**biggest** [1] - 40:1
**bill** [1] - 14:9
**bit** [5] - 28:17, 35:15, 38:8, 39:4, 47:24
**black** [2] - 17:10, 24:11
**blood** [1] - 51:13
**blurry** [1] - 12:4
**body** [2] - 27:7, 34:10
**bonus** [2] - 45:23, 45:25
**bonuses** [3] - 45:20, 45:21
**book** [1] - 47:18
**booth** [1] - 13:4
**boss** [2] - 15:14, 18:25
**bottle** [1] - 10:4
**bottles** [1] - 11:1
**Brian** [1] - 5:13
**BRIAN** [1] - 3:15
**brief** [1] - 12:8
**bring** [8] - 8:4, 8:5, 10:24, 11:1, 11:12, 33:9, 40:21, 42:16
**Broadway** [2] - 3:4, 3:9
**broke** [2] - 34:6, 34:14
**Brooklyn** [1] - 4:3
**brother** [1] - 28:8
**BROWN** [13] - 3:5, 12:3, 18:2, 23:22, 23:25, 41:22, 43:11, 43:14, 45:16, 47:1, 47:5, 48:6, 50:13
**Bud** [2] - 40:14
**built** [1] - 39:11
**bum** [5] - 31:19, 31:22, 31:24, 31:25, 32:1
**BUM** [1] - 32:1
**bum"** [1] - 32:3
**bus** [1] - 9:1
**business** [1] - 42:23
**BY** [7] - 3:5, 3:10, 3:15, 5:4, 46:11, 47:4, 50:10
**bye** [1] - 12:25
**Bye** [1] - 48:5

**C**

**cab** [1] - 16:2
**call** [4] - 13:5, 44:6,

47:14, 47:19
**called** [3] - 5:1, 15:15, 37:14
**came** [13] - 13:16, 16:2, 19:11, 22:10, 22:15, 25:1, 27:19, 31:19, 38:7, 38:17, 41:12, 45:9
**can you** [10] - 11:19, 21:10, 26:19, 28:11, 30:23, 33:3, 35:16, 36:15, 45:11
**can't** [4] - 6:6, 6:18, 16:10, 20:20
**cannot** [15] - 10:1, 10:11, 12:15, 15:25, 17:6, 26:8, 26:21, 27:7, 35:18, 39:18, 39:19, 41:3, 41:10, 42:16, 43:3
**capacity** [5] - 1:6, 1:7, 1:8, 1:9, 1:12
**car** [25] - 15:15, 18:11, 20:11, 20:12, 21:5, 22:4, 22:9, 22:10, 22:13, 22:14, 22:16, 23:2, 23:3, 23:6, 24:8, 25:12, 26:2, 26:5, 27:10, 27:18, 32:8, 32:15, 32:18
**Cards** [1] - 44:6
**career** [1] - 40:9
**cars** [2] - 14:13, 14:21
**CARTER** [1] - 3:12
**CASTER** [2] - 1:6, 1:18
**celebrating** [1] - 9:5
**cell** [6] - 23:16, 33:7, 33:8, 33:10, 33:13
**certain** [6] - 35:20, 41:4, 41:15, 42:11, 44:21, 47:15
**certainly** [1] - 38:17
**certification** [1] - 4:5
**certify** [3] - 49:3, 51:7, 51:12
**CERTIFY** [1] - 49:6
**chance** [2] - 14:8, 43:20
**change** [1] - 8:11
**charges** [3] - 47:7, 47:20, 47:25
**charter** [2] - 7:19, 7:22
**check** [1] - 21:3
**children** [1] - 38:11
**choose** [1] - 40:18
**chose** [1] - 9:10
**chubby** [1] - 15:10
**Church** [2] - 2:8, 3:14
**circles** [1] - 32:23
**cities** [1] - 43:1
**city** [1] - 42:25
**CITY** [3] - 1:6, 1:18, 3:13

**City** [7] - 1:7, 1:8, 1:9, 1:10, 1:11, 2:8, 5:14
**Civil** [1] - 2:7
**claiming** [4] - 36:11, 36:16, 39:7, 43:22
**clarify** [1] - 45:13
**clear** [2] - 6:13, 7:13
**close** [4] - 27:17, 29:16, 29:17, 30:1
**closed** [1] - 27:5
**closest** [3] - 24:18, 39:25, 40:1
**clothes** [1] - 8:11
**club** [18] - 9:9, 9:16, 9:20, 10:3, 10:5, 10:10, 11:7, 11:16, 13:15, 13:18, 14:11, 16:23, 20:6, 23:1, 23:6, 23:21
**clubs** [1] - 9:18
**coach** [2] - 24:7, 40:15
**Coach** [2] - 40:14
**COCHRAN** [1] - 3:3
**coming** [3] - 19:12, 39:11
**commercials** [1] - 46:6
**common** [1] - 34:14
**commotion** [2] - 26:23, 29:8
**communicate** [3] - 34:1, 42:1, 45:2
**communication** [1] - 34:17
**companies** [2] - 44:6, 44:25
**concentrating** [2] - 17:4, 17:5
**concern** [2] - 21:8, 21:14
**concerned** [2] - 27:23, 28:3
**concluded** [1] - 48:8
**confront** [1] - 18:4
**confrontation** [1] - 21:12
**confused** [2] - 17:25, 22:18
**connected** [3] - 36:18, 37:9, 37:23
**connection** [2] - 6:4, 11:19
**connection's** [1] - 11:23
**contact** [7] - 16:13, 20:5, 25:19, 26:4, 28:10, 40:16
**contemplate** [1] - 41:17
**continue** [2] - 16:9, 45:18
**continued** [2] - 19:17, 23:11

**continues** [1] - 18:10
**Continuing** [1] - 12:4
**continuing** [2] - 19:2, 27:22
**continuously** [1] - 23:2
**contract** [8] - 38:20, 40:5, 41:1, 41:3, 42:8, 44:2, 44:17, 44:19
**contracts** [13] - 43:24, 44:1, 44:3, 44:8, 44:15, 44:16, 44:22, 44:24, 45:7, 45:18, 46:4, 46:7
**Control** [1] - 3:16
**conversation** [3] - 5:21, 17:1, 42:13
**conversations** [1] - 31:8
**converse** [1] - 12:23
**Copeland** [1] - 33:10
**corner** [6] - 16:2, 21:6, 33:17, 46:16, 46:18, 46:21
**CORPORATION** [1] - 3:12
**correct** [3] - 7:3, 28:20, 49:7
**counsel** [1] - 4:4
**COUNSEL** [1] - 3:12
**counseling** [1] - 39:22
**country** [4] - 36:21, 37:5, 39:12, 42:18
**COUNTY** [1] - 51:4
**couple** [1] - 6:1
**course** [1] - 36:7
**court** [12] - 4:15, 5:18, 17:19, 17:21, 17:23, 17:25, 18:1, 18:2, 32:18, 32:19, 32:20
**COURT** [1] - 1:1
**Court** [1] - 2:10
**crack** [1] - 29:24
**crazy** [1] - 10:17
**criminals** [1] - 19:13
**crosses** [1] - 19:18
**cuffed** [1] - 33:19
**curiosity** [1] - 8:2
**current** [1] - 41:7
**currently** [1] - 6:24

**D**

**Daddy** [1] - 37:14
**daddy's** [1] - 37:18
**DANIEL** [2] - 1:8, 1:18
**date** [4] - 39:21, 41:4, 41:15, 42:11
**DATE** [2] - 1:22, 2:1
**day** [11] - 7:9, 7:10, 12:18, 12:21, 30:21, 40:16, 41:15, 41:25,

49:16, 51:17

days [3] - 35:17, 35:18, 38:4
deals [3] - 45:1, 45:15, 45:17
decide [2] - 8:24, 9:8
decided [1] - 7:12
decision [1] - 41:6
Defendant [1] - 3:13
defendants [1] - 5:15
DEFENDANTS [2] - 1:13, 1:19
defensive [1] - 40:13
definitely [4] - 21:19, 36:3, 36:14, 40:6
delay [1] - 5:16
demonstrated [1] - 28:9
Department [6] - 1:7, 1:8, 1:9, 1:10, 1:11, 2:8
DEPARTMENT [1] - 3:13
deposition [2] - 4:6, 4:13
DEPOSITION [1] - 1:25
describe [6] - 14:19, 26:3, 26:19, 26:21, 33:3, 36:15
described [2] - 12:9, 17:14, 21:8, 21:12, 29:4, 29:21, 30:13, 33:14, 39:23
describing [3] - 18:13, 19:8, 28:19
DESCRIPTION [1] - 50:4
desk [1] - 10:6
detail [1] - 26:3
did it [2] - 29:7, 35:21
did they [4] - 10:9, 13:21, 14:7, 34:23
did you [49] - 7:8, 7:16, 7:24, 8:17, 9:8, 9:15, 9:21, 10:13, 10:19, 11:17, 12:9, 12:23, 14:11, 14:15, 14:17, 17:1, 17:21, 19:8, 19:14, 20:12, 20:15, 22:5, 23:3, 23:5, 23:14, 23:20, 25:3, 25:18, 26:13, 27:1, 28:23, 29:14, 29:19, 30:14, 30:19, 31:8, 32:11, 32:25, 34:9, 34:17, 35:6, 35:9, 35:13, 39:21, 40:23, 41:6, 41:17, 44:15
different [4] - 30:9, 42:2, 44:7, 44:8
differently [1] - 23:12
difficult [4] - 36:20, 36:25, 42:19, 42:21

directing [1] - 15:3
direction [1] - 19:25
directly [4] - 15:5, 16:20, 28:23, 37:7
dirty [1] - 22:21
discussion [2] - 36:9, 47:2
distorted [1] - 12:3
DISTRICT [2] - 1:1, 1:1
do you [24] - 5:8, 8:7, 8:22, 9:2, 9:24, 15:2, 15:17, 17:17, 22:11, 22:16, 24:8, 24:14, 25:6, 27:5, 27:15, 27:22, 28:14, 31:14, 31:16, 33:3, 35:1, 46:15, 46:20
DOCUMENTS [2] - 50:16, 50:17
DOES [1] - 1:10
doesn't [2] - 13:4, 39:20
DONGVORT [2] - 1:8, 1:18
door [11] - 10:10, 14:20, 24:16, 24:18, 24:20, 24:22, 24:24, 25:6, 27:14
doors [1] - 33:17
down [22] - 13:12, 14:24, 15:4, 15:13, 15:14, 15:19, 15:24, 15:25, 16:3, 16:14, 16:21, 18:9, 18:10, 20:2, 20:9, 20:25, 22:3, 22:4, 28:5, 30:1, 30:24, 34:12
drink [7] - 7:24, 9:2, 9:5, 9:6, 9:22, 12:12, 13:5
drinks [1] - 11:12
drive [1] - 24:9
driver's [1] - 24:14
dropped [3] - 47:7, 47:20, 47:25
drunk [2] - 12:16, 12:19
duly [3] - 5:2, 49:3, 51:9

**E**

earlier [2] - 31:19, 34:25
early [1] - 7:8
easy [1] - 16:10
educate [1] - 42:24
effect [1] - 4:14
eight [1] - 27:25
EILENDER [6] - 3:10, 21:16, 31:24, 46:12, 46:25, 50:12
eleven [1] - 12:14
ELIZABETH [1] - 3:10
emotional [8] - 36:12, 36:16, 36:18, 39:6, 39:10, 39:17, 39:18, 39:23

employees [1] - 1:11
end [7] - 11:21, 18:9, 37:13, 39:3, 40:8, 40:13, 45:23
engage [1] - 20:1
engaged [2] - 20:3, 25:17
enough [1] - 25:25
enter [3] - 24:24, 25:5, 25:6
entered [1] - 25:4
especially [1] - 37:4
ESQ [4] - 3:5, 3:10, 3:12, 3:15
estimate [1] - 30:23
Europe [11] - 9:17, 36:24, 41:13, 42:2, 42:3, 42:7, 42:9, 42:10, 44:3, 44:21, 46:8
evening [4] - 5:11, 5:12, 7:2, 7:6
everybody [6] - 13:11, 13:17, 14:5, 14:6, 14:23, 14:24
Everybody [2] - 11:14
everything [7] - 7:21, 11:2, 17:3, 18:25, 21:4, 21:20, 23:13, 28:6, 32:9, 36:22, 37:21, 38:9, 38:21, 40:14, 40:20, 40:22, 42:5, 42:6, 42:15, 42:23, 42:24, 43:17, 43:19, 44:2, 44:7, 44:11, 45:19
exactly [6] - 6:22, 7:2, 8:9, 12:10, 26:9, 26:21
examination [2] - 51:8, 51:10
EXAMINATION [5] - 2:5, 5:4, 46:11, 47:4, 50:10
Examination [1] - 48:7
examined [1] - 5:3
example [3] - 44:1, 44:17, 44:19
except [2] - 4:9, 34:20
excuse [2] - 28:14, 31:23
Excuse [2] - 22:15, 27:15
EXHIBIT [2] - 50:3
exit [2] - 14:20, 16:20
exited [2] - 16:23, 23:1
expect [1] - 44:11
expensive [1] - 10:25
explain [3] - 28:11, 36:15, 36:25
extent [2] - 6:17, 45:1
extra [1] - 28:6

**F**

face [2] - 25:16, 27:7
fact [2] - 10:19, 41:1
fair [1] - 13:24
fall [2] - 28:23, 28:24
families [2] - 21:22, 21:23
family [12] - 36:18, 37:10, 37:11, 37:23, 40:1, 42:6, 42:19, 42:20, 43:15, 43:16
family's [2] - 40:7, 42:15
fast [2] - 11:2, 13:7
father [1] - 37:20
fault [1] - 32:4
favor [1] - 6:7
February [3] - 1:22, 2:1, 51:17
Federal [1] - 2:7
feedback [1] - 31:11
feel [4] - 35:13, 35:19, 40:21, 43:21
feeling [5] - 25:22, 25:24, 25:25, 35:12, 42:20
feels [1] - 37:1
feet [1] - 34:7
few [5] - 17:11, 19:11, 33:12, 33:22, 36:2
fictitious [1] - 1:10
fifteen [4] - 11:3, 11:6, 11:8, 11:10
fight [4] - 18:5, 18:13, 19:3, 21:14
fighting [1] - 18:18
File [1] - 3:15
filed [1] - 5:15
filing [1] - 4:5
fill [1] - 5:20
find [5] - 9:18, 20:11, 29:10, 38:18, 38:20
finish [3] - 6:19, 22:22
FIRM [1] - 3:3
first [26] - 5:2, 15:8, 17:10, 18:6, 18:24, 21:25, 22:15, 24:16, 25:11, 25:14, 25:17, 26:7, 27:13, 27:15, 27:16, 28:15, 31:6, 36:18, 39:12, 40:17, 42:12, 42:15, 43:16, 44:9, 49:3
fist [1] - 27:5
five [1] - 27:25
flight [1] - 7:24
Floor [3] - 3:4, 3:9, 3:14
fly [2] - 7:16, 7:17

focus [3] - 7:5, 27:11, 32:25
follow [1] - 47:6
follow-up [1] - 47:6
follows [1] - 5:3
foot [1] - 33:24
FOR [1] - 50:21
forbidden [2] - 8:5, 41:11
force [3] - 4:14, 16:17, 19:23
foregoing [1] - 49:6
foreign [1] - 42:18
forget [1] - 17:7
form [1] - 4:9
formally [1] - 41:8
forth [2] - 17:18, 51:9
found [1] - 23:17
FRANCOLLA [4] - 3:15, 5:5, 46:9, 50:11
Francolla [1] - 5:13
friend [4] - 8:15, 8:17, 9:19, 10:3
friendly [1] - 16:4
friends [4] - 20:7, 39:25, 43:2
front [12] - 12:20, 13:19, 16:20, 22:13, 24:21, 24:22, 24:25, 25:13, 29:17, 29:18, 37:5
funny [2] - 33:24, 34:19
FURTHER [3] - 4:8, 4:12, 49:6
further [1] - 51:12

**G**

game [7] - 5:22, 7:8, 7:11, 9:7, 12:17, 22:19, 22:22
gave [2] - 34:7, 49:4
gesture [1] - 16:13
gets [3] - 15:12, 22:12, 23:8
GIACONA [2] - 1:7, 1:17
give [9] - 11:24, 22:12, 25:22, 32:9, 32:16, 40:2, 42:8, 42:10, 47:14
given [2] - 49:7, 51:10
gives [2] - 45:22, 45:24
glass [2] - 12:10, 12:15
goes [6] - 6:1, 32:20, 35:20, 37:16, 37:19, 43:16
good [7] - 5:11, 5:12, 15:10, 36:22, 39:19, 40:17, 42:5
Google [1] - 9:17
Got [1] - 48:6
got [17] - 9:24, 10:19, 10:22, 11:7, 11:21, 14:10, 14:20, 16:7, 16:8, 17:25, 23:2, 23:14, 24:12, 27:12, 31:5, 33:4
grab [1] - 36:6
grant [1] - 44:4
green [1] - 47:17
ground [37] - 6:1, 25:15, 25:16, 26:8, 26:11, 26:12, 26:14, 26:19, 26:20, 26:24, 27:1, 27:9, 27:20, 28:2, 28:4, 28:18, 28:22, 28:25, 29:1, 29:13, 29:14, 29:20, 30:1, 30:9, 30:17, 30:19, 30:20, 30:21, 30:23, 31:4, 31:9, 31:11, 31:12
ground" [1] - 31:18
group [2] - 13:9, 14:6
grow [1] - 46:5
growing [1] - 43:18
grown [2] - 18:23, 21:22
guard [1] - 33:12
guess [5] - 5:11, 6:17, 7:7, 8:2, 32:1
guided [1] - 28:22
guy [25] - 10:17, 12:14, 13:19, 16:6, 16:10, 16:24, 17:10, 18:3, 18:8, 19:1, 22:10, 23:10, 23:17, 25:1, 25:22, 30:21, 32:1, 32:5, 32:9, 32:11, 32:15, 32:16, 39:24
guys [5] - 9:4, 13:16, 20:2, 24:10, 35:2
Guys [1] - 13:20

**H**

hair [1] - 17:10
half [3] - 37:13, 46:1, 47:23
hand [4] - 6:8, 23:10, 33:19, 51:16
handcuffed [4] - 31:5, 33:21, 34:18, 35:2
handcuffs [6] - 31:1, 31:3, 33:11, 35:11, 35:14, 35:21
hands [5] - 20:20, 23:10, 27:3, 31:15
hang [3] - 9:7, 12:17, 20:7
happen [8] - 26:16, 30:11, 32:11, 37:2, 37:3, 39:17, 42:18, 46:7
happened [17] - 10:22, 11:2, 13:7, 20:8, 29:19, 31:3, 32:10, 32:24, 34:7, 36:13, 40:20, 42:15, 43:7, 44:14, 45:3, 47:10, 47:12
happening [3] - 29:9, 33:4, 42:22
happens [1] - 16:18
happiest [1] - 39:13
happy [1] - 6:14
hard [1] - 44:9
Hawks [7] - 40:5, 40:6, 40:10, 40:15, 40:24, 41:2, 41:5
He's [1] - 37:7
he's [3] - 19:10, 28:8, 40:12
health [1] - 39:22
healthy [1] - 40:11
hear [7] - 6:6, 12:4, 12:5, 17:1, 19:8, 35:6, 37:19
heard [5] - 17:3, 17:19, 17:21, 29:24, 32:3
held [3] - 2:7, 36:9, 47:2
hello [1] - 46:14
help [3] - 29:11, 39:3, 40:1
HEREBY [1] - 4:3
hereby [3] - 4:6, 49:3, 51:7
hereinbefore [2] - 49:8, 51:9
hereto [1] - 4:4
hereunto [1] - 51:16
Hey [3] - 22:5, 22:8, 30:8
hi [2] - 12:24, 13:3
hi" [1] - 13:1
high [2] - 44:12, 44:13
highest [1] - 42:9
history [1] - 40:10
hit [1] - 34:6
hold [2] - 20:20, 28:5
home [1] - 38:6
homeless [4] - 22:10, 25:1, 32:1, 32:5
hood [4] - 25:13, 25:14, 26:7, 32:17
hotel [4] - 8:11, 9:22, 15:16, 24:1
hour [1] - 47:23
hours [1] - 35:17
how did [5] - 10:14, 13:14, 19:14, 31:22
how do [2] - 22:1, 28:7
how many [5] - 11:4, 14:22, 26:6, 26:9, 28:1
huge [2] - 13:16
human [2] - 15:6, 19:3
hurt [5] - 29:6, 29:7, 33:24, 34:5
hurting [1] - 34:5
husband [1] - 38:7
hype [1] - 29:9

**I**

I've [2] - 11:21, 42:25
ice [1] - 34:8
idea [1] - 8:25
imagine [1] - 34:6
impacted [3] - 40:4, 45:14, 45:17
impression [1] - 18:12
IN [1] - 51:16
incident [11] - 7:6, 36:12, 36:17, 38:11, 38:16, 38:23, 39:8, 40:4, 43:23, 44:16, 45:14
income [2] - 43:22, 43:25
inconvenience [1] - 5:23
Index [2] - 1:4, 1:16
individual [3] - 1:11, 1:12, 5:14
individually [4] - 1:6, 1:7, 1:8, 1:9
influenced [3] - 37:10, 37:11, 37:21
INFORMATION [2] - 50:16, 50:17
initiate [1] - 25:18
injured [1] - 34:11
injuries [5] - 34:2, 35:9, 36:12, 36:16, 39:6
injury [2] - 34:9, 34:15
inside [10] - 8:5, 8:6, 10:8, 11:17, 12:8, 12:23, 13:16, 14:10, 14:15, 26:16
instructions [1] - 15:17
intended [1] - 1:10
interested [1] - 51:14
interpret [1] - 15:22
IS [3] - 4:3, 4:8, 4:12
is it your [1] - 40:4
is that [5] - 8:2, 20:15, 28:15, 41:21, 45:9
is there [1] - 17:13
is this [1] - 32:22
issue [1] - 5:18
issues [2] - 6:3, 39:23
Istanbul [1] - 6:25
IT [3] - 4:3, 4:8, 4:12
IVO [1] - 5:9

**J**

jail [5] - 22:23, 23:15,

37:15, 37:18, 37:20
**JANE** [1] - 1:10
**JAROS** [1] - 3:7
**JAROSLAWICZ** [1] -
3:7
**JEAN** [2] - 51:6, 51:19
**Jean** [1] - 2:9
**jeans** [4] - 22:19, 22:21,
30:2, 30:5
**jet** [2] - 7:17, 7:19
**JMF** [1] - 1:5
**job** [3] - 18:8, 37:12,
43:17
**JOHN** [2] - 1:10, 1:17
**join** [1] - 13:8
**joined** [1] - 13:10
**joke** [2] - 33:24, 34:22
**jokes** [4] - 33:23, 34:19,
34:25, 35:4
**JORDAN** [1] - 1:17
**July** [1] - 41:10
**June** [1] - 41:10

## K

**keep** [2] - 19:12
**kids** [13] - 36:22, 37:17,
37:19, 37:23, 38:5, 38:6,
38:9, 40:21, 42:16,
42:24, 43:18
**killed** [1] - 37:16
**know** [176] - 6:8, 7:18,
7:21, 8:17, 8:22, 9:1, 9:3,
9:15, 9:18, 9:20, 10:1,
10:6, 10:12, 10:17,
10:18, 11:3, 11:4, 11:15,
11:25, 12:15, 12:16,
12:18, 12:21, 12:24,
13:1, 13:5, 13:7, 13:25,
14:3, 14:21, 14:22,
14:25, 15:5, 15:7, 15:9,
15:11, 16:1, 16:5, 16:6,
16:11, 16:17, 16:18,
16:19, 17:3, 17:5, 17:6,
17:8, 17:11, 17:20,
17:23, 17:24, 18:3, 18:4,
18:7, 18:10, 18:24,
18:25, 19:2, 19:3, 19:6,
19:7, 19:10, 19:11,
19:13, 19:20, 19:22,
19:24, 20:7, 20:10,
20:11, 20:14, 20:19,
20:20, 21:19, 22:3, 22:9,
22:17, 22:22, 23:12,
25:24, 25:25, 26:1, 26:2,
26:6, 26:20, 27:2, 27:25,
29:9, 29:11, 29:12,
29:23, 30:1, 30:16,
31:10, 31:22, 31:23,
32:6, 32:7, 32:18, 32:19,

32:21, 32:22, 32:23,
32:24, 33:5, 33:6, 33:11,
33:16, 34:8, 34:13,
34:14, 34:21, 35:5,
36:19, 36:24, 37:4, 37:6,
37:7, 37:8, 37:11, 37:15,
37:16, 37:21, 37:22,
38:8, 39:1, 39:2, 39:10,
39:14, 39:15, 39:16,
39:19, 39:20, 40:16,
40:18, 40:19, 40:21,
42:14, 42:16, 42:19,
42:20, 43:6, 43:16,
43:25, 44:5, 44:8, 44:10,
44:11, 44:21, 44:23,
45:5, 45:6, 45:7, 45:18,
45:20, 45:23, 46:1, 46:4,
46:6, 46:18, 47:17,
47:22, 47:24, 47:25
**knowledge** [1] - 45:13

## L

**ladies** [2] - 13:8, 13:11
**lady** [1] - 17:23
**landed** [2] - 8:7, 8:10
**large** [1] - 20:23
**last** [7] - 6:17, 6:21,
20:21, 32:18, 45:19,
47:12, 47:13
**late** [4] - 5:21, 7:8, 10:1,
10:12
**Law** [1] - 2:8
**law** [2] - 23:13, 41:11
**LAW** [1] - 3:13
**lawsuit** [1] - 5:15
**lawyer** [1] - 22:18
**lawyers** [1] - 40:2
**lay** [1] - 30:1
**league** [1] - 45:21
**learn** [1] - 23:14
**learned** [1] - 23:15
**least** [1] - 18:15
**leave** [9] - 11:7, 13:15,
13:17, 13:18, 13:25,
14:4, 14:6, 36:21, 37:25
**left** [12] - 14:21, 14:24,
15:25, 20:10, 23:21,
29:17, 29:18, 38:1, 38:2,
38:7, 39:5, 40:15
**leg** [7] - 27:18, 28:17,
34:4, 34:10, 34:12,
34:14, 34:15
**legal** [1] - 17:25
**let's** [16] - 11:24, 12:1,
12:18, 13:18, 15:9, 22:6,
22:8, 27:11, 29:8, 39:13,
39:15, 40:8, 42:4, 42:13,
45:25
**Let's** [1] - 9:6

**life** [1] - 37:15
**lifted** [1] - 30:22
**LINE** [1] - 50:22
**line** [1] - 19:18
**lines** [2] - 11:9, 22:7
**listen** [3] - 18:22, 26:1,
35:5
**listened** [1] - 37:17
**little** [10] - 12:1, 28:17,
34:5, 35:15, 38:8, 39:4,
39:16, 47:21, 47:24
**live** [2] - 5:8, 42:22
**living** [1] - 19:22
**LLC** [1] - 3:7
**location** [1] - 46:15
**Lola** [1] - 5:9
**long** [7] - 17:7, 30:23,
35:13, 38:15, 38:22,
39:2, 39:11
**look** [2] - 35:25, 38:9
**looked** [4] - 21:13,
25:20, 30:25, 34:14
**looking** [5] - 18:15,
18:16, 18:17, 20:10
**looks** [1] - 47:14
**lose** [1] - 44:15
**lost** [5] - 43:22, 45:1
**lot** [20] - 11:13, 13:11,
14:13, 14:21, 14:22,
19:11, 26:7, 26:23, 27:3,
28:1, 30:25, 32:5, 42:8,
43:1, 43:2, 43:18, 44:6,
47:16
**love** [3] - 42:25, 43:1,
43:2
**lovely** [1] - 5:19

## M

**ma'am** [1] - 46:24
**Macedonia** [2] - 5:9,
38:11
**Macedonian** [1] - 39:13
**main** [3] - 14:25, 16:1,
43:17
**man's** [1] - 19:19
**manager** [1] - 46:5
**manner** [2] - 29:11,
29:20
**MARKED** [1] - 50:21
**market** [2] - 42:2, 44:7
**marriage** [1] - 51:13
**matter** [1] - 51:15
**MAY** [2] - 51:6, 51:19
**mean** [7] - 10:3, 15:2,
15:5, 15:6, 15:22, 39:10,
43:15
**meet** [1] - 20:6
**member** [4] - 1:6, 1:7,
1:8, 1:9

**members** [1] - 1:11
**men** [1] - 21:22
**mental** [1] - 39:22
**mentioned** [5] - 22:8,
30:12, 31:19, 34:22,
34:25
**messages** [1] - 21:2
**metal** [3] - 29:23, 30:13,
33:19
**meters** [2] - 20:14,
20:18
**meters''** [1] - 20:17
**MICHAEL** [2] - 1:9, 1:18
**midget** [4] - 17:20,
17:24, 19:6, 19:21
**midnight** [1] - 8:9
**million** [3] - 39:12, 42:9,
46:1
**minor** [1] - 39:16
**minute** [2] - 36:5, 36:6
**minutes** [6] - 11:3, 11:6,
11:8, 20:15, 20:17, 35:16
**moment** [3] - 11:24,
26:5, 26:11
**money** [13] - 10:24,
11:1, 11:15, 22:11,
22:12, 25:22, 31:20,
32:6, 32:9, 32:12, 32:16,
44:4, 44:21
**monologue** [1] - 31:10
**month** [2] - 37:12, 37:13
**morning** [3] - 17:22,
24:2, 24:4
**movies** [1] - 16:19
**MR** [3] - 5:5, 46:9, 50:11
**Mr** [20] - 5:11, 10:2,
14:17, 23:20, 24:23,
25:3, 25:9, 25:18, 26:5,
27:6, 29:15, 29:19,
30:15, 31:20, 34:1, 35:1,
35:6, 35:24, 36:11, 46:15
**MS** [17] - 12:3, 18:2,
21:16, 23:22, 23:25,
31:24, 41:22, 43:11,
43:14, 45:16, 46:12,
46:25, 47:1, 47:5, 48:6,
50:12, 50:13
**myself** [2] - 9:18, 27:24

## N

**name** [7] - 5:6, 5:13,
8:22, 16:1, 29:23, 39:11,
47:19
**names** [1] - 1:10
**NBA** [16] - 39:13, 40:8,
40:9, 41:10, 41:15,
41:18, 41:20, 42:1, 42:3,
42:4, 43:25, 44:18,
44:24, 45:18, 45:22, 46:2

**need** [3] - 6:14, 18:7, 32:21
**needed** [1] - 13:15
**negotiate** [1] - 40:13
**negotiation** [1] - 41:4
**negotiations** [3] - 40:5, 41:11, 41:15
**Nets** [1] - 7:11
**never** [2] - 19:17, 43:6
**NEW** [6] - 1:1, 1:6, 1:18, 3:13, 51:3, 51:4
**news** [1] - 37:5
**next** [6] - 12:17, 12:21, 16:18, 27:9, 33:11, 38:18
**night** [4] - 7:6, 8:19, 8:25, 12:19
**Nike** [7] - 44:1, 44:2, 44:19, 45:15, 46:3
**nobody** [2] - 28:4, 35:8
**nobody's** [1] - 12:19
**none** [1] - 50:5
**None** [2] - 50:18, 50:23
**normal** [10] - 9:2, 10:8, 15:5, 18:23, 18:24, 19:5, 19:19, 20:19, 28:12, 30:10
**Notary** [4] - 2:10, 4:13, 5:2, 51:6
**NOTARY** [1] - 49:19
**notes** [1] - 35:25
**nothing** [4] - 9:7, 9:23, 24:1, 34:20
**number** [1] - 5:9

## O

**O'SULLIVAN** [1] - 1:18
**Oak** [11] - 9:9, 9:11, 9:21, 9:25, 10:20, 11:17, 12:8, 12:23, 14:20, 16:20, 24:18
**obey** [2] - 15:7, 23:13
**objection** [5] - 21:16, 23:22, 41:22, 43:11, 45:16
**objections** [1] - 4:9
**observe** [2] - 25:3, 34:10
**observed** [2] - 14:19, 26:4
**observing** [1] - 21:15
**obviously** [1] - 6:3
**occurred** [1] - 38:23
**OF** [5] - 1:1, 1:6, 1:18, 51:3, 51:4
**offending** [3] - 15:11, 19:4, 19:6
**offer** [4] - 41:3, 41:8, 42:3, 42:4
**offered** [1] - 41:1

**offers** [1] - 41:18
**officer** [24] - 14:12, 15:7, 15:11, 16:12, 17:24, 18:7, 18:12, 19:8, 19:15, 20:3, 20:9, 22:15, 27:6, 27:15, 27:19, 28:10, 28:21, 28:22, 29:2, 30:12, 30:14, 47:15
**OFFICER** [4] - 1:6, 1:7, 1:8, 1:9
**officers** [26] - 1:11, 5:14, 14:13, 14:15, 14:22, 15:18, 16:22, 17:14, 17:18, 19:12, 20:1, 22:13, 22:21, 25:12, 25:17, 26:4, 26:7, 26:9, 27:1, 28:1, 31:9, 31:17, 33:12, 33:22, 34:18
**officers'** [2] - 21:7, 21:11
**offices** [1] - 2:8
**official** [1] - 1:12
**Oh** [1] - 47:24
**oh** [1] - 18:20
**okay** [38] - 6:5, 6:9, 6:10, 6:11, 6:15, 6:16, 6:20, 6:23, 7:1, 10:13, 10:19, 11:22, 12:6, 12:7, 20:18, 21:17, 22:24, 22:25, 23:5, 24:8, 24:18, 34:5, 36:1, 36:4, 38:10, 38:25, 41:6, 42:6, 43:4, 43:5, 43:6, 43:9, 43:10, 43:15, 45:1, 45:8, 46:25, 48:6
**Okay** [5] - 9:3, 15:13, 16:9, 16:16, 23:11
**older** [1] - 37:14
**once** [7] - 8:10, 14:19, 27:12, 29:14, 29:20, 33:4, 35:21
**opened** [1] - 25:6
**operate** [1] - 44:23
**opinion** [2] - 16:22, 40:4
**opportunity** [2] - 40:23, 41:21
**option** [1] - 8:2
**Order** [1] - 2:7
**others** [1] - 19:11
**outcome** [1] - 51:14
**outside** [10] - 13:10, 13:20, 13:22, 13:24, 14:1, 14:11, 14:14, 26:17, 26:18

## P

**P.M** [3] - 1:23, 2:2, 48:7
**P.O** [5] - 1:17, 1:18

**PAGE** [4] - 50:3, 50:10, 50:17, 50:22
**paid** [4] - 10:8, 10:15, 10:18, 42:10
**pain** [4] - 34:3, 35:12, 35:13, 35:20
**Panini** [4] - 44:6, 44:17, 45:15, 46:3
**parents** [1] - 37:18
**part** [2] - 24:25, 34:10
**particular** [3] - 9:4, 9:10, 20:3
**parties** [3] - 2:6, 4:4, 51:13
**passenger's** [2] - 24:15, 24:17
**passport** [3] - 47:10, 47:14, 47:17
**past** [1] - 8:9
**patience** [1] - 5:23
**PAUL** [2] - 1:7, 1:17
**pay** [7] - 10:9, 10:10, 10:12, 10:13, 10:14, 10:24, 44:12
**paycheck** [2] - 44:12, 45:20
**paychecks** [1] - 46:2
**people** [26] - 7:22, 10:6, 11:13, 12:20, 13:1, 13:12, 13:16, 13:22, 19:23, 20:6, 20:19, 21:25, 22:1, 22:2, 26:6, 26:23, 28:6, 28:12, 32:5, 37:4, 39:12, 43:2, 44:6, 46:5, 46:6, 47:16
**perform** [2] - 12:20, 39:19
**period** [1] - 43:19
**Pero** [1] - 5:7
**PERO** [5] - 1:2, 1:25, 2:6, 3:4, 49:12
**person** [1] - 18:23
**personal** [1] - 45:13
**personally** [4] - 10:13, 10:15, 34:23, 43:9
**persuade** [3] - 36:20, 36:21, 41:13
**phone** [2] - 20:5, 21:1
**physical** [5] - 16:12, 26:4, 28:10, 34:9, 35:9
**physically** [2] - 15:3, 28:9
**picked** [1] - 30:20
**picture** [2] - 13:2, 32:22
**pizza** [2] - 46:20, 46:23
**place** [5] - 20:11, 38:18, 46:20, 46:23, 49:8
**placed** [2] - 31:1, 31:3
**PLAINTIFF** [2] - 1:3,

1:15
**Plaintiff** [3] - 2:5, 3:3, 3:8
**plan** [1] - 40:19
**planning** [1] - 38:22
**plans** [2] - 23:20, 23:24
**play** [4] - 41:6, 44:18, 44:20, 45:9
**played** [1] - 42:5
**player** [6] - 13:23, 16:7, 37:3, 37:6, 40:13, 41:11
**Players** [2] - 45:22, 45:24
**players** [4] - 7:20, 7:22, 9:2, 42:10
**playing** [5] - 41:20, 42:14, 43:5, 44:9, 44:21
**Please** [1] - 5:6
**please** [2] - 21:10, 28:20
**plus** [1] - 20:8
**PM** [1] - 7:3
**pockets** [1] - 33:7
**point** [15] - 6:6, 11:17, 13:8, 21:14, 23:1, 23:3, 23:5, 23:14, 25:12, 26:22, 26:25, 30:19, 32:25, 34:1, 41:7
**pointing** [1] - 31:15
**POLICE** [4] - 1:6, 1:7, 1:8, 1:9
**police** [27] - 5:14, 14:12, 14:13, 14:15, 14:22, 15:7, 15:11, 16:22, 17:17, 18:6, 19:12, 20:9, 22:12, 25:17, 26:4, 26:7, 26:9, 27:6, 27:19, 28:1, 31:8, 33:1, 33:22, 34:18, 47:15
**Police** [5] - 1:7, 1:8, 1:9, 1:10, 1:11
**portion** [2] - 17:1, 22:24
**positive** [1] - 29:11
**possibilities** [1] - 44:22
**possible** [4] - 6:2, 6:3, 37:25, 48:1
**power** [1] - 21:20
**powerful** [1] - 19:21
**PR** [1] - 7:23
**practicing** [1] - 39:5
**precinct** [2] - 33:1, 33:4
**presses** [1] - 35:19
**pretty** [1] - 43:25
**previous** [1] - 42:21
**prior** [7] - 7:7, 8:19, 11:17, 13:24, 26:25, 38:15, 41:7
**probably** [7] - 9:19, 19:5, 19:20, 25:25, 34:5,

37:17, 37:18
**problem** [5] - 5:17, 5:24, 6:21, 11:25, 29:1
**Procedure** [1] - 2:7
**process** [1] - 35:10
**profanity** [1] - 19:9
**profession** [2] - 39:10, 39:15
**professional** [1] - 37:2
**professionals** [1] - 39:22
**protect** [1] - 22:1
**proud** [2] - 25:22, 25:24
**provided** [1] - 7:18
**Public** [4] - 2:10, 4:13, 5:2, 51:6
**PUBLIC** [1] - 49:19
**pulled** [1] - 29:22
**punch** [2] - 27:1, 27:2
**pursuant** [1] - 2:6
**push** [8] - 15:8, 16:10, 22:13, 28:23, 28:24, 29:2, 29:6, 29:12
**pushed** [19] - 15:9, 15:13, 16:6, 16:9, 16:15, 17:11, 17:12, 22:16, 25:15, 27:8, 27:9, 27:16, 28:16, 28:21, 30:7, 30:17, 30:24
**pushing** [6] - 14:24, 15:2, 15:3, 16:13, 16:16, 41:14

**Q**

**question** [3] - 4:9, 6:19, 47:6
**QUESTION** [1] - 50:22
**questioning** [1] - 6:7
**QUESTIONS** [1] - 50:21
**questions** [3] - 32:19, 36:2, 48:5
**quote** [1] - 17:23

**R**

**raise** [1] - 6:7
**rarely** [1] - 42:4
**react** [2] - 19:14, 23:12
**read** [1] - 32:21
**reason** [2] - 9:10, 29:10
**recall** [10] - 8:7, 9:24, 15:17, 17:6, 17:13, 17:17, 24:4, 27:5, 27:7, 33:3
**recalled** [1] - 17:23
**receive** [2] - 44:4
**receiving** [1] - 15:17
**reception** [1] - 10:6

**reconnect** [1] - 11:23
**record** [7] - 5:6, 5:21, 36:10, 47:1, 47:3, 47:6, 51:10
**recorded** [1] - 6:18
**red** [1] - 47:17
**refer** [1] - 30:13
**referring** [2] - 7:14, 8:13
**refund** [1] - 14:7
**regarding** [1] - 25:11
**related** [1] - 51:12
**relationship** [1] - 40:17
**remain** [1] - 23:5
**remember** [21] - 8:9, 15:9, 16:16, 24:5, 24:8, 24:11, 24:14, 25:5, 25:6, 25:7, 29:7, 29:12, 29:18, 29:22, 34:24, 35:1, 46:15, 46:18, 46:20, 46:22, 46:23
**removed** [2] - 35:21, 35:23
**repeat** [4] - 6:13, 11:19, 21:10, 45:11
**rephrase** [1] - 6:13
**Reporter** [1] - 2:10
**reporting** [1] - 5:18
**represent** [2] - 1:10, 5:13
**REQUESTED** [1] - 50:16
**require** [1] - 10:9
**reserved** [1] - 4:10
**respective** [2] - 2:6, 4:4
**respond** [2] - 31:17, 35:6
**responded** [1] - 35:8
**response** [1] - 21:3
**result** [4] - 36:12, 36:17, 39:7, 43:23
**return** [1] - 11:15
**returned** [1] - 32:8
**Ribar** [1] - 5:9
**RICHARD** [2] - 1:6, 1:17
**right** [5] - 14:25, 15:24, 15:25, 20:10, 29:17
**road** [1] - 15:13
**room** [5] - 33:15, 33:16, 47:16, 48:2, 48:4
**ROSSI** [1] - 1:17
**rudely** [3] - 16:23, 16:25, 17:2
**rule** [1] - 6:17
**Rules** [1] - 2:7
**rules** [1] - 6:1
**RULINGS** [1] - 50:21
**run** [1] - 15:8

**S**

**safe** [1] - 23:18
**safety** [1] - 43:16
**same** [8] - 4:6, 4:14, 6:10, 7:11, 12:18, 13:12, 45:24, 48:4
**sarcastic** [1] - 35:4
**sat** [2] - 10:23
**saw** [10] - 5:19, 11:13, 14:16, 16:2, 20:1, 22:14, 25:11, 25:17, 29:24, 30:12
**saying** [7] - 11:6, 12:24, 19:15, 21:13, 35:1, 35:3, 45:10
**scene** [1] - 14:19
**scheduled** [1] - 24:3
**school** [2] - 37:16, 37:19
**schools** [2] - 38:9, 38:20
**scramble** [1] - 5:20
**sealing** [1] - 4:5
**season** [4] - 37:13, 38:18, 39:4, 40:10
**seasons** [1] - 40:9
**seat** [1] - 27:13
**seated** [1] - 31:9
**second** [5] - 11:21, 22:24, 27:11, 32:20, 35:25
**secure** [3] - 40:21, 42:20, 43:21
**security** [2] - 13:4, 13:19
**seeing** [1] - 27:5
**Sefolosha** [17] - 8:15, 10:2, 14:17, 23:20, 24:23, 25:3, 25:9, 25:18, 26:5, 27:6, 29:15, 29:20, 31:20, 34:1, 35:1, 35:6, 46:16
**SEFOLOSHA** [2] - 1:14, 3:8
**sending** [1] - 21:2
**sense** [1] - 39:20
**separate** [1] - 33:15
**separation** [1] - 20:23
**September** [1] - 47:13
**servants** [1] - 1:11
**serve** [1] - 22:1
**service** [2] - 5:19, 10:4
**seven** [1] - 27:25
**shame** [1] - 12:21
**she's** [1] - 39:1
**shoot** [2] - 24:2, 24:3
**shoot-around** [2] - 24:2, 24:3

**short** [4] - 11:4, 11:11, 18:9
**shoulder** [3] - 27:15, 28:13, 29:3
**show** [1] - 16:17
**shut** [1] - 27:14
**sic** [2] - 28:7, 37:22
**side** [9] - 14:21, 15:1, 24:14, 24:15, 24:17, 24:24, 29:17, 29:18, 30:17
**sides** [1] - 33:18
**sidewalk** [1] - 27:17
**sign** [5] - 38:20, 41:13, 41:14, 42:11
**signed** [2] - 4:13, 4:14
**similarly** [1] - 6:12
**sincerely** [1] - 5:22
**Sir** [1] - 22:11
**sir** [18] - 7:15, 8:23, 12:14, 14:8, 14:18, 15:24, 16:9, 20:5, 23:4, 23:11, 24:5, 26:15, 29:1, 29:8, 31:21, 38:4, 38:12, 42:2
**Sit** [1] - 28:17
**sit** [6] - 8:22, 13:4, 27:20, 28:18, 31:11, 45:8
**sitting** [3] - 22:17, 28:4, 30:8
**situation** [1] - 44:13
**six** [1] - 27:25
**six'** [1] - 12:14
**Skopje** [1] - 5:9
**Skype** [1] - 6:2
**slammed** [1] - 32:17
**slamming** [2] - 25:14, 26:7
**slow** [1] - 47:21
**small** [3] - 14:9, 17:9, 39:12
**smoothly** [1] - 6:1
**sobriety** [1] - 12:12
**sock** [1] - 34:12
**somebody** [11] - 10:13, 13:2, 15:6, 18:5, 19:18, 28:13, 29:11, 29:22, 33:9, 35:19, 37:8
**somehow** [1] - 48:1
**something** [13] - 6:12, 11:8, 16:5, 17:20, 20:8, 20:13, 22:23, 27:3, 29:9, 34:4, 35:19, 42:18, 48:1
**sometime** [1] - 35:22
**son** [1] - 37:14
**soon** [5] - 7:11, 11:11, 13:3, 22:9, 37:25
**sorry** [7] - 20:18, 21:17, 25:23, 32:1, 32:2, 32:3,

47:22
SOUTHERN [1] - 1:1
space [3] - 20:13,
20:14, 20:15
speak [5] - 6:20, 16:22,
28:11, 34:21, 39:25
speaking [2] - 16:25,
17:2
special [1] - 16:5
specific [4] - 17:13,
35:16, 35:18, 45:3
specified [1] - 49:8
spend [1] - 47:22
spoke [1] - 22:18
sponsors [1] - 44:3
sponsorships [1] - 45:7
spots [1] - 34:7
SS [1] - 51:3
stabbed [11] - 13:23,
15:12, 16:7, 16:8, 23:9,
23:14, 23:17, 33:9, 37:8
stabbing [1] - 37:9
stamp [1] - 48:5
stance [2] - 18:18,
18:19
standing [2] - 29:25,
31:6
star [1] - 44:11
start [5] - 5:25, 39:5,
41:4, 41:10, 42:23
started [11] - 11:20,
13:22, 14:23, 14:24,
15:8, 15:14, 22:13,
25:21, 28:21, 32:8, 41:16
State [3] - 2:10, 5:2,
51:7
STATE [1] - 51:3
state [1] - 5:6
STATES [1] - 1:1
states [15] - 36:23, 37:1,
37:2, 37:22, 37:25,
40:22, 42:12, 42:20,
42:21, 42:25, 43:5, 43:9,
43:20, 47:12, 48:2
States [2] - 38:2, 38:13
stationary [2] - 23:5,
23:7
status [1] - 44:23
stay [16] - 28:25, 31:11,
31:18, 36:19, 36:21,
37:1, 38:19, 39:1, 39:3,
40:23, 41:5, 41:13,
42:16, 42:25, 45:17
Stay [1] - 27:19
stayed [5] - 11:2, 11:5,
33:8, 39:4, 44:23
staying [5] - 31:4,
38:22, 40:7, 43:4, 43:9
STIPULATED [3] - 4:3,

4:8, 4:12
stop [5] - 18:5, 18:6,
23:3, 29:12
stopped [1] - 19:17
story [1] - 37:7
straight [2] - 24:1,
24:16
street [20] - 13:12,
14:25, 15:4, 15:15,
15:19, 15:24, 15:25,
16:1, 16:3, 16:14, 16:21,
18:9, 18:10, 20:2, 20:25,
22:3, 22:5, 24:16
Street [3] - 2:9, 3:14,
46:16
strike [2] - 27:6, 30:14
stuff [13] - 7:22, 17:3,
17:8, 18:23, 19:4, 19:5,
30:10, 32:7, 37:21,
39:16, 40:3, 40:20, 45:6
stupid [2] - 12:19, 21:24
style [1] - 18:16
Subscribed [1] - 49:15
succeed [2] - 39:14,
40:11
suddenly [4] - 32:16,
36:22, 36:25, 39:15
suffered [2] - 34:2,
36:11, 39:7
SULLIVAN [1] - 1:9
summer [3] - 47:12,
47:13
support [1] - 43:2
supposed [4] - 20:6,
24:9, 30:10, 39:17
sure [5] - 6:1, 21:11,
28:20, 29:13, 38:19
surgery [1] - 40:12
surprised [2] - 21:25,
40:15
surrounded [1] - 27:21
sustain [1] - 35:9
sustained [1] - 36:16
SUV [4] - 24:11, 24:12,
24:20
swollen [3] - 34:12,
34:15, 34:16
sworn [5] - 4:14, 5:2,
49:4, 49:15, 51:9
system [2] - 47:21, 48:1

T

table [18] - 10:4, 10:7,
10:9, 10:11, 10:18,
10:19, 10:22, 10:23,
10:24, 10:25, 11:2, 11:3,
11:5, 11:7, 13:3, 14:7
take [16] - 8:6, 10:11,
10:23, 11:16, 15:16,

17:22, 23:16, 23:18,
30:12, 30:22, 32:12,
36:5, 36:6, 44:19, 47:15,
48:4
taken [3] - 2:6, 29:20,
48:2
takes [1] - 32:9
talk [6] - 6:18, 13:23,
15:19, 18:5, 22:6, 45:12
talked [1] - 37:18
talking [10] - 8:19,
11:13, 16:4, 18:8, 31:7,
46:2, 46:3, 47:7
tapped [2] - 28:14, 29:3
taps [1] - 28:13
team [9] - 7:11, 7:17,
7:19, 41:7, 41:9, 41:12,
41:14
teammates [1] - 47:23
teams [4] - 41:10,
41:16, 42:1, 42:3
telephones [1] - 33:6
tell [11] - 11:10, 11:12,
11:15, 13:6, 13:21, 14:8,
20:8, 22:18, 22:20, 26:9,
37:19
telling [2] - 13:5, 15:4
ten [1] - 38:4
Tenth [1] - 46:17
terminated [2] - 44:16,
44:18
terms [3] - 15:18, 15:22,
35:16
testified [2] - 5:3, 39:9
testify [1] - 49:4
testimony [4] - 41:21,
49:4, 49:7, 51:10
THABO [2] - 1:14, 3:8
Thabo [45] - 8:15, 8:16,
8:17, 8:24, 15:9, 16:4,
16:25, 17:2, 17:4, 17:9,
17:11, 17:14, 17:17,
18:4, 18:14, 19:1, 19:5,
19:9, 19:14, 19:16,
19:20, 20:2, 20:12,
20:20, 21:7, 21:11,
21:21, 22:5, 22:8, 22:10,
22:11, 25:11, 27:4, 28:5,
29:17, 30:3, 30:6, 30:15,
31:6, 32:8, 32:13, 33:18,
33:24, 40:11
Thabo's [1] - 9:19
thank [4] - 5:24, 36:8,
46:25, 48:6
THE [5] - 1:6, 1:18, 3:3,
23:24, 43:13
there's [2] - 6:6, 31:11
thereafter [1] - 35:22
they're [1] - 11:14

thing [12] - 9:2, 9:4, 9:6,
12:25, 17:19, 17:21,
25:11, 26:1, 27:16,
28:15, 29:22, 43:17
things [4] - 21:12,
32:19, 42:7, 42:8
think [13] - 11:23, 12:6,
19:20, 22:20, 24:23,
28:9, 30:13, 33:9, 34:24,
41:9, 41:25, 44:20, 46:9
thinking [9] - 30:3, 30:7,
30:8, 30:9, 34:5, 37:11,
37:12, 40:7
thousands [1] - 12:20
three [3] - 10:16, 10:17,
37:23
threw [1] - 26:11
through [1] - 5:25
throughout [2] - 45:19,
46:4
throw [2] - 26:20, 26:23,
26:24, 28:2
throwing [1] - 27:3
thrown [2] - 26:13,
26:25
tight [2] - 35:11, 35:14
till [3] - 39:5, 39:21,
40:16
TIME [2] - 1:23, 2:2
time [28] - 6:21, 7:1,
7:18, 9:23, 11:11, 12:8,
13:6, 17:7, 24:3, 24:6,
29:8, 29:15, 30:25,
31:12, 33:21, 34:3, 34:8,
35:19, 37:24, 38:8,
38:10, 39:2, 40:17,
42:17, 43:19, 46:22, 49:8
times [6] - 4:10, 17:11,
18:7, 43:18, 47:11
today [2] - 8:22, 45:8
together [5] - 14:17,
20:12, 20:22, 38:8, 40:19
tomorrow [2] - 5:22,
22:22
tonic [1] - 12:10
totally [2] - 44:7, 44:8
tough [1] - 18:18
towards [11] - 14:25,
17:9, 19:4, 19:9, 21:5,
21:7, 21:11, 22:4, 23:2,
32:8, 40:8
TRACEY [1] - 3:5
transcript [2] - 49:6,
49:7
transfer [1] - 42:24
travel [1] - 7:18
TRIAL [1] - 2:5
trial [1] - 4:10
tried [8] - 18:22, 19:1,

20:10, 21:3, 28:10, 28:24, 35:5
**trip** [1] - 28:21
**tripped** [2] - 27:18, 28:17
**trips** [1] - 42:17
**true** [2] - 49:7, 51:10
**truth** [2] - 32:24, 49:4
**try** [7] - 9:18, 14:23, 17:7, 26:1, 29:10, 38:18, 42:23
**trying** [8] - 11:23, 19:2, 20:5, 20:21, 21:2, 21:13, 28:19, 41:24
**turkey** [1] - 6:25
**turn** [3] - 15:20, 15:24, 28:12
**turned** [6] - 15:11, 19:16, 19:17, 23:8, 28:15, 32:12
**twenty** [4] - 11:3, 11:6, 11:8, 11:10
**twist** [1] - 34:13
**type** [2] - 19:22, 24:9

## U

**Uber** [4] - 15:15, 16:2, 21:4
**uncomfortable** [1] - 47:25
**understand** [9] - 5:20, 6:12, 12:22, 20:21, 20:22, 28:20, 38:10, 41:24, 43:8
**UNITED** [1] - 1:1
**United** [2] - 38:2, 38:13
**unsafe** [1] - 37:2
**unsafety** [1] - 37:22
**untouchable** [1] - 19:24
**US** [10] - 23:13, 36:20, 36:21, 40:16, 41:12, 42:14, 42:24, 43:1, 44:5, 44:20
**USA** [1] - 44:2
**usual** [1] - 24:6
**usually** [1] - 9:17

## V

**vehicle** [9] - 24:9, 25:4, 25:5, 25:9, 26:16, 26:17, 27:12, 27:17, 30:18
**verbal** [1] - 19:2
**verbally** [5] - 15:4, 16:3, 28:11, 28:12, 41:4
**video** [2] - 22:17, 26:21
**view** [3] - 25:13, 26:22, 29:14
**vodka** [1] - 12:10

**voice** [1] - 12:1

## W

**wait** [6] - 15:15, 39:5, 41:13, 41:25, 42:13, 47:18
**waiting** [2] - 41:17, 47:16
**waived** [1] - 4:6
**walk** [8] - 14:17, 15:7, 18:10, 19:1, 20:9, 20:12, 20:19
**walked** [3] - 12:25, 15:20, 20:22
**walking** [10] - 15:21, 19:11, 19:16, 20:2, 20:25, 22:4, 23:2, 23:4, 23:8, 23:11
**wallets** [1] - 33:6
**want** [17] - 5:16, 5:25, 13:1, 16:17, 18:4, 32:23, 32:25, 34:21, 36:2, 37:1, 41:20, 41:25, 42:10, 42:19, 43:18, 45:13, 46:6
**wanted** [9] - 8:3, 8:4, 9:1, 9:5, 15:8, 18:13, 37:24, 37:25, 40:24
**was it** [2] - 13:7, 18:12
**was she** [1] - 38:22
**was that** [5] - 24:9, 29:2, 33:14, 42:1
**was there** [4] - 9:4, 9:10, 20:13, 24:6
**watched** [1] - 16:18
**watching** [1] - 37:4
**water** [3] - 34:20, 36:6
**we'll** [2] - 6:10, 48:3
**We're** [1] - 11:15
**we're** [5] - 6:2, 8:19, 12:6, 19:3, 21:23
**wear** [1] - 22:19
**week** [5] - 38:1, 38:2, 38:4, 38:17
**were you** [5] - 23:2, 30:20, 31:1, 34:9, 41:1
**what did** [4] - 8:10, 15:22, 27:11, 31:25
**what was** [1] - 25:11
**what were** [1] - 31:13
**what's** [4] - 18:8, 23:13, 29:23
**What's** [1] - 34:4
**whatsoever** [5] - 16:17, 22:20, 26:9, 29:10, 32:23
**wheel** [3] - 29:16, 29:17, 29:18
**when did** [1] - 8:24
**when you** [21] - 7:13, 8:7, 8:13, 9:24, 10:10,

10:22, 11:5, 11:6, 15:2, 18:4, 18:17, 23:21, 24:8, 25:12, 25:17, 25:20, 26:5, 33:13, 34:13, 39:11, 39:14
**whenever** [2] - 47:11, 48:1
**where are** [1] - 6:24
**where is** [1] - 21:4
**WHEREOF** [1] - 51:16
**Whereupon** [3] - 36:9, 47:2, 48:7
**white** [1] - 22:19
**who are** [3] - 5:14, 8:13, 21:25
**who was** [3] - 14:5, 23:9
**who were** [1] - 33:22
**whoever** [1] - 40:2
**whole** [1] - 37:7
**why** [12] - 13:21, 13:25, 14:3, 17:5, 22:16, 26:10, 27:15, 28:14, 30:8, 31:15, 37:8, 42:1
**Why** [6] - 27:22, 28:14, 31:14, 31:15, 31:16
**wife** [20] - 36:19, 36:23, 37:24, 38:2, 38:7, 38:8, 38:13, 39:4, 40:18, 41:19, 41:25, 42:12, 42:13, 43:5, 43:6, 43:10, 43:19
**wine** [1] - 12:15
**wish** [1] - 41:5
**within** [3] - 4:5, 4:13, 51:6
**without** [1] - 37:20
**WITNESS** [3] - 23:24, 43:13, 51:16
**witness** [5] - 5:1, 29:19, 48:8, 51:8, 51:11
**woman** [1] - 5:19
**words** [1] - 6:18
**work** [1] - 10:14
**worried** [3] - 30:2, 30:5, 30:6
**worriness** [1] - 28:7
**worry** [1] - 28:6
**wrestling** [1] - 28:5
**wrists** [2] - 35:12, 35:13
**wrong** [7] - 19:23, 19:25, 21:21, 21:22, 28:21, 31:14, 34:4
**WU** [2] - 51:6, 51:19
**Wu** [1] - 2:9

## Y

**yeah** [1] - 43:13
**Yeah** [1] - 21:2, 33:23
**year** [7] - 44:5, 45:19,

45:23, 45:25, 46:4, 47:13
**years** [2] - 44:9, 45:25
**yell** [1] - 14:23
**yelled** [1] - 13:17
**yelling** [2] - 16:5, 28:6
**yellow** [1] - 47:17
**Yes** [12] - 7:4, 7:10, 7:17, 7:21, 8:18, 10:21, 18:15, 33:22, 34:3, 35:23, 38:14, 47:20
**yes** [21] - 7:15, 10:10, 11:21, 14:18, 17:22, 23:25, 24:13, 24:19, 24:25, 26:15, 29:5, 31:2, 31:21, 32:14, 33:2, 36:7, 38:12, 40:25, 41:9, 47:9, 47:21
**YORK** [6] - 1:1, 1:6, 1:18, 3:13, 51:3, 51:4
**York** [23] - 1:7, 1:8, 1:9, 1:10, 1:11, 2:8, 2:9, 2:10, 3:5, 3:9, 3:14, 5:3, 5:14, 7:7, 7:16, 7:25, 8:8, 37:6, 51:7
**you've** [3] - 21:8, 21:12, 39:8
**young** [1] - 13:8
**yourself** [2] - 8:14, 12:21

## Z

**ZACHARY** [1] - 3:12

## °

**°** [4] - 48:9