CIVILIAN COMPLAINT REVIEW BOARD

IN THE MATTER OF THABO SEFOLOSHA AND ANTIKJ PERO

CCRB Case # 201502847

===========================================================

Interview of:

THABO SEFOLOSHA

===========================================================

Date:   October 21, 2015

Appearances:

       Shevani Patel, Investigator

       Ethan DeAngelo, Investigator

       Sorin Vatuvu, CCRB IT Department

       Nicole Junior, Prosecutor

       Thabo Sefolosha, Witness

       Alex Spiro, Legal Representation

Transcribed by:  Geneva Worldwide, Inc.

DEF 1683

| | | |
|---|---|---|
| 1 | THABO SEFOLOSHA | 10-21-2015 |

2  standing in relation to the car that you were going to
3  get into?
4              MS. JUNIOR: Mr. Sefolosha, where were you
5  standing --
6              MR. SEFOLOSHA: I was right on the side of
7  it. Yes, right on the side of it basically on the
8  sidewalk and the car was right on the street, a few
9  feet from the corner. So I was right along on the
10 side of the car.
11             MS. JUNIOR: Were you on the driver's side
12 or the passenger side, along the driver's side or the
13 passenger side?
14             MR. SEFOLOSHA: Okay, I was on the
15 passenger, passenger side.
16             MS. PATEL: Okay. And how about Mr. Antikj?
17             MR. SEFOLOSHA: He was right alongside me at
18 that, that point.
19             MS. PATEL: Okay. You said that a person
20 had asked you for money. Where was --
21             MR. SEFOLOSHA: Yep.
22             MS. PATEL: -- this person standing?
23             MR. SEFOLOSHA: Where was he standing?
24             MS. PATEL: Yeah.
25             MR. SEFOLOSHA: He came from the corner, he

DEF 1722

| | | |
|---|---|---|
| 1 | THABO SEFOLOSHA | 10-21-2015 |

2  came basically from where the club was, that's the

3  route he took and that's when I kind of saw him in my,

4  in my vision coming from, basically from 17th Street.

5          MS. PATEL: Okay.

6          MR. SEFOLOSHA: Up to where we were at the

7  corner.

8          MS. PATEL: Did you ever learn his name?

9          MR. SEFOLOSHA: Yeah, but I don't know his

10 real name.

11         MS. PATEL: Okay. What did you learn his

12 name to be?

13         MR. SEFOLOSHA: True.

14         MS. PATEL: Okay. When did you learn that?

15         MR. SEFOLOSHA: At the, before trial when it

16 was, when I had to tell everything to my lawyer and

17 they, they found the guy and they spoke with him.

18         MS. PATEL: Do you remember what True was

19 wearing?

20         MR. SEFOLOSHA: No. No.

21         MS. PATEL: Okay. Had you seen him before

22 he approached you at that moment?

23         MR. SEFOLOSHA: Yes, before, before going

24 into the club.

25         MS. PATEL: Did you have any interaction

| | | |
|---|---|---|
| 1 | THABO SEFOLOSHA | 10-21-2015 |

2   with him beforehand?

3         MR. SEFOLOSHA: Just said "hi", he ask me

4   for money and I didn't, I didn't give him any.

5         MS. PATEL: Okay.  This was before you went

6   in?

7         MR. SEFOLOSHA: Yes.

8         MS. PATEL: Okay.  And did he ever identify

9   himself as One Oak staff or what was he doing if you

10  remember at all when you first saw him?

11        MR. SEFOLOSHA: No, I think it was just from

12  the side of the club, but he didn't say that he was

13  working there or anything.  We didn't have a chance to

14  really speak like that and I wasn't really paying

15  attention to what he was doing, so I didn't know

16  exactly who he was and what was his role I mean.

17        MS. PATEL: Okay, that's fine.  When he

18  asked you for money, do you recall what he

19  specifically said to you?

20        MR. SEFOLOSHA: In substance, again, not the

21  exact word but basically you know, take care of me,

22  you got something for me?

23        MS. PATEL: Okay.

24        MS. JUNIOR: How did you respond to that?

25        MR. SEFOLOSHA: I said, yeah, I got you.

DEF 1724

| | |
|---|---|
| 1 | THABO SEFOLOSHA    10-21-2015 |

2      MS. JUNIOR:  And what did you do?

3      MR. SEFOLOSHA:  So I reached in my pocket
4  and, and I had a stack of money.  So I took the stack
5  out and, and pulled a $20 bill out and I was ready to
6  give it to him.

7      MS. JUNIOR:  Did True actually take the
8  money that you were going to give to him?

9      MR. SEFOLOSHA:  Did I actually what?

10     MS. JUNIOR:  Was True actually able to take
11 the money that you were going to give to him?

12     MR. SEFOLOSHA:  No.

13     MS. JUNIOR:  Why not?

14     MR. SEFOLOSHA:  Because the officer pushed
15 him out of the way before I could give him the money.

16     MR. SPIRO:  And which officer was that?

17     MR. SEFOLOSHA:  I believe it was Dongvort.

18     MS. JUNIOR:  And when you say Officer
19 Dongvort pushed True out of the way, can you describe
20 for us exactly what that officer did to True?

21     MR. SEFOLOSHA:  I don't remember exactly but
22 when I lifted my head up the first time when he asked
23 me for some money, he was coming towards me.  So he
24 was fairly close, and I thought I could just give him
25 the money like this, and when I lifted my head up and

43

DEF 1725

| | |
|---|---|
| 1 | THABO SEFOLOSHA                                  10-21-2015 |
| 2 | tried to give him the money, he was further out.  So |
| 3 | the police was basically his back to me, both hands up |
| 4 | in front of him an pushing True like walking him out. |
| 5 | Not pushing him, not pushing in a bad way, but just |
| 6 | walking him the other way. |
| 7 |     MS. PATEL:  Could you just to clarify this |
| 8 | officer is standing behind True with both of his hands |
| 9 | on his hands guiding him in which direction? |
| 10 |     MS. JUNIOR:  Towards which street? |
| 11 |     MR. SEFOLOSHA:  Just, I mean, 17th is behind |
| 12 | us at this point, close to the pizza place on the |
| 13 | left,  he was moving him further from 17th, so I don't |
| 14 | know what street it was on that block. |
| 15 |     MS. PATEL:  And did you approach him? |
| 16 |     MR. SEFOLOSHA:  Yes, I made a few steps |
| 17 | before he, he was too far try to make a few steps to |
| 18 | give him the money. |
| 19 |     MS. PATEL:  Okay.  What was your pace when |
| 20 | you took those few steps? |
| 21 |     MR. SEFOLOSHA:  I was trying to catch up |
| 22 | with him, you know, it was, I mean, just walking I had |
| 23 | to take  just two or maybe three steps to catch up to |
| 24 | him, so. |
| 25 |     MS. PATEL:  Did you ever -- |

DEF 1726

| | | |
|---|---|---|
| 1 | THABO SEFOLOSHA | 10-21-2015 |

2          MR. SEFOLOSHA: Was, you know --

3          MS. PATEL:  -- were you running to catch up
4     with him?

5          MR. SEFOLOSHA: No I wasn't running.
6     Definitely not, but I, I walked, I had a good pace to
7     try catch him as quickly as possible.

8          MS. PATEL:  Okay.  And where were your arms
9     as you were going towards him?

10         MR. SEFOLOSHA:  So one was, the left was
11    still on the side basically with the money and the
12    right one with the $20 bill in my hand was in front of
13    me and I was telling him here, this is supposed to be
14    [unintelligible] [00:43:21].

15         MS. JUNIOR:  Now you mentioned that several
16    officers approached and True was ushered away from
17    you?  What happened after that point?

18         MR. SEFOLOSHA:  So, no, it, was, I mean, it
19    was multiple officers around us, but then when they
20    pushed True away, I made a few steps to kind of give
21    him the money, because he was still facing me.  True
22    was still facing me so we're looking at each other,
23    like here this is for you, and that's when one of the
24    officers pushed me on the side, from the side, grabbed
25    my arm and said, you're going to jail.

| | | |
|---|---|---|
| 1 | THABO SEFOLOSHA | 10-21-2015 |

2    MS. JUNIOR: Do you recall the name of the
3    officer that pushed you from the side and grabbed your
4    arm?
5    MR. SEFOLOSHA: I don't, I don't remember
6    his name.
7    MS. JUNIOR: Can you describe him for us,
8    his race?
9    MR. SEFOLOSHA: At that time, I didn't
10   really pay any attention but I know now because after
11   he, he spoke on it --
12   MS. JUNIOR: After he testified?
13   MR. SEFOLOSHA: Yes. And he was tall, his
14   skin was dark, and, and fairly strong like, you know,
15   he's strong and, you know, yeah.
16   MS. JUNIOR: When you say he was dark, did
17   he appear to be black, Latino?
18   MR. SEFOLOSHA: Yeah, he could have been
19   Latino or kind of my complexion. I have one, my mom
20   is white and my dad is, he's black so he could have
21   been mixed, yes.
22   MS. JUNIOR: Okay. And when you say he
23   pushed you, where about your body did he push you?
24   MR. SEFOLOSHA: It was on the shoulder.
25   MS. JUNIOR: Right or left shoulder?

DEF 1728

| | | |
|---|---|---|
| 1 | THABO SEFOLOSHA | 10-21-2015 |

2          MR. SEFOLOSHA: Yeah, my left shoulder, or
3    my right shoulder, sorry, on my right shoulder.
4          MS. JUNIOR: And what did he use to push you
5    on your right shoulder?
6          MR. SEFOLOSHA: His arms.
7          MS. JUNIOR: Okay. And both of his hands?
8          MR. SEFOLOSHA: I, I believe so, I don't
9    know, I believe so.
10         MS. JUNIOR: What if anything did he say to
11   you as he pushed you on your right shoulder?
12         MR. SEFOLOSHA: No, nothing.
13         MS. PATEL: You said that he, at some point,
14   said you're going to jail, when did he say that?
15         MR. SEFOLOSHA: So right after he pushed me.
16   I said, I was just giving him some money and he said
17   you're going to jail.
18         MS. JUNIOR: And this is the same officer
19   that pushed you is the one that said you're going to
20   jail?
21         MR. SEFOLOSHA: I believe so, yes.
22         MS. JUNIOR: Had you seen that officer
23   earlier that evening?
24         MR. SEFOLOSHA: No.
25         MS. JUNIOR: You also mentioned earlier that

```
 1              THABO SEFOLOSHA                    10-21-2015
 2                   MS. JUNIOR:  Did you see the officers who
 3      you described to us as having been present during the
 4      night of this incident, did you see them during the
 5      course of this trial?
 6                   MR. SEFOLOSHA:  A lot of them, yes, not all
 7      of them, but some of them, yes.
 8                   MS. JUNIOR:  And is that how you came to
 9      learn some of their names, from your trial?
10                   MR. SEFOLOSHA:  Correct, correct.
11                   MS. JUNIOR:  Did you ever receive medical
12      treatment after being kicked twice in the leg?
13                   MR. SEFOLOSHA:  So once I got to the
14      precinct, they asked me, they asked me if I want to,
15      to have the, the ambulance come.  And I said, yes, and
16      basically the ambulance couldn't do much for me, they
17      gave me an ice pack and they said they could take me
18      to the hospital.
19                   MS. JUNIOR:  Did you go to the hospital?
20                   MR. SEFOLOSHA:  I didn't go to the hospital.
21                   MS. PATEL:  Did you sustain any injury as a
22      result of this incident?
23                   MR. SEFOLOSHA:  Yes.
24                   MS. PATEL:  Okay.  What was your injury?
25                   MR. SEFOLOSHA:  So I had three ligaments
```

| | | |
|---|---|---|
| 1 | THABO SEFOLOSHA | 10-21-2015 |

2   that had to be repaired.  One was totally separated,

3   one was, and, and two other were, were torn ligaments.

4             MS. PATEL:  Where on your body

5             MR. SEFOLOSHA:  So the inside, the ligament

6   on the inside of my ankle.

7             MS. PATEL:  Which ankle?

8             MR. SEFOLOSHA:  Right ankle was totally

9   separated on the inside, the front ligament was torn

10  and the outside ligament was also torn, and my fibula

11  bone was broken.

12            MS. PATEL:  Do you know at what point you

13  sustained that injury?

14            MR. SEFOLOSHA:  Was when the officer kicked

15  me and, and held me on the ground, I believe.

16            MS. PATEL:  And while you were on the

17  ground, you said that they handcuffed you, was this

18  sort of immediately or was there any sort of struggle

19  that happened?

20            MR. SEFOLOSHA:  No, that was immediately.

21            MS. PATEL:  Okay.  Were you ever moving your

22  legs around while you were on the ground?

23            MR. SEFOLOSHA:  No, because they were

24  stepping on both of my legs.

25            MS. PATEL:  They were stomping on your legs?

DEF 1738

CERTIFICATE OF ACCURACY

I, Julia Zappi, certify that the foregoing transcript of CCRB Case # 201502847 for the Interview of Thabo Sefolosha was prepared using the required transcription equipment and is a true and accurate record of the proceedings.

Certified By:

*Julia Zappi*

Date: November 6, 2015

GENEVAWORLDWIDE, INC

256 West 38th Street - 10th Floor

New York, NY 10018