1

2    UNITED STATES DISTRICT COURT

3    SOUTHERN DISTRICT OF NEW YORK

4    ---------------------------------------x

5    THABO SEFOLOSHA,

6                    Plaintiff,        Action No. 1
                                       Case No.
7             -against-                16 Civ. 2564(JMF)

8    P.O. JOHN PAUL GIACONA, P.O. JORDAN ROSSI,
     P.O. RICHARD CASTER, P.O. DANIEL DONGVORT,
9    P.O. MICHAEL O'SULLIVAN, and THE CITY OF
     NEW YORK,

10                   Defendants.
11   ---------------------------------------x
     (Caption continued on next page.)
12

13

14           EXAMINATION BEFORE TRIAL of the

15   Defendant, P.O. DANIEL DONGVORT, pursuant to

16   Notice, held at the law offices of

17   JAROSLAWICZ & JAROS, PLLC, 225 Broadway,

18   24th floor, New York, New York, on January

19   5, 2017, commencing at 10:23 A.M., before

20   MEDEA EDER, a shorthand reporter and Notary

21   Public within and for the State of New York.

22

23              REINIG REPORTING, INC.
                192 Lexington Avenue
24                   Sy\uite 805
                New York, New York 10016
25                  212-684-7298


            REINIG REPORTING, INC.  (212) 684-7298

1    UNITED STATES DISTRICT COURT

2    SOUTHERN DISTRICT OF NEW YORK

3    ---------------------------------------x

4    PERO ANTIC,

5                        Plaintiff,          Action No. 2

6                        -against-           Case No.
                                             16 Civ. 2425
7                                            (JMF)
     THE CITY OF NEW YORK, POLICE OFFICER
8    RICHARD CASTER, Individually and in
     his capacity as a member of the New
9    York City Police Department, POLICE
     OFFICER PAUL GIACONA, Individually
10   and in his capacity as a member of
     the New York City Police Department,
11   POLICE OFFICER DANIEL DONGVORT,
     Individually and in his capacity as
12   a member of the New York City Police
     Department, POLICE OFFICER MICHAEL
13   O'SULLIVAN, Individually and in his
     capacity as a member of the New York
14   City Police Department, and JOHN
     and JANE DOES, said names being
15   fictitious and intended to represent
     individual officers, members, agents,
16   servants and/or employees of the New
     York City Police Department in their
17   individual and official capacity,

18                        Defendants.

19   ---------------------------------------x

20

21

22

23

24

25


                REINIG REPORTING, INC.  (212) 684-7298

```
 1

 2    A P P E A R A N C E S :

 3

 4    JAROSLAWICZ & JAROS, PLLC
      Attorneys for Plaintiff THABO SEFOLOSHA
 5         225 Broadway, 24th floor
           New York, New York  10007
 6
      BY:   ELIZABETH EILENDER, ESQ.
 7

 8

      BRAFMAN & ASSOCIATES, P.C.
 9    Co-Counsel for Plaintiff THABO SEFOLOSHA
           767 Third Avenue, 26th floor
10         New York, New York  10017
      (NOT PRESENT)
11

12

      THE COCHRAN FIRM
13    Attorneys for Plaintiff PERO ANTIC
           55 Broadway, 23rd floor
14         New York, New York  10006

15    BY:   TRACEY L. BROWN, ESQ.

16

17    ZACHARY W. CARTER, ESQ.
      CORPORATION COUNSEL
18    Attorney for Defendants/Actions No. 1 and 2
           100 Church Street
19         New York, New York  10007

20    BY:   BRIAN FRANCOLLA, ESQ.

21
                        oOo
22

23

24

25
```

REINIG REPORTING, INC.  (212) 684-7298

```
 1                  Daniel Dongvort
 2          Q.    Did you walk past the car that you
 3    had opened the door of?
 4          A.    Yes, ma'am.  Maybe roughly a car
 5    length, maybe a car length-and-a-half,
 6    something like that.
 7          Q.    Did the down on his luck guy tell
 8    you he didn't want to leave?
 9          A.    No.
10          Q.    Did the down on his luck guy say
11    anything?
12          A.    Nothing that I recall.
13          Q.    Did you hear the down on his luck
14    guy say any words to Mr. Sefolosha?
15          A.    Not that I recall.
16          Q.    Did you hear Mr. Sefolosha say any
17    words to the down on his luck guy?
18          A.    Not that I recall.
19          Q.    As you were escorting the down on
20     his luck guy north on Tenth Avenue, what is the
21    next thing that happened?
22          A.    I noticed out of the corner of my
23    guy Mr. Sefolosha kind of stumbling, where I
24    was standing.  And I also noticed Officer
25    Caster.
```

```
 1                    Daniel Dongvort
 2          Q.     You said that you were escorting
 3     the down on his luck guy north on Tenth Avenue.
 4     Where was your head, where were you looking
 5     when you were escorting him north on Tenth
 6     Avenue?  Were you looking where you were going?
 7          A.     I don't know where I was looking
 8     at that moment.
 9          Q.     With which eye did you see
10     Mr. Sefolosha?
11          A.     My left eye.
12          Q.     You're on the sidewalk at this
13     point?
14          A.     Yes, ma'am.
15          Q.     And you're a car length or a car
16     length-and-a-half away from where you were when
17     you first encountered the down on his luck guy?
18          A.     Yes, ma'am.
19          Q.     Out of the left corner of your
20     eye, what exactly did you see?
21          A.     Mr. Sefolosha stumbling.
22          Q.     Stumbling, okay.  What do you
23     mean, he was stumbling?
24          A.     He wasn't standing still.  I'm not
25     sure.
```

```
 1                    Daniel Dongvort
 2          Q.    Was he tripping on something?  Was
 3    he falling?
 4          A.    I don't know what caused him to
 5    stumble.
 6          Q.    Where was he when you saw him
 7    stumbling?
 8          A.    West of where I was.  Maybe two,
 9    three feet behind me -- no, maybe not even two
10    feet, maybe a foot behind me.  But west of
11    where I was.
12          Q.    And you were able to see him out
13    of your left eye?  You have amazing vision out
14    of the corner of your left eye.
15                MR. FRANCOLLA:  Objection.
16          A.    At no point in time is my head
17    fixated in one position.  That's what I'm
18    trying to get at.  So if by chance my head
19     moved to the left and I was facing a little bit
20      northwest of where I was facing initially, then
21    maybe that's the case.  My head is never
22     fixated on one spot.  You need to constantly be
23    able to see what's going on around you for
24    safety purposes.
25          Q.    Before you started escorting the
```

```
 1                   Daniel Dongvort
 2    down on his luck guy up north on Tenth Avenue,
 3    did you say anything to Mr. Sefolosha before
 4    you left that area of the car?
 5            A.    I don't believe so.
 6            Q.    Did you give him any final
 7     instructions like, "Get in there, get on out of
 8    here, get in the car, go to the hotel, do
 9    whatever you're going to do"?
10            A.    I don't know.
11            Q.    You did not say goodbye to
12    Mr. Sefolosha?
13            A.    I did not say goodbye to him.
14            Q.    Do you recall saying any words to
15    Mr. Sefolosha before you left the immediate
16    vicinity of the car to escort the down on his
17    luck guy north on Tenth Avenue?
18            A.    Immediately before I walked away,
19    no.
20            Q.    And you said as you took whatever
21    steps you took, then you saw Mr. Sefolosha
22    stumbling.  Was he stumbling on the sidewalk?
23            A.    Yes.  He was stumbling on the
24    sidewalk at that point.
25            Q.    Did that bring your attention back
```

```
 1                  Daniel Dongvort
 2   over to Mr. Sefolosha?
 3         A.    Yes.
 4         Q.    What did you see when your
 5   attention was brought back over to
 6   Mr. Sefolosha?
 7         A.    I saw Officer Caster attempting to
 8   place Mr. Sefolosha under arrest.
 9         Q.    Do you know why Officer Caster was
10   trying to place Mr. Sefolosha under arrest?
11         A.    Are you asking about today?
12         Q.    Let's talk about that moment:  Do
13   you know why what was happening was happening?
14         A.    I didn't know at that moment.
15         Q.    Did you see Officer Caster place
16   his hands on Mr. Sefolosha at that point?
17         A.    Yes.
18         Q.    Before you saw Mr. Sefolosha
19   stumbling -- as you say, out of the corner of
20    your left eye -- did you hear any voices or any
21   shouting or anything by Officer Caster or
22   Mr. Sefolosha or anyone else?
23         A.    Not that I can recall, no, ma'am.
24         Q.    What did you see Officer Caster do
25   at that moment when you saw, out of the left
```

```
 1                    Daniel Dongvort
 2    corner of your eye, Mr. Sefolosha stumbling?
 3             A.    He seemed to be stumbling as well.
 4             Q.    Did you use the word "stumbling"
 5    when you testified in front of the CCRB?
 6             A.    I don't recall.
 7             Q.    You read your testimonies in
 8    preparation for today; right?
 9             A.    I did, yes.
10             Q.    You didn't see the word
11    "Stumbling"; right?
12             A.    I don't recall.
13             Q.    You're saying that now;
14    "Stumbling"?
15             A.    That's the way I worded it today.
16    If I worded it differently, I apologize.
17             Q.    Well, it's not a matter of
18    apologizing.  I'm just trying to figure out
19    what it is you remember and what happened.
20    When you say the word "stumbling," it gives an
21    indication of someone tripping over something.
22    Was Mr. Sefolosha tripping over something, as
23    far as you know?
24             A.    I don't know.
25             Q.    Were there any barricades or
```

```
 1                 Daniel Dongvort
 2   debris on the sidewalk that would have tripped
 3   Mr. Sefolosha?
 4         A.    Not that I recall.
 5         Q.    You didn't trip over anything;
 6   right?
 7         A.    No, ma'am.
 8         Q.    Was it raining at that point?
 9         A.    I don't believe so, no.
10         Q.    What observations did you make
11   with respect to physical contact between
12   Officer Caster and Mr. Sefolosha at that
13   precise moment when you say you saw them
14   stumbling?
15         A.    I didn't see any physical contact
16   between the two of them.
17         Q.    Didn't Officer Caster put his
18   physical body on Mr. Sefolosha?
19         A.    That was after I turned my
20   attention.  At that point, I noticed.
21         Q.    What did you see?
22         A.    Officer Caster going to grab
23   Mr. Sefolosha.
24         Q.    Where did he grab him?
25         A.    I don't recall exactly.  I believe
```

```
 1                    Daniel Dongvort
 2    his arm.
 3             Q.    How tall is Officer Caster?  He's
 4    a tall guy too; right?
 5             A.    He's a little taller than me.
 6    Maybe 6'2", 6'4", somewhere in that vicinity.
 7             Q.    Which arm did Officer Caster grab
 8    of Mr. Sefolosha's?
 9             A.    At that moment, I don't recall.
10             Q.    You said that your attention was
11    now off of the down on his luck guy, and now
12    brought over to Mr. Sefolosha and Officer
13    Caster; right?
14             A.    Yes, ma'am.
15             Q.    What did you do when your
16    attention was now diverted back to
17    Mr. Sefolosha and Officer Caster?
18             A.    I turned to Officer Caster and
19     began to assist him placing Mr. Sefolosha under
20    arrest.
21             Q.    How did you know that Officer
22    Caster was trying to arrest Mr. Sefolosha?
23             A.    With my experience and what I have
24    been taught to this point -- to that point --
25    officers don't generally put their hands on
```

1                  Daniel Dongvort

2    people for no reason.  It's typically to place

3    them under arrest.

4          Q.    Did you know why Officer Caster

5    was placing Mr. Sefolosha under arrest?

6          A.    At that moment, no, ma'am.

7          Q.    Did you hear Officer Caster tell

8    Mr. Sefolosha why he was being placed under

9    arrest?

10         A.    I don't recall hearing that, no,

11   ma'am.

12         Q.    In fact the entire night while

13   you're still at the scene on Tenth Avenue and

14    17th Street, did you ever hear any officer tell

15   Mr. Sefolosha why it was that he was under

16   arrest?

17         A.    I don't recall anyone saying that.

18         Q.    When you say that you went over to

19   assist Officer Caster in the arrest, what did

20   you do?

21         A.    I began to assist Officer Caster

22   trying to place Mr. Sefolosha's hands behind

23   his back.

24         Q.    What did you do to do that?  Did

25   you put your hands on Mr. Sefolosha?

1                    Daniel Dongvort

2          A.     Yes, ma'am.

3          Q.     Which of your hands did you use?

4          A.     Both.

5          Q.     What part of Mr. Sefolosha's body

6     did you put your two hands on?

7          A.     His left arm.

8          Q.     Where was Officer Caster at that

9     moment?

10         A.     Once I grabbed onto Mr. Sefolosha,

11    I believe he was on his right arm.

12         Q.     So you had the left arm and

13    Officer Caster had the right arm?

14         A.     Yes, ma'am.

15         Q.     And you guys were still on the

16    sidewalk at that point, or where were you?

17         A.     Between the sidewalk and where the

18    curb meets the street, inside of a car width.

19         Q.     So you were in the street?

20         A.     It was back and forth.  It was

21     either right at the sidewalk or just inside the

22    street, yes, ma'am.

23         Q.     Either you're on the sidewalk or

24    you're over the curb into the street.

25         A.     I understand you're asking at that

```
 1                    Daniel Dongvort
 2   exact moment, and I can't tell you.  I'm saying
 3   we were on the sidewalk and then we were on the
 4   street, within a car's width from the sidewalk.
 5          Q.    Just to back up for a moment:  At
 6   the moment you saw Mr. Sefolosha stumbling, as
 7   you say, out of the corner of your left eye,
 8   was he on the sidewalk or was he in the street?
 9          A.    I believe he was either on the
10   sidewalk or just on the edge of the street,
11   where the sidewalk meets the street.
12          Q.    When you initially saw Officer
13   Caster place his hands on Mr. Sefolosha, were
14   they on the sidewalk or were they in the
15   street?
16          A.    I don't recall exactly.
17          Q.    But by the time you got over
18    there, and you went on the left side and Caster
19   was on the right side, you guys were in the
20   street?
21          A.    We were on the street, yes, not
22   the sidewalk.
23          Q.    What happened next?
24          A.    We placed Mr. Sefolosha under
25   arrest.
```

```
  1                  Daniel Dongvort
  2        Q.    How did you do that?
  3        A.    We were attempting to put his
  4    hands behind his back.  We had to put him on
  5    the ground and put handcuffs on him.
  6        Q.    Did any other officers assist you
  7    in placing Mr. Sefolosha under arrest?
  8        A.    There was a number of other
  9     officers right in that area.  I believe Officer
 10    Giacona was actually right there, but I can't
 11    be sure who else was actually right there.
 12        Q.    Rossi was there; right?
 13        A.    Like I said, there's many officers
 14    that are right around.  Rossi was there, yes.
 15        Q.    And O'Sullivan was there?
 16        A.    I believe so.  I'm not sure.
 17        Q.    You watched the video, so you saw
 18    everybody; right?
 19        A.    Yes.
 20        Q.    You saw your whole crew, right;
 21    everybody was there?
 22        A.    Yes.
 23        Q.    How did you all effectuate the
 24    arrest of Mr. Sefolosha?
 25        A.    Myself and Officer Caster put his
```

```
1                    Daniel Dongvort
2    hands behind his back and someone put handcuffs
3    on his wrists.  I just can't be sure whose
4    cuffs were being used.
5          Q.    Who swept his leg?
6          A.    I don't recall.
7          Q.    When you say that you put him down
8    on the ground, how did you go about doing that?
9          A.    Well, we always try to use the
10   least force necessary.  Sometimes you have to
11   put them on the ground, lay them, put them on
12   the ground however it's done.
13         Q.    Why did you put Mr. Sefolosha on
14   the ground?
15         A.    Because he was actively resisting
16   arrest.
17         Q.    How was he actively resisting
18   arrest?
19         A.    He was trying to walk away and
20   move his arms.
21         Q.    Was he using profanity at that
22   point?
23         A.    I don't recall.
24         Q.    What if anything was he saying?
25         A.    Possibly something to the effect
```

## 0

**0037** [1] - 15:12
**0057** [1] - 17:6
**0358** [1] - 15:14
**0400** [1] - 15:17
**0415** [1] - 15:18
**0443** [1] - 15:18
**0500** [1] - 15:19
**0605** [2] - 15:7, 17:9
**0938** [1] - 15:20

## 1

**1** [26] - 1:6, 3:18,
12:19, 13:3, 13:24,
14:15, 14:18, 20:23,
21:2, 21:9, 22:10,
23:24, 24:10, 25:3,
25:5, 28:13, 28:18,
29:17, 30:16, 34:15,
37:4, 37:5, 37:16,
37:21, 37:22, 123:11
**10** [1] - 35:15
**100** [1] - 3:18
**10006** [1] - 3:14
**10007** [2] - 3:5, 3:19
**10016** [1] - 1:24
**10017** [1] - 3:10
**1034** [1] - 15:16
**10:23** [1] - 1:19
**10th** [13] - 5:6, 5:19,
5:24, 6:3, 6:17, 7:17,
15:11, 15:20, 15:23,
34:8, 93:8, 93:25,
124:20
**1105** [1] - 15:22
**111** [1] - 123:6
**12** [1] - 123:12
**1235** [1] - 15:23
**12:10** [1] - 121:17
**14th** [1] - 7:20
**15** [2] - 35:17, 35:19
**1510** [2] - 15:9, 20:13
**16** [2] - 1:7, 2:6
**17th** [19] - 24:18,
24:21, 25:6, 28:17,

28:22, 28:25, 33:9,
34:16, 36:24, 37:6,
37:17, 37:23, 40:21,
42:15, 43:13, 54:23,
70:14, 111:12
**1885** [1] - 123:12
**192** [1] - 1:23

## 2

**2** [8] - 2:5, 3:18, 23:8,
23:10, 23:13, 23:23,
24:6, 123:13
**2012** [1] - 7:10
**2013** [1] - 5:25
**2014** [1] - 6:9
**2015** [10] - 6:11, 8:24,
10:25, 15:6, 17:8,
17:19, 19:16, 21:4,
22:8, 84:14
**2016** [7] - 8:24, 8:25,
9:2, 9:20, 9:25, 10:14,
117:19
**2017** [4] - 1:19,
122:11, 122:20,
124:20
**20th** [1] - 5:7
**212-684-7298** [1] -
1:25
**2130** [3] - 15:7, 15:11,
17:9
**225** [2] - 1:17, 3:5
**23** [2] - 110:17, 123:13
**230** [1] - 5:7
**23rd** [1] - 3:13
**2425** [1] - 2:6
**24th** [2] - 1:18, 3:5
**2564(JMF** [1] - 1:7
**2612** [2] - 23:14,
123:13
**26th** [1] - 3:9
**27** [1] - 10:25
**29th** [1] - 7:22

## 3

**3129** [1] - 15:25

**3:58** [1] - 27:25

## 4

**43rd** [1] - 7:19
**45** [1] - 15:9
**453** [1] - 25:6
**4:00** [2] - 27:24, 83:11
**4:30** [1] - 83:11

## 5

**5** [3] - 1:19, 122:10,
123:6
**5'6** [2] - 109:18, 109:22
**5'7** [1] - 109:18
**5'7"** [1] - 109:22
**50** [1] - 35:15
**55** [1] - 3:13

## 6

**6** [1] - 109:16
**6'2** [1] - 69:6
**6'4** [1] - 69:6
**6/8/15** [1] - 15:9
**62** [1] - 15:19
**6:05** [1] - 17:9

## 7

**7-foot** [1] - 39:23
**767** [1] - 3:9

## 8

**8** [6] - 15:6, 17:8,
17:19, 19:16, 22:8,
84:14
**805** [1] - 1:24
**84** [1] - 15:22
**85** [1] - 15:14
**8th** [5] - 115:16, 117:3,
117:9, 117:12, 119:10

## 9

**9:30** [3] - 17:9, 17:20,
17:23

## A

**A.M** [1] - 1:19
**able** [4] - 19:14, 64:12,
64:23, 79:7
**Absolutely** [1] -
111:19
**absolutely** [1] - 44:21
**academy** [3] - 7:7,
38:22, 75:24
**acceptable** [1] - 14:11
**accident** [1] - 114:5
**accomplishing** [1] -
32:25
**according** [1] - 104:2
**accused** [1] - 105:16
**accusing** [1] - 52:11
**Action** [2] - 1:6, 2:5
**action** [1] - 124:16
**actions** [5] - 7:12,
53:15, 54:15, 105:2,
112:20
**actively** [3] - 74:15,
74:17, 104:13
**actual** [6] - 18:12,
23:4, 103:23, 103:24,
118:4, 118:5
**adamant** [2] - 93:2,
93:4
**adamantness** [1] -
93:5
**added** [1] - 84:16
**addition** [3] - 8:21,
12:12, 12:21
**additional** [2] - 84:15,
99:23
**address** [5] - 5:5, 5:17,
5:19, 6:15, 25:5
**admin** [1] - 15:19
**administration** [8] -
104:4, 104:11,
104:18, 104:20,

105:3, 120:5, 120:7, 120:18

**afterwards** [1] - 107:12

**agents** [1] - 2:15

**ago** [5] - 39:22, 112:12, 114:16, 115:17, 117:4

**AGREED** [3] - 4:6, 4:10, 4:14

**aid** [4] - 25:19, 26:13, 27:10, 92:21

**aided** [1] - 15:18

**Alex** [2] - 102:13, 102:14

**allegation** [3] - 86:6, 117:19, 118:15

**allegations** [4] - 8:10, 9:3, 9:8, 9:24

**allegedly** [2] - 82:21, 107:23

**altercation** [1] - 90:6

**amazing** [1] - 64:13

**ambulance** [9] - 27:18, 92:12, 92:14, 92:16, 92:18, 92:23, 93:3, 93:7, 96:3

**AND** [3] - 4:6, 4:10, 4:14

**angry** [3] - 90:8, 90:9, 90:11

**ankle** [3] - 92:4, 92:5, 92:8

**answer** [1] - 6:19

**answered** [1] - 48:8

**answers** [1] - 122:13

**ANTIC** [2] - 2:4, 3:13

**Antic** [57] - 17:17, 42:8, 42:14, 42:18, 44:9, 45:3, 45:9, 48:4, 48:12, 50:3, 50:5, 51:9, 51:17, 51:21, 53:8, 53:16, 56:4, 56:9, 56:10, 81:8, 82:3, 82:8, 82:21, 83:16, 83:23, 83:25, 84:16, 85:4, 85:7, 85:10, 85:14, 85:19,

85:24, 86:22, 87:2, 87:9, 87:12, 87:18, 87:21, 88:4, 88:9, 95:20, 95:23, 97:9, 98:17, 99:17, 101:9, 101:14, 110:13, 117:13, 117:16, 119:6, 119:25, 120:6, 121:2, 121:7, 121:10

**apologize** [7] - 9:21, 10:24, 14:12, 29:5, 45:17, 67:16, 114:24

**apologizing** [1] - 67:18

**appear** [3] - 14:4, 22:17, 113:11

**appearance** [4] - 16:16, 39:7, 109:5, 109:25

**appearance-wise** [1] - 109:25

**appeared** [1] - 25:11

**apprehend** [1] - 18:14

**approximation** [1] - 35:16

**April** [13] - 6:11, 15:6, 17:8, 17:19, 19:16, 21:4, 22:8, 84:14, 115:16, 117:3, 117:9, 117:12, 119:10

**area** [18] - 30:13, 31:6, 31:14, 45:10, 46:15, 53:19, 54:20, 65:4, 73:9, 82:5, 86:17, 96:13, 96:15, 96:21, 98:23, 111:2, 111:8, 120:25

**argument** [1] - 90:5

**arise** [1] - 6:24

**arm** [10] - 69:2, 69:7, 71:7, 71:11, 71:12, 71:13, 76:16, 76:17, 76:23, 82:23

**arms** [5] - 33:12, 54:24, 74:20, 105:9, 105:10

**arranged** [1] - 97:23

**arrest** [57] - 8:11, 9:5, 10:19, 17:4, 17:6,

17:14, 17:15, 18:10, 18:12, 20:4, 26:11, 26:23, 66:8, 66:10, 69:20, 69:22, 70:3, 70:5, 70:9, 70:16, 70:19, 72:25, 73:7, 73:24, 74:16, 74:18, 79:5, 79:11, 79:14, 79:22, 81:8, 82:12, 86:23, 87:2, 88:11, 88:19, 88:24, 90:22, 93:19, 93:22, 94:15, 103:18, 104:5, 104:13, 104:14, 105:6, 105:7, 105:12, 105:17, 106:2, 106:6, 106:18, 117:23, 118:17, 120:20, 120:22

**arrested** [13] - 18:10, 18:11, 80:3, 87:21, 94:18, 103:21, 104:7, 105:16, 105:20, 118:9, 119:7, 119:15, 119:25

**arrests** [2] - 115:19, 115:21

**arrive** [1] - 25:3

**arrived** [4] - 15:23, 26:3, 26:9, 95:24

**Artichoke** [15] - 28:14, 29:18, 29:22, 30:3, 30:7, 37:19, 43:14, 46:2, 46:5, 46:16, 46:23, 61:19, 110:6, 111:7, 111:10

**ASP** [1] - 77:21

**assault** [1] - 15:17

**assigned** [5] - 5:23, 6:2, 18:13, 22:14, 27:13

**assignment** [8] - 5:21, 27:9, 27:11, 28:4, 28:10, 30:4, 46:14, 106:24

**assist** [5] - 24:23, 69:19, 70:19, 70:21, 73:6

**assistance** [2] - 15:15, 79:19

**ASSOCIATES** [1] - 3:8

**assume** [2] - 16:21, 16:24

**assumption** [2] - 81:11, 81:12

**athletes** [2] - 21:15, 21:16

**Atlanta** [1] - 94:7

**attack** [2] - 108:13, 108:19

**attempt** [1] - 83:17

**attempted** [3] - 84:17, 85:7, 85:15

**attempting** [3] - 66:7, 73:3, 79:21

**attention** [10] - 32:16, 60:13, 60:23, 65:25, 66:5, 68:20, 69:10, 69:16, 76:14, 87:16

**Attorney** [1] - 3:18

**Attorneys** [2] - 3:4, 3:13

**attorneys** [1] - 4:7

**Authority** [1] - 7:2

**avenue** [1] - 30:17

**Avenue** [49] - 1:23, 3:9, 7:21, 7:23, 24:18, 28:14, 28:16, 29:2, 29:3, 29:4, 29:5, 29:8, 29:9, 29:17, 29:21, 31:14, 33:10, 34:17, 37:17, 37:21, 37:23, 43:13, 43:18, 44:4, 46:7, 49:23, 56:19, 57:5, 57:9, 57:24, 61:2, 61:12, 61:14, 61:16, 61:24, 62:20, 63:3, 63:6, 65:2, 65:17, 70:13, 75:9, 77:6, 80:22, 110:4, 111:13

**aware** [21] - 6:25, 7:3, 8:9, 9:11, 9:14, 10:3, 27:5, 29:13, 34:4, 34:10, 34:13, 57:3, 78:13, 78:16, 79:3,

88:18, 89:15, 90:4,
108:5, 115:24, 119:12

**B**

**bad** [1] - 115:13
**badge** [1] - 36:17
**band** [2] - 19:5, 19:9
**bar** [12] - 97:12, 97:13,
98:2, 98:5, 98:7,
98:11, 98:18, 98:20,
99:3, 99:12, 99:17,
99:22
**barricades** [1] - 67:25
**bars** [2] - 6:16, 7:2
**Based** [1] - 39:19
**basis** [3] - 90:3,
108:15, 108:17
**basketball** [5] - 26:15,
38:15, 93:22, 96:24,
97:3
**Bates** [4] - 13:3, 23:13,
123:12, 123:13
**Bates-stamped** [3] -
23:13, 123:12, 123:13
**baton** [10] - 78:4, 78:5,
78:7, 78:12, 78:15,
78:17, 79:2, 79:5,
79:10, 79:17
**beach** [1] - 22:6
**become** [1] - 48:17
**BEFORE** [1] - 1:14
**began** [2] - 69:19,
70:21
**begin** [1] - 18:15
**behind** [10] - 56:17,
64:9, 64:10, 70:22,
73:4, 74:2, 80:11,
94:12, 97:22, 108:22
**belt** [1] - 78:15
**bench** [2] - 98:10, 99:3
**better** [1] - 23:19
**Between** [2] - 71:17,
91:24
**between** [20] - 4:7,
28:22, 37:4, 37:6,
37:18, 37:22, 40:20,
40:24, 41:4, 41:17,

42:10, 42:18, 44:18,
51:21, 59:22, 68:11,
68:16, 89:23, 108:5,
110:9
**big** [2] - 10:9, 107:6
**bit** [4] - 22:4, 34:24,
35:2, 64:19
**black** [1] - 42:23
**block** [19] - 28:20,
28:22, 28:24, 29:19,
30:17, 31:8, 31:9,
31:13, 32:8, 32:14,
32:19, 32:22, 34:24,
35:2, 37:5, 45:6,
45:15, 45:21, 48:4
**blood** [1] - 124:17
**Board** [1] - 8:6
**body** [12] - 33:13,
33:18, 33:21, 33:24,
34:3, 34:6, 34:9,
34:12, 60:17, 68:18,
71:5, 82:20
**book** [22] - 12:16,
13:8, 13:16, 13:17,
13:21, 13:25, 14:14,
14:22, 15:3, 16:4,
16:14, 16:15, 16:18,
16:22, 17:3, 20:13,
22:16, 23:18, 23:20,
88:7, 123:11, 123:13
**borough** [1] - 84:11
**bouncers** [1] - 30:15
**BRAFMAN** [1] - 3:8
**BRIAN** [1] - 3:20
**briefed** [1] - 20:3
**briefing** [2] - 18:3,
20:9
**bring** [2] - 60:12, 65:25
**bringing** [1] - 91:8
**Broadway** [3] - 1:17,
3:5, 3:13
**brought** [6] - 8:15,
8:17, 10:10, 66:5,
69:12, 118:9
**BROWN** [5] - 3:15,
22:21, 111:22,
121:13, 123:6
**BY** [5] - 3:6, 3:15,

3:20, 5:11, 111:22

**C**

**cabaret** [7] - 6:6, 6:8,
6:11, 6:13, 18:23,
21:5, 34:5
**cabinet** [1] - 99:4
**cam** [6] - 33:18, 33:21,
33:24, 34:3, 34:6,
34:9
**cams** [1] - 34:12
**canvassing** [1] - 118:7
**capacity** [5] - 2:8,
2:10, 2:11, 2:13, 2:17
**capital** [1] - 29:4
**capital-A** [1] - 29:4
**Captain** [2] - 84:8,
84:13
**captain** [2] - 84:10,
86:7
**Caption** [1] - 1:11
**car** [61] - 20:16, 24:25,
36:22, 42:8, 42:22,
42:23, 43:6, 43:10,
43:12, 43:21, 44:7,
45:24, 46:7, 46:24,
47:6, 47:20, 48:15,
50:10, 51:13, 51:18,
51:24, 52:25, 53:4,
53:8, 53:12, 53:16,
53:21, 53:25, 54:11,
55:3, 55:6, 55:7,
56:11, 60:15, 61:6,
62:2, 62:4, 62:5,
63:15, 65:4, 65:8,
65:16, 71:18, 81:10,
81:11, 82:4, 86:17,
88:3, 90:18, 90:23,
91:3, 91:6, 91:9,
91:21, 92:2, 92:15,
94:23, 99:21
**car's** [1] - 72:4
**card** [1] - 93:12
**care** [5] - 15:17, 26:2,
30:12, 92:22, 93:15
**carry** [1] - 100:25
**CARTER** [1] - 3:17

**Case** [2] - 1:6, 2:6
**case** [1] - 64:21
**CASTER** [2] - 1:8, 2:8
**Caster** [51] - 15:10,
19:19, 20:17, 24:12,
26:19, 30:25, 33:21,
47:10, 62:25, 66:7,
66:9, 66:15, 66:21,
66:24, 68:12, 68:17,
68:22, 69:3, 69:7,
69:13, 69:17, 69:18,
69:22, 70:4, 70:7,
70:19, 70:21, 71:8,
71:13, 72:13, 72:18,
73:25, 76:16, 77:9,
79:21, 86:21, 88:21,
88:22, 90:15, 91:16,
101:21, 106:21,
107:3, 107:16, 112:6,
114:12, 114:13,
115:5, 115:16,
120:24, 121:3
**catch** [1] - 116:2
**caught** [1] - 60:12
**caused** [1] - 64:4
**CCRB** [19] - 8:11,
8:15, 8:18, 9:12, 9:16,
10:10, 10:14, 10:18,
11:11, 12:10, 22:25,
54:6, 55:20, 67:5,
110:17, 117:20,
118:3, 118:14, 118:19
**celebrities** [1] - 21:14
**Celebrities** [1] - 21:16
**cell** [5] - 93:18, 96:13,
96:15, 96:21, 98:22
**central** [1] - 92:16
**certification** [1] - 4:9
**certified** [1] - 25:17
**certify** [3] - 122:8,
124:9, 124:15
**chained** [1] - 97:23
**challenged** [1] -
109:14
**chance** [1] - 64:18
**charge** [3] - 84:15,
90:3, 106:8
**charged** [1] - 104:3

**charges** [9] - 8:4, 103:24, 108:7, 118:11, 118:22, 119:3, 120:3, 120:4, 121:6
**charging** [3] - 89:5, 89:7, 107:15
**Charlie** [5] - 15:15, 22:13, 24:10, 25:11, 26:25
**chauffeur** [1] - 50:23
**check** [2] - 16:5, 103:23
**children** [1] - 93:16
**chronological** [1] - 14:5
**Church** [1] - 3:18
**circumstances** [1] - 113:25
**City** [8] - 2:9, 2:10, 2:12, 2:14, 2:16, 5:5, 5:16, 113:23
**CITY** [2] - 1:9, 2:7
**Civ** [2] - 1:7, 2:6
**civil** [1] - 107:8
**Civilian** [1] - 8:5
**civilian** [1] - 38:3
**claim** [1] - 107:4
**claims** [1] - 107:17
**clear** [21] - 28:13, 28:20, 28:25, 29:10, 29:15, 29:17, 30:7, 30:9, 30:13, 31:5, 32:8, 32:22, 41:3, 41:16, 45:4, 45:10, 46:5, 46:15, 53:20, 83:22
**cleared** [3] - 30:15, 46:6, 111:7
**clearing** [4] - 28:5, 30:3, 30:5, 32:13
**close** [3] - 7:5, 27:24, 42:16
**closed** [2] - 43:18, 83:5
**closer** [3] - 37:6, 37:7, 49:15
**Closer** [1] - 37:8

**clothing** [1] - 50:16
**club** [11] - 20:25, 21:11, 21:17, 21:19, 21:22, 21:24, 27:21, 27:23, 28:5, 28:13, 29:17
**Club** [9] - 28:15, 28:16, 29:4, 29:6, 29:7, 29:9, 29:17, 29:21, 37:20
**clubs** [6] - 6:16, 7:3, 7:5, 18:16, 21:13, 34:22
**Co** [1] - 3:9
**Co-Counsel** [1] - 3:9
**COCHRAN** [1] - 3:12
**code** [2] - 19:2, 22:5
**codes** [1] - 14:23
**colleagues** [2] - 102:2, 112:8
**color** [5] - 15:7, 18:4, 18:17, 19:4, 19:14
**colored** [1] - 19:11
**Coming** [1] - 57:24
**coming** [5] - 27:21, 28:19, 57:22, 59:25, 113:7
**command** [1] - 92:16
**commencing** [1] - 1:19
**comment** [1] - 110:8
**comments** [4] - 103:3, 110:20, 110:22, 110:23
**Community** [1] - 15:22
**compared** [1] - 21:13
**comparison** [1] - 54:19
**complain** [1] - 101:8
**Complaint** [1] - 8:5
**complaint** [12] - 8:14, 9:10, 9:13, 9:16, 9:25, 10:5, 91:23, 92:11, 99:19, 103:24, 104:2, 119:14
**complaints** [3] - 91:2, 91:5, 99:23
**complete** [3] - 14:6, 23:16, 122:11

**completed** [1] - 9:13
**computer** [1] - 99:3
**concentrating** [1] - 33:2
**concern** [2] - 21:23, 27:4
**concerned** [7] - 13:9, 13:10, 13:11, 23:25, 41:9, 107:17, 107:19
**concerning** [1] - 18:9
**concrete** [1] - 57:2
**conditions** [3] - 6:16, 6:23, 18:6
**conduct** [10] - 103:22, 104:6, 105:2, 106:9, 106:10, 106:14, 106:15, 121:7, 121:8
**confines** [1] - 6:17
**connection** [9] - 8:11, 9:9, 9:16, 9:24, 10:19, 11:15, 12:23, 100:17, 102:3
**consider** [3] - 45:18, 111:15, 111:17
**consideration** [3] - 39:9, 39:10, 39:12
**considered** [2] - 58:16, 110:24
**constantly** [1] - 64:22
**constitute** [1] - 106:10
**constituted** [2] - 105:2, 121:11
**constitutes** [1] - 106:15
**contact** [6] - 68:11, 68:15, 76:19, 76:22, 77:17, 102:25
**continued** [1] - 1:11
**conversation** [5] - 35:24, 35:25, 51:24, 52:4, 114:18
**conversations** [4] - 41:13, 102:8, 103:16, 108:4
**convey** [1] - 93:5
**cooperative** [1] - 95:14
**cop** [1] - 108:22

**cops** [1] - 34:11
**Copy** [2] - 123:11, 123:13
**copy** [2] - 23:4, 23:19
**corner** [29] - 24:18, 28:25, 29:20, 29:23, 29:25, 30:18, 31:13, 37:4, 37:16, 41:8, 42:24, 43:15, 56:18, 56:21, 57:16, 57:21, 58:4, 59:8, 60:2, 60:12, 62:22, 63:19, 64:14, 66:19, 67:2, 72:7, 89:9, 111:12
**CORPORATION** [1] - 3:17
**Correct** [8] - 24:8, 83:15, 85:25, 87:23, 87:25, 95:12, 98:9, 105:14
**correct** [16] - 6:10, 10:3, 10:20, 11:5, 11:8, 20:24, 21:2, 24:7, 34:17, 41:12, 55:12, 80:25, 86:4, 90:7, 122:12, 122:14
**Counsel** [1] - 3:9
**COUNSEL** [1] - 3:17
**COUNTY** [2] - 122:6, 124:5
**couple** [2] - 18:5, 24:4
**COURT** [2] - 1:2, 2:1
**Court** [2] - 4:18, 15:22
**court** [7] - 5:18, 11:19, 12:7, 44:23, 101:18, 101:23, 102:17
**crew** [1] - 73:20
**Crime** [1] - 15:18
**crime** [4] - 28:20, 29:12, 30:5, 46:19
**criminal** [13] - 11:19, 11:20, 12:7, 40:7, 54:9, 55:11, 55:24, 89:12, 102:13, 103:8, 103:23, 107:8, 119:13
**cross** [2] - 54:24, 103:8
**cross-examining** [1] -

103:8
**crowd** [1] - 45:7
**cuff** [1] - 98:4
**cuffed** [5] - 97:12,
97:22, 97:25, 98:3
**cuffs** [1] - 74:4
**curb** [4] - 43:24, 43:25,
71:18, 71:24
**current** [1] - 5:21
**curse** [3] - 55:13,
55:15, 56:4
**cut** [9] - 14:25, 15:2,
22:2, 22:17, 22:18,
22:19, 24:2, 24:7,
26:11
**cut-offs** [2] - 22:2,
22:17
**cuts** [1] - 7:21

**D**

**DA's** [1] - 22:25
**Dan** [2] - 85:18, 85:23
**DANIEL** [7] - 1:8, 1:15,
2:11, 122:8, 122:16,
123:4, 124:10
**Daniel** [120] - 6:1, 7:1,
8:1, 9:1, 10:1, 11:1,
12:1, 13:1, 14:1, 15:1,
15:25, 16:1, 17:1,
18:1, 19:1, 20:1, 21:1,
22:1, 23:1, 24:1, 25:1,
26:1, 27:1, 28:1, 29:1,
30:1, 31:1, 32:1, 33:1,
34:1, 35:1, 36:1, 37:1,
38:1, 39:1, 40:1, 41:1,
42:1, 43:1, 44:1, 45:1,
46:1, 47:1, 48:1, 49:1,
50:1, 51:1, 52:1, 53:1,
54:1, 55:1, 56:1, 57:1,
58:1, 59:1, 60:1, 61:1,
62:1, 63:1, 64:1, 65:1,
66:1, 67:1, 68:1, 69:1,
70:1, 71:1, 72:1, 73:1,
74:1, 75:1, 76:1, 77:1,
78:1, 79:1, 80:1, 81:1,
82:1, 83:1, 84:1, 84:4,
85:1, 85:18, 85:23,

86:1, 87:1, 88:1, 89:1,
90:1, 91:1, 92:1, 93:1,
94:1, 95:1, 96:1, 97:1,
98:1, 99:1, 100:1,
101:1, 102:1, 103:1,
104:1, 105:1, 106:1,
107:1, 108:1, 109:1,
110:1, 111:1, 112:1,
113:1, 114:1, 115:1,
116:1, 117:1, 118:1,
119:1, 120:1, 121:1
**dark** [1] - 83:9
**date** [10] - 10:23,
12:20, 13:8, 13:10,
13:11, 15:8, 18:5,
23:11, 23:25, 116:11
**dated** [1] - 84:14
**dates** [1] - 9:20
**deal** [2] - 10:9, 107:7
**debris** [1] - 68:2
**December** [3] - 6:9,
21:7, 21:8
**decision** [2] - 88:17,
88:23
**DEF** [1] - 123:12
**DEF1885** [1] - 13:4
**DEF2611** [2] - 23:14,
123:13
**defendant** [4] - 9:6,
93:14, 101:17, 115:22
**Defendant** [1] - 1:15
**defendants** [2] -
101:22, 102:2
**Defendants** [2] - 1:10,
2:18
**Defendants/Actions**
[1] - 3:18
**defense** [1] - 102:13
**definitely** [2] - 25:15,
50:6
**degree** [5] - 104:5,
104:11, 104:19,
104:21, 105:4
**degrees** [1] - 15:10
**demeanor** [1] - 103:4
**Department** [7] - 2:9,
2:10, 2:12, 2:14, 2:16,
5:6, 5:16

**department** [1] - 25:24
**deposed** [5] - 113:22,
114:2, 114:16,
114:23, 115:5
**deposition** [14] -
12:23, 14:14, 113:2,
113:12, 113:21,
114:7, 114:21, 115:3,
115:8, 116:5, 116:9,
116:18, 116:20,
122:10
**describe** [1] - 28:9
**described** [3] - 12:22,
20:2, 46:18
**description** [1] - 118:8
**DESCRIPTION** [1] -
123:10
**descriptions** [1] - 39:4
**desk** [4] - 93:10,
94:11, 96:13, 99:4
**destabilize** [2] - 75:18,
76:3
**detective** [1] - 18:13
**different** [1] - 106:24
**differently** [1] - 67:16
**difficult** [1] - 108:21
**diffuse** [1] - 44:12
**Diffuse** [1] - 44:14
**direct** [1] - 45:12
**directed** [3] - 26:7,
29:14, 45:9
**direction** [2] - 33:8,
49:24
**directly** [1] - 34:21
**disciplinary** [1] - 7:12
**discuss** [1] - 117:6
**discussed** [2] -
112:16, 117:10
**disorderly** [7] -
103:22, 104:5, 106:8,
106:10, 106:15,
121:6, 121:8
**disrespectful** [1] -
55:18
**DISTRICT** [4] - 1:2,
1:3, 2:1, 2:2
**diverted** [1] - 69:16
**division** [1] - 6:3

**document** [2] - 12:18,
23:9
**documents** [1] - 23:13
**DOES** [1] - 2:14
**done** [2] - 74:12,
111:20
**DONGVORT** [8] - 1:8,
1:15, 2:11, 122:8,
122:16, 123:4,
123:10, 124:10
**Dongvort** [130] - 6:1,
7:1, 8:1, 9:1, 10:1,
11:1, 12:1, 12:19,
13:1, 13:3, 13:24,
14:1, 14:15, 14:18,
15:1, 15:25, 16:1,
17:1, 18:1, 19:1, 20:1,
21:1, 22:1, 23:1, 23:8,
23:10, 23:12, 23:23,
23:24, 24:1, 24:2,
24:6, 25:1, 26:1, 27:1,
28:1, 29:1, 30:1, 31:1,
32:1, 33:1, 34:1, 35:1,
36:1, 37:1, 38:1, 39:1,
40:1, 41:1, 42:1, 43:1,
44:1, 45:1, 46:1, 47:1,
48:1, 49:1, 50:1, 51:1,
52:1, 53:1, 54:1, 55:1,
56:1, 57:1, 58:1, 59:1,
60:1, 61:1, 62:1, 63:1,
64:1, 65:1, 66:1, 67:1,
68:1, 69:1, 70:1, 71:1,
72:1, 73:1, 74:1, 75:1,
76:1, 77:1, 78:1, 79:1,
80:1, 81:1, 82:1, 83:1,
84:1, 84:17, 85:1,
86:1, 87:1, 88:1, 89:1,
90:1, 91:1, 92:1, 93:1,
94:1, 95:1, 96:1, 97:1,
98:1, 99:1, 100:1,
101:1, 102:1, 103:1,
104:1, 105:1, 106:1,
107:1, 108:1, 109:1,
110:1, 111:1, 112:1,
113:1, 114:1, 115:1,
116:1, 117:1, 118:1,
119:1, 120:1, 121:1
**Dooley** [3] - 84:5, 84:8,

84:14

**door** [26] - 25:24, 43:4, 48:11, 49:12, 49:13, 49:14, 49:17, 49:22, 49:25, 50:8, 50:24, 52:2, 53:21, 56:8, 56:13, 56:24, 57:8, 59:12, 59:13, 59:15, 59:19, 59:22, 60:14, 61:6, 61:8, 62:3

**doors** [1] - 48:15

**double** [1] - 43:22

**double-parked** [1] - 43:22

**down** [41] - 7:19, 24:21, 24:24, 30:17, 34:24, 35:2, 59:2, 59:4, 59:7, 60:11, 60:21, 60:24, 61:12, 61:23, 62:7, 62:10, 62:13, 62:17, 62:19, 63:3, 63:17, 65:2, 65:16, 69:11, 74:7, 75:8, 75:24, 76:2, 76:4, 76:18, 77:5, 77:14, 77:18, 80:3, 80:21, 82:5, 86:13, 89:17, 89:25, 98:15, 110:3

**drawn** [1] - 60:23

**dress** [1] - 22:5

**dressed** [4] - 18:3, 21:22, 22:2, 22:6

**driver** [12] - 42:24, 42:25, 43:9, 44:4, 44:5, 45:25, 46:7, 46:25, 47:6, 47:20, 47:23, 48:7

**driving** [2] - 43:22, 81:4

**duly** [2] - 5:3, 124:12

**During** [1] - 34:19

**during** [6] - 12:10, 20:9, 77:13, 77:18, 80:2, 91:22

**duties** [1] - 6:13

**duty** [5] - 15:11, 17:7, 17:20, 84:10, 86:7

## E

**early** [4] - 9:2, 9:25, 10:14, 117:19

**easily** [1] - 75:20

**east** [1] - 7:21

**eating** [1] - 45:25

**EDER** [3] - 1:20, 124:7, 124:22

**edge** [1] - 72:10

**effect** [11] - 4:17, 54:2, 54:5, 74:25, 79:14, 81:25, 82:11, 94:19, 106:6, 120:20, 120:21

**effectuate** [3] - 73:23, 79:5, 79:22

**effectuating** [1] - 81:7

**EILENDER** [11] - 3:6, 5:11, 6:18, 12:17, 22:23, 23:5, 23:7, 80:6, 111:20, 121:14, 123:6

**either** [5] - 22:25, 37:3, 71:21, 72:9, 101:13

**Either** [1] - 71:23

**ELIZABETH** [1] - 3:6

**employed** [2] - 5:12, 5:15

**employees** [1] - 2:16

**EMS** [4] - 26:3, 26:8, 27:17, 30:12

**EMT** [3] - 25:17, 92:20, 114:4

**EMTs** [5] - 96:5, 96:11, 99:25, 100:4, 100:8

**encounter** [2] - 18:25, 108:19

**encountered** [1] - 63:17

**end** [2] - 15:24, 17:12

**ended** [1] - 107:6

**engage** [2] - 34:21, 106:9

**engaged** [1] - 106:15

**entire** [2] - 41:10, 70:12

**entrance** [4] - 28:15,

28:17, 29:18, 37:20

**entries** [3] - 13:23, 13:24, 14:22

**EOT** [1] - 15:24

**equipment** [2] - 26:2, 77:21

**escort** [5] - 31:7, 31:10, 56:19, 65:16, 89:25

**escorted** [4] - 60:25, 61:11, 86:16, 88:2

**escorting** [5] - 30:16, 62:19, 63:2, 63:5, 64:25

**especially** [1] - 117:11

**ESQ** [4] - 3:6, 3:15, 3:17, 3:20

**essentially** [1] - 19:8

**established** [1] - 46:20

**estimate** [2] - 37:15, 39:20

**etc** [1] - 94:24

**ethnicity** [2] - 39:8, 50:14

**evening** [1] - 41:10

**event** [1] - 10:24

**events** [2] - 115:19, 115:22

**exact** [4] - 31:23, 35:14, 72:2, 96:25

**exactly** [15] - 31:20, 37:2, 38:8, 41:15, 50:25, 52:9, 63:20, 68:25, 72:16, 87:15, 92:2, 100:3, 100:9, 107:3, 113:5

**examination** [3] - 4:15, 124:11, 124:13

**Examination** [1] - 123:5

**EXAMINATION** [3] - 1:14, 5:11, 111:22

**examine** [1] - 100:2

**examined** [1] - 5:8

**examining** [2] - 100:4, 103:8

**except** [2] - 4:11, 14:19

**exchanged** [3] - 40:20, 41:4, 51:20

**exchanges** [2] - 42:17, 44:18

**excuse** [1] - 93:13

**Exhibit** [11] - 12:19, 13:3, 13:24, 14:15, 14:18, 23:10, 23:13, 23:23, 23:24, 24:3, 24:6

**exhibit** [1] - 13:13

**EXHIBITS** [1] - 123:9

**exonerated** [2] - 10:2, 119:3

**expand** [3] - 78:6, 78:11, 79:17

**expandable** [2] - 78:5, 78:7

**expect** [2] - 55:19, 55:23

**experience** [1] - 69:23

**extensive** [1] - 111:16

**eye** [21] - 56:18, 56:20, 56:21, 56:22, 57:17, 57:19, 57:22, 58:4, 59:9, 60:2, 60:12, 63:9, 63:11, 63:20, 64:13, 64:14, 66:20, 67:2, 72:7, 89:9

**eyes** [1] - 57:10

## F

**face** [2] - 75:8, 82:24

**face-down** [1] - 75:8

**facial** [1] - 39:8

**facing** [7] - 43:16, 56:25, 57:5, 57:6, 57:9, 64:19, 64:20

**fact** [5] - 44:15, 53:7, 55:3, 56:3, 70:12

**falling** [1] - 64:3

**false** [1] - 118:17

**familiar** [7] - 20:25, 21:9, 75:16, 75:20, 76:2, 76:6, 77:20

**far** [12] - 29:12, 36:19, 41:8, 67:23, 83:16,

84:2, 84:3, 88:17,
88:20, 90:9, 112:8,
119:12
**fast** [2] - 48:18, 54:18
**February** [1] - 8:25
**federal** [2] - 101:18,
101:22
**feet** [5] - 37:14, 50:9,
64:9, 64:10, 109:16
**fellow** [15] - 32:13,
34:20, 38:4, 76:18,
79:16, 79:20, 85:10,
85:14, 95:15, 100:16,
101:20, 103:5,
103:16, 112:2, 117:8
**female** [1] - 26:9
**few** [1] - 111:23
**fictitious** [1] - 2:15
**figure** [1] - 67:18
**figured** [1] - 43:8
**file** [3] - 22:25, 23:2
**filed** [2] - 8:5, 108:8
**filing** [2] - 4:8, 99:4
**fill** [1] - 39:3
**final** [1] - 65:6
**fine** [1] - 23:6
**fire** [1] - 25:23
**FIRM** [1] - 3:12
**first** [17] - 5:3, 18:2,
25:19, 26:13, 27:10,
42:5, 42:20, 63:17,
86:11, 91:4, 92:21,
95:25, 102:17,
102:18, 102:20,
104:17, 119:12
**fitting** [1] - 118:8
**five** [2] - 21:6, 50:9
**fixated** [2] - 64:17,
64:22
**Flailing** [1] - 105:9
**flip** [1] - 22:2
**flip-flops** [1] - 22:2
**floor** [4] - 1:18, 3:5,
3:9, 3:13
**flops** [1] - 22:2
**folks** [5] - 30:12,
45:25, 52:24, 53:22,
54:6

**follow** [2] - 20:3, 89:17
**Following** [1] - 10:24
**follows** [1] - 5:9
**Fontana** [6] - 16:21,
17:2, 108:7, 116:16,
116:17, 117:2
**foot** [3] - 38:10, 57:2,
64:10
**force** [2] - 4:16, 74:10
**forgot** [1] - 115:3
**form** [2] - 4:11, 36:12
**forth** [2] - 71:20,
124:11
**four** [5] - 21:6, 21:8,
51:24, 52:24, 90:19
**FRANCOLLA** [8] -
3:20, 22:24, 23:6,
64:15, 84:19, 105:18,
109:2, 121:15
**free** [1] - 98:8
**frequent** [1] - 21:17
**front** [15] - 8:15, 8:17,
9:15, 10:10, 10:14,
10:18, 11:11, 14:9,
44:7, 61:19, 67:5,
94:11, 96:12, 115:20
**fuck** [3] - 36:12, 36:13,
36:16
**fully** [2] - 35:24, 75:2
**FURTHER** [2] - 4:10,
4:14

## G

**gals** [1] - 34:9
**gap** [1] - 37:20
**general** [9] - 16:15,
32:17, 54:15, 81:9,
95:2, 95:3, 112:20,
113:18, 115:9
**generally** [4] - 19:25,
51:3, 69:25, 95:17
**Generally** [1] - 32:18
**genitals** [1] - 82:24
**gestures** [1] - 60:7
**Giacona** [43] - 15:19,
17:12, 30:25, 33:23,

34:20, 35:5, 36:5,
36:9, 36:10, 36:20,
36:21, 37:24, 38:7,
40:3, 40:8, 40:13,
40:21, 40:24, 41:5,
41:6, 41:18, 41:19,
41:24, 42:12, 47:11,
73:10, 76:12, 88:8,
101:21, 103:9,
108:25, 109:4, 110:9,
110:24, 112:5,
112:10, 112:18,
112:22, 113:7,
113:13, 114:9,
120:24, 121:4
**GIACONA** [2] - 1:8, 2:9
**girls** [4] - 48:6, 50:3,
81:15, 110:19
**given** [4] - 11:15, 45:3,
122:13, 124:14
**goodbye** [2] - 65:11,
65:13
**gotta** [2] - 33:5, 53:20
**governing** [1] - 7:2
**governmental** [8] -
104:4, 104:10,
104:18, 104:20,
105:3, 120:5, 120:7,
120:18
**grab** [10] - 68:22,
68:24, 69:7, 79:10,
82:10, 82:15, 82:23,
83:4, 83:23
**grabbed** [5] - 71:10,
84:16, 85:4, 85:11,
85:24
**graduate** [1] - 7:6
**ground** [10] - 25:13,
73:5, 74:8, 74:11,
74:12, 74:14, 75:18,
75:19, 76:4, 110:5
**group** [3] - 44:9,
53:10, 56:15
**grudge** [1] - 108:17
**guess** [5] - 11:25,
38:19, 102:18,
108:14, 113:18
**gunpoint** [1] - 118:7

**guy** [25] - 58:9, 59:5,
59:8, 59:9, 60:11,
60:21, 60:24, 61:12,
61:23, 62:7, 62:10,
62:14, 62:17, 62:20,
62:23, 63:3, 63:17,
65:2, 65:17, 69:4,
69:11, 84:7, 89:17,
89:25, 93:21
**guys** [10] - 20:20,
34:9, 47:15, 54:18,
71:15, 72:19, 75:12,
90:22, 99:6, 108:19

## H

**hair** [1] - 39:8
**half** [4] - 36:23, 39:22,
62:5, 63:16
**hand** [18] - 61:7,
79:10, 82:17, 82:18,
82:21, 83:5, 83:7,
91:9, 98:3, 98:7, 98:8,
98:11, 98:15, 120:8,
120:11, 120:16,
121:3, 124:20
**handcuffed** [7] -
26:22, 98:11, 98:17,
98:20, 99:12, 99:16,
99:22
**handcuffs** [11] -
25:12, 73:5, 74:2,
75:13, 86:14, 87:4,
88:13, 88:16, 91:19,
91:25, 97:10
**handful** [1] - 31:4
**handle** [2] - 59:20,
61:7
**hands** [17] - 61:8,
66:16, 69:25, 70:22,
70:25, 71:3, 71:6,
72:13, 73:4, 74:2,
77:4, 79:8, 80:11,
87:8, 87:12, 94:12,
97:22
**handwriting** [3] -
14:17, 15:13, 16:19
**harassment** [1] -

121:11
**Hawks** [1] - 94:7
**head** [9] - 19:8, 57:7,
57:11, 57:13, 57:14,
63:4, 64:16, 64:18,
64:21
**Headband** [1] - 15:7
**headband** [3] - 18:4,
19:3, 19:6
**headbands** [1] - 18:18
**hear** [43] - 32:12,
34:19, 36:4, 36:8,
36:11, 36:15, 36:17,
40:23, 42:10, 42:17,
44:18, 44:25, 45:8,
51:20, 60:5, 60:20,
62:13, 62:16, 66:20,
70:7, 70:14, 79:25,
80:14, 80:18, 81:13,
81:14, 81:23, 85:9,
85:13, 86:5, 94:17,
94:21, 100:20,
100:24, 101:2, 101:8,
106:5, 106:13,
107:24, 110:10,
110:12, 110:13,
117:12
**heard** [17] - 24:9,
24:16, 36:21, 37:24,
38:3, 40:12, 40:20,
41:3, 41:4, 41:15,
41:17, 81:20, 84:7,
94:4, 94:7, 94:9,
118:23
**hearing** [8] - 35:12,
36:2, 41:23, 70:10,
86:10, 94:20, 106:3,
106:7
**height** [3] - 39:7,
98:12, 109:14
**held** [1] - 1:16
**help** [4] - 18:13, 40:17,
48:17, 79:20
**HEREBY** [1] - 4:6
**hereby** [3] - 4:9, 122:8,
124:9
**hereinbefore** [1] -
124:11

**hereto** [1] - 4:8
**hereunto** [1] - 124:19
**history** [1] - 7:13
**hold** [2] - 98:14, 99:7
**holding** [1] - 93:18
**home** [4] - 32:21, 33:5,
51:6, 53:21
**homeless** [4] - 58:14,
58:20, 58:23, 59:3
**honestly** [5] - 32:23,
35:17, 46:13, 118:18,
120:2
**Honestly** [1] - 35:23
**hoodie** [3] - 50:20,
50:21, 93:21
**hospital** [1] - 27:19
**hotel** [5] - 52:7, 52:17,
52:21, 65:8, 110:19
**Hothead** [1] - 103:10
**housing** [1] - 22:14
**Housing** [9] - 15:15,
22:13, 22:14, 24:10,
25:10, 26:25, 27:2,
27:3, 34:11
**Hudson** [1] - 7:25
**humans** [1] - 111:11
**hurts** [2] - 92:4, 92:8

**I**

**IAB** [1] - 23:2
**idea** [5] - 26:20, 38:14,
99:13, 100:19, 110:7
**identification** [2] -
12:20, 23:11
**imagine** [1] - 109:23
**immediate** [4] - 47:5,
65:15, 77:13, 86:16
**Immediately** [1] -
65:18
**immediately** [1] -
24:22
**IN** [1] - 124:19
**inaccurate** [1] - 89:21
**INC** [1] - 1:23
**incident** [15] - 8:3,
11:16, 14:2, 76:8,

102:5, 102:10, 112:3,
112:11, 112:17,
114:14, 115:16,
117:2, 118:2, 118:4,
118:5
**included** [1] - 86:6
**indication** [2] - 55:8,
67:21
**individual** [6] - 2:15,
2:17, 25:20, 26:12,
26:15, 60:18
**Individually** [4] - 2:8,
2:9, 2:11, 2:13
**information** [3] -
94:24, 95:21, 106:18
**informed** [4] - 9:23,
89:19, 105:5, 106:16
**informing** [1] - 113:6
**inquiries** [1] - 95:4
**inside** [10] - 6:16,
21:18, 21:22, 28:3,
30:15, 59:12, 59:14,
71:18, 71:21, 111:10
**instances** [1] - 7:4
**instructions** [2] - 65:7,
79:15
**intended** [1] - 2:15
**interaction** [7] - 41:17,
41:22, 42:2, 42:6,
42:10, 42:21, 89:23
**interested** [1] - 124:18
**interview** [1] - 118:19
**investigate** [2] - 38:5,
40:15
**investigator** [1] - 11:5
**involved** [3] - 35:24,
112:8, 120:25
**involving** [1] - 6:16
**IS** [3] - 4:6, 4:10, 4:14
**issues** [1] - 7:4
**IT** [3] - 4:6, 4:10, 4:14
**item** [1] - 106:17
**itemize** [1] - 93:11
**itself** [3] - 18:12,
30:10, 102:11

**J**

**JANE** [1] - 2:14
**January** [3] - 1:18,
122:10, 124:20
**JAROS** [2] - 1:17, 3:4
**JAROSLAWICZ** [2] -
1:17, 3:4
**JMF** [1] - 2:7
**job** [4] - 36:3, 39:3,
48:14, 48:16
**JOHN** [2] - 1:8, 2:14
**JORDAN** [1] - 1:8
**July** [1] - 7:10
**jumped** [1] - 24:22
**June** [1] - 5:25
**juts** [1] - 7:22
**juvenile** [20] - 96:17,
96:19, 97:2, 97:7,
97:11, 97:14, 97:15,
97:24, 98:19, 98:25,
99:6, 99:9, 99:17,
99:22, 100:2, 100:11,
100:21, 101:5,
101:10, 101:14

**K**

**keep** [2] - 57:12, 61:7
**kept** [1] - 110:18
**kind** [13] - 7:22, 30:16,
32:25, 43:2, 50:7,
51:23, 59:5, 59:8,
62:23, 92:22, 93:18,
99:4, 102:9
**knowledge** [8] - 14:8,
55:5, 56:6, 83:18,
84:23, 87:10, 90:10,
96:14
**knows** [1] - 109:15

**L**

**ladies** [6] - 50:3, 50:4,
53:7, 53:16, 56:9
**lane** [3] - 43:22, 81:2
**last** [7] - 43:12, 112:9,

112:21, 113:4, 114:13, 115:15, 116:25
**law** [2] - 1:16, 111:18
**laws** [3] - 6:25, 7:2
**lawsuit** [10] - 100:17, 101:18, 101:23, 102:3, 102:4, 102:11, 107:9, 112:3, 114:14, 115:23
**lawsuits** [3] - 112:22, 113:9, 116:13
**lawyer** [1] - 102:13
**lay** [1] - 74:11
**learn** [3] - 18:7, 118:16, 119:24
**learned** [2] - 26:9, 75:24
**least** [3] - 25:13, 74:10, 120:23
**leave** [10] - 32:19, 42:8, 44:16, 45:6, 45:20, 52:25, 53:18, 54:14, 62:8, 111:16
**leaving** [7] - 48:23, 53:11, 54:2, 54:11, 54:25, 110:25, 115:2
**left** [24] - 45:15, 48:24, 54:20, 56:14, 63:11, 63:19, 64:13, 64:14, 64:19, 65:4, 65:15, 66:20, 66:25, 71:7, 71:12, 72:7, 72:18, 76:16, 76:23, 89:8, 91:14, 91:15, 111:13, 111:14
**left-side** [1] - 76:23
**leg** [3] - 74:5, 75:18, 76:3
**legal** [1] - 11:7
**length** [6] - 36:22, 36:23, 62:5, 63:15, 63:16
**length-and-a-half** [3] - 36:23, 62:5, 63:16
**less** [2] - 35:17, 109:21
**Less** [1] - 35:19

**letters** [1] - 24:4
**letting** [2] - 27:24, 28:2
**level** [1] - 121:8
**Lexington** [1] - 1:23
**liberal** [1] - 22:5
**lie** [1] - 84:18
**life** [3] - 13:16, 13:25, 15:3
**likely** [1] - 47:19
**line** [1] - 14:20
**lines** [2] - 51:5, 51:11
**link** [1] - 98:4
**Liquor** [1] - 6:25
**livery** [3] - 45:24, 46:24, 47:6
**located** [1] - 43:11
**location** [1] - 86:24
**lodge** [1] - 93:17
**look** [7] - 18:6, 23:14, 45:19, 58:14, 59:4, 96:5, 96:11
**looked** [2] - 16:13, 52:6
**looking** [5] - 49:21, 50:2, 63:4, 63:6, 63:7
**looks** [2] - 58:23, 58:25
**louder** [1] - 35:25
**loudly** [1] - 35:6
**luck** [20] - 59:2, 59:5, 59:7, 60:11, 60:21, 60:24, 61:12, 61:23, 62:7, 62:10, 62:13, 62:17, 62:20, 63:3, 63:17, 65:2, 65:17, 69:11, 89:17, 89:25
**lunging** [3] - 107:4, 107:18, 107:23

## M

**ma'am** [153] - 5:13, 5:22, 6:4, 6:12, 7:8, 7:15, 8:2, 8:13, 8:19, 9:17, 10:11, 10:21, 11:6, 11:9, 11:13, 11:17, 11:21, 11:23,

12:8, 12:11, 13:6, 13:11, 14:12, 14:16, 14:19, 14:24, 17:21, 19:18, 19:21, 19:24, 20:7, 20:11, 21:3, 21:10, 21:20, 22:7, 22:11, 23:21, 24:14, 25:4, 25:18, 25:21, 26:17, 26:24, 27:8, 30:2, 30:6, 31:23, 33:11, 34:18, 36:18, 38:17, 38:23, 39:2, 39:15, 39:18, 39:25, 40:11, 41:21, 42:4, 43:15, 43:17, 43:20, 44:2, 44:6, 46:17, 46:21, 47:16, 47:21, 49:7, 49:16, 50:13, 53:2, 53:23, 57:12, 57:15, 57:20, 58:8, 58:10, 58:13, 58:17, 58:21, 59:6, 59:21, 59:24, 60:16, 60:19, 60:22, 61:18, 61:21, 62:4, 63:14, 63:18, 66:23, 68:7, 69:14, 70:6, 70:11, 71:2, 71:14, 71:22, 75:15, 76:21, 76:24, 77:15, 77:22, 78:8, 78:24, 79:18, 79:23, 80:16, 80:23, 81:6, 82:7, 83:10, 83:21, 83:24, 84:9, 84:12, 85:8, 85:12, 85:16, 86:12, 89:10, 91:12, 91:17, 91:20, 94:6, 94:13, 95:3, 95:16, 95:19, 96:4, 96:7, 97:5, 101:16, 101:19, 101:24, 102:22, 104:8, 106:20, 106:25, 107:5, 109:7, 109:17, 110:2, 111:5, 111:24, 113:15, 114:8, 118:20, 119:5, 119:19
**mad** [1] - 108:18

**male** [1] - 25:13
**males** [1] - 15:20
**man** [2] - 57:22, 58:6
**maneuver** [1] - 75:17
**Manhattan** [1] - 84:11
**manner** [4] - 55:19, 100:25, 110:10, 110:14
**mark** [2] - 23:5, 23:7
**Mark** [1] - 12:17
**marked** [4] - 12:18, 13:3, 23:9, 23:12
**marriage** [1] - 124:17
**matter** [2] - 67:17, 124:18
**MCC** [1] - 15:21
**mean** [17] - 7:25, 16:3, 17:13, 21:14, 27:24, 30:24, 31:10, 35:11, 42:22, 49:24, 63:23, 82:16, 93:4, 95:5, 104:12, 108:16, 109:15
**meaning** [1] - 23:17
**means** [3] - 16:4, 16:7, 17:14
**meant** [1] - 111:4
**MEDEA** [3] - 1:20, 124:7, 124:22
**medical** [1] - 93:15
**meets** [2] - 71:18, 72:11
**member** [4] - 2:8, 2:10, 2:12, 2:13
**members** [1] - 2:15
**Memo** [1] - 16:15
**memo** [23] - 12:16, 13:8, 13:16, 13:17, 13:20, 13:25, 14:14, 14:22, 15:3, 16:14, 16:18, 16:22, 17:3, 20:13, 22:16, 23:18, 23:19, 84:14, 84:21, 86:6, 88:7, 123:11, 123:13
**menacing** [1] - 84:15
**mention** [2] - 44:19, 52:17

**mentioned** [3] - 113:15, 114:20, 115:25
**merely** [2] - 10:6, 89:16
**met** [2] - 102:16, 102:17
**MICHAEL** [2] - 1:9, 2:12
**middle** [2] - 54:23, 75:9
**Midget** [1] - 40:14
**midget** [15] - 35:5, 35:8, 35:20, 35:21, 36:7, 36:21, 37:24, 38:4, 41:6, 41:19, 41:24, 110:8, 110:23
**midnight** [1] - 20:19
**midst** [1] - 87:14
**midtown** [1] - 15:21
**Midtown** [1] - 15:21
**might** [2] - 50:21, 109:9
**milling** [1] - 50:7
**mind** [2] - 95:9, 115:20
**minor** [1] - 16:5
**minutes** [1] - 18:6
**mission** [1] - 32:25
**mistaken** [2] - 108:24, 109:4
**mistaking** [1] - 109:24
**misunderstood** [1] - 45:17
**moment** [28] - 10:7, 22:17, 31:3, 37:3, 51:14, 56:24, 59:10, 59:17, 59:23, 63:8, 66:12, 66:14, 66:25, 68:13, 69:9, 70:6, 71:9, 72:2, 72:5, 72:6, 76:21, 81:18, 88:25, 89:3, 90:6, 95:16, 100:10, 120:19
**money** [1] - 89:18
**months** [4] - 21:5, 21:8, 115:17, 117:4
**morning** [3] - 17:10, 27:25, 83:11

**motor** [1] - 20:13
**mouth** [1] - 53:13
**move** [5] - 31:13, 34:16, 36:3, 57:14, 74:20
**moved** [2] - 28:8, 64:19
**movement** [1] - 34:19
**MR** [7] - 22:24, 23:6, 64:15, 84:19, 105:18, 109:2, 121:15
**MS** [14] - 5:11, 6:18, 12:17, 22:21, 22:23, 23:5, 23:7, 80:6, 111:20, 111:22, 121:13, 121:14, 123:6, 123:6

## N

**name** [3] - 40:18, 45:12, 95:6
**name-calling** [1] - 40:18
**named** [2] - 84:4, 84:7
**names** [1] - 2:14
**nature** [1] - 102:7
**NBA** [1] - 26:15
**near** [1] - 43:8
**necessarily** [10] - 19:6, 39:11, 40:16, 44:16, 56:23, 59:3, 75:22, 79:12, 115:20, 119:22
**necessary** [1] - 74:10
**need** [5] - 6:25, 7:3, 45:20, 64:22, 93:15
**needed** [7] - 28:18, 29:15, 29:16, 75:11, 75:12, 79:4, 88:18
**needs** [2] - 15:14, 40:17
**neighborhood** [2] - 27:7, 28:6
**never** [5] - 64:21, 103:13, 103:14, 105:11, 108:3
**NEW** [7] - 1:3, 1:9, 2:2,

2:7, 122:4, 124:4, 124:5
**new** [1] - 75:24
**New** [28] - 1:18, 1:21, 1:24, 2:8, 2:10, 2:12, 2:13, 2:16, 3:5, 3:10, 3:14, 3:19, 5:4, 5:5, 5:7, 5:16, 25:6, 25:7, 113:23, 122:22, 124:9
**next** [10] - 1:11, 25:24, 27:15, 28:18, 48:9, 56:15, 62:21, 72:23, 86:15, 93:9
**next-door** [1] - 25:24
**nice** [1] - 21:11
**nicely** [1] - 22:3
**nicer** [1] - 22:6
**night** [27] - 16:20, 17:8, 17:18, 19:23, 20:5, 20:10, 22:8, 23:18, 31:16, 31:21, 32:3, 34:3, 40:24, 41:16, 42:3, 46:15, 70:12, 75:9, 76:8, 78:19, 83:18, 103:18, 107:10, 108:13, 112:20, 119:8, 119:11
**Ninth** [4] - 7:23, 28:23, 37:6, 37:7
**Nobody** [1] - 86:2
**nobody** [2] - 28:19, 105:24
**normal** [1] - 96:21
**normally** [1] - 20:6
**North** [1] - 37:11
**north** [19] - 7:18, 7:19, 37:9, 37:12, 43:13, 43:16, 56:19, 57:24, 58:2, 60:25, 61:4, 61:12, 61:14, 61:15, 62:20, 63:3, 63:5, 65:2, 65:17
**northbound** [1] - 61:23
**northeast** [2] - 29:25, 37:16
**northwest** [1] - 64:20
**nose** [1] - 82:24

**NOT** [1] - 3:10
**Notary** [5] - 1:20, 4:16, 5:3, 122:22, 124:8
**note** [5] - 22:19, 39:13, 41:13, 41:14, 60:9
**noted** [1] - 121:17
**notes** [1] - 52:6
**nothing** [5] - 24:2, 24:6, 81:16, 81:24, 94:25
**Nothing** [5] - 62:12, 95:3, 95:9, 108:9, 114:11
**Notice** [1] - 1:16
**notice** [2] - 21:21, 21:25
**noticed** [6] - 25:13, 56:17, 60:9, 62:22, 62:24, 68:20
**notification** [1] - 113:11
**notified** [5] - 112:24, 113:4, 118:14, 118:25, 119:2
**number** [6] - 35:14, 58:19, 73:8, 114:16, 115:17, 117:4

## O

**O'SULLIVAN** [2] - 1:9, 2:13
**O'Sullivan** [3] - 47:14, 73:15, 101:22
**OAK** [17] - 20:23, 21:2, 21:9, 22:10, 24:10, 25:3, 25:5, 25:8, 28:13, 28:18, 29:17, 30:16, 34:15, 37:4, 37:5, 37:16, 37:21, 37:22
**oath** [2] - 5:9, 122:10
**obeying** [1] - 44:16
**Objection** [4] - 64:15, 84:19, 105:18, 109:2
**objections** [1] - 4:11
**observations** [2] - 68:10, 104:9
**observe** [5] - 25:8,

39:12, 39:13, 82:8,
100:4
**observed** [3] - 26:22,
105:8, 106:11
**observer** [2] - 38:25,
58:22
**obstruct** [1] - 104:20
**Obstructing** [1] -
104:3
**obstructing** [6] -
104:10, 104:18,
105:3, 120:5, 120:7,
120:18
**obtained** [1] - 95:22
**Obviously** [2] - 52:8,
119:9
**obviously** [4] - 10:24,
18:2, 29:16, 104:13
**occasion** [1] - 117:8
**Occasionally** [1] -
99:8
**occur** [2] - 40:14, 79:9
**OF** [8] - 1:3, 1:9, 2:2,
2:7, 122:4, 122:6,
124:4, 124:5
**offer** [1] - 92:24
**offered** [1] - 93:2
**OFFICER** [4] - 2:7, 2:9,
2:11, 2:12
**Officer** [68] - 15:24,
30:24, 30:25, 33:20,
33:21, 34:20, 35:5,
36:9, 36:10, 36:20,
40:2, 62:24, 66:7,
66:9, 66:15, 66:21,
66:24, 68:12, 68:17,
68:22, 69:3, 69:7,
69:12, 69:17, 69:18,
69:21, 70:4, 70:7,
70:19, 70:21, 71:8,
71:13, 72:12, 73:9,
73:25, 76:12, 76:16,
77:8, 78:10, 79:21,
84:17, 86:21, 88:20,
88:22, 90:15, 106:21,
107:2, 107:16,
108:25, 109:4, 110:9,
112:5, 112:6, 112:7,

112:10, 112:17,
112:22, 113:6,
113:13, 114:12,
114:13, 115:4,
115:16, 120:23,
120:24, 121:3, 121:4
**officer** [19] - 7:14,
15:14, 16:22, 18:20,
18:21, 18:25, 27:14,
38:4, 40:17, 58:19,
70:14, 82:10, 82:13,
90:15, 113:24, 114:3,
120:9, 120:13, 120:17
**officer's** [1] - 82:20
**Officers** [1] - 19:19
**officers** [43] - 2:15,
18:19, 19:3, 27:2,
27:3, 30:21, 30:23,
32:13, 33:3, 34:2,
34:21, 42:11, 42:18,
45:2, 47:4, 69:25,
73:6, 73:9, 73:13,
75:10, 75:11, 76:18,
76:25, 77:3, 77:12,
77:16, 79:16, 79:20,
85:10, 85:14, 87:11,
95:15, 100:17,
101:21, 103:5,
103:16, 105:22,
108:5, 110:21,
110:22, 112:2, 116:2,
117:8
**offices** [1] - 1:16
**official** [1] - 2:17
**officially** [1] - 88:10
**offs** [2] - 22:2, 22:17
**Once** [3] - 27:17,
71:10, 93:25
**once** [3] - 35:13, 75:5,
119:17
**One** [6] - 8:21, 12:18,
38:24, 98:6, 109:9,
121:6
**one** [39] - 8:21, 9:23,
13:12, 13:14, 13:17,
13:18, 14:20, 20:2,
25:11, 25:13, 25:14,
26:7, 37:18, 45:14,

56:14, 64:17, 64:22,
77:7, 79:10, 82:11,
85:21, 85:22, 91:9,
91:10, 97:16, 98:3,
98:6, 98:11, 101:6,
101:11, 104:15,
104:17, 105:5,
108:22, 117:8, 120:4
**One-page** [1] - 12:18
**oOo** [4] - 3:21, 5:10,
123:7, 123:14
**open** [4] - 48:14,
49:13, 59:13, 61:8
**opened** [12] - 43:3,
48:11, 49:12, 49:17,
49:22, 49:25, 52:2,
53:21, 56:24, 57:8,
61:6, 62:3
**opening** [4] - 50:24,
56:8, 56:13, 60:14
**opinion** [2] - 54:21,
90:2
**Opposite** [1] - 59:18
**orange** [1] - 15:8
**order** [6] - 14:5, 28:12,
44:16, 45:12, 75:13,
75:17
**orders** [6] - 44:20,
45:2, 45:8, 45:16,
45:18, 55:6
**otherwise** [1] - 95:14
**outcome** [1] - 124:18
**outside** [3] - 50:8,
59:19, 100:11
**overheard** [1] - 52:5
**own** [1] - 36:3

---

**P**

---

**P.C** [1] - 3:8
**P.M** [3] - 17:9, 17:20,
121:17
**P.O** [6] - 1:8, 1:8, 1:9,
1:15
**PAGE** [2] - 123:4,
123:10
**page** [11] - 1:11,
12:18, 13:12, 13:15,

13:17, 13:18, 22:19,
22:21, 23:9, 110:17,
123:11
**pages** [2] - 13:12,
123:13
**pain** [6] - 91:2, 91:5,
91:23, 92:11, 99:19,
99:23
**parked** [2] - 43:21,
43:22
**parking** [1] - 43:21
**part** [7] - 30:4, 33:13,
39:3, 46:19, 48:14,
48:16, 71:5
**Part** [1] - 46:14
**parties** [2] - 4:8,
124:16
**partner** [1] - 106:22
**Partner** [1] - 15:10
**party** [2] - 22:7, 43:7
**passenger** [3] - 49:14,
59:15, 59:19
**passenger-side** [1] -
49:14
**past** [2] - 29:2, 62:2
**patient** [3] - 26:3,
26:21, 93:13
**patients** [2] - 27:18,
28:7
**patrol** [1] - 84:10
**patrolling** [1] - 18:15
**patrons** [1] - 34:22
**PAUL** [2] - 1:8, 2:9
**paying** [2] - 32:15,
76:14
**PBA** [1] - 11:8
**pedigree** [3] - 93:12,
94:24, 95:21
**people** [26] - 21:21,
26:4, 27:21, 28:3,
28:5, 28:21, 30:17,
33:4, 34:16, 36:3,
45:6, 45:15, 46:4,
46:12, 46:23, 47:8,
48:3, 48:24, 49:3,
49:9, 55:20, 58:20,
70:2, 110:5, 111:6,
111:10

perceived [1] - 54:21
Periodically [1] - 102:5
periodically [2] - 111:25, 117:7
PERO [2] - 2:4, 3:13
Pero [8] - 84:16, 85:3, 85:6, 85:10, 85:14, 85:19, 85:23, 119:6
perpetrator [3] - 18:14, 27:6, 79:13
person [7] - 25:11, 26:10, 43:2, 58:14, 58:23, 59:25, 94:11
personally [2] - 26:16, 104:24
personnel [1] - 108:6
PFD [1] - 15:11
photocopy [1] - 13:20
physical [9] - 7:16, 59:22, 68:11, 68:15, 68:18, 76:19, 76:22, 77:4, 77:17
Physical [1] - 109:25
physically [7] - 24:15, 31:11, 36:19, 36:24, 43:10, 49:18, 61:13
pickup [3] - 15:16, 22:15, 27:25
pictures [1] - 33:16
piece [1] - 77:20
pizza [7] - 28:13, 29:22, 30:9, 45:25, 46:12, 49:3, 49:9
Pizza [15] - 28:14, 29:19, 29:22, 30:3, 30:8, 37:19, 43:14, 46:2, 46:6, 46:16, 46:24, 61:20, 110:6, 111:7, 111:10
place [16] - 28:13, 29:22, 30:10, 46:12, 49:3, 49:9, 66:8, 66:10, 66:15, 70:2, 70:22, 72:13, 82:21, 87:11, 88:23, 121:2
Placed [1] - 82:17
placed [12] - 70:8,

72:24, 83:6, 86:14, 86:22, 87:2, 88:10, 88:19, 90:22, 93:21, 96:16, 103:17
placing [3] - 69:19, 70:5, 73:7
plainclothes [5] - 18:19, 18:20, 18:22, 18:25, 19:3
Plaintiff [5] - 1:6, 2:5, 3:4, 3:9, 3:13
PLAINTIFF'S [1] - 123:10
Plaintiff's [2] - 12:19, 23:10
player [5] - 26:15, 38:16, 93:22, 96:24, 97:3
PLLC [2] - 1:17, 3:4
plural [1] - 112:23
PO [1] - 15:19
point [31] - 18:15, 20:22, 27:10, 27:11, 27:23, 32:7, 40:20, 43:11, 43:19, 45:14, 45:20, 47:18, 56:7, 63:13, 64:16, 65:24, 66:16, 68:8, 68:20, 69:24, 71:16, 74:22, 76:17, 82:11, 86:9, 87:17, 94:14, 96:23, 99:21, 111:15
police [14] - 7:6, 7:13, 38:22, 42:11, 42:18, 45:2, 46:15, 58:18, 75:10, 75:11, 75:16, 105:22, 113:23, 114:3
POLICE [4] - 2:7, 2:9, 2:11, 2:12
Police [9] - 2:9, 2:10, 2:12, 2:14, 2:16, 5:6, 5:16, 15:24, 84:16
polite [1] - 32:20
Porteus [13] - 15:10, 19:19, 20:18, 24:12, 26:19, 30:25, 33:20, 47:10, 90:16, 112:7, 116:4, 116:12, 116:14

portion [1] - 35:25
position [3] - 64:17, 75:7, 89:16
positive [9] - 8:23, 9:6, 9:20, 14:3, 83:3, 90:16, 96:22, 118:12, 118:13
possible [4] - 48:19, 89:22, 108:14, 108:16
possibly [3] - 9:5, 25:14, 38:19
Possibly [1] - 74:25
posters [1] - 18:8
potential [1] - 39:5
practice [2] - 19:25, 20:3
Precinct [12] - 5:6, 5:20, 5:24, 6:3, 6:17, 7:17, 15:12, 15:20, 15:23, 34:8, 93:8, 94:2
precinct [15] - 18:7, 18:9, 18:11, 20:5, 90:13, 92:17, 93:24, 94:23, 96:10, 100:8, 102:18, 102:20, 102:24, 103:2, 119:18
precise [2] - 59:17, 68:13
prep [1] - 117:11
preparation [3] - 12:14, 14:14, 67:8
prepare [2] - 12:24, 52:17
PRESENT [1] - 3:10
present [3] - 15:11, 15:23, 89:11
pretty [9] - 27:12, 28:2, 28:25, 29:15, 38:18, 42:25, 45:15, 77:9, 93:2
Pretty [1] - 112:7
prisoners [2] - 96:21, 99:7
procedure [2] - 75:20, 76:3
proceed [1] - 61:15
proceeded [3] - 24:21,

24:24, 56:18
process [1] - 93:19
produced [2] - 22:23, 23:3
profanity [6] - 36:12, 55:13, 55:18, 55:23, 56:4, 74:21
professional [3] - 21:14, 38:15, 93:22
progress [1] - 15:17
prosecuted [1] - 107:7
provided [1] - 90:2
Public [5] - 1:21, 4:16, 5:3, 122:22, 124:8
pulled [1] - 27:17
punch [7] - 83:17, 83:20, 83:25, 84:17, 85:7, 85:15, 85:20
puncture [2] - 25:15, 26:14
purpose [1] - 10:13
purposely [1] - 44:11
purposes [2] - 18:24, 64:24
pursuant [1] - 1:15
pushed [1] - 87:18
pushing [1] - 87:14
put [25] - 27:18, 61:8, 68:17, 69:25, 70:25, 71:6, 73:3, 73:4, 73:5, 73:25, 74:2, 74:7, 74:11, 74:13, 87:3, 87:8, 88:12, 88:15, 91:24, 93:18, 96:13, 97:2, 97:6, 120:8
putting [2] - 120:11, 120:16

## Q

query [1] - 107:3
questions [5] - 11:5, 107:10, 111:23, 114:10, 116:21
quickly [1] - 111:2
quote [5] - 17:11, 17:12, 30:5, 80:17, 110:17

## R

**radio** [1] - 22:15
**radioed** [1] - 92:16
**Rain** [1] - 15:9
**raining** [1] - 68:8
**rather** [1] - 15:21
**read** [12] - 6:18, 6:20, 14:21, 15:13, 16:7, 16:19, 23:17, 44:23, 52:16, 67:7, 80:8, 122:9
**Read** [1] - 80:6
**ready** [1] - 18:3
**real** [4] - 13:16, 13:25, 15:3, 84:21
**real-life** [2] - 13:25, 15:3
**reality** [1] - 109:10
**realize** [1] - 93:20
**really** [5] - 29:15, 39:23, 41:3, 76:13, 107:6
**rear** [6] - 28:15, 28:17, 29:18, 49:14, 59:14, 97:25
**rear-cuffed** [1] - 97:25
**reason** [12] - 7:12, 10:12, 10:15, 10:17, 70:2, 87:9, 89:20, 90:2, 96:25, 108:12, 108:13, 110:16
**receive** [1] - 22:9
**received** [1] - 7:11
**recognize** [4] - 13:4, 26:14, 26:16, 58:9
**recollection** [4] - 9:5, 38:2, 53:9, 104:6
**record** [5] - 6:20, 80:8, 122:12, 122:13, 124:13
**referred** [1] - 20:12
**referring** [2] - 16:18, 48:2
**refresh** [1] - 104:6
**refusal** [2] - 54:17, 54:22

**refusing** [1] - 54:14
**regard** [1] - 113:8
**regards** [2] - 17:16, 102:10
**register** [1] - 25:19
**regular** [1] - 19:6
**REINIG** [1] - 1:23
**related** [1] - 124:16
**Relax** [4] - 75:2, 75:4, 79:25, 80:18
**remember** [43] - 10:23, 28:11, 31:21, 31:24, 32:23, 35:3, 35:12, 35:13, 36:2, 41:9, 41:11, 46:13, 46:23, 47:3, 49:6, 49:8, 50:17, 50:19, 52:4, 52:13, 52:15, 52:21, 60:6, 67:19, 75:23, 76:13, 77:8, 77:19, 87:13, 87:15, 92:2, 92:5, 94:20, 96:24, 103:7, 103:11, 106:7, 107:22, 112:16, 116:15, 117:25, 118:18, 120:15
**remembered** [2] - 54:7, 103:9
**render** [1] - 92:20
**Rendered** [1] - 15:17
**rendering** [1] - 26:13
**repeatedly** [4] - 35:5, 35:10, 35:11, 37:25
**report** [2] - 17:19, 18:12
**reported** [1] - 118:6
**reporter** [5] - 1:20, 5:18, 6:21, 44:23, 80:9
**Reporter** [1] - 124:7
**REPORTING** [1] - 1:23
**reports** [2] - 18:10, 39:4
**represent** [1] - 2:15
**representative** [1] - 11:8
**represented** [1] - 11:7

**requesting** [1] - 31:12
**requests** [2] - 53:18, 111:16
**reserved** [1] - 4:12
**resist** [1] - 105:7
**resisting** [9] - 74:15, 74:17, 104:5, 104:13, 104:14, 105:6, 105:12, 105:16, 106:18
**respect** [5] - 20:23, 22:9, 30:4, 68:11, 95:10
**respective** [1] - 4:7
**respond** [1] - 95:4
**response** [1] - 92:10
**rest** [1] - 27:11
**return** [2] - 15:8, 18:5
**Review** [1] - 8:6
**review** [7] - 9:12, 11:10, 11:14, 11:22, 11:24, 12:4, 17:3
**reviewed** [4] - 12:14, 12:23, 14:13, 14:15
**RICHARD** [2] - 1:8, 2:8
**rise** [1] - 120:6
**River** [1] - 7:25
**RMP** [5] - 15:9, 20:12, 24:13, 90:14, 91:7
**robbery** [1] - 118:7
**room** [20] - 96:18, 96:19, 97:3, 97:7, 97:11, 97:14, 97:15, 97:24, 98:19, 98:25, 99:6, 99:9, 99:17, 99:22, 100:2, 100:12, 100:21, 101:5, 101:10, 101:15
**rose** [1] - 121:8
**Rossi** [6] - 47:14, 73:12, 73:14, 78:10, 79:2, 101:21
**ROSSI** [1] - 1:8
**roughly** [4] - 39:23, 62:4, 112:15, 117:5
**Roughly** [6] - 9:19, 21:6, 36:22, 83:13, 109:20, 109:22

**routine** [1] - 17:25
**rude** [10] - 110:10, 110:14, 110:18, 110:23, 110:25, 111:4, 111:8, 111:14, 111:17, 111:18
**run** [1] - 18:9
**running** [1] - 27:6

## S

**safety** [3] - 57:15, 64:24, 107:19
**saw** [29] - 12:6, 38:20, 52:17, 56:12, 64:6, 65:21, 66:7, 66:18, 66:25, 68:13, 72:6, 72:12, 73:17, 73:20, 82:10, 89:8, 102:20, 107:4, 107:11, 107:15, 107:18, 107:22, 115:2, 115:4, 116:19, 118:7, 119:15, 119:17, 121:12
**scene** [7] - 15:18, 28:20, 29:12, 30:5, 46:19, 54:14, 70:13
**scratched** [6] - 15:12, 16:2, 16:7, 16:10, 16:11, 16:12
**scream** [1] - 100:24
**screaming** [2] - 81:14, 95:10
**Screw** [1] - 54:24
**sealing** [1] - 4:8
**second** [6] - 104:4, 104:11, 104:15, 104:19, 104:21, 105:4
**secret** [1] - 109:16
**sector** [1] - 22:14
**security** [1] - 15:18
**see** [38] - 15:5, 18:10, 26:4, 40:7, 40:15, 44:11, 46:12, 49:10, 57:22, 59:7, 59:9, 59:25, 60:7, 63:9, 63:20, 64:12, 64:23,

66:4, 66:15, 66:24, 67:10, 68:15, 68:21, 77:12, 85:19, 85:23, 87:11, 89:6, 89:7, 105:25, 114:25, 119:20, 119:23, 120:6, 121:2, 121:7, 121:9, 121:10

**seeing** [1] - 49:8

**seem** [1] - 95:14

**Sefolosha** [162] - 8:12, 10:19, 17:4, 17:17, 35:4, 36:5, 36:8, 36:20, 36:21, 37:24, 38:13, 39:20, 40:6, 40:12, 40:21, 40:24, 41:5, 41:18, 41:23, 41:24, 42:3, 42:6, 42:11, 42:14, 43:7, 44:9, 44:19, 45:3, 45:9, 48:4, 48:12, 50:2, 50:7, 50:23, 51:21, 53:3, 53:24, 54:10, 54:14, 55:12, 55:17, 55:22, 56:3, 56:8, 56:10, 56:14, 59:10, 59:23, 60:14, 60:20, 62:14, 62:16, 62:23, 63:10, 63:21, 65:3, 65:12, 65:15, 65:21, 66:2, 66:6, 66:8, 66:10, 66:16, 66:18, 66:22, 67:2, 67:22, 68:3, 68:12, 68:18, 68:23, 69:12, 69:17, 69:19, 69:22, 70:5, 70:8, 70:15, 70:25, 71:10, 72:6, 72:13, 72:24, 73:7, 73:24, 74:13, 75:8, 75:14, 76:7, 76:18, 76:20, 77:4, 77:13, 77:17, 79:6, 79:8, 79:22, 79:24, 80:2, 80:15, 80:18, 80:21, 81:8, 82:5, 82:12, 86:13, 87:16, 88:3, 88:4, 88:5, 88:6,

88:9, 88:11, 88:16, 88:18, 88:23, 89:15, 89:24, 90:3, 90:12, 90:21, 90:25, 91:5, 91:18, 91:22, 92:21, 94:5, 94:10, 94:22, 95:25, 96:6, 96:11, 97:10, 99:10, 99:20, 100:12, 100:20, 101:4, 101:13, 103:17, 103:20, 104:2, 104:10, 104:19, 105:2, 105:7, 105:25, 106:5, 106:9, 106:14, 107:7, 107:18, 107:22, 108:8, 108:12, 110:3, 110:9, 110:10, 110:24

**SEFOLOSHA** [3] - 1:5, 3:4, 3:9

**Sefolosha's** [7] - 69:8, 70:22, 71:5, 76:16, 89:12, 95:21, 102:12

**senior** [1] - 27:13

**sentence** [1] - 84:25

**sergeant** [6] - 15:13, 16:3, 16:13, 16:17, 16:20, 94:11

**Sergeant** [6] - 16:20, 17:2, 108:7, 116:16, 116:17, 117:2

**servants** [1] - 2:16

**set** [2] - 124:11, 124:20

**seven** [1] - 21:5

**Seventh** [2] - 7:21, 7:23

**several** [1] - 77:12

**shall** [1] - 4:12

**Shield** [1] - 15:25

**shooting** [1] - 33:15

**short** [1] - 109:15

**shorter** [4] - 38:11, 38:12, 109:8, 109:11

**shorthand** [1] - 1:20

**Shorthand** [1] - 124:7

**Shortly** [1] - 96:9

**shoulder** [6] - 83:2,

83:6, 83:7, 120:11, 120:17, 121:3

**shoulders** [2] - 57:4, 57:6

**shouting** [1] - 66:21

**show** [1] - 13:2

**shown** [1] - 12:9

**side** [21] - 7:19, 7:20, 37:9, 37:10, 37:11, 37:12, 44:4, 49:14, 59:11, 61:9, 72:18, 72:19, 76:23, 91:10, 91:11, 91:13, 91:14, 91:15, 91:16, 98:4, 98:6

**sidewalk** [25] - 37:4, 49:15, 49:18, 49:20, 50:12, 56:15, 58:7, 59:14, 61:17, 61:24, 63:12, 65:22, 65:24, 68:2, 71:16, 71:17, 71:21, 71:23, 72:3, 72:4, 72:8, 72:10, 72:11, 72:14, 72:22

**sign** [2] - 16:4, 16:22

**signature** [2] - 16:24, 17:5

**signed** [2] - 4:15, 4:17

**Signed** [1] - 122:18

**single** [1] - 13:14

**sit** [2] - 97:19, 100:11

**sitting** [4] - 52:20, 97:21, 98:10, 100:18

**Sitting** [2] - 58:11, 108:11

**situation** [3] - 44:12, 44:14, 48:20

**situations** [1] - 48:17

**Six** [1] - 38:10

**six** [1] - 21:5

**Six-foot** [1] - 38:10

**SLA** [1] - 6:24

**slang** [1] - 16:8

**slash** [1] - 15:10

**small** [1] - 37:19

**someone** [9] - 45:19, 56:17, 58:25, 67:21, 74:2, 84:4, 87:13,

120:20, 120:22

**someplace** [1] - 97:18

**sometime** [3] - 112:14, 113:4, 117:19

**Sometimes** [2] - 74:10, 96:22

**somewhat** [1] - 10:9

**somewhere** [1] - 69:6

**soon** [2] - 92:15, 112:14

**sooner** [1] - 44:24

**sorry** [1] - 115:4

**sort** [2] - 31:17, 93:17

**sound** [2] - 11:2, 79:13

**sounds** [1] - 11:3

**south** [5] - 37:10, 50:2, 57:6, 57:9, 57:25

**South** [2] - 49:23, 84:11

**southbound** [2] - 56:25, 58:3

**southern** [1] - 7:19

**SOUTHERN** [2] - 1:3, 2:2

**speaking** [1] - 32:18

**specific** [5] - 6:3, 80:13, 94:25, 112:11, 114:11

**specifically** [18] - 32:24, 33:2, 45:2, 45:8, 45:13, 45:19, 51:8, 52:15, 75:23, 77:8, 92:25, 95:7, 104:12, 108:23, 112:4, 112:19, 117:15, 119:13

**Specifically** [3] - 6:15, 30:24, 45:11

**specifics** [1] - 20:21

**Specifics** [1] - 32:15

**Spiro** [3] - 102:13, 102:14, 103:4, 103:7

**spoken** [4] - 112:2, 112:4, 112:5, 112:6

**spot** [2] - 31:3, 64:22

**squad** [1] - 18:14

**Ss** [2] - 122:5, 124:4

**stabbed** [3] - 26:5,

26:8, 26:10
**stabbing** [2] - 20:23, 22:15
**stabilize** [1] - 26:3
**stamped** [4] - 13:4, 23:13, 123:12, 123:13
**stand** [3] - 77:23, 77:24, 78:2
**standing** [12] - 33:6, 43:2, 44:6, 56:25, 57:2, 59:13, 59:16, 62:24, 63:24, 94:10, 94:12, 96:12
**stands** [2] - 20:8, 95:9
**start** [3] - 7:18, 15:3, 20:17
**started** [3] - 21:7, 29:16, 64:25
**starts** [1] - 15:4
**STATE** [2] - 122:4, 124:4
**State** [5] - 1:21, 5:4, 6:25, 122:22, 124:8
**statements** [1] - 101:13
**STATES** [2] - 1:2, 2:1
**stay** [1] - 104:17
**stem** [1] - 7:4
**steps** [2] - 61:22, 65:21
**still** [16] - 27:21, 27:23, 28:3, 33:6, 44:15, 49:3, 50:7, 63:24, 70:13, 71:15, 76:19, 76:23, 91:15, 106:21, 110:5, 111:11
**STIPULATED** [3] - 4:6, 4:10, 4:14
**stop** [1] - 54:23
**stopped** [2] - 80:24, 93:10
**store** [1] - 37:18
**storefronts** [1] - 37:15
**Street** [21] - 3:18, 5:7, 7:19, 7:20, 7:22, 24:18, 24:21, 25:6, 28:17, 28:25, 33:9, 34:16, 36:25, 37:17,

37:23, 40:21, 42:15, 43:13, 54:24, 70:14, 111:12
**street** [22] - 18:24, 37:3, 37:10, 49:19, 71:18, 71:19, 71:22, 71:24, 72:4, 72:8, 72:10, 72:11, 72:15, 72:20, 72:21, 76:19, 77:5, 80:4, 80:22, 82:6, 86:14, 110:4
**stuff** [1] - 52:12
**stumble** [2] - 64:5, 89:8
**stumbling** [14] - 62:23, 63:21, 63:23, 64:7, 65:22, 65:23, 66:19, 67:2, 67:3, 67:4, 67:20, 68:14, 72:6
**Stumbling** [3] - 63:22, 67:11, 67:14
**subject** [2] - 10:5, 84:24
**Subscribed** [1] - 122:18
**Subsequent** [1] - 28:7
**subsequently** [2] - 30:18, 93:17
**substance** [2] - 53:25, 54:10
**substantiated** [4] - 9:9, 10:2, 118:22, 119:4
**sudden** [1] - 82:3
**suggest** [1] - 103:25
**suing** [1] - 114:4
**sun** [1] - 83:14
**superior** [1] - 16:22
**supervising** [1] - 108:6
**suppose** [8] - 40:4, 40:5, 40:9, 55:21, 75:22, 89:22, 114:17, 120:8
**surprised** [2] - 119:20, 119:23
**surroundings** [1] -

57:3
**suspect** [2] - 27:6, 108:12
**suspects** [1] - 39:5
**SUV** [2] - 42:23
**sweep** [1] - 75:18
**swept** [1] - 74:5
**swivel** [1] - 57:13
**sworn** [4] - 4:15, 4:17, 5:3, 124:12
**Sy\uite** [1] - 1:24

---

# T

**tactically** [1] - 79:13
**take-down** [4] - 75:24, 76:2, 77:14, 77:18
**tall** [12] - 38:7, 38:9, 38:13, 38:18, 39:20, 40:7, 40:8, 69:3, 69:4, 93:21, 109:12, 109:16
**taller** [6] - 39:24, 40:2, 40:10, 40:11, 40:13, 69:5
**tapes** [2] - 12:6, 12:10
**taught** [2] - 69:24, 75:23
**teach** [1] - 38:24
**Tenth** [36] - 24:18, 28:16, 28:23, 31:14, 33:10, 34:17, 37:6, 37:7, 37:8, 37:17, 37:23, 43:13, 43:18, 44:3, 46:7, 49:23, 56:19, 57:5, 57:9, 57:24, 60:25, 61:12, 61:14, 61:16, 61:23, 62:20, 63:3, 63:5, 65:2, 65:17, 70:13, 75:9, 77:5, 80:22, 110:4, 111:13
**term** [1] - 16:8
**terms** [6] - 49:23, 88:12, 109:5, 113:18, 115:9, 118:12
**territory** [1] - 7:16
**testified** [12] - 5:8, 10:18, 54:12, 55:24,

67:5, 109:13, 110:17, 111:25, 113:14, 117:6, 117:18, 120:10
**testify** [5] - 9:15, 10:13, 54:9, 55:12, 113:7
**testifying** [1] - 116:18
**testimonies** [2] - 12:12, 67:7
**testimony** [16] - 11:10, 11:11, 11:14, 11:20, 12:10, 12:14, 34:14, 51:12, 51:17, 52:16, 89:12, 103:12, 113:17, 122:9, 122:12, 124:14
**THABO** [3] - 1:5, 3:4, 3:9
**Thabo** [2] - 8:11, 94:4
**THE** [3] - 1:9, 2:7, 3:12
**They've** [1] - 22:4
**third** [1] - 106:8
**Third** [1] - 3:9
**three** [2] - 64:9, 104:3
**tied** [1] - 79:8
**TMZ** [1] - 11:25
**today** [15] - 8:4, 11:12, 12:15, 12:24, 52:9, 52:15, 52:20, 58:11, 66:11, 67:8, 67:15, 108:11, 112:25, 114:7, 116:19
**took** [6] - 25:25, 60:9, 65:20, 65:21, 76:18, 89:16
**top** [1] - 15:4
**touch** [1] - 82:25
**touched** [1] - 105:21
**tour** [2] - 15:24, 17:7
**Towards** [1] - 33:10
**towards** [5] - 54:22, 60:18, 87:16, 89:6, 107:15
**TRACEY** [1] - 3:15
**traffic** [3] - 43:18, 81:2, 81:4
**Traffic** [1] - 80:24
**trained** [4] - 38:25,

39:10, 39:16, 58:22
**training** [1] - 39:19
**transcript** [3] - 122:9, 122:11, 124:12
**translate** [1] - 14:22
**Transport** [1] - 15:20
**transported** [1] - 90:12
**TRIAL** [1] - 1:14
**trial** [11] - 4:13, 11:19, 11:20, 40:7, 54:9, 55:11, 55:25, 89:13, 103:8, 107:8, 117:11
**tried** [3] - 26:2, 83:19, 85:19
**trip** [1] - 68:5
**tripped** [1] - 68:2
**tripping** [3] - 64:2, 67:21, 67:22
**true** [4] - 84:20, 122:11, 122:14, 124:13
**try** [3] - 57:12, 74:9, 83:25
**Trying** [1] - 105:9
**trying** [20] - 31:7, 32:7, 34:16, 36:2, 42:7, 42:21, 48:25, 64:18, 66:10, 67:18, 69:22, 70:22, 74:19, 79:14, 80:10, 82:11, 89:16, 110:18, 120:20, 120:21
**turn** [2] - 18:15, 60:17
**turned** [4] - 20:10, 68:19, 69:18, 89:24
**TV** [1] - 105:25
**Two** [6] - 12:5, 15:19, 17:11, 23:9, 27:3, 88:8
**two** [18] - 12:6, 13:12, 15:20, 17:14, 22:21, 23:13, 25:14, 25:15, 26:4, 26:13, 46:11, 48:3, 48:6, 64:8, 64:9, 68:16, 71:6, 88:8
**Two-page** [1] - 23:9
**two-page** [1] - 22:21
**type** [2] - 86:6, 89:8

**typical** [2] - 20:5, 98:22
**typically** [8] - 16:16, 18:5, 18:9, 18:16, 18:23, 21:23, 31:19, 70:2
**Typically** [2] - 18:2, 32:2

## U

**unaware** [2] - 86:8, 104:24
**uncared** [1] - 93:16
**uncared-for** [1] - 93:16
**under** [31] - 5:8, 15:19, 17:4, 17:12, 17:14, 17:15, 26:11, 26:23, 66:8, 66:10, 69:19, 70:3, 70:5, 70:8, 70:15, 72:24, 73:7, 86:22, 87:2, 88:8, 88:11, 88:19, 88:23, 90:22, 93:21, 94:15, 103:18, 105:12, 106:2, 106:6, 122:10
**undercover** [1] - 19:11
**unfolding** [1] - 26:8
**unhappy** [1] - 95:14
**unhook** [2] - 78:14, 79:16
**uniform** [3] - 18:23, 19:17, 19:20
**uniformed** [1] - 18:21
**unit** [9] - 6:6, 6:8, 6:11, 6:14, 15:16, 18:23, 21:5, 25:24, 34:5
**UNITED** [2] - 1:2, 2:1
**unlawful** [2] - 9:5, 117:23
**unmarked** [1] - 20:15
**unnecessary** [3] - 48:18, 48:21, 48:23
**unquote** [1] - 80:18
**unrelated** [1] - 25:25
**Up** [1] - 56:7
**up** [15] - 18:6, 22:16, 27:17, 34:16, 36:16,

52:8, 52:12, 65:2, 72:5, 79:8, 83:14, 86:8, 98:15, 99:21, 107:6
**ushering** [1] - 60:14

## V

**vacate** [2] - 31:14, 48:18
**vehicle** [3] - 20:13, 20:15, 43:5
**venture** [1] - 32:4
**verbal** [5] - 41:17, 42:10, 42:17, 44:18, 44:25
**verbally** [1] - 31:11
**verbatim** [2] - 28:11, 51:11
**version** [2] - 22:22, 23:17
**vicinity** [5] - 47:5, 65:16, 69:6, 77:13, 81:9
**video** [7] - 12:2, 33:15, 46:9, 46:12, 49:9, 73:17, 81:20
**videos** [3] - 12:13, 46:11, 77:11
**videotapes** [3] - 11:22, 11:24, 12:3
**violations** [1] - 16:5
**vis** [2] - 28:5
**vis-a-vis** [1] - 28:5
**vision** [1] - 64:13
**voices** [1] - 66:20

## W

**waist** [1] - 98:12
**wait** [3] - 92:23, 93:6, 93:19
**waiting** [3] - 55:4, 55:7, 93:2
**waived** [1] - 4:9
**walk** [7] - 40:14, 61:4, 62:2, 74:19, 91:21,

91:22, 97:17
**walked** [5] - 44:3, 44:11, 61:5, 61:14, 65:18
**Walking** [2] - 31:12, 33:7
**walking** [9] - 33:6, 33:8, 34:15, 56:17, 57:25, 58:2, 58:6, 91:6, 99:20
**wall** [1] - 97:23
**walls** [1] - 97:16
**warrants** [1] - 20:4
**watch** [1] - 100:12
**watched** [3] - 46:9, 46:11, 73:17
**watching** [2] - 77:11, 100:18
**water** [2] - 7:20, 7:24
**weapons** [1] - 95:18
**wear** [2] - 19:3, 19:9
**wearing** [2] - 50:16, 50:19
**Weather** [1] - 15:9
**Wednesday** [2] - 15:5, 15:6
**week** [1] - 113:4
**weeks** [1] - 114:16
**weight** [1] - 39:7
**West** [4] - 5:7, 25:6, 33:9, 64:8
**west** [1] - 64:10
**whatsoever** [2] - 7:13, 87:9
**WHEREOF** [1] - 124:19
**whole** [3] - 45:7, 73:20, 87:14
**width** [2] - 71:18, 72:4
**wise** [1] - 109:25
**witness** [4] - 9:7, 10:6, 124:10, 124:14
**WITNESS** [2] - 123:4, 124:19
**witnesses** [1] - 39:5
**woman** [1] - 47:20
**women** [3] - 51:13,

51:22, 81:15

**word** [15] - 6:23, 15:5, 16:2, 16:10, 16:11, 16:12, 36:7, 36:12, 36:13, 67:4, 67:10, 67:20, 79:25, 80:17, 82:15

**worded** [2] - 67:15, 67:16

**words** [31] - 17:11, 31:22, 31:23, 31:25, 32:6, 32:12, 36:4, 36:8, 40:19, 40:23, 41:2, 41:4, 51:20, 53:24, 54:2, 54:4, 54:10, 55:13, 55:16, 62:14, 62:17, 65:14, 80:2, 80:14, 80:19, 81:24, 94:18, 94:21, 101:4, 101:9, 106:6

**world** [1] - 84:21

**wound** [1] - 26:2

**wounded** [1] - 30:11

**wounds** [2] - 25:15, 26:14

**wrist** [2] - 19:8, 98:6

**wrists** [1] - 74:3

**wrote** [1] - 84:14

---

**Y**

---

**year** [1] - 39:22

**year-and-a-half** [1] - 39:22

**years** [1] - 58:19

**yell** [1] - 100:24

**yelling** [4] - 81:15, 81:24, 95:10, 101:2

**YORK** [7] - 1:3, 1:9, 2:2, 2:7, 122:4, 124:4, 124:5

**York** [28] - 1:18, 1:21, 1:24, 2:9, 2:10, 2:12, 2:13, 2:16, 3:5, 3:10, 3:14, 3:19, 5:4, 5:5, 5:7, 5:8, 5:16, 25:6, 25:7, 113:23, 122:22, 124:9

**YouTube** [1] - 11:25

---

**Z**

---

**ZACHARY** [1] - 3:17