```
 1    CRIMINAL COURT OF THE CITY OF NEW YORK
      COUNTY OF NEW YORK:          JURY 4
 2    ---------------------------------------X

 3    THE PEOPLE OF THE STATE OF NEW YORK :   DOCKET NO
                                              2015CN002364
 4                                        :   EXCERPT

 5            -against-                   :

 6    THABO SEFOLOSHA,                    :
                            Defendant.
 7    ---------------------------------------X
                                    100 Centre Street
 8                                  New York, New York
                                    October 7, 2015
 9

10    H O N O R A B L E:

11            ROBERT MANDELBAUM, PRESIDING

12                              Criminal Court Judge.

13    A P P E A R A N C E S:

14            FOR THE PEOPLE:

15                    OFFICE OF THE DISTRICT ATTORNEY
                      NEW YORK COUNTY
16                    ONE HOGAN PLACE
                      NEW YORK, NEW YORK 10013
17               BY:  FRANCESCA BARTOLOMEY,
                      JESSE MATTHEWS,
18                    ASSISTANT DISTRICT ATTORNEYS

19
              FOR THE DEFENDANT:
20
                      BRAFMAN & ASSOCIATES, P.C.
21                    767 THIRD AVENUE, 26TH FLOOR
                      NEW YORK, NEW YORK 10017
22               BY:  ALEX SPIRO, ESQ.

23
                                  OFFICIAL COURT REPORTER
24                                     DENISE JOHNSON

25
```

DEFENSE/DIRECT/SEFOLOSHA    15

1    Q.    Do they just grab you and jump on you?

2    A.    Yes, basically.

3    Q.    And what do you feel in that moment?

4          MS. BARTOLOMEY:  Objection.

5          THE COURT:  Overruled.

6    A.    So one grab, pushed me and I didn't know what to make
7    of it.  At first I didn't even know it was a police officer but
8    quickly I realized.  I said, I was just giving this guy some
9    money.  He grabbed my arm so I dropped the money.

10         I had one twenty dollar bill in my right hand.  I
11   dropped it.  I had some more money in my left hand and, as he
12   grabbed me, he said, That's it, you're going to jail.  When he
13   tells me this, I don't know exactly the procedure, I turn
14   around to put my right hand behind my back because I, you know,
15   I knew that was the non-confrontational thing to do.  So I turn
16   around and put my right hand behind my back.

17         I had my left hand, I had pretty fairly big stack of
18   money, I was trying to put it in my pocket before putting my
19   left hand behind my back.  As I'm trying to do this, it's like
20   two, three police officers basically keep pulling me.  I'm
21   telling them to relax.  I didn't say I wanted to put my money
22   back in my pocket.  I said, relax, I'm, you know, relax.

23   Q.    That voice with the Swiss, French accent on the video
24   going relax, relax, who is that?

25         MS. BARTOLOMEY:  Objection.