1

2    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
3    - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
     THABO SEFOLOSHA,
4
                         Plaintiff,        Action No. 1
5
               - against -                 Case No.
6                                          16 Civ. 2564
     P.O. JOHN PAUL GIACONA, P.O. JORDAN    (JMF)
7    ROSSI, P.O. RICHARD CASTER, P.O.
     DANIEL DONGVORT, P.O. MICHAEL
8    O'SULLIVAN, and THE CITY OF NEW YORK,

9                         Defendants.
     - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
10   (Caption continued on next page.)

11

12          EXAMINATION BEFORE TRIAL of the Defendant,

13   POLICE OFFICER MICHAEL O'SULLIVAN, taken

14   pursuant to Order, held at the law offices of

15   JAROSLAWICZ & JAROS, PLLC, 225 Broadway, 24th

16   Floor, New York, New York 10007, on November

17   17, 2016, commencing at 10:00 a.m., before

18   KAREN VIGGIANO, a Shorthand Reporter and Notary

19   Public within and for the State of New York.

20

21

22

23           REINIG REPORTING, INC.
               192 Lexington Avenue
24                 Suite 805
             New York, New York  10016
25                (212) 684-7298

```
 1

 2      UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK
 3      --------------------------------X
        PERO ANTIC,
 4
                          Plaintiff,    Action No. 2
 5
             -against -                 Case No.
 6                                      16-cv-2425
                                        (JMF)
 7
        THE CITY OF NEW YORK, POLICE
 8      OFFICER RICHARD CASTER,
        individually and in his capacity
 9      as a member of the New York City
        Police Department, POLICE OFFICER
10      PAUL GIACONA, individually and in
        His capacity as a member of the
11      New York City Police Department,
        POLICE OFFICER DANIEL DONGVORT,
12      individually and in his capacity
        As a member of the New York City
13      Police Department, POLICE OFFICER
        MICHAEL SULLIVAN, individually and
14      in his capacity as a member of the
        New York City Police Department,
15      and JOHN and JANE DOES, said names
        being fictitious and intended to
16      represent individual officers,
        members, agents, servants and/or
17      employees of the New York City
        Police Department in their
18      Individual and official capacity,

19                        Defendants.
        --------------------------------X
20

21

22

23

24

25
```

```
 1

 2        A P P E A R A N C E S :

 3


 4        JAROSLAWICZ & JAROS, PLLC
          Attorneys for Plaintiff in Action #1
 5        THABO SEFOLOSHA
                  225 Broadway, 24th Floor
 6                New York, New York 10007

 7        BY:    ELIZABETH EILENDER, ESQ.

 8


 9        BRAFMAN & ASSOCIATES, P.C.
          Co-Counsel for Plaintiff in Action #1
10        THABO SEFOLOSHA
                  767 Third Avenue, 26th Floor
11                New York, New York 10017

12        BY:    ALEX SPIRO, ESQ.

13


14        THE COCHRAN FIRM
          Attorneys for Plaintiff in Action #2
15        PERO ANTIC
                  233 Broadway, 5th Floor
16                New York, New York 10279

17        BY:    TRACY L. BROWN, ESQ.

18


19        ZACHARY W. CARTER, ESQ.
          CORPORATION COUNSEL, CITY of NEW YORK
20        Attorney for Defendants in Actions 1 and 2
                  100 Church Street
21                New York, New York 10007

22        BY:    MATTHEW MODAFFERI, ESQ.

23

24

25
```

1                    P.O. M. O'Sullivan

2      toward Tenth Avenue ahead of Mr. Sefolosha?

3           A      I believe so.

4           Q      Do you understand my question?

5           A      Yes, I go to Tenth Avenue to

6      assess everyone, just to make sure there's no

7      problem, people moving, cabs are not stacking

8      up.

9           Q      At the time you get to the corner

10     of 10th, Mr. Sefolosha would be closer to 9th?

11          A      Yes, I believe he was behind me.

12     I wasn't interacting with him, so I moved.  He

13     wasn't my focus of my attention.

14          Q      What happens at the corner when

15     you get there?

16          A      Stood on the corner for, I think,

17     a couple minutes, just made sure cabs are

18     moving, people were moving, no problems, no

19     fights.

20               And at this time Mr. Sefolosha

21     comes back on Tenth Avenue.  I see him walk up

22     Tenth Avenue.  I am looking down Tenth Avenue

23     south and then I believe I saw out of the

24     corner of my eye they started fighting with

25     him, so I went to assist in the arrest.

1                         P.O. M. O'Sullivan

2           Q      So let me break that down a little

3    bit.

4                  You see Mr. Sefolosha take a right

5    and turn the corner?

6           A      I see him on Tenth Avenue.  I

7    don't believe I saw him turn the corner.

8           Q      Walking further away from?

9           A      Walking north on Tenth Avenue.

10          Q      Which would have been further away

11   from the crime scene?

12          A      Yes.

13          Q      So as he's walking further away

14   from the crime scene do you hear him say

15   anything?

16          A      No.

17          Q      Do you hear anyone else say

18   anything to him?

19          A      No.

20          Q      Do you see Mr. Sefolosha do

21   anything in particular?

22          A      No, I wasn't focused on him.  I

23   wasn't paying attention to him.

24          Q      So the next thing you know

25   officers are engaged physically with him?

REINIG REPORTING, INC. (212) 684-7298

```
 1                    P.O. M. O'Sullivan
 2        A     Yes.
 3        Q     When you noticed him out of the
 4   corner of your eye, do you notice any officers
 5   around him?
 6        A     Not that I recall.  I mean, it was
 7   brief.  Like I said, out of the corner of my
 8   eye.
 9        Q     When you see the officers
10   physically interacting with him, who do you see
11   physically interacting with him?
12        A     I don't recall.  Police officers
13   in uniform so I went to assist.
14        Q     Are some of the police officers
15   taller than others?
16        A     I don't recall.
17        Q     You don't recall if any of the
18   officers you worked with are taller than other
19   officers you worked with?
20        A     I don't recall who was directly
21   involved.  I just know police officers in
22   uniform and I went to help.
23        Q     Are some of the officers you work
24   with taller than other officers you work with?
25        A     In general?
```

1                      P.O. M. O'Sullivan

2          Q      What happens next?

3          A      We begin trying to handcuff Mr.

4    Sefolosha in the street.

5          Q      Just describe, if you can, break

6    it down who's doing what, every action that you

7    can remember.

8          A      I don't recall exactly.  What I

9    know, he had his arm straight out.  He was

10   refusing to be put in handcuffs.  He was

11   yelling.

12         Q      What did you hear him yelling?

13         A      I don't recall exactly.

14         Q      Do you recall the word "relax"?

15         A      No.

16         Q      Do you recall him yelling anything

17   aggressive, like "I'm going to get the police"

18   or "FU" or anything like that?

19         A      Not that I recall.

20         Q      You can't recall anything that Mr.

21   Sefolosha yelled?

22         A      That he was yelling, no.

23         Q      And you can't tell us whether or

24   not it was aggressive or cries for help?

25         A      I believe it was loud.  I don't

```
 1                    P.O. M. O'Sullivan

 2               You can answer.

 3       A     No.

 4       Q     That didn't occur to you?  After

 5  watching the video, did it occur to you?

 6       A     No.

 7       Q     Does it occur to you now?

 8       A     No.

 9       Q     While Mr. Sefolosha is being

10  arrested, what happens?  You said you came over

11  to assist.  Can you describe what, if anything,

12  you did?

13       A     We were trying to put him in cuffs

14  and the other defendant, Mr. Antic, grabbed me

15  on my right shoulder as we were trying to

16  effect the arrest, diverting my attention from

17  what I was trying to do.

18       Q     Now, when you say "grabbing," can

19  you describe what you mean by "grab"?

20       A     Hand on my shoulder.

21       Q     He didn't clench your shoulder,

22  correct?

23       A     Hand down on shoulder.

24       Q     My question was:  Did he clench

25  your shoulder?
```

1                         P.O. M. O'Sullivan

2        shoulder?

3              A      Yes, I found that out.

4              Q      You didn't learn that until

5        yesterday?

6              A      No.

7              Q      You didn't testify at the trial in

8        this case?

9              A      No.

10             Q      Why?

11             A      I was on vacation.

12             Q      Where?

13                    MR. MODAFFERI:  You can answer.

14             A      I went to Mexico.

15             Q      Did the district attorney's office

16       know you were on that vacation?

17             A      She called me and I told her, yes.

18             Q      Any other reason why you didn't

19       testify?

20             A      That's it.

21             Q      Did you contemplate changing your

22       vacation?

23             A      No.

24             Q      Did the defendant placing his hand

25       on your shoulder, the defendant, meaning Mr.

1                    P.O. M. O'Sullivan

2    Antic, make it impossible for you to assist in

3    the arrest of Mr. Sefolosha?

4          A      Diverted my attention, yes.

5          Q      For how long did it divert your

6    attention?

7          A      Until I pushed him.

8          Q      How many seconds would you say,

9    two, three?

10         A      A few.

11         Q      Do you think that, you know, a

12   bird flies by, you look at a bird, it stops you

13   from arresting somebody for one second, would

14   you say the bird diverted your attention?

15                MR. MODAFFERI:  Note my objection.

16                You can answer.

17         A      I think it's different.

18         Q      But whether it's different or not,

19   would the bird have diverted your attention?

20         A      If it landed on my shoulder I

21   believe so.

22                MR. MODAFFERI:  Same objection.

23         Q      Would a bird landing on your

24   shoulder make it difficult for you to arrest

25   Mr. Sefolosha?

```
 1                      P.O. M. O'Sullivan

 2        A      Yes, it was as I described.

 3        Q      And when you testified in the CCRB

 4   hearing and said that he put his hand on your

 5   shoulder that was not accurate either?

 6               MR. MODAFFERI:  Note my objection

 7          to "either."

 8               You can answer.

 9        A      He wasn't the subject in my CCRB.

10        Q      That wasn't my question.

11               My question was:  When you

12   testified that at the CCRB hearing Mr. Antic

13   put his hand on your shoulder, was that

14   accurate or not?

15        A      Yes, for that CCRB I was

16   testifying for, yes.

17        Q      When Mr. Antic put his hand on

18   your shoulder, did he say anything?

19        A      Not that I recall.

20        Q      Did you say anything to him?

21        A      Not that I recall.

22        Q      And it's your belief that Mr.

23   Antic touching your shoulder in any way

24   interfered with your ability to arrest Mr.

25   Sefolosha?
```

```
 1                    P.O. M. O'Sullivan

 2          A      Yes.

 3          Q      How so?

 4          A      Diverted my attention from what I

 5     was trying to do.

 6          Q      How long did he divert your

 7     attention for?

 8          A      A few seconds.

 9          Q      Do you know if he asked you any

10     questions?

11          A      Not that I recall.

12          Q      Did he ask you for directions?

13          A      Not that I recall.

14          Q      You testified that when he touched

15     your shoulder you pushed him; is that right?

16          A      Yes.

17          Q      You pushed him down to the ground?

18          A      I pushed him away from me.

19          Q      Did he land on the ground when you

20     pushed him?

21          A      Yes.

22          Q      What part of his body hit the

23     ground?

24          A      I did not see.

25          Q      Do you know if Mr. Antic got back
```

```
 1                    P.O. M. O'Sullivan
 2   up after you pushed him?
 3           A     No, he did not.
 4           Q     He stayed on the ground?
 5           A     Yes.
 6           Q     Did he say anything to you or
 7   touch you in any way while he was on the
 8   ground?
 9           A     No.
10           Q     At any time?
11           A     No.
12           Q     While he was on the ground after
13   you pushed him, did he in any way interfere
14   with your ability to arrest Mr. Sefolosha?
15           A     No.
16           Q     And did you fill out any paperwork
17   with regard to Mr. Sefolosha's arrest?
18           A     No, besides my memo book.
19           Q     So not a complaint, not a charge,
20   anything like that?
21           A     For Mr. Sefolosha, no.
22           Q     At the time that you were
23   participating in the arrest of Mr. Sefolosha,
24   how many other officers were arresting him at
25   that time?
```

```
 1                    P.O. M. O'Sullivan

 2        A      I don't recall.

 3        Q      Was it more than one?

 4        A      Yes.

 5        Q      More than two?

 6        A      I believe so.

 7        Q      More than three?

 8        A      I believe so.

 9        Q      More than four?

10        A      I don't recall exact numbers.

11        Q      Have you ever shaken anyone's hand

12   before?

13        A      Yes.

14        Q      The amount of force used to shake

15   a hand, do you think that's excessive?

16        A      No.

17        Q      The force used in Mr. Antic's

18   touch on your shoulder, was that greater or

19   lesser than a handshake?

20        A      I'd say similar.

21        Q      Similar, but you felt that was

22   interfering with your ability to arrest Mr.

23   Sefolosha?

24        A      Yes.

25        Q      Did you ever go to court once Mr.
```

**'09** [1] - 8:19
**'11** [2] - 8:19, 8:20
**'12** [2] - 8:20, 8:21

**0**

**0750** [1] - 17:17

**1**

**1** [10] - 1:4, 3:4, 3:9,
 3:20, 5:12, 65:19,
 65:21, 67:8, 94:22,
 97:13
**100** [3] - 3:20, 38:13,
 38:16
**10007** [3] - 1:16, 3:6,
 3:21
**10013** [1] - 5:13
**10016** [1] - 1:24
**10017** [1] - 3:11
**10279** [1] - 3:16
**10:00** [1] - 1:17
**10th** [18] - 10:15,
 10:21, 10:24, 11:4,
 11:14, 12:6, 12:12,
 12:14, 12:15, 12:22,
 13:3, 13:16, 25:10,
 48:12, 61:4, 61:7,
 67:9, 75:25
**113th** [1] - 13:4
**11:15** [1] - 17:17
**11:29** [1] - 95:11
**11:35** [1] - 17:15
**16** [1] - 1:6
**16-cv-2425** [1] - 2:6
**17** [2] - 1:17, 96:11
**17th** [3] - 18:12, 20:21,
 20:25
**192** [1] - 1:23

**2**

**2** [7] - 2:4, 3:14, 3:20,
 66:23, 66:25, 67:6,
 97:14
**20** [2] - 9:12, 20:13
**2009** [2] - 6:25, 8:17

**2010** [1] - 8:18
**2012** [1] - 8:22
**2013** [1] - 10:23
**2015** [2] - 56:2, 79:7
**2016** [3] - 1:17, 96:11,
 98:21
**20__** [1] - 96:22
**212** [1] - 1:25
**225** [2] - 1:15, 3:5
**233** [1] - 3:15
**24** [4] - 79:5, 93:9,
 93:11, 93:14
**24th** [2] - 1:15, 3:5
**2564** [1] - 1:6
**26th** [1] - 3:10
**27** [1] - 5:16
**27th** [1] - 56:2

**3**

**30** [1] - 95:8

**4**

**4'ish** [1] - 50:20
**4:00** [1] - 20:22

**5**

**5** [1] - 97:7
**5th** [2] - 3:15, 98:21

**6**

**65** [1] - 97:13
**66** [1] - 97:14
**684-7298** [1] - 1:25

**7**

**767** [1] - 3:10
**78** [1] - 97:7
**7:30** [1] - 17:15

**8**

**805** [1] - 1:24
**88** [1] - 97:7

**9**

**93** [2] - 97:7, 97:8
**9th** [1] - 25:10

**A**

**A.D.A** [1] - 85:8
**a.m** [2] - 1:17, 95:11
**ability** [4] - 79:6, 81:24,
 83:14, 84:22
**absent** [1] - 45:22
**academy** [6] - 6:24,
 7:10, 7:18, 7:23, 8:2,
 48:9
**accidents** [1] - 75:2
**according** [2] - 24:18,
 24:22
**According** [1] - 92:22
**accuracy** [1] - 57:20
**accurate** [6] - 56:25,
 70:12, 71:10, 80:17,
 81:5, 81:14
**act** [2] - 47:11
**acting** [1] - 77:19
**action** [2] - 29:6, 98:16
**Action** [5] - 1:4, 2:4,
 3:4, 3:9, 3:14
**Actions** [1] - 3:20
**actual** [3] - 17:21,
 38:7, 45:10
**ADAs** [1] - 34:11
**additional** [7] - 46:8,
 46:13, 46:15, 51:25,
 52:7, 68:18, 70:17
**address** [1] - 5:11
**administer** [1] - 4:12
**Administration** [4] -
 49:15, 51:18, 86:13,
 86:22
**administration** [1] -
 51:8
**affairs** [1] - 77:3
**affect** [1] - 79:5
**affidavit** [1] - 60:20
**afterwards** [3] - 28:23,
 70:22, 70:23
**Afterwards** [1] - 48:12
**agents** [1] - 2:16

**aggression** [1] - 47:12
**aggressive** [4] - 19:18,
 20:7, 29:17, 29:24
**ago** [7] - 32:5, 32:10,
 34:14, 40:8, 40:11,
 45:21, 79:17
**agree** [4] - 28:15,
 45:24, 49:2, 91:5
**AGREED** [2] - 4:5, 4:15
**ahead** [1] - 25:2
**alcohol** [1] - 93:14
**alert** [1] - 16:20
**ALEX** [1] - 3:12
**allowed** [1] - 42:10
**almost** [3] - 28:16,
 28:22, 76:7
**amount** [2] - 34:2,
 84:14
**amounts** [1] - 93:13
**anatomy** [1] - 45:21
**AND** [2] - 4:5, 4:15
**answer** [56] - 7:12,
 9:11, 9:16, 9:21,
 11:24, 15:13, 17:23,
 21:25, 31:25, 33:15,
 33:24, 34:7, 35:21,
 37:15, 40:7, 42:2,
 42:8, 42:15, 43:2,
 43:3, 43:4, 44:2, 46:4,
 47:9, 49:10, 51:20,
 53:16, 54:12, 57:12,
 58:6, 58:20, 62:13,
 63:16, 64:3, 64:17,
 64:21, 64:23, 65:2,
 66:16, 68:15, 68:21,
 69:6, 69:14, 73:21,
 74:5, 76:25, 78:16,
 80:25, 81:8, 86:24,
 87:7, 87:14, 87:23,
 89:2, 91:8, 92:4
**answered** [3] - 65:5,
 88:18, 90:10
**answers** [1] - 96:13
**ANTIC** [2] - 2:3, 3:15
**Antic** [42] - 40:14,
 40:21, 44:14, 52:25,
 57:7, 57:20, 60:12,
 61:22, 61:25, 63:2,
 70:19, 72:14, 72:21,

73:8, 73:17, 74:12, 75:17, 75:21, 78:25, 80:11, 81:12, 81:17, 81:23, 82:25, 85:2, 85:18, 86:2, 86:8, 87:11, 88:16, 89:11, 89:20, 90:2, 90:8, 90:13, 90:18, 91:13, 91:14, 91:18, 91:23, 91:25, 92:23
**Antic's** [2] - 71:17, 84:17
**application** [2] - 7:2, 52:2
**applied** [2] - 6:23, 8:19
**applies** [4] - 46:13, 48:4, 48:14, 50:6
**apply** [4] - 10:2, 46:15, 49:15, 52:11
**applying** [1] - 49:7
**approximating** [1] - 33:16
**April** [1] - 79:7
**area** [3] - 6:16, 9:23, 18:8
**areas** [1] - 8:7
**arm** [1] - 29:9
**arms** [8] - 31:7, 31:8, 31:17, 36:10, 36:12, 43:17, 43:18, 45:22
**arrest** [34] - 19:2, 25:25, 37:11, 43:6, 44:16, 47:14, 51:24, 52:8, 58:12, 63:3, 63:24, 64:8, 64:13, 69:16, 74:9, 74:13, 75:11, 76:5, 80:9, 81:24, 83:14, 83:17, 83:23, 84:22, 89:10, 89:11, 89:13, 89:17, 89:22, 89:23, 90:4, 90:16, 90:17, 92:2
**arrested** [9] - 20:10, 43:5, 44:10, 57:21, 58:8, 59:11, 88:18, 91:15, 91:19
**arresting** [2] - 63:13, 83:24
**arrests** [4] - 9:7, 11:21,

34:11, 73:19
**arrived** [2] - 18:6, 50:14
**articles** [3] - 30:22, 30:24, 39:25
**assess** [1] - 25:6
**assigned** [1] - 8:21
**assignment** [1] - 8:2
**assist** [4] - 25:25, 27:13, 44:11, 63:2
**assisted** [1] - 9:13
**ASSOCIATES** [1] - 3:9
**assume** [1] - 11:21
**AT&T** [1] - 74:21
**attempt** [1] - 54:4
**attention** [21] - 25:13, 26:23, 44:16, 45:3, 46:23, 47:10, 48:20, 50:9, 63:4, 63:6, 63:14, 63:19, 64:5, 64:18, 68:16, 68:24, 68:25, 69:4, 69:17, 82:4, 82:7
**Attorney** [1] - 3:20
**attorney's** [6] - 38:2, 38:3, 38:5, 38:9, 58:22, 62:15
**Attorneys** [2] - 3:4, 3:14
**attorneys** [1] - 4:6
**attribute** [1] - 46:18
**attributed** [1] - 66:12
**authorized** [1] - 4:11
**authorizing** [1] - 61:21
**Auto** [3] - 12:21, 12:23, 13:9
**available** [3] - 87:3, 87:4, 87:17
**Avenue** [15] - 1:23, 3:10, 20:24, 22:8, 22:10, 24:14, 24:16, 24:17, 25:2, 25:5, 25:21, 25:22, 26:6, 26:9
**average** [1] - 69:16
**awaiting** [1] - 60:8
**aware** [27] - 17:8, 52:18, 52:21, 52:22, 57:5, 57:20, 58:8,

59:10, 59:14, 60:6, 60:12, 61:20, 61:24, 67:19, 67:22, 68:10, 70:19, 72:13, 72:16, 77:12, 77:14, 86:7, 86:11, 89:20, 90:2, 90:8, 91:21

**B**

**bail** [1] - 59:21
**bandages** [1] - 18:24
**basing** [1] - 24:7
**basis** [1] - 14:15
**baton** [8] - 41:16, 41:19, 41:21, 41:24, 42:6, 42:12, 42:19, 42:24
**become** [2] - 72:13, 86:7
**BEFORE** [1] - 1:12
**began** [2] - 11:4, 12:6
**begin** [1] - 29:3
**Beginning** [1] - 12:24
**beginning** [1] - 32:9
**behind** [3] - 24:19, 25:11, 53:21
**beings** [1] - 50:23
**belief** [4] - 23:16, 24:7, 77:21, 81:22
**best** [2] - 9:9, 46:14
**Between** [1] - 35:3
**between** [8] - 4:6, 28:16, 35:4, 68:2, 68:5, 73:16, 80:16, 80:22
**Billy** [1] - 41:16
**bird** [5] - 63:12, 63:14, 63:19, 63:23
**bit** [2] - 14:19, 26:3
**block** [1] - 17:24
**blood** [1] - 98:16
**body** [4] - 19:9, 20:8, 43:22, 82:22
**Body** [1] - 19:11
**book** [3] - 75:15, 80:6, 83:18
**border** [1] - 8:13
**born** [1] - 5:17

**bounced** [1] - 6:20
**BRAFMAN** [1] - 3:9
**break** [5] - 12:16, 13:15, 14:18, 26:2, 29:5
**brief** [1] - 27:7
**brings** [2] - 16:17, 59:20
**Broadway** [3] - 1:15, 3:5, 3:15
**BRONX** [1] - 98:5
**brought** [1] - 59:15
**BROWN** [9] - 3:17, 78:20, 78:23, 87:25, 93:4, 93:7, 93:16, 94:8, 97:7
**Brown** [1] - 78:24
**bumped** [1] - 51:16
**Business** [1] - 16:23
**business** [2] - 15:14, 16:22
**BY** [10] - 3:7, 3:12, 3:17, 3:22, 5:7, 78:22, 88:4, 93:7, 93:19, 97:6

**C**

**cabs** [2] - 25:7, 25:17
**camera** [1] - 31:18
**capacity** [5] - 2:8, 2:10, 2:12, 2:14, 2:18
**Caption** [1] - 1:10
**captured** [3] - 93:23, 94:3, 94:5
**car** [4] - 38:18, 38:19, 38:20, 38:21
**careful** [1] - 17:5
**carefully** [2] - 70:14, 71:6
**carrier** [1] - 74:19
**CARTER** [1] - 3:19
**case** [37] - 7:20, 12:11, 30:20, 30:23, 31:21, 33:21, 36:22, 37:5, 37:9, 38:25, 40:4, 50:2, 50:3, 52:16, 58:14, 58:17, 58:25, 59:3, 62:8, 67:20,

68:11, 68:19, 68:22, 70:16, 70:17, 75:6, 75:13, 76:4, 76:5, 77:14, 78:9, 78:12, 85:2, 85:7, 86:2, 87:11, 87:15

**Case** [2] - 1:5, 2:5

**cases** [2] - 68:13, 69:11

**Caster** [12] - 7:22, 12:7, 14:6, 14:9, 15:22, 21:19, 28:9, 28:20, 37:20, 38:5, 38:13, 38:24

**CASTER** [2] - 1:7, 2:8

**Caster's** [1] - 92:16

**Caucasian** [1] - 78:13

**CCRB** [24] - 32:3, 32:4, 32:8, 32:17, 34:18, 34:20, 35:4, 35:19, 37:12, 37:17, 39:9, 41:7, 55:25, 56:11, 75:10, 76:11, 79:20, 81:3, 81:9, 81:12, 81:15, 87:19, 88:14, 89:4

**cell** [11] - 15:7, 15:11, 15:17, 15:24, 16:5, 74:19, 93:23, 94:3, 94:6, 94:10, 94:12

**Centre** [2] - 38:13, 38:17

**century** [1] - 88:23

**certain** [1] - 41:3

**certification** [1] - 4:8

**certify** [3] - 96:9, 98:9, 98:15

**chance** [1] - 56:13

**change** [5] - 12:16, 12:17, 13:18, 64:6, 66:16

**changed** [2] - 13:23, 48:25

**changes** [2] - 16:18, 51:17

**changing** [1] - 62:21

**charge** [4] - 49:14, 83:19, 91:4

**charged** [9] - 49:18,

49:22, 85:2, 86:11, 89:12, 89:21, 90:2, 90:8, 90:13

**charges** [4] - 43:6, 59:15, 86:8, 87:10

**Church** [1] - 3:20

**circumference** [1] - 19:22

**circumstance** [1] - 46:22

**circumstances** [3] - 45:23, 49:19, 49:23

**City** [8] - 2:9, 2:11, 2:12, 2:14, 2:17, 60:9, 79:2, 89:21

**CITY** [3] - 1:8, 2:7, 3:19

**Civ** [1] - 1:6

**clarify** [1] - 93:18

**clear** [1] - 20:20

**clearing** [2] - 18:12, 18:16

**clench** [2] - 44:21, 44:24

**clenches** [1] - 46:14

**close** [1] - 18:2

**closer** [2] - 24:17, 25:10

**Club** [1] - 11:25

**club** [3] - 20:21, 41:16, 50:20

**Co** [2] - 3:9, 15:3

**co** [1] - 15:15

**Co-Counsel** [1] - 3:9

**co-worker** [1] - 15:15

**Co-workers** [1] - 15:3

**Cochran** [1] - 78:24

**COCHRAN** [1] - 3:14

**colleagues** [1] - 35:18

**College** [2] - 6:5, 6:13

**college** [4] - 6:8, 6:9, 6:12, 7:15

**command** [8] - 10:8, 11:2, 22:7, 23:3, 23:9, 23:10, 23:14, 23:17

**commands** [5] - 10:6, 19:12, 22:14, 22:17, 23:5

**commencing** [1] - 1:17

**commit** [2] - 43:9,

43:13

**communicate** [1] - 16:4

**Community** [1] - 6:13

**commute** [2] - 38:13, 38:16

**competent** [1] - 16:24

**Complaint** [1] - 97:13

**complaint** [18] - 59:12, 60:11, 65:6, 65:9, 65:13, 65:20, 66:24, 67:19, 70:5, 70:6, 71:2, 75:10, 75:11, 75:14, 80:9, 80:10, 83:19, 94:16

**complaints** [2] - 40:15, 60:4

**complete** [2] - 57:3, 96:12

**completely** [1] - 45:25

**completion** [1] - 6:10

**comply** [1] - 22:24

**computer** [1] - 32:7

**concern** [1] - 17:9

**conclusion** [1] - 55:20

**conditions** [2] - 11:19, 16:19

**conduct** [4] - 43:7, 50:25, 86:12, 86:21

**confer** [1] - 67:15

**confined** [1] - 8:5

**consider** [1] - 16:24

**consistent** [1] - 14:15

**contact** [6] - 46:10, 46:19, 48:5, 49:8, 52:2, 54:3

**contemplate** [1] - 62:21

**CONTINUED** [2] - 88:3, 93:6

**continued** [1] - 1:10

**conversation** [11] - 61:8, 61:12, 61:14, 61:17, 61:19, 73:15, 73:22, 73:24, 74:4, 74:7, 91:12

**conversations** [2] - 37:14, 76:3

**corner** [9] - 22:7, 25:9,

25:14, 25:16, 25:24, 26:5, 26:7, 27:4, 27:7

**CORPORATION** [1] - 3:19

**correct** [12] - 44:22, 46:10, 60:13, 65:7, 72:10, 73:10, 80:23, 89:7, 94:13, 95:4, 96:12, 96:14

**Counsel** [1] - 3:9

**COUNSEL** [1] - 3:19

**County** [1] - 5:22

**COUNTY** [2] - 96:6, 98:5

**Couple** [1] - 71:22

**couple** [2] - 25:17, 93:18

**COURT** [2] - 1:2, 2:2

**court** [19] - 37:13, 37:17, 37:18, 39:8, 59:16, 59:17, 65:13, 70:25, 84:25, 85:3, 85:7, 85:9, 85:16, 85:19, 86:2, 86:4, 86:19, 94:16

**Court** [2] - 59:12, 70:7

**Covers** [1] - 8:8

**Coyle** [1] - 11:8

**cries** [1] - 29:24

**crime** [15] - 9:22, 18:13, 18:16, 18:19, 19:5, 19:6, 19:15, 20:25, 26:11, 26:14, 43:9, 50:15, 50:21, 74:10, 74:13

**criminal** [8] - 40:15, 59:12, 65:13, 70:25, 80:9, 86:8, 87:10, 94:16

**Criminal** [2] - 59:12, 70:7

**crowd** [1] - 20:9

**crucial** [2] - 59:24, 60:2

**cuffs** [1] - 44:13

**curse** [1] - 88:6

## D

**DANIEL** [2] - 1:7, 2:11
**date** [6] - 65:22, 66:21, 67:2, 85:9, 85:16, 86:4
**dates** [1] - 86:5
**days** [9] - 37:19, 37:23, 37:24, 70:6, 71:20, 71:22, 72:12, 76:18, 88:15
**dealing** [2] - 18:11, 18:15
**December** [1] - 98:21
**dedicated** [1] - 17:3
**defendant** [4] - 28:21, 44:14, 62:24, 62:25
**Defendant** [1] - 1:12
**Defendants** [3] - 1:9, 2:19, 3:20
**definition** [1] - 47:22
**degree** [1] - 86:16
**department** [4] - 7:16, 69:2, 69:11, 76:23
**Department** [6] - 2:9, 2:11, 2:13, 2:14, 2:17, 89:21
**deponent** [1] - 60:16
**deposition** [7] - 4:8, 4:10, 4:14, 71:9, 75:8, 96:10, 97:14
**depth** [2] - 39:5, 39:7
**describe** [5] - 14:20, 29:5, 44:11, 44:19, 94:2
**described** [5] - 45:24, 49:6, 78:10, 78:13, 81:2
**describing** [1] - 20:6
**DESCRIPTION** [1] - 97:12
**description** [2] - 77:24, 77:25
**diagnosed** [1] - 88:9
**difference** [2] - 28:16, 28:22
**different** [6] - 10:2, 18:17, 43:23, 63:17, 63:18, 85:12

**differently** [3] - 65:3, 69:12, 69:15
**difficult** [8] - 40:5, 63:24, 64:8, 64:10, 64:12, 64:13, 64:22, 64:24
**direct** [1] - 78:6
**directions** [2] - 43:24, 82:12
**directly** [6] - 22:2, 27:20, 28:7, 50:4, 52:9, 52:10
**discipline** [1] - 76:12
**disciplined** [1] - 87:19
**discuss** [4] - 39:25, 60:18, 68:8, 92:11
**discussed** [5] - 36:22, 45:20, 68:2, 68:5, 73:17
**discussing** [2] - 34:3, 59:3
**Discussion** [1] - 74:17
**discussion** [1] - 39:15
**dismissed** [7] - 58:15, 58:18, 58:25, 59:4, 59:6, 76:22, 86:9
**disorderly** [3] - 43:7, 86:12, 86:21
**distracting** [2] - 51:2, 51:7
**DISTRICT** [4] - 1:2, 1:2, 2:2, 2:2
**district** [6] - 38:2, 38:3, 38:5, 38:8, 58:22, 62:15
**disturbances** [1] - 11:22
**divert** [3] - 63:5, 64:5, 82:6
**Diverted** [2] - 63:4, 82:4
**diverted** [4] - 63:14, 63:19, 64:7
**diverting** [2] - 44:16, 45:3
**document** [13] - 30:15, 65:24, 65:25, 66:2, 66:3, 66:12, 66:17, 66:19, 67:5, 72:4,

72:6, 94:22, 94:25
**documents** [3] - 17:6, 59:16, 79:18
**DOES** [1] - 2:15
**done** [1] - 19:16
**DONGVORT** [2] - 1:7, 2:11
**Dongvort** [11] - 7:22, 10:13, 12:7, 14:5, 14:9, 15:12, 21:15, 37:8, 37:20, 38:4, 38:12
**Dongvort's** [1] - 92:14
**down** [17] - 12:16, 13:15, 14:18, 20:24, 24:14, 25:22, 26:2, 29:6, 33:5, 33:7, 33:8, 33:10, 35:16, 38:8, 38:13, 44:23, 82:17
**downward** [1] - 45:6
**drugs** [2] - 93:10
**drunks** [1] - 11:25
**duly** [2] - 5:3, 98:12
**During** [1] - 14:2
**during** [2] - 20:15, 79:19
**duties** [4] - 8:14, 11:16, 13:23, 50:8
**DWI** [1] - 11:21

## E

**early** [1] - 8:17
**easier** [1] - 11:17
**east** [1] - 20:24
**Edgar** [5] - 17:19, 17:20, 20:14, 20:17, 21:13
**effect** [3] - 4:13, 44:16, 47:14
**effort** [1] - 17:10
**EILENDER** [5] - 3:7, 16:7, 94:7, 94:23, 95:2
**either** [3] - 52:4, 81:5, 81:7
**ELIZABETH** [1] - 3:7
**employees** [1] - 2:17
**encounter** [2] - 17:21,

75:17
**End** [1] - 39:14
**end** [1] - 9:25
**engaged** [1] - 26:25
**enter** [1] - 6:23
**entry** [1] - 80:6
**ESQ** [5] - 3:7, 3:12, 3:17, 3:19, 3:22
**established** [1] - 85:22
**estimate** [2] - 9:9, 20:12
**etc** [2] - 10:13, 14:6
**event** [2] - 56:5, 56:7
**eventually** [1] - 7:21
**exact** [3] - 20:4, 66:21, 84:10
**exactly** [11] - 14:13, 19:7, 20:11, 22:4, 29:8, 29:13, 30:2, 30:3, 33:17, 69:3, 77:11
**exacts** [1] - 14:11
**EXAMINATION** [7] - 1:12, 5:7, 78:22, 88:3, 93:6, 93:19, 97:6
**examination** [2] - 98:11, 98:13
**examined** [1] - 5:5
**example** [1] - 48:17
**except** [1] - 4:16
**excessive** [2] - 84:15, 93:13
**Excuse** [1] - 55:23
**excuse** [3] - 55:24, 57:25, 58:4
**Exhibit** [5] - 65:19, 65:21, 66:25, 67:8, 94:22
**experience** [1] - 47:7
**explain** [2] - 23:8, 50:5
**explained** [1] - 49:5, 90:21
**extended** [1] - 45:7
**extensively** [2] - 31:22, 32:2
**extent** [1] - 37:13
**eye** [3] - 25:24, 27:4, 27:8

## F

**face** [2] - 76:12, 76:16
**faced** [1] - 77:5
**fact** [2] - 70:16, 77:12
**facts** [1] - 52:11
**fair** [2] - 91:3, 91:7
**fall** [1] - 47:18
**falls** [1] - 49:11
**false** [4] - 77:9, 77:15, 94:22, 94:25
**family** [3] - 7:5, 16:9, 16:10
**far** [4] - 34:5, 76:2, 93:23, 94:6
**fast** [1] - 51:15
**Father** [1] - 7:7
**fell** [1] - 75:23
**fellow** [2] - 52:19, 68:3
**felt** [2] - 58:24, 84:21
**few** [4] - 14:4, 63:10, 78:20, 82:8
**fictitious** [1] - 2:15
**fighting** [1] - 25:24
**fights** [1] - 25:19
**filed** [8] - 59:12, 59:16, 60:11, 65:6, 65:10, 70:7, 77:15, 79:2
**files** [1] - 17:9
**filing** [1] - 4:7
**fill** [4] - 75:12, 83:16, 89:13, 90:16
**filled** [1] - 60:19
**filling** [1] - 89:17
**fingers** [2] - 45:7, 45:17
**finished** [1] - 76:8
**FIRM** [1] - 3:14
**Firm** [1] - 78:25
**first** [15] - 5:3, 7:2, 8:2, 12:10, 13:7, 23:2, 32:9, 35:12, 57:6, 65:23, 72:8, 85:23, 89:25, 90:3, 90:7
**five** [1] - 45:7
**Five** [1] - 55:17
**flat** [2] - 46:2, 46:7
**flexed** [1] - 46:2
**flies** [1] - 63:12

**Floor** [4] - 1:16, 3:5, 3:10, 3:15
**flow** [1] - 23:24
**focus** [2] - 25:13, 50:10
**focused** [1] - 26:22
**follow** [2] - 39:13, 39:23
**follow-up** [1] - 39:13
**followed** [2] - 30:19, 72:12
**following** [4] - 60:13, 76:4, 76:5, 88:15
**follows** [1] - 5:5
**Foot** [1] - 8:16
**foot** [2] - 28:16, 28:22
**force** [9] - 4:12, 42:17, 42:19, 46:14, 46:15, 55:12, 84:14, 84:17, 92:25
**forget** [1] - 87:5
**form** [2] - 4:16, 66:2
**formal** [1] - 34:8
**Formal** [1] - 34:10
**formulate** [1] - 23:16
**forth** [1] - 98:11
**four** [2] - 20:5, 84:9
**fresher** [2] - 56:8, 71:23
**friendly** [1] - 15:5
**friends** [1] - 15:4
**front** [2] - 76:11, 88:14
**FU** [1] - 29:18
**FURTHER** [1] - 4:15

## G

**general** [5] - 27:25, 47:2, 50:18, 52:5, 77:11
**GIACONA** [2] - 1:6, 2:10
**Giacona** [23] - 7:22, 10:13, 12:7, 14:6, 14:10, 14:21, 21:17, 28:12, 28:20, 36:23, 37:2, 37:19, 38:4, 38:12, 60:15, 60:19, 61:2, 61:9, 61:12,
61:20, 66:2, 75:24, 88:6
**Giacona's** [1] - 92:12
**given** [5] - 42:5, 48:14, 67:13, 96:14, 98:14
**glean** [1] - 45:8
**government** [1] - 50:7
**Governmental** [4] - 49:15, 51:17, 86:13, 86:21
**governmental** [1] - 51:8
**Grab** [1] - 80:20
**grab** [12] - 43:22, 44:19, 45:15, 46:11, 48:24, 49:4, 49:5, 80:18, 90:21, 93:22, 94:11
**grabbed** [10] - 40:14, 44:14, 53:17, 55:21, 55:24, 61:25, 72:10, 80:13, 88:23, 92:24
**grabbing** [5] - 44:18, 45:13, 80:16, 80:22, 80:23
**graduated** [2] - 6:3, 7:25
**Grand** [1] - 13:12
**grand** [2] - 9:23, 34:12
**great** [1] - 56:14
**greater** [1] - 84:18
**ground** [8] - 75:23, 82:17, 82:19, 82:23, 83:4, 83:8, 83:12, 91:13
**group** [1] - 12:10
**grow** [1] - 5:19
**guess** [1] - 28:7
**gun** [2] - 53:18, 53:19
**guys** [1] - 18:6

## H

**half** [1] - 79:14
**Hand** [3] - 44:20, 44:23, 45:17
**hand** [16] - 45:2, 45:16, 46:6, 46:9, 46:12, 46:14, 54:25,
57:8, 57:21, 62:24, 81:4, 81:13, 81:17, 84:11, 84:15, 98:20
**handcuff** [1] - 29:3
**handcuffs** [1] - 29:10
**handed** [1] - 72:10
**hands** [4] - 45:6, 45:25, 55:2, 55:10
**handshake** [1] - 84:19
**harassment** [9] - 47:19, 47:22, 47:24, 48:20, 49:13, 49:19, 49:22, 86:15, 86:20
**Hard** [1] - 45:2
**hard** [1] - 45:15
**harder** [1] - 92:23
**hardworking** [1] - 16:25
**harm** [1] - 54:9
**head** [1] - 75:2
**hear** [8] - 23:10, 23:14, 26:14, 26:17, 29:12, 39:10, 57:24, 70:23
**heard** [13] - 11:2, 22:17, 30:16, 48:17, 49:7, 49:17, 49:21, 70:21, 72:19, 73:5, 77:23, 88:5, 92:6
**hearing** [2] - 81:4, 81:12
**heavily** [1] - 30:21
**height** [1] - 28:22
**heights** [1] - 28:17
**held** [4] - 1:14, 59:21, 60:6, 74:17
**help** [3] - 27:22, 29:24, 73:18
**helping** [2] - 18:21, 21:11
**HEREBY** [1] - 4:5
**hereby** [2] - 96:8, 98:9
**herein** [1] - 4:7
**hereinbefore** [1] - 98:11
**hereunto** [1] - 98:20
**high** [4] - 6:3, 6:7, 7:14, 16:20
**hit** [1] - 82:22
**holding** [6] - 18:22,

31:17, 36:9, 36:11,
36:14, 41:19
**homeless** [1] - 92:18
**homes** [1] - 16:12
**honest** [1] - 17:3
**hour** [1] - 79:14
**hours** [4] - 79:5, 93:9,
93:11, 93:14
**Housing** [2] - 18:9,
19:2
**hum** [1] - 75:9
**human** [6] - 43:22,
45:20, 50:23, 50:25,
52:2, 91:4
**hurt** [5] - 53:2, 53:10,
54:4, 54:19, 54:21

**I**

**idea** [2] - 57:14, 90:12
**ideas** [1] - 31:16
**identification** [2] -
65:22, 67:2
**Impact** [10] - 8:3, 8:6,
8:11, 8:22, 8:24, 9:5,
9:8, 10:5, 10:11,
48:12
**Important** [2] - 70:12,
87:15
**important** [7] - 56:21,
56:24, 70:9, 86:18,
86:25, 87:11, 87:16
**impossible** [1] - 63:2
**IN** [1] - 98:20
**inaccuracy** [2] - 94:16,
94:21
**INC** [1] - 1:23
**incident** [12] - 16:17,
17:13, 18:10, 30:5,
59:11, 60:18, 61:3,
71:21, 71:23, 72:13,
75:3, 88:16
**Incidentally** [1] - 57:24
**incidents** [2] - 12:4,
79:6
**includes** [1] - 33:2
**independent** [4] -
40:18, 45:10, 58:3,
91:22

**indicate** [1] - 17:9
**indicated** [2] - 61:25,
72:14
**indicative** [1] - 47:6
**individual** [4] - 2:16,
46:22, 78:10, 78:13
**Individual** [1] - 2:18
**individually** [4] - 2:8,
2:10, 2:12, 2:13
**informal** [1] - 34:10
**initial** [1] - 20:15
**injured** [1] - 75:16
**inside** [1] - 70:7
**instrument** [4] - 60:16,
61:21, 61:24, 77:15
**instruments** [2] - 60:3,
77:9
**intended** [1] - 2:15
**intention** [1] - 54:9
**intentions** [5] - 53:3,
53:6, 53:7, 54:6,
54:13
**interacting** [7] - 24:3,
24:24, 25:12, 27:10,
27:11, 28:21, 92:19
**interaction** [1] - 10:13
**interested** [1] - 98:17
**interests** [1] - 71:17
**interfere** [1] - 83:13
**interfered** [1] - 81:24
**interfering** [3] - 74:9,
74:13, 84:22
**internal** [2] - 72:13,
77:3
**interview** [1] - 38:8
**interviewed** [2] - 38:3,
55:25
**investigation** [1] - 77:4
**Investigator** [1] - 88:21
**involved** [11] - 7:20,
12:11, 27:21, 28:20,
33:22, 37:10, 67:19,
69:20, 69:25, 70:3,
74:6
**involvement** [1] -
52:15
**IS** [2] - 4:5, 4:15
**issue** [4] - 7:9, 42:22,
72:9, 88:10

**issues** [8] - 7:14, 7:15,
7:16, 9:4, 9:18, 11:25,
16:19, 88:12
**IT** [2] - 4:5, 4:15
**itself** [1] - 54:3

**J**

**jail** [1] - 60:8
**JANE** [1] - 2:15
**January** [1] - 10:23
**JAROS** [2] - 1:15, 3:4
**JAROSLAWICZ** [2] -
1:15, 3:4
**JMF** [2] - 1:6, 2:6
**JOHN** [2] - 1:6, 2:15
**JORDAN** [1] - 1:6
**judge** [1] - 59:20
**jurisdiction** [1] - 8:6
**jury** [2] - 13:12, 34:12
**justified** [3] - 42:12,
42:19, 73:19

**K**

**KAREN** [3] - 1:18,
98:7, 98:24
**keep** [1] - 24:6
**kind** [2] - 17:16, 20:8
**knowing** [1] - 71:16

**L**

**land** [1] - 82:19
**landed** [1] - 63:20
**landing** [1] - 63:23
**Larceny** [3] - 12:21,
12:23, 13:9
**larceny** [1] - 9:24
**last** [5] - 77:18, 79:5,
93:9, 93:11, 93:14
**law** [11] - 1:14, 43:14,
47:17, 48:3, 48:21,
49:7, 52:2, 52:9,
52:10, 52:11, 90:25
**Law** [3] - 47:23, 48:10,
48:13
**lawsuit** [1] - 79:2
**lawyer** [8] - 35:2, 35:5,
56:10, 56:14, 57:10,

68:8, 79:9, 79:19
**lawyers** [1] - 69:25
**learn** [1] - 62:4
**leave** [4] - 22:9, 22:11,
22:12, 22:13
**led** [1] - 7:15
**left** [4] - 40:16, 61:25,
72:3, 94:17
**length** [1] - 56:14
**lesser** [1] - 84:19
**letting** [2] - 20:22, 21:3
**level** [2] - 42:16, 90:24
**Lexington** [1] - 1:23
**liberty** [2] - 59:21,
71:17
**lie** [3] - 73:2, 73:10,
73:13
**Life** [1] - 47:2
**life** [3] - 9:22, 11:19,
66:4
**line** [1] - 71:18
**list** [5] - 7:20, 7:21,
10:9, 10:16, 10:25
**listed** [1] - 40:16
**listen** [1] - 30:12
**listened** [1] - 30:14
**literally** [1] - 60:7
**logbook** [1] - 80:5
**look** [1] - 63:12
**looking** [3] - 9:19,
11:15, 25:22
**loud** [10] - 19:18,
19:21, 29:25, 50:19,
50:22, 50:23, 50:25,
51:4, 51:9, 78:7
**Loud** [1] - 78:5
**louder** [1] - 19:20

**M**

**maintain** [1] - 18:12
**mandated** [1] - 52:23
**Manhattan** [4] - 5:21,
11:3, 11:20, 12:2
**manner** [1] - 19:17
**Mark** [2] - 65:18, 66:22
**marked** [2] - 65:20,
66:24
**marriage** [1] - 98:17

matter [1] - 98:18
MATTHEW [1] - 3:22
mean [21] - 15:5,
23:22, 24:20, 27:6,
28:8, 33:4, 33:25,
35:11, 38:7, 38:8,
40:20, 42:3, 44:19,
45:14, 46:19, 53:17,
55:14, 64:10, 69:8,
72:5, 75:8
mean.. [1] - 34:9
Meaning [2] - 24:21,
69:19
meaning [1] - 62:25
means [1] - 78:4
meant [1] - 80:23
media [14] - 30:16,
30:19, 35:10, 35:12,
67:19, 67:25, 68:16,
68:24, 68:25, 69:4,
69:11, 69:17, 70:24,
90:12
medication [1] - 79:4
medications [1] - 93:9
meet [3] - 12:7, 14:8,
79:12
meeting [1] - 79:19
meetings [1] - 34:8
member [4] - 2:9, 2:10,
2:12, 2:14
members [2] - 2:16,
73:16
memo [3] - 75:15,
80:6, 83:18
memorandum [1] -
72:14
memory [4] - 33:12,
88:8, 88:10, 88:12
menace [1] - 90:18
menaced [1] - 88:24
menacing [5] - 89:12,
89:22, 90:8, 90:13,
90:24
Merrick [1] - 6:2
met [2] - 56:10, 79:9
Mexico [3] - 62:14,
85:11, 85:14
Michael [1] - 5:10
MICHAEL [7] - 1:7,

1:13, 2:13, 96:8,
96:16, 97:5, 98:10
middle [2] - 22:24,
45:15
Midnight [2] - 11:13,
17:14
midnight [2] - 11:14,
15:6
midnights [4] - 12:17,
13:17, 13:21, 13:22
Midtown [5] - 8:3, 8:4,
8:8, 8:10
might [2] - 31:16,
43:17
Might [1] - 47:18
mind [3] - 54:17, 56:8,
71:24
Mine [1] - 74:20
minute [1] - 34:14
minutes [2] - 20:13,
25:17
misdemeanors [3] -
59:15, 60:7, 60:8
mistake [1] - 40:17
mistakes [1] - 40:11
Mobile [1] - 74:21
MODAFFERI [76] -
3:22, 5:24, 7:11, 9:10,
9:15, 9:20, 11:23,
14:24, 15:2, 15:10,
15:20, 16:3, 17:22,
21:24, 31:24, 33:14,
33:23, 34:6, 35:20,
37:21, 40:6, 41:25,
42:7, 42:14, 42:25,
43:25, 45:4, 46:3,
47:8, 48:22, 49:3,
49:9, 51:19, 53:15,
54:11, 57:12, 57:16,
58:5, 58:19, 62:13,
63:15, 63:22, 64:2,
64:15, 64:25, 65:12,
67:3, 68:14, 68:20,
69:5, 69:13, 73:20,
74:3, 74:22, 75:7,
76:10, 76:13, 76:24,
77:6, 77:17, 78:15,
80:24, 81:6, 85:21,
86:23, 87:6, 87:13,

87:18, 87:22, 88:25,
91:6, 92:3, 93:17,
93:20, 95:6, 97:8
moment [5] - 40:11,
42:11, 42:24, 45:21,
50:13
month [4] - 12:24,
13:2, 16:16, 56:4
months [1] - 90:11
morning [5] - 5:14,
17:16, 50:20, 60:23,
60:24
most [3] - 33:21,
34:15, 34:17
motion [1] - 45:6
mouthy [6] - 77:19,
77:24, 78:3, 78:7,
78:10, 78:14
move [4] - 10:2, 10:21,
12:22, 24:14
moved [4] - 10:4,
18:19, 25:12, 51:15
moving [8] - 20:7,
22:25, 23:22, 23:23,
24:6, 25:7, 25:18
MR [87] - 5:8, 5:24,
7:11, 9:10, 9:15, 9:20,
11:23, 14:24, 14:25,
15:2, 15:10, 15:20,
15:21, 16:3, 17:22,
21:24, 31:24, 33:14,
33:23, 34:6, 35:20,
37:21, 40:6, 41:25,
42:7, 42:14, 42:25,
43:25, 45:4, 46:3,
47:8, 48:22, 49:3,
49:9, 51:19, 53:15,
54:11, 57:12, 57:16,
58:5, 58:19, 62:13,
63:15, 63:22, 64:2,
64:15, 64:25, 65:12,
65:18, 66:22, 67:3,
68:14, 68:20, 69:5,
69:13, 73:20, 74:3,
74:16, 74:22, 75:7,
75:9, 76:10, 76:13,
76:24, 77:6, 77:17,
78:15, 78:18, 80:24,
81:6, 85:21, 86:23,

87:6, 87:13, 87:18,
87:22, 88:4, 88:25,
91:6, 92:3, 93:3,
93:17, 93:20, 95:6,
95:10, 97:7, 97:8
MS [12] - 16:7, 78:20,
78:23, 87:25, 93:4,
93:7, 93:16, 94:7,
94:8, 94:23, 95:2,
97:7
multiple [1] - 55:19

                N

name [3] - 5:9, 7:21,
7:22
names [1] - 2:15
Names [1] - 31:13
Nassau [2] - 5:22, 6:13
need [3] - 10:10, 22:8,
22:10
needed [5] - 19:20,
19:21, 20:23, 51:3,
56:17
never [8] - 33:18,
36:25, 37:4, 37:25,
39:10, 72:19, 73:5,
92:6
Never [2] - 13:23, 39:4
NEW [7] - 1:2, 1:8, 2:2,
2:7, 3:19, 96:4, 98:4
New [29] - 1:16, 1:19,
1:24, 2:9, 2:11, 2:12,
2:14, 2:17, 3:6, 3:11,
3:16, 3:21, 5:4, 5:12,
5:18, 5:20, 5:21,
47:22, 89:21, 90:24,
96:25, 98:9
newspaper [6] - 30:24,
39:12, 39:16, 39:19,
39:24, 52:24
next [10] - 1:10, 10:8,
10:18, 20:14, 20:19,
20:21, 22:22, 24:13,
26:24, 29:2
night [15] - 7:23,
14:16, 17:12, 28:5,
28:6, 28:10, 28:11,
28:13, 41:6, 60:21,

60:22, 73:9, 89:11,
89:16, 92:19
**nightclub** [3] - 12:2,
12:3, 18:7
**nights** [1] - 14:16
**nobody** [1] - 19:8
**None** [1] - 55:8
**north** [1] - 26:9
**North** [2] - 8:9, 8:10
**Notary** [4] - 1:18, 5:3,
96:25, 98:8
**Note** [29] - 9:10, 31:24,
35:20, 40:6, 42:14,
42:25, 46:3, 47:8,
49:9, 51:19, 53:15,
58:19, 63:15, 68:14,
68:20, 73:20, 74:3,
74:22, 76:10, 76:13,
76:24, 78:15, 80:24,
81:6, 85:21, 86:23,
87:13, 87:18, 91:6
**note** [1] - 77:17
**noted** [2] - 40:10,
95:11
**noteworthy** [1] - 68:12
**nothing** [3] - 20:7,
87:25, 89:16
**Nothing** [1] - 93:16
**notice** [2] - 27:4, 28:19
**noticed** [2] - 27:3,
69:10
**notified** [2] - 37:18,
38:11
**November** [4] - 1:16,
12:25, 13:8, 96:11
**number** [4] - 15:7,
15:11, 15:24, 74:24
**numbers** [1] - 84:10
**NYPD** [1] - 80:10

**O**

**O'** [1] - 5:2
**O'SULLIVAN** [7] - 1:8,
1:13, 96:8, 96:16,
97:5, 97:12, 98:10
**O'Sullivan** [7] - 5:10,
65:19, 65:21, 66:23,
66:25, 67:5, 94:22

**oath** [6] - 4:12, 5:5,
71:12, 72:9, 91:24,
96:10
**object** [2] - 58:17,
64:15
**objection** [36] - 9:10,
9:15, 15:20, 16:3,
31:24, 35:20, 40:6,
42:14, 42:25, 46:3,
47:8, 49:9, 51:19,
53:15, 58:19, 63:15,
63:22, 68:14, 68:20,
69:13, 73:20, 74:3,
74:22, 76:10, 76:13,
76:24, 77:6, 77:18,
78:15, 80:24, 81:6,
85:21, 86:23, 87:13,
87:18, 91:6
**Objection** [28] - 7:11,
9:20, 11:23, 15:10,
17:22, 21:24, 33:14,
33:23, 34:6, 37:21,
41:25, 42:7, 43:25,
48:22, 49:3, 54:11,
58:5, 64:2, 64:25,
69:5, 87:6, 87:22,
88:25, 92:3, 94:7,
94:8, 94:23, 95:2
**objections** [1] - 4:16
**objects** [1] - 57:10
**Obstructing** [4] -
49:14, 51:17, 86:12,
86:21
**obstructing** [1] - 51:8
**obviously** [1] - 17:8
**occur** [8] - 22:19,
43:16, 43:21, 44:4,
44:5, 44:7, 65:15,
94:11
**occurred** [3] - 19:23,
36:23, 51:24
**occurrence** [1] - 39:2
**occurs** [1] - 91:13
**October** [2] - 13:7,
13:8
**OF** [8] - 1:2, 1:8, 2:2,
2:7, 96:4, 96:6, 98:4,
98:5
**office** [7] - 36:16, 38:2,

38:3, 38:5, 38:9,
58:22, 62:15
**officer** [11] - 4:11,
4:14, 6:22, 16:25,
17:3, 24:11, 47:13,
47:20, 49:12, 53:21,
72:23
**OFFICER** [5] - 1:13,
2:8, 2:9, 2:11, 2:13
**Officer** [31] - 17:19,
28:9, 28:12, 28:19,
28:20, 36:23, 36:25,
37:8, 37:19, 37:20,
38:4, 38:12, 38:24,
41:20, 42:5, 42:23,
60:15, 60:19, 61:2,
61:9, 61:12, 61:20,
66:2, 66:10, 75:24,
88:5, 92:11, 93:21
**officers** [36] - 2:16,
7:5, 7:19, 12:11,
21:10, 21:21, 24:5,
24:23, 26:25, 27:4,
27:9, 27:12, 27:14,
27:18, 27:19, 27:21,
27:23, 27:24, 28:4,
28:6, 31:12, 36:6,
36:7, 36:19, 43:18,
48:15, 51:7, 52:19,
60:2, 68:3, 77:8, 79:3,
83:24, 91:17, 91:24
**offices** [1] - 1:14
**official** [3] - 2:18,
59:16, 61:22
**OGA** [2] - 49:14, 50:6
**old** [1] - 5:15
**Once** [1] - 71:5
**once** [6] - 33:8, 35:7,
37:5, 39:4, 46:12,
84:25
**One** [1] - 8:25
**one** [33] - 10:3, 14:9,
20:16, 23:12, 23:18,
23:19, 23:21, 24:11,
32:24, 33:5, 33:9,
33:10, 33:13, 34:13,
52:12, 54:25, 55:9,
55:16, 59:5, 63:13,
66:8, 66:9, 66:11,

66:14, 66:15, 66:20,
79:14, 79:23, 84:3,
86:3, 91:25, 93:4
**one-year** [1] - 10:3
**online** [1] - 31:5
**Online** [1] - 31:6
**open** [1] - 45:16
**opportunity** [3] - 65:7,
65:10, 95:9
**Order** [1] - 1:14
**ordinary** [1] - 88:22
**originally** [3] - 70:6,
88:15, 90:13
**outcome** [1] - 98:18
**outlets** [1] - 30:25
**outside** [1] - 50:20
**overly** [1] - 46:7
**own** [2] - 8:10, 32:7

**P**

**P.C** [1] - 3:9
**P.O** [10] - 1:6, 1:7, 1:7,
5:2, 96:8, 96:16, 97:5,
98:10
**PAGE** [2] - 97:4, 97:12
**page** [2] - 1:10, 94:17
**pain** [1] - 75:19
**papers** [1] - 67:24
**paperwork** [8] - 17:6,
37:11, 40:10, 40:12,
60:20, 75:5, 75:12,
83:16
**park** [1] - 38:22
**part** [4] - 73:25, 82:22,
95:3, 95:4
**participating** [1] -
83:23
**particular** [2] - 19:25,
26:21
**particulars** [1] - 61:14
**parties** [2] - 4:7, 98:16
**partner** [2] - 14:3, 22:3
**partners** [2] - 14:6,
14:23
**past** [1] - 23:22
**Patrol** [2] - 11:6, 11:18
**patrol** [1] - 11:20
**PAUL** [2] - 1:6, 2:10

paying [1] - 26:23
penal [7] - 47:16, 48:21, 49:7, 52:2, 52:9, 52:10, 90:25
Penal [3] - 47:22, 48:10, 48:13
penalties [2] - 76:18, 76:19
penalty [2] - 71:14, 77:4
people [17] - 18:11, 19:14, 20:7, 20:23, 21:3, 22:6, 23:7, 23:13, 23:22, 25:7, 25:18, 43:22, 50:14, 51:6, 59:14, 60:6, 69:22
performing [1] - 50:8
period [2] - 6:10, 16:17
perjury [2] - 71:14, 77:10
PERO [2] - 2:3, 3:15
Pero [1] - 78:25
person [2] - 47:23, 92:18
personal [1] - 38:19
Personal [2] - 38:21, 42:9
personally [3] - 9:8, 43:10, 49:20
personnel [1] - 17:9
phase [1] - 20:16
phone [10] - 15:7, 15:17, 15:24, 74:19, 86:3, 93:23, 94:3, 94:6, 94:10, 94:12
phones [1] - 16:5
physical [1] - 54:9
physically [7] - 18:25, 19:7, 26:25, 27:10, 27:11, 28:21, 51:14
pick [1] - 18:9
picking [1] - 10:7
Placed [1] - 57:7
placed [6] - 12:11, 68:18, 72:9, 72:10, 74:9, 74:12
placing [2] - 57:21, 62:24

Plaintiff [5] - 1:4, 2:4, 3:4, 3:9, 3:14
Plaza [1] - 5:12
PLLC [2] - 1:15, 3:4
point [8] - 12:14, 13:16, 14:5, 14:8, 23:21, 31:9, 65:9, 68:17
Police [12] - 2:9, 2:11, 2:13, 2:14, 2:17, 5:12, 6:22, 7:5, 17:19, 27:12, 31:12, 89:21
police [26] - 6:24, 7:10, 7:16, 7:23, 7:25, 17:6, 27:14, 27:21, 29:17, 38:19, 41:23, 42:4, 42:23, 45:9, 47:13, 47:20, 48:9, 48:15, 49:12, 53:21, 60:19, 69:2, 69:11, 72:14, 72:23, 76:23
POLICE [5] - 1:13, 2:7, 2:9, 2:11, 2:13
position [3] - 11:5, 12:15, 46:7
possible [3] - 35:23, 53:12, 54:8
post [2] - 8:16, 10:19
powers [1] - 76:17
practice [2] - 41:23, 42:4
precinct [2] - 10:2, 16:19
Precinct [9] - 8:5, 10:15, 10:22, 10:24, 11:5, 61:4, 61:8, 67:9, 75:25
preparation [3] - 31:23, 36:20, 92:9
prepared [1] - 56:19
preparing [1] - 75:6
presence [1] - 69:12
present [1] - 20:15
pressure [1] - 46:8
pretend [1] - 73:19
print [1] - 31:5
problem [2] - 7:13, 25:7
problems [3] - 24:15,

25:18, 88:8
proceed [1] - 24:25
proceeded [1] - 20:20
proceeding [1] - 56:11
product [1] - 17:10
proper [3] - 42:4, 42:22, 49:14
prosecuted [1] - 77:10
prosecution [1] - 61:22
protocol [1] - 42:23
Public [4] - 1:19, 5:3, 96:25, 98:8
pull [2] - 41:21, 41:24
pulling [1] - 43:18
pulls [1] - 42:5
punch [4] - 72:15, 72:21, 73:9, 73:18
pursuant [2] - 1:14, 95:7
push [5] - 20:9, 54:24, 93:2, 94:2, 94:11
pushed [12] - 54:23, 55:2, 55:11, 63:7, 75:22, 82:15, 82:17, 82:18, 82:20, 83:2, 83:13, 92:24
Pushed [1] - 55:15
pushing [1] - 22:6
put [9] - 29:10, 44:13, 45:5, 45:14, 46:8, 48:20, 81:4, 81:13, 81:17

---

## Q

qualified [1] - 86:20
quality [2] - 9:22, 11:18
Queens [4] - 12:21, 12:23, 13:5, 13:8
questions [8] - 21:6, 55:19, 57:10, 69:23, 74:24, 78:21, 82:10, 93:3

---

## R

radio [1] - 11:18

raised [1] - 21:6
range [1] - 11:17
Rather [1] - 39:6
read [10] - 30:22, 39:11, 39:18, 39:23, 40:15, 52:24, 71:6, 89:24, 90:3, 96:9
Read [1] - 39:16
realized [1] - 68:17
really [1] - 60:23
reason [1] - 62:18
reasonable [4] - 53:10, 53:14, 54:16, 54:18
Reasonable [1] - 55:13
reasonably [1] - 54:7
recalling [1] - 40:5
receive [3] - 10:18, 67:12, 76:15
received [5] - 48:9, 48:13, 51:25, 52:7, 70:5
receiving [1] - 52:23
recognize [3] - 36:5, 36:7, 36:9
recollection [5] - 31:16, 40:19, 45:11, 56:7, 58:4
record [11] - 5:9, 5:11, 45:5, 45:25, 67:3, 74:16, 74:18, 95:7, 96:12, 96:13, 98:13
referring [3] - 23:3, 67:5, 86:6
Referring [1] - 65:12
reflect [2] - 45:5, 67:4
refusing [3] - 22:24, 23:11, 29:10
regard [4] - 19:3, 33:25, 34:2, 83:17
regarding [2] - 31:21, 94:17
regards [2] - 52:3, 52:5
REINIG [1] - 1:23
related [8] - 16:6, 16:8, 30:20, 30:22, 75:13, 85:2, 86:2, 98:15
relating [1] - 41:10
relations [1] - 15:14
relationship [2] -

14:21, 15:15
**relax** [1] - 29:14
**released** [1] - 31:21
**remaining** [1] - 23:4
**remember** [9] - 29:7,
35:24, 35:25, 40:21,
41:5, 58:14, 61:13,
61:16, 91:17
**replays** [1] - 33:2
**report** [12] - 30:16,
75:11, 80:10, 89:10,
89:14, 89:17, 89:22,
89:24, 90:4, 90:16,
90:17
**reported** [3] - 35:9,
35:11, 72:23
**Reporter** [2] - 1:18,
98:8
**REPORTING** [1] - 1:23
**represent** [2] - 2:16,
78:25
**request** [1] - 95:8
**reserved** [1] - 4:16
**respective** [1] - 4:6
**responding** [1] - 12:3
**response** [2] - 39:20,
59:8
**responsibilities** [3] -
8:15, 11:16, 13:24
**responsible** [1] - 35:19
**result** [1] - 75:16
**review** [13] - 65:7,
65:10, 65:25, 66:6,
66:19, 70:14, 71:4,
75:5, 79:23, 80:5,
80:8, 92:8, 95:9
**reviewed** [11] - 31:22,
36:2, 65:24, 66:5,
66:17, 67:7, 67:18,
70:25, 79:19, 79:20,
80:2
**Reviewed** [1] - 34:24
**reviewing** [1] - 40:13
**RICHARD** [2] - 1:7, 2:8
**rise** [1] - 90:23
**role** [2] - 10:7, 13:23
**roll** [1] - 67:13
**ROSSI** [1] - 1:7
**Rossi** [3] - 41:20, 42:5,

42:23
**rotating** [1] - 11:10
**rotation** [1] - 10:3
**Rule** [1] - 95:8
**runs** [1] - 11:18

**S**

**sat** [3] - 33:7, 33:8,
33:10
**saw** [9] - 24:9, 25:23,
26:7, 33:13, 39:23,
43:15, 55:8, 67:24,
89:23
**Scale** [1] - 55:16
**scene** [13] - 18:13,
18:16, 18:19, 19:5,
19:7, 19:15, 21:2,
26:11, 26:14, 50:15,
50:21, 74:10, 74:14
**school** [4] - 6:3, 6:7,
7:15, 88:12
**scrutiny** [3] - 68:18,
70:3, 70:17
**sealing** [1] - 4:7
**second** [3] - 63:13,
85:18, 86:16
**seconds** [2] - 63:8,
82:8
**section** [1] - 33:6
**secure** [1] - 19:4
**securing** [1] - 19:6
**see** [21] - 24:2, 24:21,
24:22, 25:21, 26:4,
26:6, 26:20, 27:9,
27:10, 28:9, 28:12,
34:18, 41:7, 41:10,
41:13, 41:16, 43:8,
43:10, 55:4, 82:24,
92:18
**seeing** [1] - 61:5
**seem** [1] - 23:23
**Sefolosha** [32] - 17:21,
20:10, 22:23, 23:3,
24:18, 24:21, 25:2,
25:10, 25:20, 26:4,
26:20, 29:4, 29:21,
31:23, 36:10, 42:13,
43:5, 43:9, 44:9, 63:3,

63:25, 64:9, 64:14,
74:8, 77:19, 81:25,
83:14, 83:21, 83:23,
84:23, 88:18, 92:20
**SEFOLOSHA** [3] - 1:3,
3:5, 3:10
**Sefolosha's** [2] -
43:17, 83:17
**sent** [1] - 66:15
**sentence** [1] - 76:8
**separate** [1] - 37:23
**Sergeant** [2] - 9:3,
11:8
**serious** [1] - 59:19
**seriously** [1] - 68:11
**servants** [1] - 2:16
**service** [1] - 73:16
**set** [3] - 11:9, 98:11,
98:20
**Set** [1] - 11:11
**several** [2] - 48:25,
70:6
**Several** [1] - 30:8
**shake** [1] - 84:14
**shaken** [1] - 84:11
**shield** [1] - 19:9
**shift** [2] - 11:9, 12:18
**shifts** [3] - 11:10,
11:12, 13:19
**shorter** [1] - 24:11
**Shorthand** [2] - 1:18,
98:7
**shoulder** [41] - 40:14,
40:16, 40:24, 41:2,
44:15, 44:20, 44:21,
44:23, 44:25, 45:2,
45:16, 45:17, 45:18,
46:9, 46:10, 46:11,
46:13, 46:16, 46:24,
47:23, 48:18, 48:19,
53:18, 54:8, 57:8,
57:22, 62:2, 62:25,
63:20, 63:24, 72:3,
80:12, 80:13, 81:5,
81:13, 81:18, 81:23,
82:15, 84:18, 88:17,
94:18
**side** [4] - 53:18, 53:19,
53:20

**sidewalk** [4] - 19:24,
19:25, 20:8, 23:6
**sign** [5] - 17:6, 60:3,
71:8, 77:8, 90:17
**signed** [9] - 4:10, 4:13,
60:20, 65:16, 66:9,
66:11, 66:20, 77:15
**Signed** [1] - 96:20
**significant** [1] - 33:21
**signing** [2] - 66:10,
67:16
**similar** [1] - 84:20
**Similar** [1] - 84:21
**simply** [1] - 46:16
**single** [1] - 39:13
**sit** [3] - 33:5, 91:14,
91:25
**sits** [1] - 91:18
**sitting** [1] - 33:3
**situation** [1] - 42:5
**situations** [1] - 48:14
**someone** [1] - 48:19
**sometime** [1] - 8:17
**somewhere** [1] - 45:14
**sorry** [2] - 60:24, 66:18
**sort** [9] - 13:5, 19:12,
19:22, 20:14, 23:8,
45:6, 61:21, 76:12,
76:19
**Sort** [1] - 13:6
**sorts** [1] - 43:23
**south** [1] - 25:23
**South** [7] - 8:3, 8:4,
8:8, 11:3, 12:21,
12:23, 13:8
**SOUTHERN** [2] - 1:2,
2:2
**specific** [1] - 6:16
**specifically** [4] -
18:15, 18:20, 52:4,
52:15
**Specifically** [1] - 52:3
**speed** [2] - 23:24,
23:25
**spent** [2] - 34:3, 60:7
**Spiro** [1] - 94:15
**SPIRO** [13] - 3:12, 5:8,
14:25, 15:21, 65:18,
66:22, 74:16, 75:9,

78:18, 88:4, 93:3, 95:10, 97:7
**spoken** [3] - 37:5, 37:8, 38:25
**Squad** [1] - 8:11
**Square** [2] - 8:12, 8:16
**ss** [2] - 96:5, 98:4
**stabbed** [1] - 18:11
**stabbing** [7] - 18:9, 18:16, 18:19, 18:22, 19:3, 19:23, 20:22
**stacking** [1] - 25:7
**standard** [1] - 21:7
**Standard** [1] - 21:9
**standing** [7] - 22:23, 23:13, 23:18, 23:25, 24:3, 24:22, 64:21
**start** [1] - 41:15
**started** [6] - 18:18, 19:19, 25:24, 94:9, 94:10, 94:12
**Starting** [2] - 18:5, 18:6
**STATE** [2] - 96:4, 98:4
**State** [6] - 1:19, 5:4, 5:9, 5:11, 96:25, 98:9
**States** [1] - 70:20
**STATES** [2] - 1:2, 2:2
**stay** [1] - 18:2
**stayed** [1] - 83:4
**steady** [3] - 13:21, 14:3, 14:6
**Steady** [1] - 13:22
**Stevens** [1] - 9:3
**sticking** [1] - 77:25
**still** [4] - 23:4, 23:25, 24:3, 75:24
**STIPULATED** [2] - 4:5, 4:15
**STIPULATIONS** [1] - 4:3
**Stood** [1] - 25:16
**stops** [1] - 63:12
**straight** [4] - 29:9, 31:8, 43:19, 45:22
**strange** [1] - 46:7
**Street** [6] - 3:20, 18:12, 20:21, 20:25, 38:14, 38:17

**street** [4] - 22:24, 23:4, 23:21, 29:4
**strong** [1] - 69:11
**study** [1] - 6:16
**stuff** [2] - 11:20, 12:2
**subject** [2] - 57:10, 81:9
**subscribe** [1] - 31:3
**subscribed** [1] - 96:20
**subsequently** [1] - 59:11
**suffering** [1] - 75:19
**suggest** [1] - 76:18
**Suite** [1] - 1:24
**SULLIVAN** [1] - 2:13
**supervisor** [2] - 9:2, 11:7
**supervisors** [3] - 68:6, 69:19, 76:4
**supine** [1] - 45:25
**Supporting** [1] - 97:14
**supporting** [1] - 71:8
**supposed** [1] - 50:11
**surprised** [1] - 87:21
**swear** [1] - 72:2
**swearing** [2] - 60:3, 66:11
**swore** [1] - 61:21
**sworn** [6] - 4:11, 4:13, 5:3, 72:7, 77:9, 98:12
**synonyms** [1] - 78:6
**system** [1] - 59:17

---

## T

**T-Mobile** [1] - 74:21
**tactic** [1] - 42:23
**taller** [4] - 27:15, 27:18, 27:24, 28:5
**tap** [1] - 48:23
**tapping** [1] - 48:18
**task** [1] - 64:19
**ten** [3] - 21:12, 33:6, 55:16
**Tenth** [13] - 20:24, 22:8, 22:10, 24:14, 24:15, 24:17, 25:2, 25:5, 25:21, 25:22, 26:6, 26:9

**terms** [2] - 16:19, 18:14
**territory** [1] - 8:6
**testified** [10] - 5:5, 13:10, 33:18, 40:13, 79:18, 80:15, 81:3, 81:12, 82:14, 91:23
**testify** [6] - 56:19, 62:7, 62:19, 79:6, 86:19, 87:16
**testifying** [1] - 81:16
**testimony** [10] - 23:20, 36:20, 55:21, 57:7, 57:9, 92:9, 92:12, 96:10, 96:13, 98:14
**THABO** [3] - 1:3, 3:5, 3:10
**THE** [6] - 1:8, 2:7, 3:14, 16:8, 57:18, 65:4
**Thereupon** [2] - 65:20, 66:24
**they've** [1] - 52:21
**Third** [1] - 3:10
**thr** [1] - 55:6
**three** [3] - 18:11, 63:9, 84:7
**today** [7] - 12:15, 55:18, 71:24, 72:19, 74:25, 75:7, 92:9
**together** [4] - 14:23, 17:24, 17:25, 20:18
**tone** [2] - 19:16, 21:7
**took** [1] - 50:8
**touch** [8] - 47:19, 49:12, 51:13, 83:7, 84:18, 88:22, 88:23, 93:22
**touched** [8] - 40:25, 50:8, 54:8, 72:2, 80:11, 82:14, 88:17, 89:8
**touches** [2] - 46:23, 92:22
**touching** [14] - 31:8, 31:23, 40:21, 45:11, 45:17, 46:13, 46:16, 47:19, 47:23, 48:19, 53:20, 80:16, 80:22, 81:23

**tour** [2] - 17:13, 17:14
**tours** [1] - 14:17
**toward** [4] - 22:6, 23:6, 24:14, 25:2
**town** [4] - 5:23, 5:25, 85:15, 86:5
**TRACY** [1] - 3:17
**Tracy** [1] - 78:24
**training** [10] - 48:9, 48:13, 51:25, 52:5, 52:8, 52:13, 52:14, 52:20, 52:21, 52:23
**transcript** [7] - 75:10, 79:20, 79:24, 95:9, 96:9, 96:11, 98:12
**transcripts** [1] - 79:25
**transferred** [2] - 13:18, 14:12
**trauma** [1] - 75:2
**treated** [3] - 68:11, 69:3, 69:12
**Treated** [1] - 69:15
**TRIAL** [1] - 1:12
**trial** [11] - 4:17, 13:11, 13:13, 13:14, 33:19, 35:14, 60:8, 62:7, 90:12, 92:8, 92:12
**tried** [3] - 72:15, 73:9, 73:18
**true** [4] - 71:10, 96:12, 96:14, 98:13
**truth** [3] - 56:22, 66:13, 70:10
**try** [2] - 20:20, 72:21
**trying** [15] - 19:4, 29:3, 44:13, 44:15, 44:17, 45:8, 46:22, 47:10, 47:14, 50:9, 53:2, 53:10, 54:19, 64:19, 82:5
**turn** [2] - 26:5, 26:7
**turned** [1] - 55:2
**two** [11] - 13:4, 13:7, 32:22, 32:24, 36:18, 55:2, 55:10, 63:9, 79:25, 84:5, 94:17
**Two** [1] - 6:15
**types** [1] - 9:18
**typical** [1] - 11:25

## U

Uh-hum [1] - 75:9
under [16] - 5:5, 47:19, 47:22, 48:20, 49:11, 49:19, 49:22, 55:19, 71:12, 72:9, 74:9, 74:13, 90:23, 90:24, 91:24, 96:10
Under [1] - 71:14
undoubtedly [1] - 56:8
uniform [5] - 27:13, 27:22, 45:10, 47:13, 53:22
United [1] - 70:20
UNITED [2] - 1:2, 2:2
unrelated [1] - 18:10
untrue [1] - 72:24
unusual [4] - 22:19, 45:21, 45:23
unwanted [1] - 48:5
up [12] - 5:19, 12:14, 13:17, 18:9, 25:8, 25:21, 34:12, 39:13, 39:23, 43:20, 65:16, 83:2
Up [1] - 13:2
usual [2] - 16:22, 16:23

## V

vacation [7] - 62:11, 62:16, 62:22, 85:9, 85:24, 87:8, 87:9
valid [1] - 58:11
veracity [1] - 60:3
Verbal [1] - 21:5
verbal [1] - 22:7
verdict [1] - 35:16
Verizon [2] - 74:21, 74:23
versa [1] - 16:14
versus [1] - 94:17
vice [1] - 16:14
victims [1] - 19:5
video [23] - 30:4, 30:12, 30:14, 31:15, 34:18, 34:21, 36:6,

36:12, 36:14, 36:17, 41:8, 41:11, 41:13, 41:14, 41:17, 44:5, 55:4, 55:5, 93:22, 93:23, 94:3, 94:6, 94:12
videos [2] - 31:21, 55:6
view [1] - 90:23
viewing [1] - 33:5
VIGGIANO [3] - 1:18, 98:7, 98:24
violation [1] - 43:13
violence [1] - 47:12
voice [2] - 19:16, 21:7

## W

waived [1] - 4:9
Walk [1] - 18:20
walk [3] - 19:14, 24:17, 25:21
walked [1] - 19:8
Walking [2] - 26:8, 26:9
walking [1] - 26:13
watch [6] - 32:6, 32:11, 32:13, 33:9, 35:5, 35:13
watched [7] - 32:3, 32:16, 32:20, 33:6, 34:20, 35:12, 41:11
watching [6] - 31:20, 35:4, 35:25, 36:13, 36:17, 44:5
wearing [1] - 45:9
week [1] - 13:7
weeks [3] - 13:4, 88:15, 90:11
WHEREOF [1] - 98:20
whole [2] - 86:4, 94:25
wish [3] - 10:9, 10:16, 10:25
WITNESS [5] - 16:8, 57:18, 65:4, 97:4, 98:20
witness [5] - 45:5, 67:4, 95:8, 98:10, 98:14
witnesses [2] - 91:22

word [6] - 29:14, 64:6, 64:11, 64:12, 89:7, 91:7
worker [2] - 15:15, 50:7
workers [1] - 15:3
would've [1] - 42:21
written [1] - 47:25

## Y

year [8] - 8:21, 8:25, 9:25, 10:3, 32:5, 32:10, 35:3, 40:8
years [2] - 6:15, 60:7
yelled [1] - 29:21
yelling [13] - 29:11, 29:12, 29:16, 29:22, 30:2, 30:3, 30:10, 30:11, 30:13, 30:15, 30:17, 50:17, 77:23
yesterday [11] - 34:24, 36:3, 36:17, 40:15, 41:11, 62:5, 66:5, 66:7, 79:10, 80:3, 89:23
Yesterday [1] - 40:13
YORK [7] - 1:2, 1:8, 2:2, 2:7, 3:19, 96:4, 98:4
York [29] - 1:16, 1:19, 1:24, 2:9, 2:11, 2:12, 2:14, 2:17, 3:6, 3:11, 3:16, 3:21, 5:4, 5:12, 5:18, 5:20, 5:21, 47:22, 89:21, 90:24, 96:25, 98:9
yourself [4] - 16:24, 41:13, 43:8, 49:18

## Z

ZACHARY [1] - 3:19

110

1
2                    C E R T I F I C A T E
3
4     STATE OF NEW YORK    )
                           ) ss:
5     COUNTY OF BRONX      )
6
7          I, KAREN VIGGIANO, a Shorthand
8     Reporter and Notary Public within and for
9     the State of New York, do hereby certify:
10         That P.O. MICHAEL O'SULLIVAN, the witness
11    whose examination is hereinbefore set forth,
12    was duly sworn by me and that this transcript
13    of such examination is a true record of the
14    testimony given by such witness.
15         I further certify that I am not related
16    to any of the parties to this action by blood
17    or marriage and that I am in no way interested
18    in the outcome of this matter.
19
20    IN WITNESS WHEREOF, I have hereunto set my hand
21    this 5th day of December 2016.
22
23
24    _____ *Karen Viggiano* _____
                KAREN VIGGIANO
25


              REINIG REPORTING, INC. (212) 684-7298