CIVILIAN COMPLAINT REVIEW BOARD

THABO SEFOLOSHA AND ANTIKJ PERO

CCRB Case # 201502847

=========================================================

Interview of:

POLICE OFFICER MICHAEL O'SULLIVAN

=========================================================

Date:   May 28, 2015

Appearances:

Shevani Patel, Investigator

Rebecca Ho, Investigator

Michael O'Sullivan, Police Officer, witness

Louis Albert, Legal rep. for PBA

Transcribed by:  Geneva Worldwide, Inc.

DEF 1939

| | |
|---|---|
| 1 | PO MICHAEL O'SULLIVAN                    5/28/2015 |

2      10th Avenue you couldn't come back onto 17th Street.

3      It was after 4:00 and the clubs is letting out so

4      everyone is getting pushed off.  Everything was

5      orderly, everybody was going except for the subject

6      Sefolosha.  He refused to leave, got mouthy, went back

7      and forth with officers.  We were, you know, we were

8      bouncing all over the place, you know, moving people

9      off, moving people off.  A few minutes later down on

10      10h Avenue and they start --

11              MR. ALBERT:  You're still on 17th Street or

12      you're on 10th now?

13              OFFICER O'SULLIVAN: That was about, we're on

14      17th Street, we're on the corner.  We were standing in

15      the street on the corner.  We come out onto 10th

16      Avenue kind of like in front of 118.

17              MS. PATEL:  Mm-hmm.

18              OFFICER O'SULLIVAN:  And they go to arrest

19      Sefolosha, so you know, he's totally big, I think four

20      of us grab him.  He resists and he's got his arms

21      straight, he's got a huge wing span, he's got his arms

22      straight out.

23              MR. ALBERT:  How big?

24              OFFICER O'SULLIVAN:  6 foot 7, 6 foot 8, big

25      dude.  Pulled his arms straight out, he's screaming,

6

DEF 1944

1     PO MICHAEL O'SULLIVAN                    5/28/2015

2     he's yelling.  So we're trying to get him in handcuffs,

3     we're telling him to put his hands behind your back

4     and we go down to the ground.  We get his hands on his

5     back to cuff him, pick him up, put him in the car.

6            MS. PATEL:  Okay.  Alright, so just going

7     back to get some follow up information you mentioned.

8     So you guys responded at 4:30, was that a call made by

9     the cabaret unit or did you respond to the housing run

10    --

11           OFFICER O'SULLIVAN:  That was, that was the

12    housing unit.

13           MS. PATEL:  Okay.

14           OFFICER O'SULLIVAN:  Requesting additional

15    for, to the stabbing, they were there they called that.

16           MS. PATEL:  When you guys responded do you

17    recall how many officers from your command had arrived

18    with you at the scene?

19           OFFICER O'SULLIVAN:  No, pretty much

20    everyone

21           MS. PATEL:  Okay are you able to estimate

22    that number?

23           OFFICER O'SULLIVAN:  No, I'm not sure.

24           MS. PATEL:  And do you recall specifically

25    what other officers were present besides you and your

7

DEF 1945

1        PO MICHAEL O'SULLIVAN                    5/28/2015

2        officers?

3                OFFICER O'SULLIVAN:  I don't recall.

4                MS. PATEL:  Alright, you said earlier that

5        they go to arrest him, is he still, is he still

6        standing in that same spot?

7                OFFICER O'SULLIVAN:  No, it moved around

8        onto 10th Avenue, it's a place, the corner, like 17th

9        street and 10th Avenue.  The club's like here and this

10       is the pizzeria that comes up from the corner.  We

11       were around here when this first started and this is

12       like 118 10th, right on the corner.

13               MS. PATEL:  Okay and what were you doing at

14       the time when you first noticed officers first trying

15       to handcuff him, I guess where were you exactly?

16               OFFICER O'SULLIVAN:  I was on 10th Avenue

17       and just kind of, you know, watching what was going on,

18       who was where; and then they went to grab him over

19       here and they came back this way towards me.  So three

20       or four of us grabbed him.

21               MS. PATEL:  Okay.

22               OFFICER O'SULLIVAN:  And went down into the

23       street and he was standing, arms out and yelling and -

24       -

25               MS. PATEL:  Do you remember where on his

11

DEF 1949

| 1 | PO MICHAEL O'SULLIVAN | 5/28/2015 |

2  body he was grabbed? Or where officers had any control

3  of him?

4          OFFICER O'SULLIVAN:  They tried to grab his

5  arms.

6          MS. PATEL:  Arms, okay.  You mentioned that

7  his arms were straight out. Was he holding them stiff?

8          OFFICER O'SULLIVAN:  Yes.

9          MS. PATEL:  You mentioned he was screaming

10  and yelling do you remember exact statements that he

11  made?

12          OFFICER O'SULLIVAN:  No, like I just, I

13  remember the yelling, I just don't know what it was.

14          MS. PATEL:  And do you remember what other

15  officers aside from you were attempting to handcuff

16  him?

17          OFFICER O'SULLIVAN:  It was me, Officer

18  Caster, Giacona, and it was just kind of like got in

19  there with [unintelligible] [00:08:51]

20          MS. PATEL:  And aside from holding his arms

21  through that was he doing anything else to, was he

22  offering any other sort of resistance?

23          OFFICER O'SULLIVAN:  He was like stepping

24  off, he was walking back and forth.

25          MS. PATEL:  Okay.

12

DEF 1950

```
1        PO MICHAEL O'SULLIVAN                    5/28/2015
2                   OFFICER O'SULLIVAN:  Kind of just.
3                   MS. PATEL:  And how was he brought to the
4        ground?
5                   OFFICER O'SULLIVAN:  He went down and we
6        kind of went down with him.
7                   MS. PATEL:  Do you know if he had fallen or
8        if you guys had taken him to the ground?
9                   OFFICER O'SULLIVAN:  I'm not sure, I don't
10       know.
11                  MS. PATEL:  Okay and when he landed are you
12       guys on the street or on the sidewalk?
13                  OFFICER O'SULLIVAN:  We're in the street now.
14                  MS. PATEL:  And was his entire body on the
15       street?
16                  OFFICER O'SULLIVAN:  Yes, he was totally in
17       the street.
18                  MS. PATEL:  And once on the ground was he
19       offering any kind of resistance?
20                  OFFICER O'SULLIVAN:  Yes.
21                  MS. PATEL:  Okay, can you tell us what?
22                  OFFICER O'SULLIVAN:  Refusing to be
23       handcuffed.
24                  MS. PATEL:  And where were his arms?
25                  OFFICER O'SULLIVAN:  I, as I mentioned, I
```

13

DEF 1951

```
1       PO MICHAEL O'SULLIVAN                    5/28/2015
2       was down by his legs. He was starting to kick a little
3       bit.
4                  MS. PATEL:  Oka, you mentioned in your memo
5       book entry that another individual had touched your
6       shoulder?  When did that happen?
7                  OFFICER O'SULLIVAN:  When we were grabbing
8       Sefolosha [unintelligible] [00:09:48] --
9                  MS. PATEL:  Okay, do you remember if that
10      was when you guys were on the ground or were you still
11      standing?
12                 OFFICER O'SULLIVAN:  Still standing.
13                 MS. PATEL:  Okay and once you know, do you
14      remember if that individual had actually grabbed you?
15                 OFFICER O'SULLIVAN:  Yes.
16                 MS. PATEL:  And where on the, your shoulder?
17                 OFFICER O'SULLIVAN:  Right shoulder.
18                 MS. PATEL:  Right shoulder.
19                 OFFICER O'SULLIVAN:  Over the top of my
20      shoulder.
21                 MS. PATEL:  And did you see what happened
22      with him?
23                 OFFICER O'SULLIVAN:  I pushed him.
24                 MS. PATEL:  And where did you push him, like
25      where on his body did you come in contact?
```

14

DEF 1952

1      PO MICHAEL O'SULLIVAN                    5/28/2015

2              OFFICER O'SULLIVAN:  I believe it was his

3      chest, I, I believe it was one hand and starting

4      pushing me so we put cuffs on him.

5              MS. PATEL:  Okay. Mr. Antikj?

6              OFFICER O'SULLIVAN:  Mm-hmm.

7              MS. PATEL:  Was he also arrested?

8              OFFICER O'SULLIVAN:  Yes.

9              MS. PATEL:  Did you participate in his

10     apprehension at all?

11             OFFICER O'SULLIVAN:  What do you mean?

12             MS. PATEL:  Did you handcuff him?

13             OFFICER O'SULLIVAN:  I handcuffed him yes.

14             MS. PATEL:  If you could just clarify your

15     reason for pushing him at that point?

16             OFFICER O'SULLIVAN:  He grabbed me after he

17     tried to effect the arrest of Sefolosha.

18             MS. PATEL:  And did you handcuff him

19     immediately?

20             OFFICER O'SULLIVAN:  No, we finished

21     fighting with Sefolosha, got him in handcuffs and he

22     was on, he was sitting on the sidewalk.  He didn't try

23     to get back up.

24             MS. PATEL:  Okay.

25             OFFICER O'SULLIVAN:  We walked over and

                              15

DEF 1953

```
1        PO MICHAEL O'SULLIVAN                    5/28/2015

2        handcuffed him, yeah.

3                    MS. PATEL:  When you pushed him had he

4        fallen or did he --

5                    OFFICER O'SULLIVAN:  Yeah, I believe he fell,

6        I just, once I pushed him away, I went back to

7        Sefolosha.

8                    MR. ALBERT:  Do I have the wrong sheet

9        because I don't see any allegations of force when

10       you're talking about this guy in Antikj Pero?

11                   MS. PATEL:  Yeah.

12                   MR. ALBERT:  I don't see any allegations of

13       force against him.

14                   MS. PATEL:  Right there.

15                   MR. ALBERT:  No, stop.

16                   MS. PATEL:  Okay, sure.

17                   MR. ALBERT:  No, I'm just saying, just look

18       at my sheet.

19                   MS. PATEL:  Okay.

20                   MR. ALBERT:  So I'm asking a question.  Is

21       there an allegation of force?

22                   MS. PATEL:  Against him?

23                   MR. ALBERT:  Yeah.

24                   MS. PATEL:  Yes.

25                   MR. ALBERT:  Okay, well I need a sheet then.
```

16

DEF 1954

CERTIFICATE OF ACCURACY

I, Julia Zappi, certify that the foregoing transcript of CCRB
Case #20152847 for the Interview of PO Michael Sullivan was
prepared using the required transcription equipment and is a
true and accurate record of the proceedings.

Certified By:

*Julia Zappi*

_____

Date: November 5, 2015

GENEVAWORLDWIDE, INC

256 West 38th Street - 10th Floor

New York, NY 10018

23

DEF 1961