```
50-H HEARING            ANTIC, PERO
                        BLA#:  2015PI019450
                        015-220
- - - - - - - - - - - - - - - - - - - - - - - - - x
In the Matter of the Claim of

PERO ANTIC,

              -against-

THE CITY OF NEW YORK; P.O. RICHARD CASTER,
Shield Number 17276; P.O. JOHN PAUL GIACONA,
Shield Number 9996; P.O. DANIEL DONGVORT,
Shield Number 3129; P.O. MICHAEL SULLIVAN,
Shield Number 13084; and JOHN DOE, RICHARD DOE,
JAMES ROE and RICHARD ROE (intended to be the
police officers who were present and together
with named co-respondents who caused claimant
to be injured on April 8, 2015).

- - - - - - - - - - - - - - - - - - - - - - - - - x

                    One Centre Street
                    New York, New York

                    November 17, 2015
                    4:05 p.m.
```

EXAMINATION of PERO ANTIC, held at the above time and place, pursuant to Notice, taken before Kathleen Fata, a reporter and Notary Public within and for the state of New York.

LEX #114069

```
                                                              2
 1

 2      A p p e a r a n c e s:

 3

 4              THE COCHRAN FIRM
                    Attorneys for Claimant
 5                  55 Broadway, 23rd Floor
                    New York, New York 10006
 6              BY: DEREK S. SELLS, ESQ.

 7


 8              BRAFMAN & ASSOCIATES, P.C.
                    Attorneys for Claimant
 9                  767 Third Avenue, 26th Floor
                    New York, New York 10017
10              BY: ALEX SPIRO, ESQ.

11
                COLON & PEGUERO, LLP
12                  Attorneys for Respondents
                    575 Eighth Avenue, Suite 1808
13                  New York, New York 10018
                BY: MICHAEL N.J. COLON, ESQ.
14

15      ALSO PRESENT:

16              NICHOLAS WHIPPLE, ESQ.
                OFFICE OF THE NEW YORK CITY COMPTROLLER
17              Court Representative

18

19

20

21

22

23

24

25
```

```
                                                              32
 1                         P. Antic
 2            A     There is a lot of officers around
 3    me, sir.
 4            Q     Before this --
 5            A     They making -- they making like a
 6    circle, a big circle, and I cannot see
 7    anything, you know.  They put me on the ground
 8    next to -- I don't know what was, Escalade,
 9    Navigator, you know, a big car.  I'm on the
10    curb and police officers around me.  I just see
11    legs.
12            Q     Before this officer pushed you, did
13    you touch him or any officer in any way?
14            A     Yes, like they say in the court, I
15    don't grab him or anything.  I just tap him,
16    like, sir, why you do this to him.  Even they
17    said it.
18            Q     You tapped the officer where?
19            A     On the shoulder like normal human
20    being, because he's with the back; I don't want
21    to go in his face.  I say excuse me, sir, why
22    you do this to him, and they just put me on the
23    ground.
24                  I didn't -- I didn't even -- I know
25    I'm -- I'm strong and everything.  I just stay
```

```
                                                         33
  1                       P. Antic
  2   over there.  I didn't do nothing, just I can
  3   ask, you know, why you do this to my friend,
  4   like you will -- you do if somebody do to your
  5   friend, sir.
  6          Q    The officer that you tapped on the
  7   shoulder, can you tell me how tall he was?
  8          A    He was smaller than me, but how
  9   tall, I don't --
 10          Q    Approximately?
 11          A    I don't know, sir.
 12          Q    How would you describe his build?
 13          A    Like I say, sir, I -- I really
 14   don't look them how they look, how -- how --
 15   everything happened in a second, and it's
 16   something new in my life that I don't wanna
 17   happen again, you know.
 18          Q    Can you describe for us how that
 19   officer pushed you?  Tell me exactly what he
 20   did.
 21          A    When it happened, he just turn,
 22   push me, and another guy from behind put me on
 23   the ground, tell me sit -- sit down.
 24          Q    The officer that pushed you, did he
 25   push you with one hand, with both hands?  Just
```

```
                                                              34
 1                       P. Antic
 2    describe exactly how he pushed you.
 3           A     Somehow he turn and push me.  How
 4    he push me, I don't know, sir.  He push me --
 5           Q     What part of your body --
 6           A     -- in my chest.
 7           Q     I'm sorry?
 8           A     He -- he push me.  He -- how he
 9    turned, he just push me, and I will not go to
10    him to ask him why you push me.  How he push me
11    -- another guy from behind put me on the
12    ground, tapped me on my shoulder and said sit
13    down and don't get up, and I just sit down.
14           Q     The officer that pushed you, did he
15    put his hands on your chest, on your side, on
16    your back, how did he push you?
17           A     I mean, I told you he's smaller.
18    He -- he push me in my chest, and another guy
19    from behind held me because he was dealing with
20    Thabo.  They were dealing like five officers so
21    that --
22           Q     When that officer pushed, you did
23    you fall down?
24           A     Yeah, on the curb.  It's -- it's
25    okay, you know.  He pushed me, but I cannot do
```

```
                                                       35
 1                      P. Antic
 2     anything, you know.  I stay on the ground,
 3     comply whatever he says, and just watching
 4     something that's new for me.
 5          Q    Between the time that officer
 6     pushed you and you went to the ground, did any
 7     officer touch you, any other officer?
 8          A    Another guy from behind just hold
 9     my shoulder and tell me don't get up.
10          Q    When --
11          A    I don't know how he look.
12          Q    When that officer pushed you, can
13     you tell me how you fell; did you fall on your
14     butt, did you fall on your back, did you fall
15     on your knees?  Tell us how you fell.
16          A    On my butt.
17          Q    The other officer put his hands on
18     your shoulders or something else?
19          A    On my shoulder, on one shoulder and
20     tell me sit down.  He just -- he didn't hold
21     me.  He -- he -- he hold me one time and he
22     said sit, stay down, don't get up.  And he just
23     -- he just stood next to me.  And then more
24     police officers came and more police surround
25     the people who are there, and we just sit.  I
```

```
                                                    36
 1                      P. Antic
 2      mean I sit.  Thabo was -- they deal with Thabo
 3      how they did.
 4              Q    Did any officer touch you in any
 5      other way other than what you just described
 6      for me?
 7              A    No.
 8              Q    Did any officer strike you or hit
 9      you at any time?
10              A    I mean, the guy that pushed me, you
11      know.
12              Q    Other than pushing you in the way
13      that you described, did any officers strike you
14      with a fist or with a foot or anything or an
15      object?
16              A    No.
17              Q    Did any of those officers threaten
18      you verbally in any way?
19              A    No.  When we was in the police
20      station, they were making jokes with us,
21      especially with Thabo.
22              Q    Did you say anything else to those
23      officers other than what you've just told me?
24              A    Nothing.
25              Q    Did you say anything to the officer
```

```
                                                    51
   1                         P. Antic
   2     Thabo.
   3           Q     Did any officer at any time cause
   4     you any physical injury?
   5           A     Not to me.  To Thabo, yes,
   6     physical.
   7           Q     Were you fingerprinted at the
   8     police station?
   9           A     Yes, we were.
  10           Q     Did they take your photograph at
  11     the police station?
  12           A     Photograph they took us -- I don't
  13     remember if that machine took the photograph.
  14     But I remember they took before the courts
  15     before we were released they took photograph
  16     over there.
  17           Q     While you were at the police
  18     station, did any officer ask you any questions?
  19           A     They were asking a lot of
  20     questions, but I didn't want to talk to them,
  21     you know.  I was just, like I say, in shock,
  22     and I was thinking about so many other stuff
  23     that's gonna come out after what just happen,
  24     you know.
  25           Q     To the best that you can recall.
```

```
                                                          110
1

2
                        C E R T I F I C A T E


              I, Kathleen Fata, a reporter and Notary

     Public within and for the State of New York, do

     hereby certify:

              That the witness(es) whose testimony is

     hereinbefore set forth was duly sworn by me,

     and the foregoing transcript is a true record

     of the testimony given by such witness(es).

              I further certify that I am not related

     to any of the parties to this action by blood

     or marriage, and that I am in no way interested

     in the outcome of this matter.
```