CIVILIAN COMPLAINT REVIEW BOARD

IN THE MATTER OF THABO SEFOLOSHA AND ANTIKJ PERO

CCRB Case # 201502847

===============================================================

Interview of:

OFFICER JORDAN ROSSI

===============================================================

Date:    October 29, 2015

Appearances:

    Shevani Patel, Investigator

    Dane Buchanan, Investigator

    Officer Jordan Rossi, Witness

    Brian Welsome, Legal Representative

Transcribed by:   Geneva Worldwide, Inc.

DEF 1985

```
1       OFFICER JORDAN ROSSI                          10-29-2015
2    to the ground, so.
3              MS. PATEL:  Okay.  Do you know if they swept
4    his feet?
5              OFFICER ROSSI:  I don't know that.
6              MS. PATEL:  And don't, can you describe your
7    specific involvement physically with Sefolosha?
8              OFFICER ROSSI:  When I walked over to them,
9    I tried to aid in, in the arrest, in the, in the
10   cuffing of Mr. Sefolosha.
11             MS. PATEL:  Uh-huh.
12             OFFICER ROSSI:  I ended up grabbing his
13   shoulder --
14             MS. PATEL:  Okay.
15             OFFICER ROSSI:  -- twice for maybe a second.
16   I, I couldn't, I couldn't grab onto him essentially.
17             MS. PATEL:  Okay.  Was he still standing at
18   the time that you grabbed?
19             OFFICER ROSSI:  Yes.
20             MS. PATEL:  Okay.
21             OFFICER ROSSI:  Yes.  So he -- like I said,
22   I tried to grab him twice.  Essentially, I think I
23   touched him for a second.
24             MS. PATEL:  Okay.
25             OFFICER ROSSI:  You can see it on the video,
```

DEF 2011

```
1    OFFICER JORDAN ROSSI                           10-29-2015
2    it's like a second touch.  They take him to the ground,
3    at which time, he's still resisting, he's still not
4    allowing us to place his hands behind his back.
5              MS. PATEL:  What was he doing specifically
6    again?
7              OFFICER ROSSI:  Same, same, same thing.
8              MS. PATEL:  Where is he laying?
9              OFFICER ROSSI:  His, his arms are, I believe
10   that he, his arms are somewhere on his side or
11   underneath him, just, you know, real stiff.
12             MS. PATEL:  Okay.  Specifically, do you know
13   if they were underneath him or on his side?
14             MR. WELSOME:  If you can say.
15   [Unintelligible] [00:23:15]
16             OFFICER ROSSI:  Yeah, I can't, I can't say,
17   you know.
18             MS. PATEL:  Okay.
19             OFFICER ROSSI:  I just know that they were
20   super stiff, though, because he's pulling them around
21   him.
22             MS. PATEL:  And do you know if officers, I
23   mean, you said you [unintelligible] [00:23:28] did you
24   see the officers make contact with his legs with their
25   hands or their arms?
```

28

DEF 2012

```
 1      OFFICER JORDAN ROSSI                    10-29-2015
 2              OFFICER ROSSI:  I don't --
 3              MS. PATEL:  [Unintelligible] [00:23:34]
 4              OFFICER ROSSI:  I can't answer that.  I
 5      don't know.
 6              MS. PATEL:  And as he's standing, at any
 7      point, did you take his ankles or his legs?
 8              OFFICER ROSSI:  No, I was by his head.  He's
 9      6'7".
10              MS. PATEL:  Okay.  As he's standing, though,
11      did you ever kick him?
12              OFFICER ROSSI:  No.
13              MS. PATEL:  Aside from touching his shoulder,
14      did you make any contact with him at the point that
15      you [unintelligible] [00:23:51]?
16              OFFICER ROSSI:  No.
17              MS. PATEL:  Okay.
18              OFFICER ROSSI:  Just watched the video a few
19      times and you can.  It's on YouTube.
20              MS. PATEL:  We just want to ask based on
21      your recollection.  Okay.  Let's move on to the ground.
22              OFFICER ROSSI:  Mm-hmm.
23              MS. PATEL:  Did you make any physical
24      contact with him?
25              OFFICER ROSSI:  No.
```

29

DEF 2013

DEF 2033

CERTIFICATE OF ACCURACY

I, Julia Zappi, certify that the foregoing transcript of CCRB Case # 201502847 for the Interview of Officer Jordan Rossi was prepared using the required transcription equipment and is a true and accurate record of the proceedings.

Certified By:

*/s/ Julia Zappi*

Date: November 5, 2015

GENEVAWORLDWIDE, INC
256 West 38th Street - 10th Floor
New York, NY 10018