```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
THABO SEFOLOSHA,

              Plaintiff,              Action No. 1

       -against-                      Case No.
                                      16 Civ. 2564
P.O. JOHN PAUL GIACONA, P.O. JORDAN    (JMF)
ROSSI, P.O. RICHARD CASTER,
P.O. DANIEL DONGVORT, P.O. MICHAEL
O'SULLIVAN, and THE CITY OF NEW YORK,

              Defendants.
------------------------------------x
(Caption continued on next page.)
```

DEPOSITION of the Defendant, P.O. JORDAN ROSSI, pursuant to Notice, held at the law offices of JAROSLAWICZ & JAROS, PLLC, 225 Broadway, 24th floor, New York, New York, on December 21, 2016, commencing at 10:10 A.M., before MEDEA EDER, a shorthand reporter and Notary Public within and for the State of New York.

REINIG REPORTING, INC.
192 Lexington Avenue
Suite 805
New York, New York  10016
(212) 684-7298

```
 1

 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   ----------------------------------x
     PERO ANTIC,
 4
                     Plaintiff,              Action No. 2
 5
                 -against-                   Case No.
 6                                           16 Civ. 2425
                                             (JMF)
 7   THE CITY OF NEW YORK, POLICE OFFICER
     RICHARD CASTER, Individually and in
 8   his capacity as a member of the New
     York City Police Department, POLICE
 9   OFFICER PAUL GIACONA, Individually
     and in his capacity as a member of
10   the New York City Police Department,
     POLICE OFFICER DANIEL DONGVORT,
11   Individually and in his capacity as
     a member of the New York City Police
12   Department, POLICE OFFICER MICHAEL
     O'SULLIVAN, Individually and in his
13   capacity as a member of the New York
     City Police Department, and JOHN
14   and JANE DOES, said names being
     fictitious and intended to represent
15   individual officers, members, agents,
     servants and/or employees of the New
16   York City Police Department in their
     individual and official capacity,
17
                     Defendants.
18   ----------------------------------x

19

20

21

22

23

24

25
```

REINIG REPORTING, INC.                    212-684-7298

```
 1
 2   A P P E A R A N C E S :
 3
     JAROSLAWICZ & JAROS, PLLC
 4   Attorneys for Plaintiff/Action No. 1 - THABO
     SEFOLOSHA
 5        225 Broadway, 24th floor
          New York, New York  10007
 6
     BY:    ELIZABETH EILENDER, ESQ.
 7
 8
     BRAFMAN & ASSOCIATES, P.C.
 9   Co-Counsel for Plaintiff/Action No. 1 - THABO
     SEFOLOSHA
10        767 Third Avenue, 26th floor
          New York, New York  10017
11
     (NOT PRESENT)
12
13
     THE COCHRAN FIRM
14   Attorneys for Plaintiff/Action No. 2 - PERO
     ANTIC
15        55 Broadway, 23rd floor
          New York, New York  10006
16
     BY:    STEPHANIE R. CORREA, ESQ.
17
18
     ZACHARY W. CARTER, ESQ.
19   CORPORATION COUNSEL OF THE CITY OF NEW YORK
     Attorney for Defendants/Actions No. 1 and 2
20        100 Church Street
          New York, New York  10007
21
     BY:    MATTHEW MODAFFERI, ESQ.
22
23                       oOo
24
25
```

REINIG REPORTING, INC.                    212-684-7298

1                    Jordan Rossi
2        A.    There was some French -- it
3   sounded like French -- two males screaming.
4   I'm not sure what they were screaming in
5   French.
6        Q.    Why do you think they were French?
7        A.    I was actually, when I was in
8   front of 118 Tenth Avenue bringing people
9   north, they were part of the group that I was
10  asking to move northbound.
11       Q.    Did you hear any other civilians
12  shouting anything during this interaction with
13  Mr. Sefolosha when he was being arrested?
14       A.    At that time, no.  In the video
15  you can hear people yelling, but at that time
16  you kind of get tunnel vision and you don't
17  really hear as much.
18       Q.    Did you know why your fellow
19  officers were arresting Mr. Sefolosha?
20       A.    No.
21       Q.    Did you care?
22       A.    You're speaking about like
23  afterwards?
24       Q.    As the fellow officers are
25  arresting Mr. Sefolosha, did you care to know