1

2     UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
3     --------------------------------------x
      THABO SEFOLOSHA,
4
                        Plaintiff,          Action No. 1
5
             - against -                    Case No.
6                                           16 Civ. 2564
      P.O. JOHN PAUL GIACONA, P.O. JORDAN   (JMF)
7     ROSSI, P.O. RICHARD CASTER, P.O.
      DANIEL DONGVORT, P.O. MICHAEL
8     O'SULLIVAN, and THE CITY OF NEW YORK,

9                        Defendants.
      --------------------------------------x
10    (Caption continues on next page.)

11

12         EXAMINATION BEFORE TRIAL of the Defendant,

13    POLICE OFFICER PAUL GIACONA, s/h/a P.O. JOHN

14    PAUL GICONA, taken pursuant to Order, held at

15    the law offices of JAROSLAWICZ & JAROS, PLLC,

16    225 Broadway, 24th Floor, New York, New York

17    10007, on November 17, 2016, commencing at

18    11:45 a.m., before KAREN VIGGIANO, a Shorthand

19    Reporter and Notary Public within and for the

20    State of New York.

21

22

23              REINIG REPORTING, INC.
                192 Lexington Avenue
24                   Suite 805
               New York, New York   10016
25                 (212) 684-7298


              REINIG REPORTING, INC. (212) 684-7298

```
 1

 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    ------------------------------X
      PERO ANTIC,
 4
                          Plaintiff,    Action No. 2
 5
          -against -                    Case No.
 6                                      16-cv-2425
                                        (JMF)
 7

 8    THE CITY OF NEW YORK, POLICE
      OFFICER RICHARD Caster,
      individually and in his capacity
 9    as a member of the New York City
      Police Department, POLICE OFFICER
10    PAUL GIACONA, individually and in
      His capacity as a member of the
11    New York City Police Department,
      POLICE OFFICER DANIEL DONGVORT,
12    individually and in his capacity
      As a member of the New York City
13    Police Department, POLICE OFFICER
      MICHAEL SULLIVAN, individually and
14    in his capacity as a member of the
      New York City Police Department,
15    and JOHN and JANE DOES, said names
      being fictitious and intended to
16    represent individual officers,
      members, agents, servants and/or
17    employees of the New York City
      Police Department in their
18    Individual and official capacity,

19                    Defendants.
      ------------------------------X
20

21

22

23

24

25
```

```
 1

 2      A P P E A R A N C E S:

 3

 4      JAROSLAWICZ & JAROS, PLLC
        Attorneys for Plaintiff in Action No. 1
 5      THABO SEFOLOSHA
                225 Broadway, 24th Floor
 6              New York, New York 10007

 7      BY:    ELIZABETH EILENDER, ESQ.

 8

 9      BRAFMAN & ASSOCIATES, P.C.
        Co-Counsel for Plaintiff in Action No. 1
10      THABO SEFOLOSHA
                767 Third Avenue, 26th Floor
11              New York, New York 10017

12      BY:    ALEX SPIRO, ESQ.

13

14      THE COCHRAN FIRM
        Attorneys for Plaintiff in Action No. 2
15      PERO ANTIC
                233 Broadway, 5th Floor
16              New York, New York 10279

17      BY:    TRACY L. BROWN, ESQ.

18

19      ZACHARY W. CARTER, ESQ.
        CORPORATION COUNSEL, CITY of NEW YORK
20      Attorney for Defendants in Action No. 1 & 2
                100 Church Street
21              New York, New York 10007

22      BY:    MATTHEW MODAFFERI, ESQ.

23

24

25
```

```
 1                      P.O. P. Giacona
 2          Q       What happens next?
 3          A       At that point we tried to
 4  establish the crime scene as Sergeant Fontana
 5  instructed us to clear the establishments of 1
 6  Oak and Artichoke Pizza.  He wanted every one
 7  cleared to Tenth Avenue, either southbound to
 8  West 16th or northbound to 18th Street and
 9  establish a crime scene about 15 feet east of
10  the door so all patrons may exit 1 Oak, and
11  that's it.
12          Q       Before testifying here today,
13  what, if anything, did you review?
14          A       I reviewed the transcript.
15          Q       Of?
16          A       My testimony.
17          Q       At the trial?
18          A       Of the trial, yes.
19          Q       What about CCRB?
20          A       Yes.
21          Q       What about your other CCRB
22  appearance?
23          A       Yes.
24          Q       What else did you review?
25          A       The TMZ video.
```

**0**

**0605** [1] - 10:19

**1**

**1** [11] - 1:4, 3:4, 3:9, 3:20, 5:12, 18:5, 18:10, 20:11, 32:23, 52:20, 128:13
**100** [2] - 3:20, 32:6
**10007** [3] - 1:17, 3:6, 3:21
**10013** [1] - 5:13
**10016** [1] - 1:24
**10017** [1] - 3:11
**10279** [1] - 3:16
**107** [1] - 128:14
**1085** [1] - 17:13
**10th** [7] - 7:10, 7:18, 10:17, 11:7, 13:21, 16:20, 17:12
**119** [1] - 128:7
**11:45** [1] - 1:18
**12** [1] - 8:2
**125** [1] - 128:8
**126** [1] - 128:19
**14** [1] - 7:20
**15** [6] - 18:9, 20:4, 38:25, 39:2, 108:10, 108:11
**16** [2] - 1:6, 7:7
**16-cv-2425** [1] - 2:6
**16th** [1] - 18:8
**17** [2] - 1:17, 127:11
**17th** [10] - 17:10, 37:4, 37:20, 39:3, 39:6, 39:11, 39:21, 90:6, 117:11, 119:21
**18th** [1] - 18:8
**192** [1] - 1:23
**1:47** [1] - 126:24

**2**

**2** [6] - 2:4, 3:14, 3:20, 107:20, 107:22, 128:14
**2012** [1] - 6:18
**2014** [2] - 7:6, 94:15
**2015** [3] - 12:12, 94:15, 125:2
**2016** [3] - 1:17, 127:11, 129:21
**20___** [1] - 127:22
**212** [1] - 1:25
**2180** [1] - 10:19
**225** [2] - 1:16, 3:5
**233** [1] - 3:15
**24** [1] - 114:22
**24th** [2] - 1:16, 3:5
**25** [1] - 8:7
**2564** [1] - 1:6
**26th** [1] - 3:10
**29** [1] - 5:15

**3**

**30** [6] - 14:7, 60:14, 61:21, 62:12, 67:5, 81:14
**32** [1] - 128:13
**35** [1] - 14:7

**4**

**4** [2] - 7:25, 17:11
**453** [1] - 39:2

**5**

**5** [1] - 128:7
**5'7** [1] - 30:11
**5th** [2] - 3:15, 129:21

**6**

**684-7298** [1] - 1:25
**6th** [1] - 12:11

**7**

**767** [1] - 3:10

**8**

**80** [1] - 14:3
**805** [1] - 1:24
**8th** [4] - 124:17, 125:2, 125:11, 125:14

**A**

**A.D.A** [3] - 89:11, 94:3, 95:12
**a.m** [1] - 1:18
**ability** [1] - 27:12
**absolutely** [1] - 119:14
**Absolutely** [4] - 27:14, 27:16, 27:18, 37:13
**abuse** [2] - 108:17, 115:16
**Abuse** [1] - 115:12
**academy** [5] - 6:17, 6:25, 15:6, 29:10, 57:23
**accomplish** [3] - 21:24, 21:25, 22:6
**according** [8] - 31:7, 34:11, 36:8, 38:12, 52:6, 60:7, 83:23, 109:12
**According** [4] - 26:5, 108:4, 110:13, 110:14
**accrued** [1] - 106:9
**accurate** [5] - 26:16, 31:25, 56:13, 56:17, 59:22
**accusatory** [1] - 109:15
**ACD** [2] - 101:22, 102:3
**act** [1] - 84:8
**acted** [2] - 73:2, 73:5
**acting** [1] - 71:18
**Action** [6] - 1:4, 2:4, 3:4, 3:9, 3:14, 3:20
**action** [1] - 129:16
**actions** [2] - 96:18, 114:14
**active** [1] - 87:22
**actual** [1] - 44:25
**add** [1] - 126:13
**address** [1] - 5:11
**adjective** [2] - 88:6, 88:8
**administer** [1] - 4:12
**administration** [2] - 89:20, 90:20
**admit** [2] - 119:11, 119:14
**admitting** [1] - 23:13
**admonished** [1] - 102:2
**advanced** [1] - 79:24
**Affairs** [1] - 106:13
**affidavit** [1] - 92:8
**African** [3] - 49:13, 49:20, 59:9
**African-American** [3] - 49:13, 49:20, 59:9
**afterwards** [1] - 42:13
**Afterwards** [1] - 20:8
**agents** [1] - 2:16
**aggression** [1] - 68:14
**aggressive** [7] - 22:18, 22:21, 29:13, 29:16, 29:17, 70:16, 82:10
**ago** [1] - 58:7
**agree** [12] - 31:10, 35:18, 41:14, 43:11, 43:16, 44:14, 46:2, 47:3, 69:8, 69:17, 88:25, 115:9
**agreed** [2] - 58:7, 87:13
**AGREED** [2] - 4:5, 4:15
**agreeing** [6] - 35:21, 35:24, 36:2, 55:22, 55:23, 55:25
**aid** [1] - 17:24
**ALEX** [1] - 3:12
**allegation** [1] - 108:8
**allowed** [4] - 23:18, 23:20, 84:8, 85:21
**allows** [1] - 63:9
**altercation** [1] - 69:8
**American** [3] - 49:13, 49:20, 59:9
**amount** [3] - 43:11, 85:9, 126:11
**amounts** [2] - 118:2, 118:7
**AND** [2] - 4:5, 4:15
**AND/OR** [1] - 128:17
**animosity** [1] - 73:24
**ankle** [6] - 44:16,

44:17, 44:19, 45:2,
45:3, 96:9
**annoyed** [3] - 30:22,
30:25, 31:3
**answer** [90] - 6:5, 6:8,
8:11, 9:9, 12:5, 13:25,
14:14, 19:14, 23:11,
24:18, 24:23, 25:19,
29:3, 29:23, 29:24,
32:14, 33:17, 37:15,
38:7, 38:20, 40:19,
41:23, 42:11, 42:19,
42:24, 45:5, 45:12,
46:8, 46:13, 47:9,
48:7, 48:16, 50:21,
54:8, 56:10, 56:16,
58:13, 58:25, 59:13,
60:3, 60:22, 62:3,
62:8, 66:19, 68:9,
68:17, 68:23, 69:11,
69:22, 72:2, 72:19,
73:4, 73:11, 74:18,
76:6, 76:21, 80:10,
80:25, 82:7, 82:18,
83:8, 83:15, 86:4,
86:8, 86:18, 87:2,
88:13, 92:17, 92:21,
93:5, 93:11, 93:19,
93:23, 100:7, 100:23,
101:13, 105:11,
106:5, 106:19, 107:6,
109:2, 110:6, 110:12,
111:8, 111:19, 112:7,
114:13, 116:6,
119:13, 121:18
**answered** [1] - 37:18
**answers** [1] - 127:13
**Antic** [53] - 25:5, 26:2,
27:8, 27:11, 28:8,
28:13, 34:13, 34:14,
39:19, 40:2, 40:3,
48:9, 48:22, 48:23,
49:4, 49:6, 52:13,
70:11, 70:16, 71:18,
74:10, 74:16, 74:22,
75:8, 75:14, 75:25,
82:25, 83:2, 85:23,
85:25, 86:13, 92:3,
94:6, 112:11, 118:23,

119:19, 119:23,
120:8, 120:14,
120:19, 120:21,
121:7, 121:11,
121:13, 121:19,
121:23, 121:24,
122:6, 122:17,
123:15, 125:24,
126:20, 128:19
**ANTIC** [2] - 2:3, 3:15
**Antic's** [4] - 82:15,
89:4, 122:25, 123:24
**appearance** [1] - 18:22
**applying** [2] - 117:25,
118:7
**appointed** [1] - 111:3
**approach** [10] - 28:5,
28:12, 33:9, 33:19,
33:21, 33:22, 34:8,
39:25, 47:16, 49:24
**approached** [12] -
17:16, 28:9, 28:21,
32:8, 33:5, 33:15,
50:2, 51:8, 51:9,
60:17, 90:6, 126:6
**approaches** [1] - 52:11
**April** [4] - 124:17,
125:2, 125:11, 125:14
**area** [2] - 39:10, 77:22
**argue** [1] - 33:24
**arm** [2] - 117:15,
117:18
**arms** [10] - 64:23,
64:25, 65:2, 65:5,
65:7, 65:9, 65:12,
115:23, 117:2, 117:20
**arraigned** [1] - 58:16
**Arrest** [1] - 77:22
**arrest** [48] - 9:7, 9:11,
14:4, 15:9, 36:9,
39:12, 39:15, 40:9,
40:10, 42:20, 42:21,
47:18, 49:7, 60:8,
60:18, 61:7, 61:25,
62:6, 62:11, 62:16,
63:3, 63:6, 63:7,
63:19, 64:5, 64:24,
66:24, 75:14, 81:13,
83:23, 85:7, 85:12,

85:14, 91:8, 91:13,
95:9, 95:18, 115:22,
116:14, 116:15,
117:4, 118:4, 121:2,
121:21, 123:18,
123:25, 124:5, 124:7
**arrested** [7] - 9:25,
14:20, 58:15, 63:13,
83:20, 83:23, 85:20
**arresting** [3] - 121:8,
121:14, 121:17
**arrests** [4] - 8:3, 9:3,
13:22, 14:3
**arrived** [1] - 17:25
**Artichoke** [2] - 18:6,
52:19
**article** [1] - 104:13
**articulate** [2] - 81:16,
81:20
**aspects** [1] - 80:2
**assist** [1] - 8:9
**assistance** [1] - 17:14
**assistant** [1] - 95:5
**ASSOCIATES** [1] - 3:9
**athlete** [4] - 78:16,
78:20, 79:3, 81:6
**athletes** [1] - 81:18
**attached** [1] - 108:5
**attempt** [1] - 21:25
**attempting** [1] -
121:20
**attend** [1] - 17:25
**attention** [5] - 9:20,
9:22, 16:4, 42:12,
93:2
**Attorney** [1] - 3:20
**Attorney's** [11] -
84:15, 84:24, 85:5,
85:24, 89:5, 94:13,
94:18, 95:3, 95:6,
95:22, 97:25
**Attorneys** [2] - 3:4,
3:14
**attorneys** [1] - 4:6
**attributed** [1] - 74:15
**attributes** [1] - 75:7
**authoritative** [4] -
29:8, 29:13, 29:16,
70:19

**Authoritative** [3] -
22:19, 29:20, 30:2
**authoritatively** [2] -
25:2, 29:10
**authority** [8] - 36:25,
37:2, 64:14, 108:18,
110:17, 110:24,
115:12, 115:17
**authorized** [1] - 4:11
**Avenue** [15] - 1:23,
3:10, 17:10, 17:11,
18:7, 20:13, 21:23,
22:9, 28:3, 28:11,
37:4, 37:19, 39:7,
39:11, 39:22
**average** [1] - 38:17
**awaiting** [1] - 59:10
**aware** [31] - 21:18,
22:25, 23:4, 23:5,
23:7, 23:18, 24:20,
31:22, 41:2, 45:13,
51:10, 51:16, 59:8,
59:17, 75:6, 75:10,
79:5, 79:14, 89:6,
92:18, 103:21, 104:4,
104:10, 106:12,
106:17, 111:5, 111:9,
111:21, 114:21,
114:24, 115:3

**B**

**bad** [2] - 41:3, 86:15
**bail** [5] - 58:17, 58:23,
59:5, 59:11, 59:24
**BAILIFF** [1] - 59:19
**ballpark** [1] - 14:3
**Bartolemey** [8] -
89:11, 94:3, 95:4,
95:11, 95:21, 95:24,
96:7, 123:5
**Based** [1] - 75:13
**baton** [4] - 65:20,
65:23, 66:2, 66:14
**BEFORE** [1] - 1:12
**beg** [1] - 116:6
**begging** [1] - 115:24
**begin** [1] - 33:24
**beginning** [1] - 25:18

behavior [1] - 121:25
behind [3] - 64:25, 65:3, 117:5
belabor [1] - 32:18
better [2] - 12:11, 26:15
between [8] - 4:6, 7:25, 44:15, 44:23, 50:15, 64:11, 70:10, 93:14
Between [1] - 31:18
bigger [1] - 49:13
Billy [2] - 65:16, 65:19
bit [2] - 38:9, 98:24
black [1] - 52:12
blame [1] - 30:12
bleeding [1] - 17:21
block [12] - 22:3, 22:8, 28:2, 28:15, 31:6, 34:4, 37:19, 43:12, 43:18, 46:18, 53:23, 60:11
blogger [1] - 111:11
blood [1] - 129:16
body [1] - 111:3
book [1] - 20:20
born [1] - 111:22
bottom [1] - 87:20
BRAFMAN [1] - 3:9
break [6] - 42:25, 43:9, 53:8, 68:21, 68:24, 69:19
Briefly [1] - 19:10
bring [1] - 16:3
brings [1] - 7:18
Broadway [3] - 1:16, 3:5, 3:15
broke [1] - 68:25
broken [7] - 42:22, 51:3, 61:3, 78:23, 79:3, 86:15, 96:9
BRONX [1] - 129:5
brought [6] - 10:11, 42:12, 73:13, 84:2, 90:9, 110:8
BROWN [4] - 3:17, 119:18, 125:17, 128:7
bruising [1] - 114:19
bullets [3] - 58:20,
58:22
Bureau [1] - 106:13
but.. [1] - 14:21
BY [8] - 3:7, 3:12, 3:17, 3:22, 5:7, 119:17, 125:21, 128:6

C

cab [1] - 22:9
cabaret [3] - 16:13, 16:17, 16:21
campus [1] - 5:22
capacity [6] - 2:8, 2:10, 2:12, 2:14, 2:18, 7:3
captain [1] - 88:23
Captain [1] - 112:21
Caption [1] - 1:10
car [3] - 17:3, 17:15, 17:22
care [1] - 34:9
carrier [1] - 6:6
carries [1] - 82:11
carry [1] - 77:14
CARTER [1] - 3:19
case [22] - 19:8, 19:21, 42:7, 85:5, 86:13, 86:14, 89:4, 91:24, 93:16, 94:5, 94:14, 94:19, 95:7, 96:11, 96:15, 98:2, 104:6, 104:11, 104:21, 104:22, 122:25, 123:17
Case [2] - 1:5, 2:5
cases [4] - 8:13, 8:14, 14:17, 123:14
cast [1] - 81:19
Caster [19] - 2:8, 11:12, 11:23, 16:8, 16:18, 17:22, 63:25, 64:14, 88:3, 95:15, 97:14, 97:17, 98:14, 115:10, 115:13, 116:21, 117:10, 117:13, 125:10
CASTER [1] - 1:7
caught [1] - 14:24
caused [2] - 28:25, 69:19
CCRB [32] - 10:12, 18:19, 18:21, 23:5, 73:8, 73:17, 73:21, 75:6, 99:14, 99:25, 101:10, 101:15, 102:6, 102:20, 103:3, 103:16, 104:23, 105:18, 106:2, 106:24, 107:13, 107:21, 108:3, 110:8, 110:13, 110:14, 110:17, 111:21, 113:11, 115:10, 128:14
cell [6] - 6:3, 6:6, 11:17, 11:19, 11:25, 13:17
certification [1] - 4:8
certify [3] - 127:9, 129:9, 129:15
challenge [1] - 30:17
challenged [2] - 30:12, 30:20
chance [1] - 12:22
change [5] - 6:14, 25:19, 73:15, 73:17, 73:18
changed [2] - 31:12, 73:14
chaos [2] - 76:4, 76:7
chaotic [1] - 93:3
characterize [4] - 87:15, 87:17, 87:25, 116:15
charge [26] - 74:10, 74:13, 75:11, 76:23, 77:19, 78:2, 79:22, 80:3, 80:7, 80:8, 80:12, 80:15, 82:9, 82:10, 82:11, 82:12, 83:19, 84:3, 85:23, 90:9, 91:15, 91:23, 112:11, 122:6, 122:10, 125:24
charged [8] - 32:17, 77:3, 90:11, 90:17, 90:23, 90:24, 91:18,
109:14
charges [5] - 110:3, 110:9, 123:4, 126:2, 126:3
charging [3] - 84:9, 85:25, 96:22
chat [1] - 48:14
chest [3] - 65:2, 65:7, 65:15
choice [1] - 7:11
chord [1] - 30:6
Church [1] - 3:20
cigarette [1] - 48:12
circle [2] - 117:3, 122:19
circumstances [2] - 66:15, 93:15
cited [1] - 52:4
citizen [1] - 38:17
CITY [3] - 1:8, 2:7, 3:19
city [1] - 59:8
City [7] - 2:9, 2:11, 2:12, 2:14, 2:17, 36:25, 110:20
Civ [1] - 1:6
Civil [1] - 8:21
civil [2] - 10:15, 24:5
civilian [1] - 73:20
civilians [3] - 23:2, 23:23, 69:3
claim [1] - 23:2
clarification [1] - 88:15
clarify [2] - 25:23, 80:15
clarity [1] - 98:21
Clear [1] - 21:21
clear [6] - 18:5, 20:10, 21:20, 21:21, 35:12, 109:5
cleared [2] - 18:7, 20:12
clearly [1] - 27:17
Clerical [2] - 54:9, 54:20
clerical [2] - 54:19, 54:24
close [3] - 12:19, 12:20, 27:15
closer [4] - 26:2,

53:11, 67:16, 67:19
**closest** [1] - 26:19
**club** [6] - 50:16, 51:5, 65:17, 65:20, 90:13, 91:19
**Co** [1] - 3:9
**Co-Counsel** [1] - 3:9
**COCHRAN** [1] - 3:14
**coincidentally** [1] - 17:15
**Colleague** [3] - 11:16, 11:24, 13:15
**colleagues** [1] - 99:3
**College** [1] - 5:20
**combat** [6] - 115:21, 115:25, 116:3, 116:8, 116:12, 116:16
**comfortable** [1] - 40:12
**coming** [1] - 111:14
**command** [3] - 7:3, 8:4, 8:15
**Command** [1] - 108:6
**commanders** [1] - 79:16
**Commanding** [1] - 112:21
**commanding** [5] - 80:19, 81:25, 112:18, 113:15, 113:20
**commencing** [1] - 1:17
**comment** [3] - 33:7, 33:10, 33:12
**commit** [1] - 110:10
**committed** [3] - 84:12, 109:7, 112:3
**committing** [5] - 34:19, 36:16, 37:11, 38:4, 123:18
**commotion** [1] - 63:23
**community** [1] - 6:21
**compared** [1] - 104:14
**complaining** [2] - 14:19, 14:22
**Complaint** [1] - 128:13
**complaint** [13] - 32:16, 32:22, 54:3, 54:16, 55:2, 56:3, 56:17, 56:21, 57:17, 59:22,

92:2, 105:2, 126:4
**complaints** [2] - 14:23, 58:16
**complete** [1] - 127:12
**compliance** [1] - 68:14
**Compliance** [1] - 68:15
**complied** [1] - 40:8
**complying** [3] - 40:5, 48:8, 64:25
**concern** [3] - 86:13, 86:20, 86:24
**conduct** [21] - 34:21, 35:7, 36:16, 37:12, 38:5, 42:4, 49:7, 51:23, 56:7, 60:18, 61:7, 77:3, 82:15, 83:19, 83:24, 85:15, 89:24, 90:12, 90:25, 91:9, 112:5
**confines** [1] - 17:12
**connection** [1] - 95:6
**considerable** [1] - 79:24
**consisting** [1] - 27:6
**construct** [1] - 52:4
**contact** [3] - 64:11, 120:22, 125:9
**context** [1] - 68:7
**continue** [4] - 36:12, 37:9, 37:24, 109:24
**continued** [3] - 52:16, 60:10, 60:13
**continues** [2] - 1:10, 61:2
**control** [1] - 59:14
**conversation** [8] - 19:15, 42:17, 47:25, 93:6, 93:9, 114:11, 124:16, 125:3
**conversations** [3] - 99:2, 124:20, 125:13
**Copeland** [1] - 84:19
**corner** [13] - 37:4, 39:7, 46:20, 50:16, 51:6, 51:13, 52:3, 52:10, 52:17, 54:2, 60:5, 63:3, 120:19
**CORPORATION** [1] -

3:19
**Correct** [43] - 15:11, 25:21, 26:17, 32:11, 34:12, 38:8, 39:16, 49:11, 52:9, 54:5, 56:20, 56:23, 56:25, 57:16, 60:4, 60:9, 63:4, 63:11, 67:12, 67:15, 68:20, 85:16, 86:5, 91:3, 91:25, 100:18, 101:6, 101:9, 101:14, 101:17, 101:20, 102:7, 102:9, 103:20, 105:3, 105:7, 107:7, 109:17, 109:25, 110:7, 112:8, 122:18, 124:18
**correct** [15] - 26:12, 27:21, 32:19, 38:5, 43:13, 48:24, 55:4, 55:5, 60:8, 64:19, 86:2, 92:6, 109:16, 127:12, 127:14
**Counsel** [1] - 3:9
**COUNSEL** [1] - 3:19
**counsel** [1] - 90:10
**COUNTY** [2] - 127:6, 129:5
**couple** [8] - 28:8, 31:24, 32:5, 32:10, 42:23, 43:24, 54:15, 55:3
**course** [1] - 50:25
**COURT** [2] - 1:2, 2:2
**Court** [2] - 8:20, 8:22
**court** [10] - 8:25, 19:23, 36:22, 99:23, 104:8, 107:9, 122:25, 125:6, 125:7
**courtroom** [1] - 19:25
**covering** [1] - 111:16
**crime** [32] - 18:4, 18:9, 20:8, 20:14, 20:15, 20:25, 21:5, 21:15, 22:3, 26:2, 26:19, 32:17, 37:3, 37:25, 38:11, 38:13, 38:15, 38:16, 38:17, 38:21, 38:23, 38:24, 39:3,

39:5, 39:14, 53:11, 67:8, 67:11, 67:14, 67:16, 67:20, 123:18
**criminal** [8] - 15:6, 47:7, 55:2, 99:23, 104:8, 105:2, 123:4, 126:3
**Criminal** [1] - 8:20
**cross** [2] - 21:14, 55:16
**cross-examination** [1] - 55:16
**curb** [1] - 71:8
**Current** [1] - 12:8
**current** [2] - 75:16, 124:24
**curse** [1] - 96:4

**D**

**DA's** [1] - 123:20
**DANIEL** [2] - 1:7, 2:11
**date** [3] - 32:24, 107:3, 107:23
**days** [9] - 10:22, 50:7, 61:21, 62:12, 101:24, 101:25, 108:7, 108:9, 108:11
**deal** [1] - 111:24
**December** [1] - 129:21
**decide** [1] - 63:12
**decided** [3] - 12:10, 49:24, 83:18
**decision** [2] - 84:10, 123:21
**Defendant** [1] - 1:12
**defendants** [1] - 9:15
**Defendants** [3] - 1:9, 2:19, 3:20
**Definitely** [1] - 76:19
**definitely** [3] - 33:4, 33:6, 33:10
**definition** [1] - 109:6
**degree** [3] - 71:23, 72:6, 79:24
**delegate** [1] - 105:23
**demarcated** [1] - 38:12
**demeanor** [3] - 71:20, 71:24, 72:8

demonstrate [1] - 27:23
department [12] - 40:15, 41:11, 41:13, 41:17, 42:3, 42:15, 74:21, 104:18, 111:5, 112:9, 112:10, 114:7
Department [7] - 2:9, 2:11, 2:13, 2:14, 2:17, 36:25, 110:20
department.. [1] - 102:12
deposed [1] - 55:5
deposition [6] - 4:8, 4:10, 4:14, 25:18, 32:16, 127:10
Describe [2] - 11:14, 33:25
describe [4] - 71:19, 85:7, 88:9, 116:3
described [9] - 44:9, 76:17, 87:9, 109:19, 109:20, 116:18, 122:11, 122:12, 122:13
DESCRIPTION [2] - 128:12, 128:18
desk [1] - 44:13
detective [1] - 88:18
detectives [1] - 79:15
determination [1] - 115:10
determined [1] - 40:16
Development [1] - 17:11
dialogue [1] - 93:14
difference [4] - 29:18, 44:15, 44:22, 44:24
different [6] - 35:19, 43:7, 85:6, 117:24, 117:25, 118:7
differently [2] - 114:9, 114:10
directed [1] - 122:5
directive [1] - 21:19
directly [2] - 72:5, 124:12
disagree [1] - 82:3
disburse [3] - 34:23,

36:7, 90:2
Discipline [1] - 108:6
discourteously [1] - 100:10
Discretion [1] - 85:18
discretion [13] - 40:11, 40:13, 40:17, 40:20, 40:23, 41:3, 41:21, 41:25, 49:10, 60:19, 61:8, 63:18, 84:2
discuss [6] - 19:8, 85:22, 94:11, 97:7, 97:12, 97:21
discussed [6] - 41:17, 41:24, 42:2, 42:6, 96:11, 96:14
Discussion [4] - 13:12, 30:4, 61:17, 94:24
dismissed [6] - 89:4, 89:10, 89:16, 94:5, 123:4, 123:14
disobeying [5] - 29:22, 63:13, 63:16, 66:23, 66:25
Disorderly [1] - 34:21
disorderly [19] - 35:6, 36:16, 37:12, 38:5, 49:7, 51:22, 52:3, 56:7, 60:18, 61:7, 77:2, 83:19, 83:24, 85:15, 89:19, 89:23, 90:12, 90:25, 91:9
dispatched [1] - 17:18
dispersions [1] - 81:19
displeasure [1] - 123:20
dispute [2] - 24:5, 51:18
disputes [1] - 74:2
distance [1] - 52:7
DISTRICT [4] - 1:2, 1:2, 2:2, 2:2
District [11] - 84:14, 84:24, 85:5, 85:24, 89:5, 94:13, 94:18, 95:2, 95:5, 95:22, 97:25
doctor [1] - 45:6
document [11] - 57:3,

74:20, 74:25, 75:4, 75:7, 103:17, 103:19, 103:22, 108:4, 109:11, 126:9
DOCUMENTS [1] - 128:17
documents [7] - 74:15, 74:19, 82:25, 83:10, 83:11, 126:19, 128:19
DOES [1] - 2:15
done [1] - 20:25
Donegan [5] - 11:4, 11:6, 12:10, 15:23, 17:5
DONGVORT [2] - 1:7, 2:11
Dongvort [22] - 11:10, 12:7, 12:17, 14:9, 16:10, 16:19, 17:21, 63:24, 64:14, 77:24, 78:2, 88:3, 95:15, 96:12, 98:11, 116:21, 116:23, 116:25, 117:9, 117:16, 124:19
door [3] - 18:10, 20:5, 39:2
down [26] - 25:2, 25:9, 25:10, 26:25, 28:11, 28:15, 31:5, 34:3, 38:22, 46:17, 60:11, 61:2, 73:12, 73:13, 95:13, 95:21, 97:24, 98:25, 104:19, 105:5, 105:18, 113:10, 114:5, 126:9, 126:10, 126:12
dozens [4] - 53:14, 53:15, 103:5, 103:6
drew [1] - 55:2
dropped [1] - 39:9
duly [2] - 5:3, 129:11
During [1] - 124:25
during [4] - 55:15, 69:7, 116:22, 124:15
duties [1] - 89:22

**E**

ear [1] - 113:13

earshot [1] - 67:13
earth [1] - 103:14
east [4] - 18:9, 20:4, 37:8, 39:2
East [1] - 36:14
eating [1] - 53:12
ECAB [5] - 85:2, 85:11, 85:22, 94:13, 95:8
educated [1] - 81:21
effect [1] - 4:13
effectuate [2] - 61:6, 121:2
effectuating [1] - 85:11
egregious [2] - 57:13, 59:23
eight [1] - 23:2
EILENDER [2] - 3:7, 126:15
either [4] - 18:7, 54:18, 85:14, 126:8
elected [1] - 91:15
ELIZABETH [1] - 3:7
embellish [1] - 78:10
emergency [2] - 17:13, 17:24
employees [1] - 2:17
end [4] - 23:9, 23:16, 23:17, 68:3
ended [1] - 101:18
ends [2] - 32:6, 105:24
engage [4] - 25:4, 25:6, 39:24, 121:24
engaged [11] - 26:24, 28:11, 52:14, 63:22, 63:25, 64:22, 71:21, 72:14, 75:20, 75:22, 118:24
engagement [2] - 33:12, 64:10
engaging [1] - 115:14
enter [1] - 52:21
entered [1] - 21:10
entourage [2] - 27:5, 27:6
equal [1] - 68:12
equivalent [1] - 85:10
error [3] - 54:9, 54:20, 54:24

errors [1] - 54:19
escort [1] - 20:12
escorted [1] - 117:10
escorting [2] - 25:9, 25:11
especially [1] - 59:9
ESQ [5] - 3:7, 3:12, 3:17, 3:19, 3:22
essentially [1] - 24:20
establish [5] - 18:4, 18:9, 20:14, 22:3, 37:3
established [2] - 20:8, 21:5
establishment [3] - 20:10, 20:25, 21:10
establishments [3] - 18:5, 20:11, 21:7
estimate [5] - 46:25, 47:2, 50:19, 56:18, 94:14
Estimate [1] - 51:7
estimating [2] - 126:11, 126:17
Eventually [1] - 97:11
exact [2] - 28:6, 117:14
exactly [3] - 12:15, 39:20, 122:9
exaggerate [1] - 78:9
EXAMINATION [5] - 1:12, 5:7, 119:17, 125:21, 128:6
examination [3] - 55:16, 129:11, 129:13
examined [1] - 5:4
except [2] - 4:16, 48:8
excuse [1] - 63:24
Excuse [1] - 65:18
exercised [1] - 40:13
Exhibit [3] - 32:23, 107:20, 107:22
exist [1] - 83:11
exists [1] - 74:25
exit [1] - 18:10
exited [1] - 50:15
exonerated [1] - 110:2
expect [1] - 19:11
expected [1] - 85:10
expecting [2] - 113:9,

113:12
experience [2] - 116:7, 116:12
experienced [1] - 111:4
explain [3] - 54:10, 54:11, 99:18
Explain [2] - 102:5, 107:11
explained [8] - 78:4, 78:5, 78:6, 78:7, 84:14, 85:5, 99:16, 122:8
explaining [1] - 82:4
explanation [2] - 53:17, 53:21
express [5] - 86:12, 86:20, 86:24, 123:13, 123:19
expressions [1] - 87:5
extended [1] - 65:13
Extended [1] - 65:14
eye [1] - 120:19
eyeshot [1] - 67:10

F

fabricate [1] - 24:15
face [3] - 106:3, 107:9, 107:12
facetious [1] - 13:8
fact [8] - 38:11, 52:23, 54:13, 76:19, 84:10, 110:3, 118:20, 121:10
factor [1] - 44:20
fail [1] - 90:4
Failure [1] - 34:23, 35:17, 36:6
fake [1] - 115:7
faking [1] - 114:16
family [8] - 6:22, 12:21, 12:23, 24:6, 24:7, 24:11, 74:2, 104:17
far [5] - 30:16, 37:20, 51:12, 77:8, 104:9
FD [1] - 17:24
feet [12] - 18:9, 20:4, 28:8, 31:25, 32:5,

32:6, 32:10, 38:25, 39:2, 43:23, 43:25, 117:9
fellow [1] - 79:15
felt [2] - 9:24, 66:5
females [10] - 17:20, 27:9, 27:12, 28:14, 34:16, 36:9, 40:4, 48:10, 49:5, 52:13
few [1] - 15:8
fictitious [1] - 2:15
fight [1] - 71:9
file [1] - 10:15
filing [1] - 4:7
final [1] - 32:7
findings [3] - 73:17, 104:23, 108:2
finishes [1] - 32:13
fire [1] - 17:17
FIRM [1] - 3:14
first [15] - 5:3, 6:23, 7:11, 8:18, 35:21, 40:7, 43:21, 51:9, 65:12, 67:5, 94:12, 103:9, 103:13, 106:21, 119:19
first-time [1] - 6:23
five [8] - 30:22, 46:25, 47:5, 50:17, 51:2, 94:20, 101:24, 108:7
flashbacks [1] - 32:4
Floor [4] - 1:16, 3:5, 3:10, 3:15
focused [2] - 15:4, 48:3
following [2] - 80:13, 80:16
follows [1] - 5:5
Fontana [28] - 10:24, 13:14, 18:4, 20:10, 21:20, 39:4, 41:19, 41:20, 74:12, 75:11, 76:23, 77:16, 77:25, 78:25, 79:21, 80:19, 81:24, 82:14, 82:23, 86:6, 86:12, 95:15, 105:9, 122:3, 122:5, 122:20, 125:14, 125:24

Fontana's [1] - 89:2
foot [1] - 44:6
force [7] - 4:12, 83:5, 101:5, 101:16, 101:19, 118:2, 118:7
forever [1] - 43:3
forfeiture [1] - 108:7
Forget [1] - 118:5
form [2] - 4:16, 43:6
formal [2] - 15:10, 45:7
formalized [1] - 111:12
forth [3] - 117:23, 118:9, 129:11
forward [2] - 31:14, 93:16
fought [1] - 71:13
foul [2] - 22:23, 95:25
Four [2] - 55:12, 87:24
four [14] - 31:18, 46:22, 47:3, 47:6, 51:7, 54:3, 54:22, 55:11, 55:18, 56:8, 56:19, 57:6, 60:6, 126:7
fourth [9] - 31:8, 31:9, 33:2, 33:5, 33:11, 33:14, 33:19, 40:6, 46:17
fresh [4] - 25:15, 25:16, 54:14, 55:2
Friendly [1] - 97:19
friends [1] - 104:17
front [4] - 36:22, 65:2, 99:14, 99:24
fully [2] - 23:18, 58:21
fun [1] - 15:18
FURTHER [1] - 4:15

G

game [2] - 61:21, 114:22
Garden [2] - 61:5, 61:24
Gee [1] - 58:21
general [1] - 30:19
generation [1] - 6:23
generic [1] - 16:6
gentlemen [2] - 27:25,

28:9

gesture [1] - 68:13

GIACONA [8] - 1:6, 1:13, 2:10, 127:8, 127:16, 128:5, 128:12, 129:10

Giacona [6] - 5:10, 32:23, 102:25, 107:22, 111:12, 125:23

GICONA [1] - 1:14

girls [1] - 85:15

given [6] - 64:13, 65:9, 93:15, 105:21, 127:14, 129:14

goal [1] - 22:6

government [1] - 111:3

governmental [2] - 89:20, 90:20

grabbed [3] - 65:3, 75:21, 92:3

graduate [1] - 5:23

graduated [1] - 6:25

grand [1] - 9:2

graver [1] - 47:12

great [1] - 109:23

Grobbin [3] - 112:22, 113:4, 113:18

ground [4] - 53:10, 65:5, 65:6, 72:12

grounds [1] - 40:9

Grounds [1] - 40:10

group [7] - 27:4, 33:15, 81:25, 87:25, 88:3, 88:7, 88:9

grow [1] - 5:16

grudge [1] - 73:21

guess [1] - 22:20

guesstimate [11] - 43:13, 43:19, 43:24, 46:17, 46:22, 54:2, 54:3, 54:6, 55:13, 94:21, 94:22

guesstimated [3] - 54:21, 55:9, 55:11

guide [3] - 20:21, 21:3, 38:10

guilty [7] - 14:24,

90:13, 99:4, 106:24, 106:25, 110:3, 115:11

gun [2] - 58:19, 58:21

guys [5] - 12:19, 28:14, 28:15, 53:7, 81:12


H

half [4] - 7:7, 8:5, 16:15, 87:24

hand [3] - 103:18, 105:21, 129:20

handcuffed [2] - 51:4, 118:21

handcuffs [3] - 65:10, 117:7, 117:8

handed [1] - 113:10

hands [2] - 64:2, 121:5

hands-on [1] - 64:2

head [1] - 9:18

heading [1] - 17:9

hear [5] - 22:16, 27:12, 87:4, 87:8, 120:8

heard [5] - 27:19, 27:21, 74:24, 103:25, 120:12

hearing [3] - 103:10, 103:14, 106:21

hearsay [1] - 113:17

height [5] - 30:11, 30:17, 30:19, 30:20, 104:14

held [9] - 1:14, 13:12, 30:4, 58:17, 58:23, 59:11, 61:17, 94:24, 115:24

help [1] - 121:2

HEREBY [1] - 4:5

hereby [2] - 127:8, 129:9

herein [1] - 4:7

hereinbefore [1] - 129:11

hereunto [1] - 129:20

high [2] - 5:18, 54:6

High [1] - 5:19

Higher [1] - 77:6

higher [3] - 58:23,

82:24, 83:16

higher-ups [2] - 82:24, 83:16

Himself [1] - 27:8

hits [1] - 72:12

holding [2] - 64:22, 116:25

homeless [1] - 98:4

homicide [1] - 84:17

honest [1] - 44:25

honestly [1] - 45:9

hoodie [1] - 50:12

hour [2] - 16:14, 60:19

hours [4] - 19:7, 54:15, 55:3, 114:22

Housing [1] - 17:11

hum [3] - 59:18, 60:15, 116:11

human [1] - 69:13


I

IAB [1] - 106:25

ice [1] - 78:12

ICO [1] - 112:19

idea [3] - 11:22, 29:19, 67:19

identification [2] - 32:23, 107:22

imaginary [1] - 37:25

immediate [3] - 38:23, 39:3, 39:10

immediately [3] - 16:21, 40:8, 120:16

impact [6] - 49:23, 50:2, 50:4, 50:5, 50:7, 50:10

Impact [1] - 7:4

import [1] - 44:8

important [2] - 57:20, 57:22

impression [1] - 108:13

IN [1] - 129:20

inaccuracies [1] - 32:19

inaccuracy [1] - 32:20

inaccurate [2] - 56:22, 82:12

INC [1] - 1:23

incident [9] - 7:18, 11:5, 13:22, 15:2, 17:7, 20:3, 46:16, 124:17, 124:21

incidents [4] - 16:3, 125:4, 125:10, 125:15

incorrect [1] - 26:4

independent [3] - 33:4, 49:17, 73:20

independently [1] - 33:15

indicates [1] - 20:24

indifferent [2] - 99:7, 99:9

Indifferent [1] - 99:12

individual [1] - 2:16

Individual [1] - 2:18

individually [4] - 2:8, 2:10, 2:12, 2:13

individuals [2] - 24:14, 27:10

INFORMATION [1] - 128:17

information [2] - 71:12, 78:18

informed [3] - 74:12, 85:24, 102:8

initial [1] - 39:4

injured [2] - 79:4, 79:5

injury [7] - 44:3, 44:5, 44:10, 45:10, 84:18, 106:14, 114:16

inside [2] - 21:6, 114:6

instead [1] - 62:12

instructed [5] - 18:5, 20:9, 28:7, 28:14, 39:5

Instructing [1] - 22:2

instructing [1] - 28:6

instrument [3] - 56:13, 56:24, 109:15

intelligence [1] - 15:6

intended [1] - 2:15

interact [1] - 98:12

interacting [3] - 52:24, 53:4, 72:5

interaction [3] - 44:11, 69:14, 69:18

**interested** [3] - 79:6, 79:9, 129:17
**interfere** [2] - 39:13, 121:14
**interfering** [3] - 67:8, 89:21, 121:8
**Internal** [1] - 106:12
**internal** [1] - 74:14
**interrupting** [1] - 121:20
**intervening** [1] - 44:20
**interview** [2] - 95:6, 99:21
**interviewed** [1] - 113:13
**investigating** [3] - 106:13, 106:16, 106:25
**invisible** [3] - 38:16, 70:2, 70:7
**involved** [2] - 84:18, 106:15
**involvement** [1] - 9:4
**IS** [2] - 4:5, 4:15
**Island** [3] - 5:17, 5:22, 59:10
**issue** [1] - 106:17
**issued** [2] - 49:10, 102:3
**issues** [6] - 10:14, 14:12, 14:19, 16:2, 81:13, 110:17
**IT** [2] - 4:5, 4:15

**J**

**jail** [1] - 77:14
**James** [1] - 7:23
**JANE** [1] - 2:15
**jargon** [1] - 107:10
**JAROS** [2] - 1:15, 3:4
**JAROSLAWICZ** [2] - 1:15, 3:4
**JMF** [2] - 1:6, 2:6
**job** [1] - 17:18
**JOHN** [3] - 1:6, 1:13, 2:15
**John's** [1] - 5:21
**JORDAN** [1] - 1:6

**jotted** [3] - 126:9, 126:10, 126:12
**judge** [2] - 58:20, 59:5
**judgment** [4] - 89:14, 108:21, 108:24, 123:9
**July** [1] - 6:18
**jumped** [2] - 65:8, 116:19
**jumping** [1] - 69:4
**junior** [3] - 87:12, 87:14, 87:16
**jury** [10] - 9:2, 41:7, 45:14, 45:19, 45:22, 46:2, 46:6, 46:10, 74:7, 106:24

**K**

**KAREN** [3] - 1:18, 129:7, 129:24
**keep** [3] - 37:24, 38:3, 103:8
**kept** [1] - 63:7
**kind** [1] - 93:2
**kinds** [1] - 111:24
**knees** [1] - 65:4
**knowledge** [1] - 105:8
**known** [1] - 85:19

**L**

**lack** [1] - 26:14
**Ladies** [2] - 27:25, 28:9
**land** [2] - 47:6, 71:6
**language** [2] - 22:23, 95:25
**large** [1] - 38:21
**largest** [1] - 49:19
**last** [5] - 12:12, 123:23, 124:4, 124:10, 124:11
**law** [5] - 1:15, 37:23, 47:12, 84:9, 109:16
**Law** [4] - 34:20, 61:23, 76:16, 79:23
**lawful** [4] - 36:6, 63:14, 90:3, 90:4
**layman's** [1] - 108:2
**lead** [2] - 9:3, 42:21

**leading** [1] - 15:2
**learn** [3] - 50:18, 53:9, 123:3
**least** [4] - 23:2, 44:9, 79:4, 91:17
**leave** [6] - 22:7, 22:8, 51:8, 53:18, 53:22, 60:6
**leaving** [3] - 51:5, 91:19, 91:20
**left** [3] - 45:2, 46:5, 92:4
**leg** [19] - 42:22, 42:25, 43:10, 51:3, 61:4, 68:19, 68:21, 68:24, 69:4, 69:19, 72:17, 78:13, 78:22, 79:3, 79:4, 86:15, 117:5, 119:5
**legs** [2] - 66:22, 116:19
**lengths** [2] - 17:15, 109:23
**less** [1] - 94:20
**Lexington** [1] - 1:23
**license** [1] - 52:12
**lied** [1] - 92:14
**Lieutenant** [3] - 112:22, 113:4, 113:18
**life** [1] - 81:14
**light** [1] - 40:22
**likelihood** [1] - 62:15
**limitations** [4] - 61:14, 61:20, 61:22, 63:9
**Linou** [1] - 112:21
**Listen** [2] - 34:25, 110:21
**Literally** [1] - 15:14
**literally** [1] - 43:24
**livery** [1] - 52:11
**loaded** [1] - 58:21
**local** [1] - 35:17
**located** [3] - 17:12, 17:18, 117:11
**location** [3] - 39:2, 39:13, 39:15
**locations** [1] - 52:21
**look** [5] - 80:23, 82:15, 83:6, 86:14, 107:15
**looking** [4] - 39:8,

46:2, 107:16, 108:5
**lose** [1] - 101:24
**loss** [2] - 106:9, 106:10
**lost** [1] - 101:25
**love** [1] - 55:7
**lower** [2] - 65:8, 117:6
**lying** [1] - 92:11

**M**

**mad** [4] - 28:16, 28:17, 28:24, 28:25
**Madison** [3] - 61:5, 61:6, 61:23
**major** [1] - 5:25
**male** [2] - 17:19, 49:20
**man** [4] - 98:5, 115:23, 115:25, 123:18
**Manhattan** [1] - 60:12
**manufacture** [1] - 26:8
**mark** [1] - 32:21
**Mark** [1] - 107:19
**marked** [2] - 32:22, 107:21
**Marketing** [1] - 6:2
**marriage** [1] - 129:17
**Matt's** [1] - 19:3
**matter** [6] - 6:11, 30:11, 59:5, 123:24, 124:3, 129:18
**MATTHEW** [1] - 3:22
**mean** [16] - 9:23, 10:2, 20:15, 25:7, 30:14, 32:17, 42:14, 48:2, 48:3, 50:6, 54:11, 83:12, 96:17, 100:19, 101:23, 117:17
**meaning** [5] - 30:7, 55:22, 75:24, 83:24, 99:3
**meaningful** [1] - 114:10
**means** [6] - 33:25, 54:12, 54:13, 68:7, 96:16, 109:5
**meant** [2] - 14:20, 14:21
**media** [12] - 9:4, 9:19, 9:22, 41:9, 79:6, 79:8,

102:16, 102:18,
103:23, 104:2, 104:5,
104:11
**medical** [3] - 17:24,
43:5, 45:8
**meet** [3] - 12:22, 19:6,
94:17
**meeting** [2] - 95:2,
101:18
**member** [4] - 2:9, 2:10,
2:12, 2:14
**members** [3] - 2:16,
24:11, 111:4
**memo** [2] - 107:21,
128:14
**memory** [3] - 49:17,
56:14, 56:21
**men** [1] - 49:13
**menace** [1] - 71:2
**menacing** [21] - 74:11,
75:11, 75:15, 76:16,
76:24, 77:19, 78:3,
79:22, 80:4, 80:7,
83:2, 85:23, 86:2,
105:4, 105:5, 112:11,
121:25, 122:6,
122:21, 125:25
**Menacing** [1] - 77:2
**mentioned** [1] - 125:23
**merry** [1] - 61:3
**mess** [1] - 87:6
**message** [1] - 48:17
**MICHAEL** [2] - 1:7,
2:13
**midget** [12] - 15:16,
28:18, 30:7, 30:9,
33:7, 33:10, 33:12,
33:20, 33:23, 34:9,
104:15
**midnight** [6] - 8:2,
10:21, 15:3, 16:15,
124:13, 124:14
**Midnights** [1] - 10:20
**Midtown** [4] - 7:2,
7:21, 8:14, 8:15
**might** [10] - 67:25,
79:9, 81:3, 82:24,
83:6, 83:13, 86:13,
114:8, 117:19, 117:24

**might've** [1] - 50:8
**mind** [9] - 25:15, 38:2,
45:9, 54:14, 55:2,
63:6, 84:7, 90:11,
101:2
**minute** [1] - 58:7
**minutes** [5] - 50:17,
51:2, 51:7, 60:14,
67:5
**misconduct** [2] -
109:7, 110:10
**misdemeanor** [3] -
77:9, 85:7, 85:12
**Misdemeanor** [1] -
77:11
**misdemeanors** [1] -
77:8
**misunderstood** [1] -
10:8
**MODAFFERI** [140] -
3:22, 6:4, 6:7, 8:6,
8:10, 9:8, 11:21, 12:4,
13:7, 13:24, 14:6,
14:13, 19:12, 23:10,
24:17, 24:22, 29:2,
30:24, 32:12, 33:16,
34:25, 35:20, 35:24,
37:14, 38:6, 38:19,
40:18, 40:24, 41:22,
42:10, 42:18, 42:23,
43:4, 45:4, 45:11,
45:16, 45:23, 46:7,
46:12, 47:8, 47:21,
48:6, 48:21, 48:25,
49:21, 49:25, 50:9,
50:20, 51:14, 54:7,
55:20, 56:9, 56:15,
57:2, 58:12, 58:24,
59:6, 59:12, 60:2,
60:21, 62:2, 62:7,
62:18, 62:23, 63:10,
64:6, 65:11, 66:9,
66:16, 66:18, 68:8,
68:16, 68:22, 69:10,
69:21, 70:4, 70:8,
71:25, 72:18, 73:3,
73:10, 74:8, 74:17,
75:24, 76:5, 76:20,
77:4, 77:12, 79:17,

80:9, 80:24, 81:23,
82:6, 82:13, 82:17,
83:4, 83:7, 83:14,
84:5, 84:20, 86:3,
86:7, 86:17, 86:25,
88:12, 89:6, 92:16,
92:20, 93:4, 93:10,
93:18, 93:22, 94:23,
95:16, 100:6, 100:22,
101:12, 102:13,
103:7, 105:10, 106:4,
106:18, 107:4,
107:13, 108:25,
109:8, 110:5, 110:11,
110:21, 111:7,
111:18, 112:6,
114:12, 116:5,
119:12, 125:19,
125:22, 126:18,
126:23, 128:8
**modified** [3] - 7:25,
8:2, 124:14
**moment** [2] - 63:18,
116:20
**Monday** [1] - 10:21
**month** [6] - 12:14,
12:15, 14:25, 15:5,
124:10, 124:12
**months** [3] - 7:7, 7:20,
114:25
**morning** [2] - 54:14,
76:9
**most** [1] - 9:7
**motion** [1] - 117:3
**move** [28] - 25:2,
25:10, 26:25, 27:24,
28:2, 28:15, 31:5,
31:24, 32:9, 34:3,
35:9, 35:16, 36:13,
36:15, 36:18, 37:7,
37:9, 38:4, 43:12,
43:17, 43:22, 47:7,
47:13, 47:17, 48:4,
52:2, 52:16
**moved** [7] - 28:8, 32:5,
36:12, 39:10, 43:22,
52:2, 52:7
**moves** [1] - 46:17
**moving** [3] - 37:24,

117:22, 118:9
**MR** [151] - 5:8, 6:4,
6:7, 8:6, 8:10, 9:8,
11:21, 12:4, 13:7,
13:10, 13:24, 14:6,
14:13, 19:12, 23:10,
24:17, 24:22, 29:2,
30:3, 30:24, 32:12,
32:21, 33:16, 34:25,
35:20, 35:24, 37:14,
38:6, 38:19, 40:18,
40:24, 41:22, 42:10,
42:18, 42:23, 43:4,
45:4, 45:11, 45:16,
45:23, 46:7, 46:12,
47:8, 47:21, 48:6,
48:21, 48:25, 49:21,
49:25, 50:9, 50:20,
51:14, 53:7, 54:7,
55:20, 56:9, 56:15,
57:2, 58:12, 58:24,
59:6, 59:12, 60:2,
60:21, 61:16, 62:2,
62:7, 62:18, 62:23,
63:10, 64:6, 64:7,
65:11, 66:9, 66:16,
66:18, 68:8, 68:16,
68:22, 69:10, 69:21,
70:4, 70:8, 71:25,
72:18, 73:3, 73:10,
74:8, 74:17, 75:24,
76:5, 76:20, 77:4,
77:12, 79:17, 80:9,
80:24, 81:23, 82:6,
82:13, 82:17, 83:4,
83:7, 83:14, 84:5,
84:20, 86:3, 86:7,
86:17, 86:25, 88:12,
89:6, 92:16, 92:20,
93:4, 93:10, 93:18,
93:22, 94:23, 95:16,
100:6, 100:22,
101:12, 102:13,
103:7, 105:10, 106:4,
106:18, 107:4,
107:13, 107:14,
107:19, 108:25,
109:8, 110:5, 110:11,
110:21, 111:7,

111:18, 112:6,
114:12, 116:5,
119:12, 119:15,
125:19, 125:22,
126:18, 126:22,
126:23, 128:7, 128:8
**MS** [4] - 119:18,
125:17, 126:15, 128:7
**multiple** [6] - 31:16,
43:14, 58:6, 63:14,
90:7, 109:19
**Multiple** [1] - 31:18

**N**

**name** [9] - 5:9, 9:17,
30:10, 34:3, 34:10,
104:2, 104:4, 104:10,
108:5
**Named** [1] - 9:16
**names** [1] - 2:15
**national** [2] - 9:19,
9:21
**nature** [1] - 106:11
**necessary** [7] - 65:21,
66:4, 66:5, 66:7, 66:8,
66:11, 66:17
**need** [9] - 19:13, 22:3,
22:7, 27:25, 28:15,
32:18, 34:2, 34:3,
109:23
**needed** [1] - 38:2
**needs** [1] - 17:14
**neighborhood** [1] -
7:14
**neighbors** [1] - 104:18
**never** [13] - 10:14,
12:22, 21:10, 41:25,
81:9, 96:3, 101:4,
102:18, 102:22,
103:25, 111:16,
121:24, 124:15
**NEW** [7] - 1:2, 1:8, 2:2,
2:7, 3:19, 127:4,
129:4
**New** [31] - 1:16, 1:20,
1:24, 2:9, 2:11, 2:12,
2:14, 2:17, 3:6, 3:11,
3:16, 3:21, 5:4, 5:12,

5:17, 36:25, 61:23,
102:10, 102:14,
104:7, 110:19,
123:16, 127:25, 129:9
**newspaper** [3] - 103:2,
103:15, 104:21
**next** [12] - 1:10, 18:2,
25:3, 26:23, 28:4,
31:4, 34:17, 36:4,
39:23, 61:4, 120:2,
125:7
**Ng** [1] - 7:23
**night** [33] - 15:14,
15:21, 17:4, 21:11,
23:24, 40:13, 40:17,
40:23, 42:4, 45:2,
45:3, 45:10, 48:5,
49:14, 61:2, 62:12,
70:17, 73:16, 79:11,
96:5, 96:19, 98:16,
98:17, 98:19, 98:21,
99:16, 99:19, 114:6,
114:11, 123:25,
124:5, 125:11
**nightclub** [1] - 91:2
**nine** [1] - 23:2
**Ninth** [1] - 17:10
**None** [1] - 97:24
**none** [2] - 24:21, 53:18
**normal** [2] - 84:25,
85:7
**normally** [1] - 85:10
**northbound** [1] - 18:8
**Not's** [1] - 43:15
**Notary** [4] - 1:19, 5:3,
127:25, 129:8
**note** [2] - 55:20, 57:2
**Note** [14] - 8:6, 9:8,
24:17, 24:22, 29:2,
35:20, 38:19, 40:18,
47:8, 56:15, 58:12,
63:10, 84:5, 126:15
**noted** [2] - 20:19,
126:24
**Nothing** [2] - 99:4,
105:25
**nothing** [4] - 9:21,
13:3, 64:17, 125:17
**notice** [1] - 28:7

**notified** [5] - 95:14,
123:5, 125:5, 125:6
**November** [3] - 1:17,
12:12, 127:11
**number** [12] - 6:3,
11:17, 11:20, 11:25,
31:11, 33:9, 43:16,
43:18, 47:20, 47:23,
126:5, 126:13
**numbers** [3] - 126:7,
126:9, 126:10
**NYPD** [4] - 82:22,
82:24, 93:16, 101:19

**O**

**O'Sullivan** [38] - 11:8,
11:15, 16:12, 70:11,
75:18, 75:22, 76:2,
76:10, 76:16, 88:3,
92:4, 92:5, 92:11,
92:24, 95:15, 118:22,
119:2, 119:4, 120:3,
120:10, 120:15,
120:16, 120:22,
120:25, 121:4, 121:8,
121:11, 121:14,
121:16, 121:20,
122:13, 122:16,
122:20, 123:24,
124:3, 124:8, 124:16
**O'SULLIVAN** [1] - 1:8
**Oak** [4] - 18:6, 18:10,
20:11, 52:20
**oath** [5] - 4:12, 5:5,
33:14, 99:22, 127:10
**obey** [3] - 35:17, 36:6,
90:5
**obeying** [1] - 90:2
**Objection** [101] - 6:4,
11:21, 12:4, 13:24,
14:13, 23:10, 30:24,
33:16, 37:14, 38:6,
40:24, 41:22, 42:10,
42:23, 43:4, 45:4,
45:16, 45:23, 46:7,
46:12, 47:21, 48:6,
48:21, 48:25, 49:21,
49:25, 50:9, 50:20,

51:14, 54:7, 56:9,
58:24, 59:6, 59:12,
60:2, 60:21, 62:2,
62:7, 62:18, 62:23,
66:9, 66:16, 66:18,
68:8, 68:16, 68:22,
69:10, 69:21, 70:4,
70:8, 71:25, 72:18,
73:3, 73:10, 74:8,
74:17, 76:5, 76:20,
77:4, 77:12, 79:17,
80:9, 80:24, 81:23,
82:6, 82:13, 82:17,
83:4, 83:7, 83:14,
84:20, 86:3, 86:7,
86:17, 86:25, 88:12,
92:16, 92:20, 93:4,
93:10, 93:18, 93:22,
95:16, 100:6, 100:22,
101:12, 103:7,
105:10, 106:4,
106:18, 107:4,
108:25, 109:8, 110:5,
110:11, 111:7,
111:18, 112:6,
114:12, 116:5, 119:12
**objection** [21] - 6:7,
8:6, 8:10, 9:8, 14:6,
24:17, 24:22, 29:2,
35:20, 38:19, 40:18,
42:18, 45:11, 47:8,
55:21, 56:15, 57:3,
58:12, 63:10, 84:5,
126:15
**objections** [1] - 4:16
**observation** [2] -
48:18, 49:22
**observations** [1] -
75:16
**observe** [12] - 64:3,
64:13, 64:18, 70:13,
72:8, 72:9, 72:10,
95:11, 115:13,
117:12, 118:17,
118:18
**observed** [12] - 17:19,
26:22, 60:23, 63:23,
64:17, 70:12, 71:10,
71:23, 72:6, 92:15,

116:23, 122:16
**obstructing** [3] -
34:23, 89:20, 90:19
**Obstructing** [1] - 35:8
**Obviously** [1] - 15:20
**obviously** [3] - 13:16,
26:10, 123:17
**occur** [10] - 79:8,
80:18, 82:21, 83:12,
117:19, 117:22,
118:6, 118:10,
118:11, 118:13
**occurred** [5] - 8:14,
45:10, 90:25, 96:21,
119:3
**OF** [8] - 1:2, 1:8, 2:2,
2:7, 127:4, 127:6,
129:4, 129:5
**offenses** [1] - 109:16
**office** [12] - 15:25,
19:3, 84:15, 84:25,
85:6, 85:24, 89:5,
94:13, 94:18, 95:3,
95:22, 97:25
**office's** [1] - 123:21
**officer** [16] - 4:11,
4:14, 6:20, 17:14,
69:9, 69:20, 80:20,
81:25, 87:16, 87:18,
87:23, 89:21, 92:14,
112:19, 113:15,
113:20
**Officer** [50] - 11:4,
11:6, 12:10, 12:16,
15:23, 16:18, 17:5,
17:21, 17:22, 63:24,
63:25, 70:11, 77:24,
78:2, 92:4, 92:10,
92:23, 92:24, 96:12,
97:14, 97:17, 112:21,
115:13, 116:23,
116:25, 117:9,
117:10, 117:12,
119:4, 120:2, 120:9,
120:15, 120:22,
120:25, 121:4,
121:10, 121:16,
121:20, 122:13,
122:16, 122:19,

123:24, 124:2,
124:16, 124:19,
125:10, 125:23
**OFFICER** [5] - 1:13,
2:8, 2:9, 2:11, 2:13
**officers** [22] - 2:16,
16:16, 64:9, 68:10,
69:14, 72:16, 79:15,
81:25, 87:12, 88:2,
88:4, 88:8, 88:10,
88:11, 88:16, 88:20,
88:22, 88:24, 111:14,
117:25, 119:7, 119:11
**offices** [2] - 1:15,
113:3
**official** [2] - 2:18,
20:17
**OGA** [2] - 90:19, 90:23
**old** [1] - 5:14
**once** [8] - 47:17, 59:3,
63:12, 63:16, 65:6,
72:12, 84:2, 84:9
**Once** [3] - 20:11, 21:5,
78:17
**one** [27] - 14:22,
16:14, 17:19, 18:6,
26:2, 30:10, 30:21,
31:15, 32:9, 35:18,
35:19, 35:22, 36:4,
47:22, 48:11, 48:14,
48:16, 55:15, 65:9,
82:10, 102:25,
104:17, 104:19,
112:4, 114:14, 117:2,
119:10
**open** [2] - 36:22, 63:8
**opinion** [7] - 45:8,
66:14, 74:9, 94:4,
94:9, 110:25, 111:10
**opposed** [1] - 81:18
**opposite** [1] - 117:18
**Order** [1] - 1:14
**order** [8] - 35:17, 36:6,
52:2, 63:14, 88:15,
88:17, 90:3, 90:4
**ordering** [3] - 52:25,
53:4, 53:12
**orders** [7] - 47:14,
66:23, 66:25, 67:3,

67:4, 80:13, 80:16
**originally** [1] - 11:8
**outcome** [1] - 129:18
**outlet** [1] - 104:11
**outlets** [1] - 103:6
**outside** [4] - 13:3,
61:6, 61:23, 90:12
**Outstanding** [1] -
12:18
**overseeing** [1] - 111:5
**own** [4] - 40:15, 41:13,
41:16, 84:7

**P**

**P.C** [1] - 3:9
**p.m** [1] - 126:24
**P.O** [11] - 1:6, 1:7, 1:7,
1:13, 5:2, 127:8,
127:16, 128:5, 129:10
**PAGE** [3] - 128:4,
128:12, 128:18
**page** [2] - 1:10, 108:16
**paper** [4] - 103:11,
105:20, 107:16,
109:13
**paperwork** [2] - 19:18,
19:19
**paragraphs** [2] -
109:18, 109:19
**parameters** [2] -
96:15, 96:17
**parents** [1] - 30:12
**part** [5] - 26:21, 54:20,
91:17, 92:8, 118:8
**particular** [1] - 15:4
**parties** [2] - 4:7,
129:16
**partner** [4] - 10:25,
12:8, 15:22, 124:24
**pass** [1] - 84:9
**Patrol** [1] - 20:21
**patrol** [4] - 15:10, 17:3,
21:2, 38:10
**Patrons** [1] - 21:16
**patrons** [10] - 18:10,
20:13, 22:2, 28:5,
28:12, 39:10, 39:24,
52:17, 52:18, 52:19

**pattern** [3] - 65:3, 65:7,
65:15
**PAUL** [8] - 1:6, 1:13,
1:14, 2:10, 127:8,
127:16, 128:5, 129:10
**Paul** [1] - 5:10
**PBA** [1] - 105:23
**peacefully** [1] - 68:2
**pecking** [2] - 88:15,
88:17
**pedestrian** [2] - 34:24,
35:8
**pedestrians** [2] -
35:11, 35:15
**pedigree** [2] - 78:17,
81:13
**penal** [1] - 109:16
**Penal** [4] - 34:20,
61:23, 76:16, 79:23
**penalties** [7] - 77:6,
82:11, 101:21, 106:3,
110:18, 110:24,
112:12
**penalty** [7] - 58:2,
102:3, 107:3, 107:8,
107:11, 107:25,
113:21
**people** [34] - 10:2,
14:19, 23:22, 25:2,
26:19, 36:22, 40:22,
41:2, 41:4, 41:10,
41:13, 47:6, 49:3,
51:11, 51:12, 52:25,
53:3, 53:11, 53:15,
53:18, 58:15, 59:8,
59:9, 67:16, 74:16,
75:8, 81:19, 83:2,
83:3, 84:25, 104:18,
111:13, 116:7, 116:13
**perceived** [1] - 60:19
**percent** [1] - 87:20
**perfectly** [1] - 34:11
**perform** [1] - 89:22
**period** [2] - 61:13,
124:25
**perjury** [3] - 58:2,
106:10, 106:17
**PERO** [2] - 2:3, 3:15
**person** [3] - 12:11,

48:19, 103:14
**personal** [1] - 73:24
**personally** [5] - 21:6, 38:24, 105:14, 105:15, 114:20
**personnel** [1] - 10:15
**peruses** [1] - 109:11
**phone** [8] - 6:3, 6:6, 11:17, 11:19, 11:25, 13:17, 48:17, 123:6
**physical** [4] - 64:11, 69:8, 69:14, 69:18
**pick** [1] - 31:14
**piece** [4] - 103:11, 105:20, 107:15, 109:12
**Pizza** [2] - 18:6, 52:19
**pizza** [4] - 52:25, 53:4, 53:12, 53:19
**place** [4] - 53:19, 96:18, 111:13, 118:4
**placed** [8] - 16:21, 36:8, 49:6, 60:17, 64:5, 65:10, 117:6, 117:8
**placing** [1] - 64:24
**Plaintiff** [5] - 1:4, 2:4, 3:4, 3:9, 3:14
**plate** [1] - 52:12
**platoon** [2] - 124:13, 124:14
**play** [2] - 61:21, 114:24
**played** [1] - 114:21
**playing** [1] - 113:13
**playoffs** [1] - 61:4
**plays** [1] - 61:4
**Plaza** [1] - 5:12
**PLLC** [2] - 1:15, 3:4
**point** [26] - 16:24, 18:3, 20:4, 28:24, 33:3, 34:15, 37:11, 37:22, 55:15, 60:8, 60:17, 64:21, 64:23, 65:8, 66:20, 66:21, 66:23, 67:7, 70:17, 75:22, 78:15, 79:2, 79:5, 87:16, 87:23, 117:4
**Police** [10] - 2:9, 2:11,

2:13, 2:14, 2:17, 5:12, 6:22, 36:25, 110:20, 121:10
**POLICE** [5] - 1:13, 2:7, 2:9, 2:11, 2:13
**police** [31] - 6:19, 10:15, 15:6, 20:17, 20:20, 38:10, 38:12, 42:3, 42:15, 44:11, 64:9, 64:10, 64:12, 68:10, 74:14, 74:21, 87:18, 87:23, 88:11, 88:19, 88:22, 88:24, 89:21, 89:22, 104:18, 105:5, 107:10, 111:5, 111:14, 112:9, 114:7
**polite** [2] - 22:12, 81:20
**politely** [1] - 24:25
**Port** [1] - 5:19
**positive** [1] - 33:13
**possibilities** [1] - 106:8
**possibility** [1] - 63:7
**possible** [2] - 82:22, 92:19
**Post** [1] - 104:7
**potential** [1] - 51:22
**precinct** [14] - 15:13, 62:15, 71:22, 72:7, 76:3, 76:9, 76:13, 77:20, 77:21, 79:16, 86:23, 105:16, 120:13, 124:11
**Precinct** [8] - 7:2, 7:10, 7:18, 10:17, 11:7, 12:11, 13:21, 17:12
**preexisted** [1] - 44:10
**preparation** [1] - 97:25
**prepared** [3] - 24:14, 74:21, 75:3
**preparing** [1] - 95:11
**present** [5] - 16:23, 17:2, 38:18, 87:10, 95:3
**Present** [1] - 16:25
**pretty** [1] - 86:15
**prisoner** [1] - 43:6
**probable** [1] - 75:14

**problem** [5] - 34:4, 34:5, 34:10, 59:24, 82:23
**problems** [2] - 44:16, 44:17
**procedure** [2] - 20:20, 38:12
**process** [2] - 85:4, 111:12
**processing** [1] - 77:22
**produce** [1] - 82:25
**production** [2] - 126:19, 128:19
**profanity** [5] - 23:12, 23:14, 23:19, 27:19, 96:4
**professional** [6] - 78:16, 78:20, 79:2, 81:6, 89:13, 123:9
**progression** [1] - 84:11
**projected** [1] - 22:15
**proper** [5] - 42:4, 80:8, 80:12, 80:15, 110:17
**properly** [1] - 24:14
**prosecute** [1] - 123:17
**prosecuted** [2] - 90:14, 91:7
**prosecution** [1] - 91:17
**prosecutor** [1] - 84:18
**prosecutors** [2] - 84:23, 123:16
**proves** [1] - 26:15
**PSA** [1] - 17:11
**Public** [4] - 1:19, 5:3, 127:25, 129:8
**pulling** [3] - 69:5, 115:19, 117:15
**punch** [2] - 126:21, 128:19
**punches** [3] - 59:3, 71:16, 74:22
**punching** [3] - 74:16, 75:8, 83:2
**punishment** [1] - 113:10
**pursuant** [1] - 1:14
**push** [9] - 20:12,

21:14, 21:22, 70:12, 93:16, 118:23, 120:6, 121:11, 121:23
**pushed** [10] - 71:4, 71:7, 71:19, 72:13, 75:23, 120:3, 120:9, 120:15, 120:19, 120:21
**pushing** [1] - 122:16
**put** [4] - 17:13, 64:24, 65:2, 111:13

**Q**

**questioned** [1] - 114:14
**questions** [1] - 85:9
**quick** [1] - 125:19

**R**

**radio** [1] - 17:13
**raise** [1] - 22:14
**ran** [1] - 81:12
**random** [1] - 104:18
**range** [1] - 126:7
**rational** [1] - 48:3
**re** [1] - 91:8
**re-arrest** [1] - 91:8
**reaches** [1] - 54:2
**read** [1] - 127:9
**reading** [1] - 59:21
**reaffirmed** [1] - 84:10
**real** [2] - 86:14, 87:5
**realize** [5] - 23:13, 31:20, 100:19, 100:20, 103:5
**really** [8] - 23:21, 24:21, 31:17, 41:24, 41:25, 44:17, 88:2, 99:4
**realm** [1] - 10:7
**rear** [1] - 118:21
**reason** [9] - 24:13, 26:7, 51:18, 78:11, 91:16, 92:10, 112:15, 115:6, 118:8
**reasonable** [1] - 83:6
**receive** [4] - 107:3,

112:12, 113:9, 113:21
**received** [7] - 7:15,
9:19, 102:12, 103:12,
103:17, 103:19, 115:3
**recently** [1] - 124:9
**recollection** [3] - 33:4,
98:13, 107:17
**record** [15] - 5:9, 5:11,
13:11, 13:13, 19:13,
30:3, 30:5, 61:16,
61:18, 65:12, 94:23,
94:25, 127:12,
127:13, 129:13
**referred** [1] - 23:23
**referring** [2] - 83:10,
88:2
**refresh** [1] - 107:17
**refusing** [1] - 90:2
**regard** [4] - 9:21,
94:18, 104:22, 122:25
**regarding** [9] - 94:14,
99:3, 103:15, 104:2,
104:5, 104:11,
104:21, 115:10,
125:10
**regards** [4] - 17:7,
25:8, 94:6, 96:22
**regards..** [1] - 113:14
**regret** [2] - 123:13,
123:20
**REINIG** [1] - 1:23
**reinsert** [1] - 83:19
**rejected** [2] - 101:8,
101:11
**related** [1] - 129:15
**relates** [1] - 112:13
**relationship** [4] -
11:14, 11:23, 12:7,
24:9
**relax** [9] - 67:23, 68:6,
68:13, 68:18, 68:19,
115:25, 116:8, 116:13
**Relax** [1] - 68:10
**remain** [1] - 21:9
**remained** [2] - 16:23,
21:12
**remains** [2] - 34:7,
34:11
**remember** [7] - 32:3,

36:21, 67:22, 76:12,
111:15, 111:16
**rendering** [1] - 17:23
**repeat** [1] - 107:24
**Rephrase** [1] - 47:10
**rephrase** [1] - 72:3
**report** [2] - 102:19,
105:6
**reporter** [1] - 107:10
**Reporter** [2] - 1:19,
129:8
**REPORTING** [1] - 1:23
**reports** [1] - 103:22
**represent** [1] - 2:16
**request** [2] - 7:8, 33:2
**REQUESTED** [1] -
128:17
**reserved** [1] - 4:16
**resistance** [1] - 47:7
**resisting** [3] - 66:24,
115:22, 117:4
**Resisting** [2] - 116:14,
116:15
**respective** [1] - 4:6
**response** [1] - 89:12
**responsibility** [1] -
82:4
**responsible** [6] - 73:9,
102:19, 103:3,
108:17, 110:10,
111:17
**restrain** [1] - 121:21
**review** [2] - 18:13,
18:24
**reviewed** [5] - 18:14,
19:20, 19:24, 25:12,
57:17
**RICHARD** [2] - 1:7, 2:8
**Richmond** [1] - 5:19
**Rikers** [1] - 59:10
**River** [1] - 36:14
**river** [3] - 37:9, 38:3,
60:13
**RMP** [1] - 117:10
**roll** [5] - 15:24, 16:6,
16:8, 16:14, 16:15
**Romantic** [1] - 74:4
**romantic** [1] - 24:9
**rose** [1] - 117:9

**ROSSI** [1] - 1:7
**Rossi** [6] - 65:22,
65:25, 116:21,
118:15, 118:16,
118:19
**rotating** [1] - 7:25
**roughly** [2] - 7:6, 14:7
**Roughly** [3] - 12:15,
19:7, 50:17
**rude** [1] - 96:4
**run** [1] - 17:13

---

**S**

**s/h/a** [1] - 1:13
**saw** [13] - 75:13,
102:18, 102:22,
103:2, 115:21,
118:23, 119:19,
120:2, 120:18,
121:10, 121:11,
121:23, 121:24
**scale** [2] - 30:21, 38:22
**scene** [30] - 17:17,
17:23, 18:4, 18:9,
20:9, 20:15, 20:25,
21:6, 22:4, 26:2,
26:20, 37:3, 37:25,
38:13, 38:16, 38:17,
38:21, 38:23, 38:24,
39:4, 39:5, 39:14,
53:11, 67:8, 67:11,
67:14, 67:17, 67:20
**scenes** [1] - 38:11
**Schedule** [2] - 101:22,
102:3
**Scheduled** [1] - 108:6
**scheduled** [1] - 10:22
**school** [1] - 5:18
**School** [1] - 5:19
**screaming** [1] - 29:6
**scrutinized** [2] - 9:7,
9:12
**scrutiny** [2] - 9:23,
14:17
**sealing** [1] - 4:7
**section** [1] - 35:6
**see** [29] - 61:5, 61:24,
65:22, 65:25, 69:3,

69:13, 70:10, 70:16,
70:21, 72:16, 98:16,
98:18, 108:16,
114:18, 115:16,
115:19, 116:20,
118:19, 119:2, 119:4,
119:7, 120:5, 120:22,
120:25, 121:4, 121:7,
121:13, 121:19,
121:22
**seem** [1] - 71:24
**Sefolosha** [74] - 14:4,
25:4, 26:3, 26:24,
27:11, 28:7, 28:12,
30:7, 32:17, 34:18,
39:12, 39:20, 44:4,
48:9, 48:20, 48:23,
49:4, 49:13, 50:11,
50:15, 51:13, 52:7,
52:24, 53:5, 53:10,
56:8, 57:14, 58:5,
58:11, 60:5, 60:10,
60:25, 64:2, 64:4,
64:12, 66:22, 67:22,
69:5, 72:14, 75:21,
78:12, 81:20, 83:18,
86:16, 90:2, 94:10,
96:22, 100:11,
100:14, 100:17,
101:5, 101:16,
101:18, 109:15,
114:15, 115:14,
115:20, 115:22,
116:20, 116:22,
117:2, 117:24, 118:8,
118:25, 119:20,
120:23, 121:2, 121:5,
121:9, 121:15,
121:17, 121:21,
125:7, 126:6
**SEFOLOSHA** [3] - 1:3,
3:5, 3:10
**Sefolosha's** [7] - 45:2,
72:17, 96:8, 104:14,
104:21, 119:5, 124:3
**send** [1] - 48:17
**senior** [2] - 84:25, 88:3
**seniority** [2] - 87:19,
88:9

**sense** [1] - 48:3
**separate** [1] - 16:14
**separately** [1] - 112:24
**Separately** [1] - 112:25
**Sergeant** [27] - 7:23, 10:24, 13:14, 18:4, 20:10, 21:20, 39:4, 41:19, 41:20, 74:12, 75:10, 77:16, 77:25, 78:25, 79:21, 80:18, 81:24, 82:14, 82:23, 86:12, 89:2, 105:8, 122:3, 122:5, 122:20, 125:14, 125:24
**sergeant** [3] - 15:25, 44:13, 88:21
**servants** [1] - 2:16
**serves** [1] - 56:14
**service** [1] - 17:25
**set** [6] - 38:24, 39:5, 59:5, 59:24, 129:11, 129:20
**seven** [6] - 30:22, 31:19, 47:2, 47:5, 55:11, 126:7
**shield** [3] - 88:19, 88:22, 88:24
**shift** [1] - 15:3
**Shorthand** [2] - 1:18, 129:7
**shoulder** [3] - 75:22, 92:4, 92:25
**showed** [3] - 19:22, 26:5, 105:23
**showing** [1] - 75:3
**side** [4] - 17:16, 65:13, 115:24, 117:20
**sidewalk** [1] - 21:22
**sign** [2] - 62:19, 68:2
**Signed** [1] - 127:20
**signed** [3] - 4:10, 4:13, 43:5
**signing** [1] - 62:16
**signs** [1] - 62:21
**simply** [1] - 37:22
**simultaneously** [2] - 17:23, 72:15
**single** [2] - 42:17, 102:22

**sit** [5] - 33:13, 59:9, 100:20, 103:21, 114:5
**sitting** [1] - 73:6
**situation** [5] - 68:3, 78:4, 80:20, 81:4, 89:25
**situations** [1] - 111:25
**six** [15] - 50:17, 51:2, 54:4, 54:15, 55:3, 55:12, 56:3, 57:4, 57:8, 57:14, 58:4, 58:7, 58:20, 58:21, 59:4
**Six** [2] - 55:8, 56:6
**size** [1] - 15:19
**skin** [1] - 30:15
**slight** [1] - 117:23
**slowly** [1] - 52:2
**slurs** [1] - 30:17
**socialize** [1] - 13:2
**Someone** [1] - 81:3
**sometimes** [1] - 58:16
**somewhere** [1] - 39:9
**sorry** [13] - 10:8, 21:22, 25:10, 28:10, 38:25, 52:12, 55:6, 55:24, 75:25, 94:16, 95:19, 100:2, 122:14
**Sorry** [3] - 10:10, 19:16, 55:8
**sort** [6] - 23:8, 30:8, 80:14, 84:7, 93:14, 114:5
**sound** [2] - 29:18, 83:25
**Sounds** [1] - 40:5
**South** [4] - 7:2, 7:21, 8:14, 8:15
**south** [1] - 60:12
**southbound** [1] - 18:7
**SOUTHERN** [2] - 1:2, 2:2
**Speaking** [1] - 44:3
**speaking** [2] - 27:17, 124:2
**specific** [2] - 16:2, 47:25
**specifically** [2] - 27:3, 48:4

**speed** [1] - 51:21
**spend** [1] - 13:4
**SPIRO** [13] - 3:12, 5:8, 13:10, 30:3, 32:21, 53:7, 61:16, 64:7, 107:14, 107:19, 119:15, 126:22, 128:7
**spoken** [2] - 98:7, 113:19
**Squad** [1] - 12:12
**Square** [3] - 61:5, 61:6, 61:24
**ss** [2] - 127:5, 129:4
**St** [1] - 5:21
**stabbed** [1] - 17:20
**stabbing** [1] - 39:4
**stamps** [1] - 50:22
**stand** [2] - 46:5, 88:16
**standing** [1] - 34:17
**start** [1] - 16:14
**started** [1] - 45:3
**starting** [1] - 62:25
**Starting** [1] - 7:21
**starts** [2] - 39:25, 40:3
**STATE** [2] - 127:4, 129:4
**State** [6] - 1:20, 5:4, 5:9, 5:11, 127:25, 129:9
**state** [2] - 45:8, 100:25
**statement** [2] - 26:15, 75:8
**Staten** [2] - 5:17, 5:21
**STATES** [2] - 1:2, 2:2
**states** [1] - 74:22
**stationary** [2] - 34:7, 34:11
**stationed** [1] - 7:9
**statute** [8] - 51:23, 52:4, 56:7, 61:14, 61:19, 61:22, 63:8, 89:23
**steady** [2] - 10:20, 10:25
**Steady** [1] - 10:21
**stick** [1] - 23:8
**sticking** [2] - 26:18, 26:21
**stiffer** [1] - 82:11

**still** [9] - 36:24, 46:10, 53:11, 65:6, 68:19, 91:7, 91:8, 97:16, 124:23
**STIPULATED** [2] - 4:5, 4:15
**STIPULATIONS** [1] - 4:3
**stomp** [1] - 119:5
**stomping** [2] - 69:3, 72:17
**stop** [3] - 36:14, 36:17, 38:4
**stopped** [6] - 37:10, 48:11, 48:14, 48:16, 48:19, 49:3
**story** [4] - 26:18, 43:2, 43:9, 102:22
**street** [17] - 17:19, 21:9, 21:12, 21:20, 21:21, 22:8, 25:3, 25:9, 25:10, 26:25, 49:14, 49:20, 61:2, 91:20, 104:19, 114:8, 115:20
**Street** [12] - 3:20, 17:10, 18:8, 37:4, 37:20, 39:3, 39:6, 39:11, 39:21, 90:6, 117:11, 119:21
**stretched** [1] - 64:23
**strike** [2] - 19:13, 30:6
**struggling** [1] - 64:8
**stuff** [1] - 106:10
**Subheading** [1] - 108:5
**subjective** [1] - 66:10
**subscribed** [1] - 127:20
**substance** [3] - 19:15, 28:18, 37:11
**substantiated** [3] - 108:17, 109:5, 109:6
**Suburban** [2] - 52:11, 52:12
**Suffice** [1] - 104:24
**suggest** [2] - 44:10, 110:24
**suggestion** [2] -

110:19, 113:10
**suggests** [1] - 64:4
**suit** [1] - 10:15
**Suite** [1] - 1:24
**SULLIVAN** [1] - 2:13
**summer** [1] - 94:15
**supervision** [1] - 89:2
**supervisor** [6] - 7:22, 10:23, 13:15, 41:18, 42:6, 95:12
**supervisors** [2] - 10:4, 95:10
**supporting** [1] - 32:15
**surgery** [2] - 115:4, 115:7
**surprise** [3] - 53:9, 53:13, 53:15
**suspect** [1] - 92:10
**swaying** [1] - 117:23
**swear** [3] - 57:25, 92:2, 92:3
**sweep** [2] - 68:19, 116:19
**sweeped** [2] - 65:5, 117:5
**sweeping** [2] - 66:22, 69:4
**swelling** [1] - 114:18
**swing** [2] - 126:20, 128:19
**swore** [5] - 32:15, 32:16, 56:12, 105:2, 110:3
**sworn** [6] - 4:11, 4:13, 5:3, 54:16, 56:24, 129:12

**T**

**tackled** [1] - 51:3
**tape** [9] - 20:15, 20:17, 20:19, 21:2, 21:15, 38:10, 38:13, 38:18, 85:21
**taping** [1] - 85:19
**targeted** [2] - 48:2
**tasked** [1] - 111:4
**teach** [1] - 29:9
**team** [1] - 16:13

**technically** [2] - 30:20, 90:13
**ten** [4] - 17:15, 30:22, 87:20, 108:9
**Tenth** [12] - 17:10, 18:7, 20:13, 21:23, 22:9, 28:3, 28:11, 37:4, 37:19, 39:6, 39:11, 39:22
**termination** [1] - 106:10
**terms** [2] - 87:19, 108:2
**testified** [15] - 5:5, 6:10, 8:13, 8:19, 8:21, 8:24, 23:22, 25:25, 31:20, 31:24, 36:11, 44:4, 50:24, 53:25, 99:22
**testify** [2] - 24:15, 100:2
**testifying** [6] - 18:12, 36:21, 45:22, 45:25, 54:21, 96:23
**testimonies** [1] - 31:12
**testimony** [18] - 6:14, 18:16, 25:12, 25:23, 28:20, 43:23, 44:6, 44:8, 55:9, 55:14, 63:5, 100:9, 101:7, 101:10, 126:8, 127:10, 127:13, 129:13
**text** [1] - 48:17
**THABO** [3] - 1:3, 3:5, 3:10
**THE** [13] - 1:8, 2:7, 3:14, 13:9, 19:16, 36:2, 55:24, 59:19, 59:20, 65:14, 75:25, 84:22, 102:15
**Thereupon** [2] - 32:22, 107:21
**They've** [2] - 14:23
**thigh** [1] - 65:4
**thinking** [1] - 40:22
**thinks** [1] - 66:7
**Third** [1] - 3:10
**third** [6] - 28:13, 28:21,

33:21, 33:22, 34:8, 39:18
**Thomas** [4] - 11:4, 11:6, 15:23, 17:5
**Threaten** [1] - 70:24
**threaten** [1] - 101:15
**threatened** [1] - 101:4
**Three** [1] - 55:10
**three** [19] - 15:7, 30:22, 31:21, 34:22, 35:4, 35:5, 43:22, 51:7, 55:16, 57:10, 57:12, 58:8, 58:20, 59:4, 60:6, 109:15, 110:2, 110:9, 112:4
**threw** [1] - 71:15
**throwing** [1] - 74:22
**TLC** [1] - 52:12
**TMZ** [3] - 18:25, 19:21, 104:25
**today** [16] - 6:15, 18:12, 19:9, 25:13, 30:13, 33:14, 53:25, 54:23, 56:18, 78:7, 97:2, 103:16, 103:22, 122:9, 124:7, 125:2
**Today** [1] - 55:18
**together** [4] - 13:2, 13:4, 14:10, 112:23
**tomorrow** [1] - 125:7
**tone** [1] - 22:18
**took** [4] - 51:4, 96:18, 126:20, 128:19
**top** [1] - 9:18
**torso** [1] - 17:20
**touch** [3] - 70:21, 92:25, 97:16
**tour** [2] - 7:24, 10:18
**toward** [1] - 17:9
**towards** [1] - 20:13
**track** [1] - 51:10
**TRACY** [1] - 3:17
**traffic** [2] - 34:24, 35:8
**train** [1] - 57:22
**trained** [1] - 73:12
**training** [1] - 15:7
**transcript** [4] - 18:14, 127:9, 127:11, 129:12
**transferred** [2] - 11:2,

124:10
**treatment** [1] - 43:5
**TRIAL** [1] - 1:12
**trial** [18] - 4:17, 6:10, 6:14, 8:16, 12:14, 18:17, 18:18, 23:23, 25:13, 32:4, 36:12, 37:6, 44:4, 50:24, 59:10, 95:19, 101:8, 104:8
**tried** [1] - 18:3
**trigger** [1] - 30:8
**trouble** [5] - 44:18, 44:19, 74:6, 81:9
**truck** [1] - 17:17
**True** [1] - 98:4
**true** [4] - 26:11, 127:12, 127:14, 129:13
**truth** [3] - 27:20, 92:7, 100:3
**try** [5] - 35:19, 36:3, 36:5, 64:24, 107:10
**trying** [7] - 35:11, 35:16, 37:2, 68:2, 89:21, 93:2, 118:4
**Tuesday** [1] - 10:21
**tug** [3] - 118:2, 118:3, 118:5
**turned** [1] - 26:3
**turning** [1] - 108:15
**turns** [3] - 59:22, 60:5, 63:2
**two** [20] - 17:20, 19:7, 27:8, 27:11, 28:13, 36:9, 40:4, 44:23, 48:9, 49:5, 52:13, 82:12, 97:7, 108:16, 109:18, 112:4, 117:25, 119:20, 121:12, 125:19
**typed** [1] - 105:5

**U**

**Uh-hum** [3] - 59:18, 60:15, 116:11
**under** [21] - 5:5, 30:14, 33:14, 36:9, 49:7,

56:6, 57:25, 60:8, 60:18, 61:22, 63:3, 63:6, 64:5, 64:24, 76:15, 83:23, 89:2, 99:22, 118:4, 123:18, 127:10

**underneath** [1] - 65:7

**understood** [2] - 79:20, 107:12

**Unfortunately** [1] - 13:6

**UNITED** [2] - 1:2, 2:2

**University** [1] - 5:21

**unknown** [5] - 27:8, 27:11, 28:13, 34:16, 36:9

**unlawful** [1] - 83:5

**up** [14] - 5:16, 15:2, 27:15, 32:6, 38:25, 39:5, 41:25, 55:3, 77:25, 101:18, 101:24, 105:24, 108:7, 123:16

**upper** [1] - 65:4

**ups** [2] - 82:24, 83:16

**upset** [4] - 10:2, 28:19, 86:6, 99:5

**Upset** [1] - 10:3

---

**V**

**vacate** [1] - 22:3

**vacation** [2] - 101:24, 101:25

**Vacation** [1] - 106:9

**vantage** [1] - 28:24

**various** [1] - 31:11

**vendetta** [1] - 24:2

**veracity** [1] - 109:22

**verbal** [1] - 68:13

**verbatim** [1] - 122:8

**verdict** [4] - 98:25, 99:3, 99:5, 99:8

**Verizon** [1] - 6:9

**verses** [2] - 59:4

**Versus** [1] - 44:18

**versus** [2] - 29:13, 58:20

**via** [2] - 123:5, 126:8

**viable** [1] - 91:16

**vicinity** [1] - 116:21

**video** [17] - 18:25, 19:21, 19:22, 19:24, 26:5, 26:11, 26:14, 35:13, 35:14, 51:11, 53:3, 53:8, 65:25, 105:6, 105:9, 105:13, 105:16

**videos** [2] - 19:20, 104:25

**videotaped** [2] - 72:22, 72:25

**view** [10] - 36:24, 37:23, 40:21, 44:25, 56:6, 60:16, 66:6, 66:10, 66:13, 76:15

**viewed** [2] - 59:23, 91:16

**VIGGIANO** [3] - 1:18, 129:7, 129:24

**Vincent** [1] - 10:24

**violate** [2] - 61:22, 84:8

**violating** [1] - 52:3

**violation** [7] - 34:19, 47:12, 51:22, 60:24, 61:11, 62:13, 84:12

**violations** [1] - 112:4

**violent** [2] - 77:8, 77:9

**voice** [2] - 22:14, 22:15

---

**W**

**wait** [1] - 32:12

**waiting** [1] - 113:13

**waived** [1] - 4:9

**walk** [4] - 37:8, 60:13, 61:2, 114:6

**walked** [3] - 19:25, 60:11, 113:25

**walking** [5] - 40:2, 40:3, 60:11, 104:19, 119:21

**walks** [2] - 51:22, 77:25

**wants** [1] - 122:20

**war** [3] - 118:2, 118:3, 118:5

**warned** [1] - 102:2

**watch** [3] - 53:8, 105:13, 105:16

**wayside** [1] - 83:25

**weapon** [1] - 39:8

**wearing** [1] - 50:11

**week** [1] - 125:8

**weeks** [2] - 15:7, 15:9

**west** [2] - 21:22, 38:25

**West** [8] - 17:10, 18:8, 37:4, 37:19, 39:3, 39:6, 39:11, 39:21

**westbound** [1] - 17:9

**WHEREOF** [1] - 129:20

**wherewithal** [1] - 26:8

**white** [3] - 51:11, 51:12, 88:19

**White** [2] - 88:22, 88:24

**wish** [2] - 6:14, 123:13

**WITNESS** [11] - 13:9, 19:16, 36:2, 55:24, 59:20, 65:14, 75:25, 84:22, 102:15, 128:4, 129:20

**witness** [4] - 46:5, 65:12, 129:10, 129:14

**Witness** [1] - 109:11

**witnesses** [1] - 73:20

**women** [1] - 119:20

**word** [7] - 26:15, 29:15, 68:6, 84:6, 90:10, 96:16, 105:4

**words** [1] - 22:10

**works** [2] - 66:7, 124:9

**world** [2] - 23:16, 23:18

**worried** [1] - 111:13

**worse** [9] - 30:16, 47:5, 56:7, 58:4, 58:8, 58:10, 58:22, 77:2, 82:16

**worth** [1] - 23:21

**would've** [2] - 69:9, 69:19

**wrote** [1] - 105:4

---

**Y**

**year** [5] - 7:7, 8:4, 12:12, 14:7, 61:4

**years** [3] - 59:10, 81:14, 87:24

**yell** [2] - 116:8, 116:13

**yelling** [1] - 115:24

**Yesterday** [1] - 19:5

**YORK** [7] - 1:2, 1:8, 2:2, 2:7, 3:19, 127:4, 129:4

**York** [31] - 1:16, 1:20, 1:24, 2:9, 2:11, 2:12, 2:14, 2:17, 3:6, 3:11, 3:16, 3:21, 5:4, 5:12, 5:17, 36:25, 61:23, 102:10, 102:14, 104:7, 110:20, 123:17, 127:25, 129:9

**yourself** [2] - 87:15, 95:22

---

**Z**

**ZACHARY** [1] - 3:19

**Zero** [1] - 31:2

1

2                    C E R T I F I C A T E

3

4       STATE OF NEW YORK      )
                               )  ss:
5       COUNTY OF BRONX        )

6

7            I, KAREN VIGGIANO, a Shorthand

8       Reporter and Notary Public within and for

9       the State of New York, do hereby certify:

10           That P.O. PAUL GIACONA, the witness whose

11      examination is hereinbefore set forth, was duly

12      sworn by me and that this transcript of such

13      examination is a true record of the testimony

14      given by such witness.

15           I further certify that I am not related

16      to any of the parties to this action by blood

17      or marriage and that I am in no way interested

18      in the outcome of this matter.

19

20      IN WITNESS WHEREOF, I have hereunto set my hand

21      this 5th day of December 2016.

22

23

24      _____
                      KAREN VIGGIANO
25


                REINIG REPORTING, INC. (212) 684-7298