```
 1   CRIMINAL COURT OF THE CITY OF NEW YORK
     COUNTY OF NEW YORK:       JURY 4
 2   ------------------------------------X

 3   THE PEOPLE OF THE STATE OF NEW YORK :   DOCKET NO
                                             2015CN002364
 4                                       :

 5          -against-                    :

 6   THABO SEFOLOSHA,                    :
                         Defendant.
 7   ------------------------------------X
                                 100 Centre Street
 8                               New York, New York
                                 October 7, 2015
 9

10   H O N O R A B L E:

11            ROBERT MANDELBAUM, PRESIDING

12                                  Criminal Court Judge.

13   A P P E A R A N C E S:

14            FOR THE PEOPLE:

15                 OFFICE OF THE DISTRICT ATTORNEY
                   NEW YORK COUNTY
16                 ONE HOGAN PLACE
                   NEW YORK, NEW YORK 10013
17            BY:  FRANCESCA BARTOLOMEY,
                   JESSE MATTHEWS,
18                 ASSISTANT DISTRICT ATTORNEYS

19
              FOR THE DEFENDANT:
20
                   BRAFMAN & ASSOCIATES, P.C.
21                 767 THIRD AVENUE, 26TH FLOOR
                   NEW YORK, NEW YORK 10017
22            BY:  ALEX SPIRO, ESQ.

23
                                  OFFICIAL COURT REPORTER
24                                     DENISE JOHNSON

25
```

DEFENSE/DIRECT/MANNION

1     Q.   What does that refer to?

2     A.   Those indicate Thabo Sefolosha and Pero Antikj just

3  to indicate where they were.  Obviously from inside the club

4  walking out.

5          MS. BARTOLOMEY:  Objection.

6          THE COURT:  Overruled.  The answer stands.  Next

7  question.

8     A.   This is the photograph I took from Google Maps.  This

9  shows Artichoke Pizza on the corner.  You can see under the

10 scaffolding here is where One Oak is.  Just for reference, when

11 you see the video, there is a ramp here.

12         MS. BARTOLOMEY:  Objection.

13         THE COURT:  Overruled.

14    A.   That has a side entrance to Artichoke.

15    Q.   Did you put that circle on there?

16    A.   I did.

17    Q.   Did you put that circle on there?

18    A.   I did that as well.

19    Q.   Why did you put the two different circles?

20         MS. BARTOLOMEY:  Objection.

21         THE COURT:  Overruled.

22    A.   I did it to indicate where the two individuals that

23 we are following.  It's very grainy and difficult to see the

24 video.  It's just as an aide.

25         THE COURT:  Who is meant to be the yellow circle

1     and the green circle?
2             THE WITNESS: The yellow circle is Mr. Sefolosha
3     the green is Pero Antikj.
4     A.   The next slide has that same video slowed down about
5     50 percent. This is Avenue where the next video comes from.
6     The lights, the two light balls there, the cameras are mounted
7     right under them. The one we are going to see is the one
8     closest to the corner. It's towards Tenth Avenue. The same
9     arrows used before, those are my arrows. The yellow is for
10    Mr. Sefolosha and the green for Pero Antikj.
11           The next slide is a portion of that same video where
12    I enlarged it and slowed it down.
13    Q.   What does the question mark indicate?
14    A.   I do not know who that individual was. Those are my
15    markings.
16           The next slide should be the second cell phone video.
17    The next slide will be a portion of that video slowed down to
18    about 50 percent.
19           The next slide, I ran both cell phone videos side by
20    side, they begin and end at different times. There will be a
21    point where you will only see one.
22           I will attempt to play that again.
23             MR. SPIRO: It looks like the slide is having
24        difficulty loading. We will move on and let the jury see
25        the next slide in evidence.